**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ROBERT GLENN<br><br>Plaintiff,<br><br>v.<br><br>HMD TRUCKING, INC. and<br>CRISTIAN GISCA<br><br>Defendants. | CIVIL ACTION NO.<br>1:18-cv-04410-ELR |

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

COME NOW, Defendants HMD Trucking, Inc. ("HMD") and Cristian Gisca ("Gisca") (collectively "Defendants") in the above-styled action, and file this their Motion for Partial Summary Judgment as to Plaintiff's punitive damages claims against both Defendants, as well as to Plaintiff's negligent hiring, qualifying, training, entrusting, supervising and retaining claims against HMD.

Summary judgment should be entered as to Plaintiff's punitive damages claims, as there is no dispute of material fact which could give rise to a legal determination that Defendants engaged in willful misconduct, malice, fraud, wantonness, oppression, and entire want of care sufficient to raise the presumption of conscious indifference to consequences.

Regarding to Plaintiff's negligent hiring, qualifying, training, entrusting, supervising and retaining claims, Georgia law recognizes the entitlement to summary judgment on such claims where an employer has acknowledged the application of respondeat superior. Here, HMD admits that Gisca was acting in the course and scope of his agency at the time relevant to Plaintiff's claims, so HMD is entitled to summary judgment on Plaintiff's claims for negligent hiring, qualifying, training, entrusting, supervising and retaining. The limited exception to this entitlement are not applicable.

In further support of this Motion, Defendants rely on their accompanying Brief in Support and supporting exhibits which are attached hereto.

**RESPECTFULLY SUBMITTED** this 2nd day of January, 2020.

O'DANIEL McDONALD, LLC

/s/ Clay S. O'Daniel
Clay S. O'Daniel
Georgia Bar No. 843070
Matthew R. Johnson
Georgia Bar No. 940675
9040 Roswell Road, Suite 500
Atlanta, GA 30350
(404) 419-6300
(404) 419-6301 (fax)
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the Defendants' Motion for Partial Summary Judgment using the CM/ECF system which will send e-mail notification of such filing to the following attorneys of record:

Brian T. Mohs
Fried Rogers Goldberg, LLC
Three Alliance Center
3550 Lenox Road, NE, Suite 1500
Atlanta, GA 30326

*Counsel for Plaintiff*

Cooper F. Spence
Cooper F. Spence Attorney at Law, LLC
5447 Roswell Road, NE
Atlanta, GA 30342

*Counsel for Plaintiff*

This 2nd day of January, 2020.

/s/ Clay S. O'Daniel
Clay S. O'Daniel