**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ROBERT GLENN<br><br>Plaintiff,<br><br>v.<br><br>HMD TRUCKING, INC. and<br>CRISTIAN GISCA<br><br>Defendants. | CIVIL ACTION NO.<br>1:18-cv-04410-ELR |

## DEFENDANTS' STATEMENT OF MATERIAL FACTS

COME NOW, Defendants HMD Trucking, Inc. ("HMD") and Cristian Gisca ("Gisca") (collectively "Defendants"), and pursuant to Local Rule 56.1 submit the below material facts to which the movants contend there is no genuine issue to be tried:

1. This case concerns a September 6, 2016 motor vehicle collision that occurred on I-75 in Henry County, Georgia. (Compl. ¶ 1.[1])
2. The vehicles involved in the collision were a 2015 Mercedes C63 AMG 507 operated by Plaintiff Robert Glenn ("Plaintiff" or "Glenn") and a 2015 Freightliner owned by Defendant HMD and operated by Defendant Gisca. (Compl. ¶¶ 14, 15, 20; Pl.'s Dep. 28:3-6.)

[1] Plaintiff originally filed his Complaint against Defendants in the State Court of Fulton County. Defendants removed that action to this Court on September 20, 2018.

3. Prior to the collision, Gisca was traveling in the center lane of I-75 Northbound and Glenn was traveling in the far-left lane in the same direction. (Compl. ¶¶ 19, 20; Pl.'s Dep. 32:24.)
4. Traffic at the time of the collision was relatively heavy. (Pl.'s Dep. 33:5.)
5. Immediately prior to the time of the collision, a vehicle was stalled or broken down in the right lane I-75, and vehicles had begun to build up behind the stalled vehicle. (Compl. ¶ 22; Pl.'s Dep. 36:12-17.)
6. The vehicles behind the stalled vehicle impatiently began moving into the center lane in an attempt to pass the stalled vehicle. (Pl.'s Dep. 36:12-17.)
7. A vehicle attempting to bypass the stalled vehicle in the right lane swerved into the center lane occupied by Gisca. (Compl. ¶ 23; Pl.'s Dep. 35:4-11; Pl.'s Dep. Ex. 1.)
8. In an attempt to avoid the swerving vehicle, Gisca moved from the center lane into the left lane occupied by Plaintiff and collided with the Mercedes. (Pl.'s Dep. 35:4-11; Pl.'s Dep. Ex. 1.)
9. At the time of the collision, Plaintiff contends that Gisca was acting as an agent of Defendant HMD and was acting within the course and scope of his agency. (Compl. ¶¶ 58, 59.)

10. Defendants have admitted Gisca was acting as an agent of Defendant HMD and was acting within the course and scope of his agency at the time in question. (Answer ¶¶ 58, 59.)

11. At the time of hire, HMD obtained and reviewed Gisca's driving record. (HMD 30(b)(6) Dep. 31:15-25.)

12. Gisca was qualified to drive for HMD under HMD's policies and did not exceed the point total maximum to drive for HMD. (HMD 30(b)(6) Dep. 32:24-25, 33:1-16.)

13. The driving violations reviewed by HMD at the time of hire included a seat belt violation, a following too closely violation, and maintenance issues. (HMD 30(b)(6) Dep. 33:1-16.)

14. All out of service violations on Gisca's driving record were for maintenance issues. (HMD 30(b)(6) Dep. 33:17-20.)

15. Gisca was not disciplined during his agency with HMD prior to or as a result of the at-issue collision. (HMD 30(b)(6) Dep. 55:2-25, 56:1-2.)

**RESPECTFULLY SUBMITTED** this 2nd day of January, 2020.

O'DANIEL McDONALD, LLC

/s/ Clay S. O'Daniel
Clay S. O'Daniel
Georgia Bar No. 843070
Matthew R. Johnson
Georgia Bar No. 940675
9040 Roswell Road, Suite 500
Atlanta, GA 30350
(404) 419-6300
(404) 419-6301 (fax)
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the Defendants' Statement of Material Facts with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Brian T. Mohs
Fried Rogers Goldberg, LLC
Three Alliance Center
3550 Lenox Road, NE, Suite 1500
Atlanta, GA 30326

*Counsel for Plaintiff*

Cooper F. Spence
Cooper F. Spence Attorney at Law, LLC
5447 Roswell Road, NE
Atlanta, GA 30342

*Counsel for Plaintiff*

This 2nd day of January, 2020.

s/ Clay S. O'Daniel
Clay S. O'Daniel