IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT GLENN,

Plaintiff, CIVIL ACTION FILE

vs. NO: 1:18-cv-04410-ELR

HMD TRUCKING, INC.,
CRISTIAN GISCA and RLI
INSURANCE COMPANY,

Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~

VIDEOTAPED DEPOSITION OF

ROBERT GLENN

May 30, 2019

9:56 a.m.

3550 Lenox Road, NE
Suite 1500
Atlanta, Georgia

Janet K. Wilson, CCR-B-1108



Exhibit A
~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES OF COUNSEL

On Behalf of the Plaintiff:

FRIED, ROGERS, GOLDBERG, LLC
BRIAN T. MOHS, ESQ.
3550 Lenox Road, NE
Suite 1500
Atlanta, Georgia 30326-4302
404.591.1819
404.574.6274 Fax
brian@frg-law.com

COOPER F. SPENCE LAW
COOPER F. SPENCE, ESQ.
5447 Roswell Road
Atlanta, Georgia 30342
678.310.6127
cooper@cooperspencelaw.com

On Behalf of the Defendants:

O'DANIEL MCDONALD
CLAY S. O'DANIEL, ESQ.
9040 Roswell Road
Suite 210
Atlanta, Georgia 30350
404.419.6300
404.419.6301 Fax
codaniel@odmclaw.com

Videographer: Ms. Chris Parkman

Also Present: Mr. Jason Fletcher

INDEX OF EXAMINATION

WITNESS: ROBERT GLENN


| EXAMINATION | PAGE |
|---|---|
| Examination by Mr. O'Daniel | 7 |

INDEX TO EXHIBITS

| Defendant's Exhibit No. | Description | Page |
|---|---|---|
| 1 | Statement | 33 |
| 2 | Accident Report | 68 |
| 3 | Photograph | 71 |
| 4 | Photograph | 74 |
| 5 | Photograph | 74 |
| 6 | Photograph | 78 |
| 7 | Photograph | 81 |
| 8 | Verizon Phone Record | 90 |
| 9 | Letter | 105 |
| 10 | Medical Service Record | 116 |
| 11 | Operative Report | 120 |
| 12 | Atlanta Spine & Anesthesia History & Physical | 121 |
| 13 | Atlanta Spine & Anesthesia Follow-up Note | 127 |
| 14 | Perimeter Surgery Center Operative Report | 129 |
| 15 | Atlanta Brain & Spine Care Letter | 131 |
| 16 | Perimeter Surgery Center Operative Report | 132 |
| 17 | Office Visit Notes | 133 |
| 18 | IME Report | 136 |
| 19 | Follow-up Evaluation | 141 |

INDEX TO EXHIBITS (CONTINUED)


| Defendant's Exhibit No. | Description | Page |
|---|---|---|
| 20 | History & Physical Procedure Note | 145 |
| 21 | Attendance Records from Jiu-jitsu Class | 165 |
| 22 | Patient Medical Report Form | 179 |
| 23 | History & Physical | 186 |
| 24 | Athens Orthopedic Medical Report | 189 |
| 25 | Physiotherapy Associates Reevaluation | 192 |
| 26 | Emory Healthcare Final Report | 194 |
| 27 | IME | 199 |
| 28 | Johns Creek Neurosurgery Office Visit Notes | 202 |
| 29 | US Department of Labor Compensation Order | 205 |
| 30 | Dr. Wilkiemeyer History & Physical | 206 |


(Original Exhibits have been attached to the original transcript.)

VIDEOTAPED DEPOSITION OF ROBERT GLENN

May 30, 2019

(Reporter disclosure made pursuant to Article 8.B. of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia.)

THE VIDEOGRAPHER: Good morning. Today is Thursday, the 30th of May 2019. The time on the video monitor is 9:56 a.m. We are here at Fried, Rogers, Goldberg, LLC, Atlanta, Georgia for the purpose of taking the video deposition of Robert Glenn taken by the defendant in case number 1:18-CV-04410-ELR in the matter of Robert Glenn versus HMD Trucking, Incorporated, et al., which is filed in the United States District Court for the Northern District of Georgia, the Atlanta division.

The court reporter is Janet Wilson. The videographer is Chris Parkman, both representing U.S. Legal Support. Would all counsel present please state your appearance for the record.

MR. O'DANIEL: Clay O'Daniel on behalf of Defendants.

MR. MOHS: Brian Mohs and Cooper Spence on behalf of Plaintiff.

THE VIDEOGRAPHER: Will the court reporter please swear in the witness.

ROBERT GLENN,

being first duly sworn, was examined and deposed as follow:

MR. O'DANIEL: All right. This is going to be the deposition of Robert Glenn taken pursuant to agreement of counsel and confirmed by notice. It's to be used for any and all purposes allowed by the Federal Rules of Civil Procedure.

If it's agreeable we can reserve all questions -- excuse me, all objections -- except to the form of the question and responsiveness of the answer until time of use of the deposition.

MR. MOHS: That is agreeable.

MR. O'DANIEL: Okay. And have you all discussed signature?

MR. MOHS: We'll read and sign.

EXAMINATION

BY MR. O'DANIEL:

Q. Mr. Glenn, we just met a moment ago. My name's Clay O'Daniel. I represent HMD Trucking and their driver Cristian Gisca in this matter, and you

understand we're here today in regard to a lawsuit stemming from an automobile accident that occurred back on September 6, 2016?

A. Yes, sir.

Q. Okay. Have you ever had your deposition taken like this before?

A. Once before.

Q. Okay. We'll talk about that. So you may kind of know the -- the rules and then how this thing works, but I'm going to go over a few real quick. As you can see we've got somebody typing down everything we're saying, so just a few ground rules.

If you would do your best to answer with a verbal answer as opposed to the nod of the head or a uh-huh or huh-uh, that would be helpful in getting down a clear transcript. And I think the hardest thing to remember if you'd your best a lot of time in the course of normal conversation, it's easy to tell where somebody's going with the question and be tempting to answer before they're done. If you'd do your best to let me finish my question all the way before you answer, and I'll extend that same courtesy to you again for that same reason, trying to get everything down clearly on this.

If we need to take break at any time, I'll

be happy to do that; I just ask that you go ahead and finish the question that's been presented.

And then if you don't know the answer to any questions, that's perfectly fine. It tells me you at least understood the question I asked you. But if you need me to rephrase any questions, I'll be more -- more than happy to do so.

Okay?

A. (Witness nods head.)

Q. Is that a yes?

A. Yes, sir. Sorry.

Q. Would you please state your full name for the record.

A. Robert Eric Glenn.

Q. And have you ever gone by any other names?

A. No, sir.

Q. And what's your current address?

A. [redacted] Atlanta, Georgia [redacted].

Q. And about how long have you lived there?

A. Five years, roughly.

Q. And I've had the pleasure of meeting Ms. Zagha, I understand your girlfriend, and I understand she lives there with you; correct?

A. Yes, sir.

Q. Okay. And I think she said her -- it's actually owned by a relative of hers?
A. That's correct.
Q. And before you lived at that address, where'd you live?
A. Athens, Georgia.
Q. And about for how long were you in Athens before you moved to that address in Atlanta?
A. I bought the house in 2009, I believe.
Q. Okay. At the time of this accident, though, you lived at the [redacted] address?
A. Yes, sir.
MR. O'DANIEL: And if we can go off the record for this real quick.
THE VIDEOGRAPHER: We're off the record. The time is 10:00 a.m.
(Off-the-record discussion.)
THE VIDEOGRAPHER: The time back on the record is 10:00 a.m.
BY MR. O'DANIEL:
Q. The social security number I just read to you is your social security number?
A. Yes, sir.
Q. All right. And your date of birth, what's

that?
A. [redacted]76.
Q. And where were you born?
A. Charleston, South Carolina.
Q. All right. And how long did you live in Charleston? Is that where you grew up or just lived there --
A. No, sir; grew up in Lexington, South Carolina.
Q. So I guess walk me through kind of when you lived where generally.
A. Charleston for a few years; then Blythewood, South Carolina; and then Lexington, South Carolina about the time I was in the 7th grade. And then from Lexington to Columbia when I was in college; and then moved to Atlanta in '99, and then was in Atlanta until about 2003.
Q. Okay. Have you ever been married before?
A. No, sir.
Q. All right. Do you have any children?
A. No, sir.
Q. Besides Ms. Zagha, does anybody else live with you now?
A. No, sir.
Q. What about at the time of the accident?

A. No, sir.
Q. Do you have any relatives that live in Georgia?
A. Yes, sir.
Q. Tell me about how many are we talking? A big number or --
A. No; just one. My dad lives in Gainesville.
Q. All right. What's his name?
A. Jeff Glenn.
Q. Okay. Do you have any other brothers and sisters?
A. No, sir.
Q. Is your mother still alive?
A. Yes, sir.
Q. Where does she live?
A. South Carolina.
Q. And what's her name?
A. Mimi Glenn.
Q. So you -- am I correct you don't have any -- besides your dad, no other relatives that live in the Atlanta area?
A. No, sir.
Q. Okay. Are you a member of any civic organizations here in Georgia?

A. No, sir.
Q. Ms. Zagha mentioned something about being involved with some animal-based organizations; I think one of them was Furkids or something like that?
A. Yes.
Q. Are you involved with those as well, or is that more her thing?
A. Other than a donation or I'll occasionally help her out with, but I'm not officially involved with them.
Q. And I think you mentioned --
A. We foster kittens occasionally or dogs sometimes, you know, rescue dogs, stuff like that, but that's about it.
Q. You mentioned I think you went to college at USC or South Carolina; is that right?
A. Correct.
Q. Where -- where was high school? Was that --
A. Lexington High School, South Carolina.
Q. Is that near Columbia?
A. About 20 minutes away, roughly.
Q. All right. And then you went to USC which years?
A. 2 -- '94 to '99.

Q. Okay. And graduated from there?
A. Correct.
Q. What degree?
A. Bachelor's in history.
Q. Okay. Any other college after USC?
A. Yes, sir. I went to Gwinnett Technical College in 2013.
Q. Okay.
A. And then I'm currently at Georgia State University.
Q. Okay. Gwinnett Technical in 2013, did you -- is there any type of degree or certificate you obtained there?
A. I was doing kind of like pre-medical classes, and then I did advanced emergency medical tech, AEMT.
Q. Is that the type of schooling that's normally done to become a -- a EMT?
A. Correct.
Q. Okay.
A. At the time I was wanting to be a physician's assistant, so I was trying to get patient contact hours; and that was just a -- a good quick way to -- to get that.
Q. Gotcha.

Is that not the plan now, to be a physician's assistant?
A. No, sir.
Q. What's the current plan?
A. Epidemiologist in infectious disease.
Q. Gotcha. And is that what you're studying at GSU?
A. Correct -- well, I'm studying biology.
Q. Biology. All right.
A. Epidemiology would have to be with a master's.
Q. Okay. So is the plan to finish up biology at GSU?
A. Correct.
Q. And then continue on somewhere for epidemiology?
A. Yes, sir.
Q. All right. And have you -- what -- what's the schedule for when -- are you scheduled to graduate anytime at Georgia State?
A. This year.
Q. Okay. And that's just like a B.A. in biology?
A. A B.S., I believe.
Q. Okay. And do you know where you're going

to do the epidemiology?
A. I'll probably use AMI, American Military Institute. Hoping to get a master's in public health, so I'll do it online.
Q. But that hasn't started yet?
A. No, sir.
Q. Okay. Any other education, schooling, you've had besides what we talked about?
A. Other than the military, no.
Q. Okay. Tell me about the military. What -- I understand you did serve in the military; correct?
A. Yes, sir.
Q. Well, thank you for your service for that.
A. Thank you for your support.
Q. What years were you in the military?
A. 2003 to 2007.
Q. And was that the marines, I understand?
A. Yes, sir.
Q. Okay. And what training did you have in the military?
A. I had infantry training and then did advanced reconnaissance and surveillance direct action. We did -- basically I was in marine recon, and so I went to marine recon, ARS, school for that.

We did several training as far as clearing houses, conducting surveillance, and various special operations type of training.

Q. Okay. Did -- as far as medical training goes, I know you had some medical training at Gwinnett Tech, obviously?

A. Uh-huh.

Q. What type of medical training, if any, did you have in the military?

A. We did tactical combat casualty care. Basically it's the type of training where they will have some called Sim rounds. It's like a 9 millimeter detergent-type round that will shoot at you. And then while you're doing that, you're mimicking a combat situation; and then you have to suppress threat, render care, evac off the site, things like that.

Q. Gotcha.

A. All trauma, basically.

Q. Trauma-based training?

A. Correct.

Q. Okay. Do you have any experience in the trucking industry or field?

A. No, sir.

Q. Some general background questions. Have

you ever been arrested before?
A. No, sir.
Q. Good.
We're here for a motor vehicle or I guess a lawsuit that's stemming from a motor vehicle accident. Have you been involved with any other motor vehicle accidents besides this one?
A. No, sir.
Q. Okay. And your discharge in the military, was it an honorable discharge?
A. Yes, sir.
Q. And your entire stint with the military was all through the marines; is that correct?
A. Yes, sir.
Q. What was your rank at discharge?
A. E-4.
Q. So you were enlisted, then?
A. I was enlisted, correct.
Q. We're here for what's referred to as a civil lawsuit. Are -- have you ever been involved with any other civil lawsuits, whether it be as a plaintiff, a defendant, or a witness?
A. No, sir.
Q. And you mentioned I believe earlier that you have had your deposition taken before; is that

correct?
A. Yes, sir.
Q. Tell me about that.
A. When I was a contractor over in Afghanistan, I had an accident. During the process of that, there is a company called -- or a company called CNA, but it's covered under DBA; and basically doctors had deemed me as -- I was at maximum medical improvement is what they said, and then for -- essentially you had to use a lawyer to handle the case and try to get funding for any future medical expenses that you would have.
Q. Type of -- are you familiar with workers' compensation?
A. Similar; except it is -- because we worked over in Afghanistan and it was an active combat zone, no insurance company would cover us; and so it's essentially an insurance for contractors.
Q. Gotcha.
And what -- as far as that deposition, when -- when and where did it take place?
A. It was here in Atlanta; but it was South Atlanta, and it was over the phone.
Q. Okay. Do you have a copy of that deposition transcript?

A. No, sir.
Q. Okay. And I'm assuming that -- I guess what all was discussed in that deposition?
A. Just the particulars about the accident, how the doctors' visits went, things related to the accident like that.
Q. In asking this question, I'm not asking about any specific questions or discussions you had with your attorneys, but did you do anything to prepare for this deposition?
A. Other than discuss about it with my attorneys, no.
Q. Did you review any documents to prepare for the deposition?
A. I saw a report that I wrote on the day of the accident.
Q. The one you gave to the police?
A. Correct.
Q. Okay.
A. And then I got a forwarded copy of Nancy's deposition.
Q. Okay. So you have reviewed that deposition?
A. Correct.
Q. Okay. Have you ever filed bankruptcy

before?
A. No, sir.
Q. All right. We talked about the prior deposition you had stemming to -- from kind of the similar animal to a comp claim that you had through the fall when you were working for the contractor company?
A. Uh-huh.
Q. Have you had any other type of workers' compensation claims or anything similar to that?
A. No, sir.
Q. You weren't working at the time of this accident; correct?
A. No, sir.
Q. Have you ever filed for social security disability?
A. No, sir.
Q. What about unemployment?
A. I did once when I left the military for a few months.
Q. Let me -- I'm sure you kind of explained this, but timeline you finished high school then went -- was it -- did you go straight to USC after that?
A. Yes, sir.
Q. All right. Finished USC in '99?

A. Correct.
Q. Then went to the military in '03?
A. Yes, sir.
Q. What was between finishing USC and the military?
A. I was an account manager for an insurance company.
Q. So worked for three years during that period?
A. Yes, sir.
Q. What led you to service in the military?
A. 9/11 and then the upcoming invasion of Iraq.
Q. That's great.
What was the name of the insurance company you worked for?
A. EBS Atlanta.
Q. And what types of things were you doing for them?
A. I managed flexible spending accounts and COBRA benefits for various companies, hospitals, municipalities, things like that.
Q. Okay. And then military for four years from '03 to '07; is that right?
A. Yes, sir.

Q. Okay. What -- and then what happened when you left the military? What did you do next?
A. I was doing training to start working for a defense contracting company.
Q. Okay. While you were in the military, what theaters were you in?
A. I was in Anbar province, Iraq; I was at Fallujah, Karma, Amariyah -- basically just Al-Anbar province is probably better.
Q. And this was all combat-type operations?
A. Yes, sir.
Q. Was it force recon? Is that what you call it, or --
A. I was battalion.
Q. Battalion?
A. Yeah.
Q. All right. So going through military, and you may have just said that -- I'm sorry, what was immediately after military? You started the contracting?
A. Correct.
Q. And who was that worth -- with?
A. Tom Blackwater.
Q. Okay. How many years were you with Blackwater?

A. Five years.
Q. Okay. And tell me about that work. What did you do with Blackwater?
A. We were providing high threat diplomatic security for Department of State, the CIA, any governmental official, government employees, diplomats, congressional delegates, the president, vice president, anybody who's involved with the American government and foreign governments while they were in Afghanistan and in Iraq.
Q. Okay. And that was a full five years you worked with them?
A. Yes, sir.
Q. What --
A. There was a -- there was one contract with Triple Canopy, and that was just in a time in Baghdad Blackwater had lost the contract, Triple Canopy took over; we basically changed hats and just worked with Triple Canopy until the end of the contract. That was only for less than a year.
Q. Gotcha. And then went back to Blackwater?
A. Correct. It was only just -- they were there, it's difficult to leave that one theater at the time, and so it was just continue working with Triple Canopy and then go back to work with

Blackwater.
Q. Gotcha.
All right. What year does that take us up through at the end of Blackwater?
A. 2012, 2013.
Q. Okay. And was it -- were you working for Blackwater when you were -- had the injury that led to --
A. Correct.
Q. -- what I'm calling a comp claim. I know it wasn't, but --
A. Yeah, it wasn't -- yeah. It wasn't workers' comp; but that's a technicality kind of thing.
Q. Right; similar animal?
A. Yeah.
Q. Gotcha.
There's another company, I've seen a name and I may be pronouncing it wrong, Academi or Academy?
A. Academi. It's still Blackwater. Blackwater went and changed from Blackwater to XE to U.S. Training Center to IDS to Academi to now Constellis, which is kind of an umbrella company. They absorbed all the other contracting companies, so

it's -- it's gone through different cycles.
Q. But all the same type of stuff?
A. Same thing.
Q. All right. So 2013 or end of '12 or '13, whenever that was, how did your employment at Blackwater end?
A. It was -- I was not at a full capacity to perform my job.
Q. This is because of the injury you had?
A. Correct.
Q. Okay. So you didn't work for Blackwater anymore after that injury?
A. Correct.
Q. All right. Have you worked at all since then since leaving --
A. No. I became a full-time student.
Q. Okay. So 2013, that's when you went soon thereafter I'm guessing to Gwinnett Technical?
A. Correct.
Q. Okay. And how -- you said Gwinnett Technical for about how long?
A. A year-and-a-half, I believe.
Q. And did you actually finish that program or --
A. Yes, sir.

Q. Okay. So finished and got a certificate saying what?
A. Saying that I was qualified to start as a -- an advanced EMT.
Q. So that takes us to 2014 or '15?
A. 2015 I started -- I started GSU.
Q. GSU. And you're still there now full time?
A. Correct.
Q. Through all the employment we've talked about, have you ever been fired or terminated from any job?
A. No, sir.
Q. Okay. Any other jobs that you've had in the last 10 years besides what we talked about?
A. No, sir.
Q. And with Ms. Zagha, when did the two of you first meet?
A. 2012, I believe.
Q. And been dating her ever since?
A. Correct.
Q. Okay. No breakups or anything like that?
A. No, sir.
Q. And the two of you have been living together since you've been in the house, the last

five years now?
A. Yes, sir.
Q. All right. Turning to the accident that this lawsuit's focused on, I understand you were driving a Mercedes; correct?
A. Yes, sir.
Q. Tell me about what kind of Mercedes was that and how long had you had it?
A. It was a 2015 C63 AMG 507 edition.
Q. And how long had you been driving that?
A. Barely a year.
Q. Got it new?
A. Yes, sir -- no. It was preowned.
Q. Okay. Low mileage?
A. Yes, sir.
Q. Okay. And were you the owner of that?
A. Yes, sir.
Q. And I guess Ms. Zagha explained I think she was in the passenger seat --
A. Correct.
Q. -- right?
MR. MOHS: Rob, let him finish the question just so you're not talking over each other.
THE WITNESS: Okay. Sorry.

BY MR. O'DANIEL:
Q. The -- and if I remember correctly, she explained to me that she was working at the time on a conference call on both her laptop and her cell phone via Bluetooth. Is that your understanding?
A. Yes, sir.
Q. And she testified that she, because of that, didn't see this accident occur. Is that consistent with your understanding as well?
A. Yes, sir.
Q. Okay. And she also testified, if my memory serves me, that, you know, for the 10 minutes leading up to this, she was working and wasn't really paying attention to what was going on?
A. Yes, sir.
Q. What about the weather at the time of this accident? Could you explain what it was like?
A. Sunny, hot.
Q. Okay. And about what time of day did the accident occur?
A. Late in the day; 5:00, 6:00, somewhere around there.
Q. All right. And where were you and Ms. Zagha coming from?
A. We were coming from Florida.

Q. Okay. And I think she mentioned that y'all were at a college football game?
A. Yes.
Q. Labor Day weekend?
A. Yes, sir.
Q. Okay. Do you remember what game it was?
A. Not off the top of my head, no.
Q. All right. Who were you there with?
A. I was with her and then two of my friends I knew from high school.
Q. That's David Teague and Steve Wall?
A. Yes, sir.
Q. And I guess one of them -- I think it was a Camping World game?
A. It might have been.
Q. Did one of them work for that or something?
A. David Teague does.
Q. Okay. Ole Miss/Florida State? Does that sound right?
A. I'm sorry?
Q. Old Miss/Florida State?
A. It could be. I'm sorry. I'm not a sports fan.
Q. Okay. So you're not a big football guy;

you just went because David invited you?
A. I was there to hang out with them.
Q. Gotcha.
All right. And what time did you all leave Florida that morning?
A. Late morning, I believe.
Q. Okay. And where were you heading to?
A. Back home.
Q. Was there any particular time you had to be home?
A. If anything I would think that she would have to be home maybe do some more work. I probably had school the next day.
Q. Okay. Is there anything that had you in a hurry at the time of the accident?
A. No, sir.
Q. Do you remember what you did that morning before you all headed out of Florida?
A. Probably had lunch and just headed back.
Q. Did you have -- did you consume any alcohol on the day of the accident?
A. No, sir.
Q. All right. And no illegal drugs on the day of the accident, either?
A. No, sir.

Q. What about medication? Did you take any prescription medication at the time?
A. No, sir.
Q. Okay. What about was -- were you all drinking the day before at the game?
A. No, sir.
Q. Did you attend any type of event the night before?
A. No, sir; just hung out with friends.
Q. All right. Walk me through with regard to this accident. I understand you and Ms. Zagha were heading on I-75 northbound; correct?
A. That's correct.
Q. And if I understand correctly, this happened south of -- a little bit south of where that 675 split occurs; does that sound right?
A. Yes, sir. The accident happened right at 75 and then I believe 675 was crossing.
Q. Gotcha. And tell me: What was the road like? How many lanes were there?
A. Three lanes, if I recall, and then a construction lane.
Q. All right. And what lane were you two in?
A. We were in the left lane.
Q. And were there any vehicles in front of

you before this accident occurred?
A. Yes, sir.
Q. Tell me about that. What was the traffic like?
A. The traffic was relatively heavy.
Q. Okay. And you said there's some vehicles in front of you. How far in front of you were they?
A. They were in front of me. I don't have an exact distance.
Q. Okay. What -- what about behind you? Were there vehicles behind you?
A. Yes, sir.
Q. Okay. Same thing, can't say the exact distance?
A. Yes, sir.
Q. And what -- the area this happened, was the road straight or was it a curve?
A. There was a slight curve to the road.
Q. Which way was that curve?
A. Left, I believe.
Q. Okay. You had mentioned earlier looking at a statement -- let me show you.
MR. MOHS: This is going to be marked as Exhibit 1.
(Defendant's Exhibit No. 1 was marked.)

BY MR. O'DANIEL:
Q. All right. I've handed you what's been marked as Defense Exhibit 1 and ask if you recognize that as the statement you gave to the police?
A. Yes, sir.
Q. Okay. And this was given on the day of the accident?
A. Correct.
Q. It says on there -- and you -- is this your handwriting?
A. Yes, sir.
Q. Your employer said Academi contractor and GSU student, but really you were done with Academi at that point; right?
A. I was. I was still on Academi -- Academy, I'm not sure myself. I was still on their records. My clearances were still held with them. I wasn't -- wasn't actively being paid by them at that time.
Q. The -- looking at the narrative there said at approximately 1800, which would be 6:00 p.m.?
A. Correct.
Q. So that's about what time the accident occurred?
A. Yes, sir.
Q. Okay. Past exit 227 mile marker you and

Nancy Zagha were struck by an 18-wheeler on the passenger side; is that correct?

A. Correct.

Q. All right. And the truck swerved into our lane. It says you were in the far left lane?

A. Correct.

Q. In an attempt to dodge another vehicle who swerved from the far right lane into his middle lane?

A. Correct.

Q. And that was true; correct?

A. Yes, sir.

Q. All right. And the truck's left front tire and bumper hit your passenger side?

A. Yes, sir.

Q. Okay. And did you actually see both the tire and bumper hit, or was that . . .

A. I saw the truck coming towards us, and then there was an impact.

Q. Okay. And it says, The truck has a dash cam that recorded the entire accident.

Where did you get that information?

A. I could see it.

Q. Okay. Did the truck driver say anything about a dash cam?

A. Yes, sir.

Q. What did he say about the dash cam?
A. That he had a dash cam.
Q. All right. And that's your signature on the bottom; correct?
A. Mine and Nancy's.
Q. Gotcha.
Okay. And the statements you made in Exhibit 1 were true to the police; correct?
A. Correct.
Q. The vehicle that swerved in front of the truck, tell me about that.
A. There was a vehicle that was in the far right lane that was down or stalled. Cars had begun to pile up behind it, and then cars being impatient after like four or five cars were there started to, you know, move out of that lane into the middle lane to go around the -- the backup.
Q. Okay. And the car that was stalled in the right -- well, first of all -- yeah, the car that was stalled in -- stalled in the right-hand lane, what type of car was that?
A. I don't recall. Like an old -- older Toyota or Honda or something to that effect.
Q. And do you remember anything about the cars that swerved in front of the truck?

A. No, sir.
Q. When did you first see that car that was stalled in the right lane? How far away were you from there?
A. I was at a decent distance.
Q. Okay. Can you give me more details on that?
A. Enough for me to see what was going on and begin to kind of adjust.
Q. What did you do to adjust?
A. Slowed my speed down a little bit.
Q. And about -- and how fast were you going before you slowed down?
A. About 55, roughly.
Q. And what did you slow down to?
A. 50, maybe slower.
Q. Okay. Did you say anything in the car when you saw that stalled vehicle at first?
A. No, sir.
Q. And, I mean, are we talking like a mile away or a hundred yards away or -- when you first saw it?
A. Not exactly sure. Again, enough for -- it was ahead of me and enough for me to again kind of see the car stalled and to try to take note of how

the rest of the traffic pattern was going.
Q. And at this point you were going around this curve, whatever the curve was?
A. The curve was very slight, but yes.
Q. Do you remember what color the stalled car was?
A. Not off the top of my head, no; like a tan, copper kind of color.
Q. Okay. Was the driver of the stalled car, did you see him or her outside the vehicle?
A. No, sir.
Q. Did you see him or her inside the vehicle?
A. I couldn't exactly tell.
Q. Do you know whether it was a him or her?
A. It was a male. I know that.
Q. Can you describe anything else about the driver?
A. Vietnamese male.
Q. And if I understood you correctly, there was some cars backed up behind that stalled vehicle?
A. Correct.
Q. Do you remember how many cars were backed behind it?
A. Four or five.
Q. Do you remember anything about those

vehicles --
A. Just --
Q. -- description wise?
A. No, sir.
Q. Were they all passenger vehicles, or were there any commercial vehicles?
A. They were all passenger vehicles.
Q. When you saw that vehicle stalled in the road, did you have any concern that an accident may happen?
A. Not at the time, no.
Q. Okay. Would you agree generally it's dangerous for a car to be stalled on I-75 northbound?
A. It is.
Q. Would you agree it's somewhat common to see accidents when a car is stalled on I-75 northbound?
A. It's possible.
Q. When did you first see the tractor trailer that was involved in this accident?
A. He was I believe coming up behind us.
Q. What lane?
A. He was in the middle lane.
Q. Do you remember what the tractor trailer looks like?

A. White tractor trailer.
Q. And when you first saw the tractor trailer, how many seconds was that before when the impact occurred?
A. I'm not exactly sure; but it was relatively quickly.
Q. Five, six seconds, something like that?
A. I can't say with any kind of accuracy.
Q. Before -- and was that the first time you saw the tractor, or had you seen it before this heading down the road?
A. I'm not sure.
Q. Okay. But the first time you recall seeing it was just a matter of seconds, some -- some small period of time before the accident occurred?
A. Small period of time, yes, sir.
Q. And you testified earlier that vehicles -- how many vehicles swerved in front of the tractor trailer?
A. I'm not exactly sure.
Q. Okay. Was it just one or more than one?
A. There were cars pulling out from the right lane into the center lane to go around this -- this other car, so I'll say more than one.
Q. Okay. And you said you were going about

55 and then started slowing down to 50 miles per hour --
A. Roughly, yes, sir.
Q. -- when the -- is that how fast you were going when the impact occurred?
A. I was -- yes, sir. I was going slower.
Q. So about -- but at that same speed --
A. 50, roughly.
Q. And when that impact occurred, which vehicle was going faster, your vehicle or the tractor?
A. I want to say the tractor trailer.
Q. Okay. How fast do you think the tractor trailer was going at the time of the impact?
A. I don't know.
Q. But you believe it to be some -- something faster than 50 miles per hour?
A. Correct.
Q. Okay. Was he going significantly faster than you or just a little faster than you?
A. He was going faster than me.
Q. Okay. I mean are we talking like doing -- he wasn't doing a hundred, something like that?
A. No, sir. I don't want to guess.
Q. Okay. And you were in the left lane and

the tractor was in the middle lane; correct?
A. Yes, sir.
Q. All right. And the left lane you would agree is generally designated for faster traffic; is that true?
A. Traffic if you're going to be passing, correct.
Q. And were you passing at the time this accident occurred?
A. No, sir.
Q. All right. Why were you in the left lane, then?
A. I probably was going around slower traffic.
Q. Okay. Do you know how -- can you estimate how fast the tractor trailer was going when you first saw it?
A. A rough estimate probably 60 miles or faster.
Q. Okay. And how fast do you think it was moving at the time of the impact? Did it slow down at all?
A. I would think so.
Q. Okay. Could you estimate how fast it was going at the time of the impact, the tractor?

A. No, sir.
Q. Something less than 60, though?
A. I don't know.
MR. MOHS: Object to form.
BY MR. O'DANIEL:
Q. Did you feel that the tractor was traveling too fast?
A. I was more focused on what was going on in the right lane. I knew the tractor trailer was there; I was just trying to adjust to how the pattern was changing with traffic.
Q. Okay. But as we sit here now, do you believe the tractor was going too fast?
A. It's possible.
Q. Okay. You don't have a firm position on that?
A. It's -- it happened three years ago, and it's just hard to bring up details.
Q. Okay. Do you know what the speed limit was in this area?
A. I believe 60.
Q. Based on what you describe, is it fair to say that you didn't observe the tractor going at least excessively over the speed limit?
A. I don't know.

Q. All right. So going -- you actually saw the car pull out in front of the tractor, correct, at least one car?

A. Yes, sir.

Q. All right. And did you say anything in the car to Nancy when that happened?

A. No. She was on a conference call.

Q. All right. When that occurred how much room was there between the front of the tractor and where that car pulled out in front of him?

A. I'm not exactly sure.

Q. Okay. Would -- you'd agree, though, whatever happened it forced the driver to have to do something immediately?

MR. MOHS: Object to form.

THE WITNESS: I don't know.

BY MR. O'DANIEL:

Q. Okay. Would you agree that if the truck driver did not act by moving the tractor in some way, he would have hit the car in front of him that pulled in front of him?

MR. MOHS: Object to form.

THE WITNESS: I do not.

BY MR. O'DANIEL:

Q. Why do you not agree with that?

A. Because I believe that he should have stayed in his lane.
Q. And if he had have stayed in his lane, do you have an opinion as to whether or not he would have hit the truck or vehicle in front of him?
A. If he would have slowed down, I don't believe he would have hit the vehicle.
Q. Okay. And what led you to believe that?
A. I was able to slow down and gauge what was going on, other cars were able to do the same. It wasn't a pileup.
Q. What other cars were able to do the same?
A. All the other cars that weren't involved in the accident.
Q. Okay. But all the other cars didn't have a vehicle swerve in front of them; correct?
A. There were other cars moving around the cars in the right lane; other cars were able to adjust, I was able to adjust.
Q. Did you observe another vehicle from the right lane pull in front of somebody before this incident occurred?
A. Cars were moving around the stalled car in the right lane.
Q. All right. But did you see anybody as you

described in your statement pull in front of another vehicle?

A. The cars were moving from the right lane into the middle lane to avoid staying in the -- staying in the right lane.

Q. I understand. But your description was another vehicle swerved in front of the tractor in your statement to the police. Did you see another vehicle swerve in front of another vehicle before this one that swerved in front of the tractor?

A. I have it written down here; and so yes, sir, that's correct.

Q. Have what written down?

A. I have, Dodged another vehicle who swerved from the far -- far right lane into the middle lane.

Q. All right. And that's talking about the car that pulled in front of the HMD tractor; right?

A. Correct.

Q. And my question is: Did you see any other vehicles that you would say swerved in front of another vehicle prior to this accident happening?

A. I saw -- no. I saw other vehicles move. I saw just that, other vehicles move from the right lane into the middle lane.

Q. And you agree that the truck driver was

attempting to dodge that vehicle when this accident occurred?

A. That's what I have written.

Q. And you would agree with that?

A. Yes.

Q. All right. And would you agree that this car that pulled in front of the truck driver was at least partially responsible for this accident?

MR. MOHS: Object to form.

THE WITNESS: I don't know. It's possible.

BY MR. O'DANIEL:

Q. Okay. Would you -- it's fair to say this accident wouldn't have happened if that car didn't pull in front of the tractor; correct?

MR. MOHS: Object to form.

THE WITNESS: I don't know.

BY MR. O'DANIEL:

Q. If the tractor had gone to the right, if I understand it, he would have hit the cars in the right lane or that stalled car; right?

A. I don't know. It's possible.

Q. Okay. Where were those cars in the right in relation to where the accident occurred? Were they still in front of him, or was it right where the

accident occurred, or by the time of the impact were those vehicles behind the point of impact?
A. Could you repeat that question? You lost me.
Q. I'm trying to envision in my mind at the point of impact when the Mercedes and the tractor made contact, did that occur past the stalled vehicle? Before it? Where in relation to the stalled vehicle did that impact occur?
A. I can't exactly remember.
Q. Did you at any point try to avoid the tractor by going to your left?
A. No, sir.
Q. Why not?
A. There were construction cones or barrels on my left, and it was a construction site. So it would go from pavement to construction dirt to pavement.
Q. It was -- I'm sorry. To your immediate left was what type of surface?
A. Some of it was paved, some of it was gravel. It was -- they were I believe making another road.
Q. And there were some barrels to your left?
A. Correct.

Q. And is it your testimony that a barrel prevented you from going to the left?
MR. MOHS: Object to form.
THE WITNESS: I did not go into the far left.
BY MR. O'DANIEL:
Q. I know. But was there a barrel preventing you from going to the left?
A. There was -- it was a construction site. I didn't want to -- I wanted to stay on the road, essentially.
Q. I understand. I guess my question: Was there a physical barrier to you going to the left?
A. There were construction barrels to my left, yes, sir.
Q. And there was one in a spot that prevented you from going left?
A. I believe so.
Q. Okay. When did you first realize an accident was going to happen?
A. I didn't have a realization that an accident was going to happen. The accident just simply happened.
Q. Okay. So when -- from the time you saw that car swerve in front of the tractor, it was

almost instantaneous when that accident occurred?
MR. MOHS: Object to form.
THE WITNESS: I don't recall. Car swerved in front of the tractor trailer. I don't -- I can't exactly -- I don't remember an exact time frame of how quickly. It just -- the accident happened. It was sudden -- sudden to us.
BY MR. O'DANIEL:
Q. Right. So you saw the car swerve, and then the accident was sudden?
A. I saw a car swerve, and then after that the accident happened.
Q. Okay. And you believe the driver could have stayed in his lane with -- without hitting the car in front of him?
A. I believe if the driver slowed down the accident could have avoided; and if he stayed in his lane, the accident could have been avoided, yes.
Q. Tell me more about that. What -- at what point do you think the driver should have slowed down?
A. When he realized that there was a situation developing on the right.
Q. And how soon before the impact was that?
A. I don't know.

Q. Okay. What happened to the Mercedes after the impact occurred?

A. When he hit us, it spun us around. We did a 180-degree spin.

Q. Okay. So you were facing which way after the accident?

A. I was facing counter flow to the traffic.

Q. Okay. Did your vehicle impact anything -- was there just, I guess -- am I correct there was just one contact with the tractor?

A. I believe so, yes.

Q. Okay. Were there any more impacts that your car had with anything before it came to a stop?

A. No, sir.

Q. Once the impact occurred, how far did your car travel before it came to a stop?

A. Not far. We were facing the truck when it came to a stop.

Q. And about how many car lengths once everything came still? The tractor stopped behind you; right?

A. We were pretty close to the tractor trailer. I remember looking -- facing his grill.

Q. Okay. Do you know how many car lengths that was?

A. I don't exactly recall.
Q. And the tractor, where did it end up?
A. He was in -- in our lane, basically.
Q. In the left lane?
A. Correct.
Q. How long did it take the tractor to stop?
A. I don't know.
Q. Was he able to come to a stop -- and you were in the left lane?
A. Correct.
Q. Okay. But he was able to come to a stop before hitting your vehicle; correct?
A. Correct.
Q. Do you know whether the tractor trailer continued to move forward after the impact, or did it come to an immediate stop?
A. I don't know.
Q. At the point of impact, where was it in relation to the white line that separates the left lane and center lane?
A. When he hit us, our car spun around, but we maintained the left lane.
Q. Okay.
A. He was more in our lane. He -- his truck wasn't completely in the left lane.

Q. Okay. But your testimony is he crossed over that white line separating the center and left lane; correct?
A. Correct.
Q. Okay. Do you know how far over the white line it was when the impact occurred?
A. Enough to knock us 180 degrees.
Q. Okay. And not talking about the force of it, but just how far from the white line was that first touching?
A. Not exactly sure. I would say half.
Q. Halfway?
A. He was half into our lane.
Q. Did your airbag in your car go off?
A. No, sir.
Q. And you had your seat belt on?
A. Yes, sir.
Q. And Ms. Zagha did as well?
A. Yes, sir.
Q. Tell me about with the impact what happened inside the vehicle.
A. The impact was rather large. It knocked things around inside of the car, knocked us around.
Q. And were your -- both of your hands on the steering wheel?

A. Correct.
Q. And what happened to Ms. Zagha inside the car?
A. She was rattled.
Q. Did any -- did your body hit anything inside the car?
A. My head hit the side frame of the car, the B pillar, I believe.
Q. B pillar? And that would be to your left?
A. Correct.
Q. Tell me about that impact.
A. Just through the force of the -- of the car being spun around, just centrifugal force.
Q. Was it a hard impact or was it a light one or --
A. Yes, sir, it was a hard impact.
Q. Hard impact? And you did not lose consciousness, though; correct?
A. No, sir.
Q. Did you sustain any cuts or injuries to your head?
A. No cuts.
Q. Any bruising or any marks on your head?
A. I don't believe so, no, sir.
Q. And -- okay.

Did anything inside the car impact your body?
A. No, sir.
Q. To your knowledge or recollection, did anything inside the car -- do you remember anything moving after the impact occurred?
A. It did knock -- she had her laptop, so it just kind of knocked the laptop around, just loose items that were in the car.
Q. Do you know where the laptop ended up?
A. No, sir.
Q. All right. Immediately before this accident occurred, what were you doing in the car?
A. Driving.
Q. Okay. Were you on your cell phone at all?
A. No, sir.
Q. So you weren't texting anybody at the time?
A. No, sir.
Q. You weren't searching the internet or anything like that on your phone?
A. No, sir.
Q. At the time of the accident?
A. No, sir.
Q. Were you doing anything with the radio or

anything else in the car?
A. No, sir.
Q. Eyes forward?
A. Yes, sir.
Q. Okay. All right.
So now that we're at the point where both vehicles have come to a rest, tell me what happened next.
A. I had checked to see what the status was with Nancy, looked around in my area, saw what was going on with traffic, exited the vehicle, tried to get Nancy out of the vehicle and get her off the road.
Q. Okay. And that was just for safety purposes?
A. Correct.
Q. And so you got out of your door?
A. Yes, sir.
Q. All right. And was Nancy able to get out of her door?
A. I believe so, yes, sir.
Q. And you helped her get out?
A. Yes, sir.
Q. All right. Did the two of you talk at that point?

A. Just in regards to what had just happened.
Q. What -- what was said then?
A. We got into an accident.
Q. Anything else --
A. I mean, we got hit by a truck. It was a pretty -- it was a big event. It was just mainly that. But mostly it was me trying to assess her and make sure that she was okay just by visual cues and then try to -- I didn't trust -- it's Atlanta traffic. I didn't trust the rest of the traffic to move around the accident in any kind of safe manner, and so I was trying to just get her off of the interstate and to -- to a less active area.
Q. Gotcha.
And were you ultimately able to do that?
A. Yes, sir.
Q. And was it your conclusion that she appeared to be okay?
A. Visually, yes.
Q. Okay. Anything beyond visually that gave you any concerns?
A. No cuts, no lacerations.
Q. And what about you? You had no cuts and lacerations; correct?
A. No, sir.

Q. All right. And did you feel like you were okay after the accident?

A. I -- I don't know. It was -- I was shooken [sic] up by what had happened; but as far as any accurate medical assessment to it, you know, no. I was able to walk, I was able to talk, I was able to help her get out of the car.

Q. When you helped her get out of the car, where -- did you take her somewhere or --

A. I took her to the side of the road. There was a -- I think with the construction they were building like an off ramp or possibly a bridge or something to that effect, and so I took her to that side. Again, there was a construction lane to the left, so there was space.

Q. All right. And did you see the tractor trailer driver get out of his vehicle?

A. Yes, sir.

Q. All right. Tell me about that. What did he do?

A. He came up, checked to see how we were doing.

Q. Asked if you were okay?

A. Correct.

Q. And what did you tell him?

A. I told him yes.

Q. All right. And what happened next?

A. I called the police; called my insurance company; called Nancy's sister, I believe, to update her on what had happened.

Q. Okay. All right. And as far as your initial discussion, that all happened after you talked -- initial discussion with the truck driver?

A. Yes, sir.

Q. Any other thing you remember from what you had conversation-wise with the truck driver?

A. We were discussing what had happened. We were both shooken up by the whole -- the whole event. But just that, just what had happened with the accident.

Q. I mean, do you -- do you remember anything specific he said?

A. I remember he had -- he was talking about the cars that had piled up over on -- or backed up over on the right lane. I know he was, you know, apologetic about what -- what had happened.

Q. Anything else specifically you recall the truck driver saying?

A. No; not that I recall.

Q. Did you have any conversations with the

truck driver beyond that initial conversation?
A. No, sir; I don't believe so.
Q. All right. So get out of the vehicle, move Nancy over to the shoulder somewhere where it's safer; right?
A. Correct.
Q. Have that discussion with the truck driver; correct?
A. Uh-huh.
Q. And then called -- did you call 911 for the police?
A. Yes, sir.
Q. Do you know if anybody else called 911?
A. It might have been me, it might have been Nancy. I can't exactly -- I can't exactly remember.
Q. Okay. Do you know if anybody else did, though?
A. I don't know, no.
Q. Do you remember Nancy calling anyone after the accident?
A. I don't recall. She might have -- I can't recall if I handed the phone over for her sister or not or vice versa. I know -- I know she was contacted.
Q. Gotcha.

Did -- to your recollection did Ms. Zagha speak to the truck driver at all?

A. I think he had asked if she was okay; but other than that, I don't -- I don't recall anything substantial.

Q. Okay. Was the truck driver rude to either of you at any point?

A. No.

Q. Do you remember what he looked like, the truck driver?

A. He was a little bit shorter than I was, dark hair.

Q. Caucasian?

A. Yes, sir.

Q. Okay. Any other discussion -- whether at the scene or any point ever, any other discussion with the truck driver?

A. Again, I think we -- we had talked about what had happened with the accident; I don't -- I don't recall anything outside of what had just occurred.

Q. You didn't talk to him after the accident the day of the accident?

A. Oh, no. No. No.

Q. Okay. And what about -- so at this point

get Nancy out, get her in a safe place, call 911. At this point where is this car that had stalled?
A. I believe it was still in the right lane.
Q. And where was it in relation to where you were standing?
A. In the right lane. I was into the -- the construction site on the far left, near that area -- that safe area.
Q. Was it heading north up the road from you or behind you?
A. I want to say it was a little bit behind us at that point.
Q. Okay. And you said it was a Vietnamese male driver?
A. Correct.
Q. Did you talk to that individual at all?
A. He didn't speak English.
Q. Did he -- did you try to communicate with him?
A. He had come over to our side. The police had tried to talk to him.
Q. Okay. And I guess did you have any direct interaction with him or just it was obvious you couldn't communicate with him?
A. No.

Q. Okay. Was there anybody else in that car besides the male Vietnamese guy?
A. No, sir.
Q. How do you know it's Vietnamese?
A. Nancy spoke to him in Vietnamese.
Q. Okay. Do you know did Nancy tell you what they talked about?
A. Just that he was coming in town to work.
Q. Did he say what happened with his car, any details about it?
A. He said it -- she told me that he said that it had stopped.
Q. Do you have any idea how long that stalled vehicle had been there before the accident occurred?
A. No, sir.
Q. And you don't have any idea who that guy is, contact information?
A. No, sir.
Q. To your knowledge Nancy doesn't know who that is, either; correct?
A. No, sir.
Q. All right. Did you speak with -- other than the police, did you speak with anybody else at the scene?
A. A fireman had shown up because we had

called 911.
Q. Okay. What was the discussion with the fireman?
A. Just the same thing, accident, I was trying to explain to them what had happened.
Q. How long -- I guess who arrived first emergency personnel wise? Was it fire department or police?
A. Yes, sir, fire department.
Q. Okay. And about how long did that take?
A. Not too long; a few minutes.
Q. What about the police? How long did it take them to arrive?
A. Not too much longer after the fire department.
Q. In the statement Exhibit 1, Henry County Police Department, is that who you recall showing up?
A. Yes, sir.
Q. Do you -- do you -- are you aware of any other jurisdictions that arrived police wise?
A. Not that I know of.
Q. No state trooper or anything like that?
A. No, sir.
Q. And how many different -- did more than one police officer arrive, or just one?

A. There was a -- a passing sheriff's vehicle.

Q. Okay.

A. But he was just -- he was just passing through and happened to see what had happened.

Q. Did he see the actual accident occur?

A. No, sir, I don't believe so.

Q. All right. And did that -- do you know what sheriff's office that was?

A. I don't recall.

Q. Did you have any conversations with that guy that passed through?

A. He had just asked if we had called 911 and if anybody was en route. We told them that they were, and then he was like, Okay, asked if everybody was, you know, okay. I told him that the emergency services were on the way, and then he moved on.

Q. All right. And then Henry County arove [sic]?

A. Uh-huh.

Q. Just one car?

A. Yes, sir.

Q. Okay. And tell me about your conversation with -- what did that officer look like?

A. Tall, built, African American man.

Q. Okay. And did he speak with you first or the truck driver?
A. I don't exactly recall.
Q. And what conversation -- tell me what your conversation with the police officer.
A. I just explained to him what had happened, that we were traveling, what I observed, and then -- things that were in relation to the accident.
Q. Okay. Nothing different than what we've talked about today; correct?
A. Yes, sir.
Q. All right. Anybody else you talked to at the scene besides the Henry County officer, the sheriff -- sheriff's deputy that drove by briefly, the fire -- folks from the fire department, and the truck driver?
A. My insurance.
Q. Okay. That was just on the phone?
A. Correct.
Q. I guess I'm talking about more people at the scene.
A. No, sir.
Q. All right. Did you -- these other cars that were behind the stalled vehicle, did they all leave after the accident occurred?

A. Uh-huh.
Q. Is that a yes?
A. Yes, sir. Sorry.
Q. Okay. And you told the officers that you were not injured; correct?
A. Yes, sir.
Q. And Ms. Zagha told them that as well; correct?
A. Yes, sir.
Q. Did the EMS -- did any EMS personnel come?
A. Just the fire department. They have their own medical teams.
Q. Okay. All right. Any other statements that you made or heard at the scene beyond what we've talked about? Anybody saying anything?
A. No, sir.
Q. Did anybody else come to the scene after the accident occurred?
A. We had an Uber pick us up.
Q. Beyond that?
A. No, sir.
After this next question, can we take a break?
Q. Yeah. Absolutely.
A. Okay.

Q. Do you want to go ahead and do it now?
A. If that's okay.
Q. Sure.
THE VIDEOGRAPHER: We're going off the record. The time is 10:55.
(Defendant's Exhibit No. 2 was marked.)
(Recess from 10:55 a.m. until 11:07 a.m.)
THE VIDEOGRAPHER: We're back on the record. The time is 11:07.
BY MR. O'DANIEL:
Q. All right, Mr. Glenn. I think before we took a break there I went ahead and put Defendant's 2 in front of you. Do you recognize that as the police report for this accident?
A. Yes, sir.
Q. Have you ever seen that before?
A. I believe this was e-mailed to me.
Q. Okay. And it's got the date of the accident on the top left corner September 6, 2016; correct?
A. Yes, sir.
Q. And it lists you as Driver Number 2?
A. Yes, sir.
Q. Okay. And in the narrative portion of this on the second page, if you'd turn to that.

A. (Witness complies with request of counsel.)
Q. It says, Driver 1 -- who is the truck driver -- stated that traffic slowed down in front of him and four cars swerved in front of him to avoid a stranded car in the far right lane.
And that's true; correct?
A. Yes, sir.
Q. Okay. And he attempted to slow down but had to swerve to avoid the vehicles that swerved in front of him.
Is that consistent with your observations?
A. I don't know what the driver was doing at the time of the accident other than when he came into our lane and struck us.
Q. Okay. Okay. Did -- and then it says for Driver 2 -- which is you -- Vehicle 1 swerved into his lane to avoid a group of vehicles that swerved in front of -- in front of him.
Correct?
A. Am I -- I'm Driver 2?
Q. You're Driver 2, yes. This is where the officer is reflecting that you said on that second paragraph.
A. That -- yes, sir. That looks correct.

Q. That's what you told the officer?
A. Okay.
Q. And that's what occurred; correct?
A. Yes, sir.
Q. Okay. And then you stated that vehicle 1, the truck driver's, left front tire and bumper struck his passenger side door and rear wheel?
A. Yes, sir.
Q. But if I understand correctly, you're not a hundred percent sure exactly what part of the tractor hit you?
A. Not a hundred percent.
Q. Okay.
A. I was on the -- I was driving the car, and so I'm not going to have full view of the passenger side.
Q. Gotcha.
All right. On the third page on the bottom of that it talks about the involved parties. It lists Mr. Gisca, the driver of the tractor, and Robert Glenn, you're the second person there at the bottom right. And it says on there not injured is what you told the police; correct?
A. Yes, sir.
Q. Okay. And then Nancy Zagha also told that

she was not injured to the police; correct?
A. Yes, sir.
Q. There was -- for your Mercedes was there any preexisting damage to it, or was it --
A. No, sir.
Q. It was in good shape?
A. Yes, sir.
(Defendant's Exhibit No. 3 was marked.)
BY MR. O'DANIEL:
Q. I'll give you what's been marked as Exhibit 3. All right. Do you -- that -- that was your Mercedes on the date of the accident; right?
A. Yes, sir.
Q. Okay. Do you know who took that picture?
A. I -- probably I did.
Q. Okay. You took some photos with your cell phone?
A. Yes, sir. Correct.
Q. And you've given all those to your attorney?
A. Correct.
Q. And do you still have the photos, the digital photos, themselves?
A. Yes, sir.
Q. Does that show all the damage to your

vehicle? There wasn't any other damage to your vehicle from this accident beyond what's reflected on Exhibit 3; was there?

A. No --

MR. MOHS: Object to form.

THE WITNESS: No, sir. This does not show all the damage that was done to the vehicle.

BY MR. O'DANIEL:

Q. Tell me about what other damage is not evident in Exhibit 3.

A. The vehicle is a special edition and for the most part is hand built in Germany.

Q. Okay.

A. A lot of the parts and internal mechanisms you're dealing with carbon fiber drive shafts, you're dealing with special rear differentials, you're dealing with engine mounts. There's a lot of internal -- the damages that had to be fixed to the car were substantial.

Q. All right. What did you pay for the car, approximately?

A. 68,000, I believe.

Q. Okay. So I can see in Exhibit 3 there was some body damage and some -- looks like some damage to the rim it looks like; correct?

A. Correct. Yes, sir.
Q. What other damage was there to the car beyond what I can see in Exhibit 3?
A. I don't exactly recall. There is -- when I had it repaired, they have a list of everything that was repaired. I thought that I gave that -- gave that out, but I'd have to consult the repair job. It was -- it was a lot of damage.
Q. And I'm just asking what you remember as we sit here today, so --
A. From what I recall there was issues to the structural integrity of the windscreen; there was the rear differential; there was axle damage; rims, of course; the tires; the frame had to be fixed, the frame of the car had to be pulled, however that's done. There were others. Like I said, there's -- there's a full report from Magnum auto repair.
Q. Okay. Do you know what all those repairs cost?
A. North of 25,000.
Q. And when this Exhibit 3 picture was taken, is that after the car had been moved, or was that where it came to rest after the accident?
A. No, sir, that was after it was moved.
Q. Okay. Tell me about -- how was it moved?

A. The fireman pushed it out of the way.
Q. Okay. Did you help with that?
A. No, sir.
Q. Do you -- did you observe any damage to the tractor, tractor trailer?
A. Not that I recall.
(Defendant's Exhibit No. 4 was marked.)
BY MR. O'DANIEL:
Q. I'll hand you what's been marked as Exhibit 4. This is a picture. Do you know who took this picture in Exhibit 4?
A. Again, I think I might have.
Q. Okay. Does this show any damage related to the accident?
A. No, sir.
Q. Was this taken more to get the contact information?
A. Probably, yes, sir.
(Defendant's Exhibit No. 5 was marked.)
BY MR. O'DANIEL:
Q. I'll hand you what's been marked as Exhibit 5 and ask if you've seen this picture before?
A. It is possible this is one of the pictures that I've taken.
Q. Not certain, though?

A. No, sir. It's been awhile since I've --
Q. Sure.
A. -- sent these pictures out.
Q. Am I correct that this picture was taken when -- is that where the cars were after they came to final rest?
A. Yes, sir.
Q. Okay. So looks like about two -- at least two car lengths between the front of the tractor and the front of your car?
MR. MOHS: Object to form.
THE WITNESS: I can't tell exactly.
BY MR. O'DANIEL:
Q. Okay. Whatever -- whatever that distance is it is; right? There's some distance between the front of your car and the front of the tractor; right?
A. There is a distance between my car and the tractor trailer.
Q. And we can see one orange barrel in this picture; right?
A. Yes, sir.
Q. And as far as the question I asked about earlier about anything physically preventing you from going to the left, were the barrels more frequent

when the accident occurred, or was it spread out like they are here?

A. I believe they were spread out like they are there.

Q. Okay. So it looks like you were -- would have been physically capable of going to the left if you had wanted to?

A. It is possible.

Q. Okay. What -- what --

A. It would have required me to go off the road and into a construction zone.

Q. Which is all paved; right?

MR. MOHS: Object to form.

THE WITNESS: I don't know.

BY MR. O'DANIEL:

Q. Well, that's what this picture shows; isn't it?

A. I see a black tarmac from a construction zone. Also with the car that I'm driving, there's very high performance tires that are on there, construction zone bolts, screws, nails, rocks; also I don't know the structure of the road that's -- that's in that -- in that area. Again, it's a construction zone -- or was a construction zone.

Q. Was the -- was it an active construction

zone? Were there actually people out there working?
A. No, sir.
Q. The gold car shown in Exhibit 5, do you know anything about that vehicle?
A. No, sir.
Q. Okay. Was it one of the cars that had -- that had swerved or was involved in any way or just somebody passing by?
A. I don't -- I don't remember.
Q. Okay. And you said the tractor did not make any second impact with your vehicle; correct?
A. No, sir.
Q. And it's fair to say in looking at this picture that he was able to come to a stop before impacting you in that left lane, correct, after you started spinning?
A. After the initial impact; correct?
Q. Right.
A. Yes, he was able to come to a stop.
Q. Okay. Is it fair to say it takes a tractor trailer a longer time to stop than a sport car Mercedes?
A. It depends on which context you're talking about.
Q. Okay.

A. Are you talking in general --
Q. Yes.
A. -- because my car --
Q. Your car will stop faster than a tractor; right?
A. Yes, correct. I'm sorry.
Q. And you testified earlier that you thought the tractor was going faster than your car; correct?
A. I believe so.
Q. But we'd agree he was able to come to a stop it looks like to me two car lengths before you came to a stop; is that true?
MR. MOHS: Object to form.
THE WITNESS: He was able to come to a stop after the accident, yes.
BY MR. O'DANIEL:
Q. Okay.
(Defendant's Exhibit No. 6 was marked.)
BY MR. O'DANIEL:
Q. I'm handing you what's been marked as Exhibit 6. Do you recall seeing this picture before?
A. Yes. It's possible I took this picture.
Q. All right. And this -- we talked about a African American officer earlier?
A. Yes, sir.

Q. This looks like it -- there to be a white female officer. Do you remember her being there?
A. I don't recall, no.
Q. Okay. At this point there's no other traffic visible in the lanes of the highway. What -- what was going on with the traffic after y'all -- I guess before the cars were moved?
A. Traffic was still flowing. It's 75.
Q. Okay. So were they -- was it stopped, traffic stopped, for any period of time?
A. No, sir.
Q. And do you recall whether -- looks like there's a red car evident in Exhibit 6.
A. Uh-huh.
Q. Do you see that?
A. Yes, sir.
Q. Were they being directed through that construction zone?
A. I don't know. I want to say they had some kind of car trouble or something; but I don't -- again, I don't recall exactly.
Q. Okay. On the right shoulder it looks like there was a Jersey barrier or concrete wall there; is that true?
A. Correct.

Q. So there really was no right shoulder available to go to; correct?
MR. MOHS: Object to form.
THE WITNESS: I don't recall.
BY MR. O'DANIEL:
Q. In looking at Exhibit 6, does this refresh your mind at all as to where the stalled car would have been when your two vehicles -- when -- when your vehicle came to a stop?
A. It was -- as I stated in my report, it was in the right lane.
Q. Okay. But I guess on this picture would it have already been moved by this point, or would you expect it to be in this picture?
A. It would not be in this picture. It was probably prior --
Q. And looking at --
A. -- prior to where the picture was taken.
Q. Gotcha.
And the stalled car, would it have been behind the tractor or in front of your car?
MR. MOHS: Object to form.
THE WITNESS: I don't understand.
BY MR. O'DANIEL:
Q. Yeah. I'm looking -- I'm trying -- the
4

stalled vehicle where it was stalled, in looking at this picture, would it have been stopped -- when it was stopped, was it somewhere behind the tractor, or was it somewhere on the left side?

A. No. It would have been out of the frame of the tractor trailer, I believe behind it.

Q. Somewhere back behind the tractor trailer?

A. I believe so, yes.

Q. Okay.

(Defendant's Exhibit No. 7 was marked.)

BY MR. O'DANIEL:

Q. I'm handing you what's been marked as Exhibit 7. For the record I'll state that this is a image I took off of Google Earth or Google Maps, and in doing so it allows you to go back in time. And I went back to August of 2016 if you'll see at the top.

A. Gotcha.

Q. And that's about roughly a month before this accident; correct?

A. Yes, sir.

Q. Okay. And is this -- would you agree this is the area where this accident occurred?

A. It appears to be.

Q. Okay. And you were in the left lane where the black car is shown in this picture; right?

A. Yes, sir.
Q. And the truck we said was in the center lane; correct?
A. Yes, sir.
Q. Okay. Are you able to -- in looking at this picture, are you able to point to where in the road the initial impact occurred? And you're contrasting it with Exhibit --
A. Yes.
Q. What number is that one? So you're looking at 7 and 6?
A. Let me go like this so I'm not going to . . .
Q. Sure.
A. There's my car. So the impact was probably somewhere in this area, I'm estimating. And then based on this line (indicating) -- it's hard to tell the way you have things set up.
Okay. See these orange -- orange construction barriers?
Q. The yellow, you mean?
A. Orange -- I'm sorry, yellow, yes, yellow construction barriers right there?
Q. Yeah. That's on the right side of Exhibit 6 and on the --

A. Yes.
Q. -- foreground of Exhibit 7?
A. I'm doing them -- I don't exactly --
Q. I understand.
A. -- remember that; but I would -- it was prior to this. So it was probably somewhere in that area.
Q. Close to where that yellow meets the concrete?
A. I'm estimating, yes.
Q. Okay. And the stalled vehicle, was it somewhere behind the yellow, then?
A. I think so.
Q. And we can see in Exhibit 7 that there is a curve to this part of the highway; correct?
A. Yes, sir.
Q. All right. Beyond the photographs you've given to your attorneys, are you well -- you took those with your cell phone, I'm guessing; right?
A. Yes, sir.
Q. Okay. Are you aware of any other photographs pertaining to the accident?
A. No, sir.
Q. Or of the vehicles involved?
A. No, sir.

Q. Did you observe the officer taking any photographs at the scene?
A. I don't recall.
Q. Did you see anybody else taking pictures besides yourself at the scene?
A. I don't recall.
Q. Okay. And have we talked with everyone -- talked about everyone who made any comments at the scene that you heard or participated in?
A. I'm sorry. Could you ask that again?
Q. Yeah. Is there anybody else that came to the scene or made any comments at the scene beyond what we talked about?
A. Other than people driving by and laughing, no.
Q. Okay. Tell me about that. There was people laughing?
A. Just people being people, driving by and thought it was rather humorous.
Q. Atlanta traffic, typical stuff?
A. Yeah.
Q. When -- do you remember the -- what happened with the stalled -- the Vietnamese guy driving the stalled vehicle? How --
A. When we got Uber, he rode with us to a gas

station.
Q. Okay.
A. Nancy told me he was coming in town to work and just, you know, said that he was just unfortunate that his -- that for whatever reason his car didn't work. And so they drove -- we rode with the Uber driver and took him to a gas station so he could meet up with a family member.
Q. Did -- who paid for the Uber?
A. I did.
Q. Okay. Did he give you any money for that?
A. Huh-uh. He tried; I didn't take it.
Q. Sure. Did -- did he say anything else about how long his car had been there or what happened to it to cause it to stall?
A. Again, he didn't really speak English. Other than offering me a cigarette -- I don't smoke. But other than that, he didn't speak English.
Q. And in asking that question I was -- I should have clarified, but I envisioned him and Nancy speaking in Vietnamese. Did she tell you anything else he told her?
A. She just -- again, no. She just said that he had -- he had come in town to work and his car broke down.

Q. And when you left in the Uber, was his car still there?
A. I believe so.
Q. Was it -- I know you said the fire department moved -- pushed your car out of the left lane it looked like into the shoulder on the left; correct?
A. Uh-huh.
Q. Do you recall whether -- did you observe anybody move the stalled vehicle?
A. I don't recall it being moved. I would imagine it was moved considering that the accident had just happened.
Q. And do you remember where it ended up?
A. Probably in the -- I don't exactly recall. I'm estimating that it would have ended up in probably the same construction area that I was.
Q. Did you leave -- when you left in Uber, was the truck driver still there, or did he leave?
A. He had left.
Q. So he left before you; correct?
A. Correct.
Q. And your car was still there; correct?
A. Correct.
Q. Was your -- was your vehicle ultimately

towed?
A. Yeah. Because it was a construction site, there can't be any kind of impediment to work; so my car later that night was towed by the local towing company; had to pay to get the car out of that lot and then towed to a repair location.
Q. And that -- all that towing happened sometime after the driver left, though; right?
A. Yeah; early in the morning.
Q. Okay. Was there any discussion you had with the truck driver at all about your car being towed?
A. Not that I recall.
Q. And you told me a little bit about this, so I guess it went -- you said it went from -- the police had it towed I guess to one lot? Is that what happened?
A. I don't believe it was the police. There's a whatever construction company that was working on that section of the road, they have a -- from -- the towing company explained this to me. They're contracted to basically keep it free of any sort of debris, cars, things of that nature, so they're -- they're the ones who towed it.
Q. And then you had it towed -- do you

remember where that lot was?
A. Not off the top of my head. I want to say somewhere out here; but I can't exactly remember.
Q. And where'd it get towed to?
A. From that lot?
Q. Right.
A. It got towed to Mercedes of Atlanta on Roswell Road.
Q. In Sandy Springs?
A. Yes, sir; off of -- off of exit -- the Northridge exit, that one. And then from there it got towed to Magnum Collision.
Q. Which Magnum was it?
A. I was only aware of one; I'm sorry. The one that's out in Marietta.
Q. Okay. And was the car ultimately repaired?
A. Yes, sir.
Q. All right. And did you drive it for some period of time after it was repaired?
A. I drove it for -- when I first got it back, I drove it for a day. The car had issues and had to be taken back. And then a couple of weeks later, I received it again.
Q. What issues did you have when you first

got it back?
A. There were mechanical knocking sounds, there were parts that weren't fully repaired to the car. The car's electrical system was malfunctioning, things like that. So I had to take it back.
It's -- they repaired it to -- Magnum does great work, but you're not going to know if you get these issues until you drive the car.
Q. So you get it back after about two weeks. How long did you drive it once you got it back?
A. The second time talking about?
Q. Correct.
A. Not long. I basically sold it shortly afterwards.
Q. Okay. And what did you ultimately sell it for?
A. I want to say 61, I believe. I had to pay money to basically sell it, I remember that.
Q. What do you mean by that?
A. I bought the car -- again, it was a while ago. I believe I had it -- bought it and had it financed for about 68 or -- actually, no. The car sold for about 68; but I had put some money on it and had financed a little bit less than that.
When I sold the car, the amount that was

owed on the car was less than the value of the car, and so when I sold it in order to sell it, I had to pay money to get rid of the car.

Q. Got it. You bought it for about 68?

A. Correct.

Q. Drove it for a year?

A. Barely.

Q. Approximately?

A. Yes, sir.

Q. And then sold it for about 68?

A. Yes, sir.

Q. Okay.

A. No, negative. I did not sell it for about 68. I sold it for less than 68.

Q. Okay. Do you remember what you sold it for?

A. I want to say 61, 64. I'm not exactly sure.

Q. Okay.

(Defendant's Exhibit No. 8 was marked.)

BY MR. O'DANIEL:

Q. I'll hand you what's been marked as Exhibit 8, which I believe are some records from your cell phone on the date of the accident. Have you seen this before, Exhibit 8?

A. No, sir.
Q. Was that your cellphone number at the top?
A. Yes, sir.
Q. And it's got 9/6 on there. It doesn't have a year on it, but I -- this is what I requested from the date of the accident; okay?
A. All right.
Q. The first time entry on there is at 6 -- I've got mine marked there.
A. 13.
Q. 6:13, and that's an 800 number. Do you know what number that is?
A. No, sir.
Q. I think it's Traveler's Insurance. Is that your insurance company?
A. That would make sense. Yes, at the time, yes. Yeah, it still is, yes.
Q. Had you made any calls before 6:13 p.m. on your cell phone that day?
A. I don't recall.
Q. Did -- and I don't see a number to 911 here. Do you believe you used your cell phone to call 911?
A. If it's not showing up right here on this, then either I called or Nancy had called.

MR. MOHS: I don't think those always show up on the record.
BY MR. O'DANIEL:
Q. Okay. All right. So called Travelers, and then the next call was at 6:57; correct?
A. Yes, sir.
Q. And looks like a Florida area code, 6 -- 863. Do you know who that was?
A. Huh-uh. No, sir.
Q. Don't recognize that number? You don't recognize that number?
A. You know how phones are today.
Q. Sure.
A. I -- I have names but no numbers.
Q. Fair enough.
You don't recall calling anybody from Florida from the scene, though?
A. No, sir.
Q. All right. And then 7:01, I Googled that looks like AAA.
A. Okay.
Q. The 800-222 number at 7:01.
A. Okay.
Q. Do you recall calling them?
A. Yes, actually; for the towing.

Q. Okay. And then there's three numbers that end 5888 through -- four times you see them; one's at 7:08, one's at 9:22, and then 10:39 and 11:00 p.m. Do you know what number that is?

A. It might have been the Uber driver. If it's the same and if it's in there -- I know we had to go back and forth and explain, because the Uber driver had to pick us up on the interstate. We were on the interstate, so we had to kind of vector her in to get us.

Q. You wouldn't have been calling the Uber driver two hours later at 9:00 and to 11:00 p.m.; right?

A. No. If anything that was probably the towing service. That went on throughout the night.

Q. Gotcha.

What about the next number ends in -- 678-841-8502? Do you know whose number that is?

A. No, sir. It's possible it could have been her sister. It could have been her sister's boyfriend.

Q. All right. And then a call at 8:03 to a 985-788-4963, which is a --

A. I'm sorry. Where -- where are you?

Q. Yeah. I'm looking at 8:03 p.m.

A. 8 -- okay. Gotcha.
Q. Do you know what that call was?
A. No, sir.
Q. And I Googled that. It came up as a Mike Lane, who is a Louisiana hunting and fishing guide.
A. Mike Lane?
Q. Does that ring a bell?
A. No.
Q. Do you remember contacting any fishing and hunting guides?
A. I don't hunt. I mean, I fish occasionally. No.
Q. Okay. The last number on there is a 310 number, which is an L.A. area code. Do you know who that could have been?
A. Probably a friend.
Q. What I'd like to do now, I've got your 911 call. I was going to play that real quick, and I was going to suggest that I just put my microphone by it for the video. Does that work for everybody? So I'm going to attempt to play it, and then we can talk about it. Okay?
(Audio recording played)
BY MR. O'DANIEL:
Q. All right. Were you able to hear that

okay?
A. Yes, sir.
Q. All right. And that was your voice on the recording; right?
A. Yes, sir.
Q. And is it fair to say that's a true and accurate recording of the call that you made to 911 on the date of the accident?
A. Yes, sir.
Q. And that was -- what you told the 911 dispatcher was true?
A. Yes, sir.
Q. And this call was made immediately after the accident; right?
A. Yes, sir.
Q. The -- there was a little pause in there. Do you know what that pause was?
A. Probably the traffic.
Q. Okay.
A. Looking at the traffic.
Q. Have you ever heard that recording before?
A. No, sir.
Q. You mentioned that the tan -- or one of the vehicles, the tan Camry or white Hyundai was definitely involved; correct?

A. Yes, sir.
Q. And it was your belief that that driver was part of the accident; correct?
A. Yes, sir.
Q. And you would agree that the Camry or whatever car that -- that pulled out and fled is at least partially responsible for this accident; wouldn't you?
MR. MOHS: Object to form.
THE WITNESS: There were several cars that were responsible for what was going on with the accident. The accident was -- that scene that was on the right-hand lane was what predicated all of this.
BY MR. O'DANIEL:
Q. Right. You didn't say anything to the 911 people about the speed of the tractor; correct?
A. I didn't hear it, no.
Q. And you didn't say anything about -- to the 911 caller -- about your thoughts or opinions that the truck driver was in some way at fault for this; correct?
A. I did not hear that.
Q. Instead you were more focused it sounded like on the Camry that fled the scene as well as the

other vehicles in the right lane?
MR. MOHS: Object to form.
THE WITNESS: I was doing what I could to explain the situation.
BY MR. O'DANIEL:
Q. Okay. Let's switch gears and talk about your injuries in this case. Okay?
A. Uh-huh.
Q. The -- I guess let's start off by saying or listing what body parts you are alleging were injured from this accident.
A. Oh, at the time I had gone to see Dr. Audra Moran for pain that I had in my neck and lower back.
Q. You're saying this is before the accident or after?
A. This is after the accident.
Q. And let's just -- before we can get to that, I just want to know body parts that you are saying were injured from this -- from this accident.
A. My lower back.
Q. Okay. Any other body parts?
A. I sustained some kind of minor whiplash injuries to my neck.
Q. Anything else?

A. Some to my elbow that resolved.
Q. All right. All right. So lower back, a minor neck issue with whiplash, and an elbow problem; correct?
A. Correct.
Q. Any other injuries -- body parts, rather?
A. I can't recall outside of the medical reports.
Q. Okay. Tell me about the -- on the minor neck injury, is that something that's resolved?
A. It has gotten better, yes.
Q. Okay. Is it -- I mean, you still have pain from that, or is it all the way better?
A. There is some pain from that, yes.
Q. Tell me about that.
A. It's kind of a shooting, stabbing kind of pain. It's not as significant as the other injuries.
Q. Is that something you have every day?
A. Correct.
Q. And you've had that every day since the accident?
A. Correct.
Q. But it has improved since the accident?
A. Correct.
Q. All right. And when did that pain first

start in your neck?
A. The day after the accident.
Q. Okay. And tell me in general what you did for treatment for that injury.
A. Motrin, water, tried to stretch. Shortly after I went to Audra Moran and tried to get some treatment with her.
Q. And as we sit here now, do you have full range of motion in your neck?
A. I do.
Q. Okay. Any other issues with your head from this accident or your neck or head area that we haven't already talked about?
A. Just my being hurt from hitting the B pillar, but nothing like that.
Q. Okay. What was -- what happened with the B pillar? What type of injury did you have?
A. Just through the inertia of the accident, my head had hit the side of the B pillar. The way my seat was positioned with the car, my head was just right there.
Q. Okay. Did you sustain any type of head injury or concussion from this accident?
A. Not that I was aware of.
Q. Have you ever had any pain or injury to

your neck before this accident?
A. No, sir.
Q. Have you ever treated with a doctor for your neck before this accident?
A. No, sir.
Q. Okay. And I think you also mentioned your elbow?
A. Yes, sir.
Q. Tell me about that.
A. Same thing. I believe it was just contusion from the inertia of the accident.
Q. And you said that resolved; right?
A. Correct.
Q. When did that resolve?
A. I don't have an exact date, but shortly after the accident.
Q. Within a month?
A. Roughly.
Q. Okay. And that was just a bruise. To which -- which shoulder -- or elbow was it, rather?
A. Left side.
Q. No -- you can't see anything on your elbow now from the accident, a scar or anything?
A. No, sir.
Q. All right. And then the other part I

believe you mentioned was your lower back; correct?
A. Correct.
Q. All right. Tell me: When did that first start bothering you?
A. The day after the accident.
Q. All right. And I understand you've been treating with doctors for that since the accident; correct?
A. Yes, sir, that's correct.
Q. And we'll talk about that. Has that issue resolved now, or is it still ongoing?
A. It is ongoing.
Q. Okay. And tell me -- tell me about that. What's your current situation with your back?
A. I receive radiofrequency ablations from Dr. Wada. At this point it's once a year going for the left side from L1 to -- L1 to L5 and then the right side L1 to L5. And they're usually about two weeks apart. But it's yearly.
Q. Okay. What about your pain level in your back as we sit right now? What -- what's your -- are you in back pain right now?
A. Yes, sir.
Q. All right. Tell me about that.
A. It's roughly around a 5.

Q. Okay. And it's center of your low back or one side or the other?

A. It's -- it varies depending on how I sit for the length of time that I sit.

Q. And is there any other pain besides just your -- is it just at your low back, or is it somewhere else, too?

A. There's other pains but not related to the accident.

Q. All right. Tell me about that.

A. Other pains are just old injuries from the military.

Q. Okay. And these are other pains in your back area?

A. No, sir.

Q. Okay. Well, where are the other pains?

A. Ankles, knees, shoulders, joints, you know, just that area.

Q. Sure. Can we agree that those pains you're talking about there, the joint pains, aren't related to this accident?

A. The ones that are not concerned with the back, yes.

Q. Yes. Okay.

So after the accident, did not go to the

ER; correct?
A. No, sir.
Q. And did not travel via EMS. We talked about leaving in the Uber; right?
A. Yes, sir.
Q. So didn't have any treatment at all on the date of the accident?
A. No, sir.
Q. When was your first treatment after the accident?
A. I believe the next day or the day after. I can't exactly remember, but it was shortly after the accident.
Q. And that was Dr. Moran?
A. Correct.
Q. How did you find Dr. Moran?
A. She was already my chiropractor that I would go to. Also, there was a massage therapist that's there that's very skilled; I use her.
Q. How many -- I guess when did you first start seeing Dr. Moran?
A. I don't exactly recall. A couple of years prior to.
Q. And what body parts would you see Dr. Moran for?

A. Mainly just shoulders, upper body. Mostly would go in there for the massage therapist.
Q. And is that a full body massage or just certain --
A. Correct.
Q. Okay. Do you know approximately how many visits you had with Dr. Moran before this accident?
A. Not many.
Q. Or another way of looking at it is: How frequently would you go in the two years?
A. Infrequently.
Q. Once a month or --
A. No; not that often.
Q. Okay. After this accident occurred, how long did you treat with Dr. Moran for?
A. We had discussed a treatment plan to try to rectify the pain that had been going on, so I would see her pretty frequently after the accident.
Q. And when did that -- is that -- did you -- have you stopped seeing her?
A. No. I saw her last month I do believe.
Q. And was that in relation to this accident or the other stuff, other pains we talked about?
A. The radiofrequency nerve ablations has been effective, and that has been a better -- better

treatment for it. So when I go see her, it's for again the massage therapist where she has some stretching kind of isometric type of stuff to --

Q. Right.

A. -- to help out. I have to maintain movement, I have to maintain a certain physical regimen; otherwise things just get worse.

Q. Okay. And so the more recent visits with Dr. Moran, am I understanding you correctly those are not related to the accident but from the other pains, military stuff we talked about?

A. Correct.

Q. When did your treatment with Dr. Moran in regard to this accident cease?

A. I want to say a few months afterwards.

(Defendant's Exhibit No. 9 was marked.)

THE WITNESS: Apologies. Can I do one more break?

MR. O'DANIEL: Yeah. That's fine.

THE WITNESS: I'm sorry; I drank too much.

THE VIDEOGRAPHER: We're going off the video. The time is 11:49. This concludes disc 1.

(Recess from 11:49 a.m. until 11:57 a.m.)

THE VIDEOGRAPHER: This is beginning of

disc 2. We're back on the record. The time is 11:57.

BY MR. O'DANIEL:

Q. All right, Mr. Glenn. Going back on the record here. I've put in front of you what I've marked as Exhibit 9, which I believe is a report or letter from Dr. Moran. Do you see that?

A. Yes, sir, I do.

Q. And the date of that's January 27, 2017, at the top. Do you see?

A. Yes, sir.

Q. So that's about four months after the accident?

A. Okay.

Q. Okay? And it's written to Attorney Spence, who is one of your attorneys; right?

A. Correct.

Q. When did you first start working with Mr. Spence? When did you first talk with him?

A. I can't exactly remember; a couple of months after the accident, but I don't have an exact time.

Q. Okay. And it says -- it kind of went through Dr. Moran's treatment with you over this four-month period. Looks like you first saw her on

September 7th, which is the day after the accident?
A. Okay.
Q. Does that sound right?
A. Yes, sir.
Q. Okay. And in the review of the accident, that second paragraph, it says in there that you were aware of the impending collision and braced yourself?
A. Where do you see that, sir?
Q. This is under the topic of review history of accident, the second paragraph, that first sentence.
A. Okay.
Q. Is that true?
A. I was aware of -- I was aware that there was a situation developing while I was driving.
Q. I guess when we spoke earlier I got the impression it was kind of a sudden accident, but this indicates that you saw it coming to some degree?
MR. MOHS: Object to form.
THE WITNESS: There was a situation that was developing.
BY MR. O'DANIEL:
Q. Okay. What did you do to brace yourself?
A. I don't want to call it bracing myself.
Q. Okay. And it says in here according to

this recitation of facts that the -- you were moving at a steady speed of approximately 50 miles per hour. Is that correct?
A. Yes, sir.
Q. And the other vehicle was moving a steady speed and says about 60-plus miles per hour?
A. That appears to be correct.
Q. Okay. And you confirm that you remained conscious throughout the entire accident like we talked about earlier; right?
A. Yes, sir.
Q. Okay. The next paragraph, Patients hit their head on the car frame. We talked about that; right?
A. Yes, sir.
Q. It also says that his feet hit the car frame.
A. Okay.
Q. Did that happen?
A. Possible.
Q. Do you recall that happening as we sit here today?
A. I don't recall.
Q. All right. And then it talks about pain complaints. The first one there is headaches, which

we hadn't talked about. Did you have any headaches from this accident?
A. Yes, sir.
Q. All right. Tell me about that.
A. I had headaches after the accident, I don't -- dull, aching headaches.
Q. All right. Was it like an everyday thing? How long did that last for?
A. It would last for a couple of days, a few days.
Q. Okay. And the neck you had listed as a pain of 7 out of 10 at this point?
A. Yes, sir.
Q. Okay. And then it's got three different back sections there. It's got a upper back, mid back, and lower back.
A. Yes, sir.
Q. And we talked about earlier I guess the lower back. What was the problem with the upper and mid back?
A. My entire body basically hurt after the accident, so the whole upper back -- it was a pretty heavy impact that we had received.
Q. And am I correct though now that the upper and mid back issues have resolved?

A. Through the treatments with Dr. Wada, yes, sir.

Q. All right. And about what point in time did the upper and mid back resolve?

A. The upper and mid back, after a few treatments with Dr. Wada and treatments from Dr. Moran that it resolved. The lower back continues to be kind of an issue; but again with the RFAs the lower back has gotten better.

Q. Gotcha.

And on the second page here I see the -- a note about your left elbow being a 5 out of 10 at this point. Is that accurate?

A. Yes, sir.

Q. All right. What about -- and it says something about a left ankle. Do you remember your left ankle giving you problems?

A. It's possible. It was -- again, it was a jarring impact.

Q. Okay. But that's something else that's resolved?

A. Yes, sir.

Q. All right. And if you look at the final patient complaints, it shows the headaches down to a zero and the left ankle and left elbow being zeros,

which is consistent with them being resolved?
A. Yes, sir.
Q. All right. I think the next few pages are just the pain scale showing generally speaking things improving over time?
A. Yes, sir.
Q. All right. In the -- what page are we on here? The one that's number 225 at the bottom?
A. Yes, sir.
Q. All right. On the second paragraph of that medical history, In the past patient denies having -- do you see where I'm at?
A. No. One second.
Q. I think it's the second paragraph.
A. Also, in the past the patient denies having -- okay. Headaches -- okay.
Q. Is all that accurate?
A. Yes, sir.
Q. All right. So you've never -- you denied having any low back pain before this accident?
A. Nothing that -- yes, sir.
Q. Okay. What about the fall back in 2012 where you injured your back?
A. What about the fall?
Q. Right. That was some back pain you had

before the accident; wasn't it?

A. Yes. Correct.

Q. Okay. So this part of this narrative or report's not accurate, then?

I guess let me ask it this way: When you met with Dr. Moran, did you tell her you never had any back pain before?

A. She was aware of the -- the -- the fall that I had. She was aware of some of the injuries that I had prior to the accident. That was one of the reasons why I was going to see her.

Q. Okay.

A. I don't exactly know what -- what timeframe she is eluding to with this or exactly how she's trying to put it.

She was aware of the previous injuries; again, that's why I was seeing her.

Q. Okay. The -- and then on the next I guess the last paragraph she asked about your medications?

A. Uh-huh.

Q. Cytomel, what was that for?

A. Cytomel is a part of a hormone replacement therapy that I'm undergoing with a doctor. Essentially it is to help out with thyroid, T3, T2, things like that.

Q. And what about the other two medications? Trested [phonetically]?
A. Same thing.
Q. And Tirosint?
A. Tirosint.
Q. Tirosint? Sorry. Those are all for the same thing?
A. Correct. One works on the thyroid to make it more susceptible to you having certain hormones, and then the T3, your body produces more of that and then it's easily absorbed. After 40 you have a big decrease in these.
Q. And were you on those medication -- any of those medications as of the day of the accident?
A. Correct.
Q. You were or were not?
A. Yes.
Q. Okay. So you -- you did take some prescription medication on the day of the accident?
A. Yes.
Q. All right. Which -- do you remember which ones they were?
A. Cytomel and Tirosint.
Q. Okay. And did you take those -- you take them in the morning?

A. Yes, sir.

Q. All right. Going to the next page number 226, at the top of the page before initial examination it talks about your work, and you stand about half the day, does computer work, and reads a lot. Is that speaking more to your school stuff?

A. Correct.

Q. Okay. And time away from work, lifting weights, does martial arts, and works out?

A. Correct.

Q. Okay. And looks like she did a whole lot of tests on you over your treatment with her. Do you remember doing all these things?

A. Yes, sir.

Q. How long did all that take?

A. A while; I can't exactly remember. More than an hour, I think.

Q. And generally when you were treating from the injuries with Dr. Moran from this accident, what type of treatment would she do for you?

A. Mostly stretching, trying to work on range of motion, all of it physical therapy, basically.

Q. Okay. On page 229 there's a paragraph at the bottom that says, Final discussion.

A. Okay.

Q. And then the second sentence of that, Mr. Glenn states that immediately following the accident he could not continue working. But you weren't working at that time; right?
A. No, sir.
Q. So do you have any idea why she put that there?
A. I'm wondering if that's in relations to the accident contracting; but I don't -- I can't say outside of what I'm reading right here.
Q. Sure. Then it goes on two sentences later, Mr. Glenn states that every time he closes his eyes he would replay the accident mentally.
Is that accurate?
A. That's correct.
Q. Every single time you closed your eyes?
A. Not every single time I closed my eyes, no.
Q. Okay. You also had increased anxiety and fearfulness about driving?
A. That's correct.
Q. All right. Is that still true today?
A. That's correct.
Q. Okay. You are able to drive, though; correct?

A. Yes, sir.
Q. All right. And it says at this point you're not able to carry anything over 5 pounds?
A. I am able to carry things over 5 pounds.
Q. Right. But this is back in January of --
A. At the -- at the time shortly after the accident, no. Things were -- it was difficult to move and -- to move around. 5 pounds? I can carry more than 5 pounds.
Q. At this time; right?
A. Yes, sir -- oh, this time? Yes, I can.
Q. Okay. In addition with Dr. Moran, what other doctors have you treated with for your injuries from this accident?
A. Dr. Hade and Dr. Wada.
(Defendant's Exhibit No. 10 was marked.)
BY MR. O'DANIEL:
Q. All right. I'm handing you what's been marked as Exhibit 10. All right. This one is dated February 2017. Do you see that at the top?
A. Yes, sir.
Q. And it looks like Dr. Hade at the bottom is the one that signed off on this one?
A. Yes, sir.
Q. What were you seeing Dr. Hade for?

A. Dr. Hade is a neurosurgeon; and after I had basically received a RN MRI, there appeared to be more problems, and I needed to see somebody who was more specialized and could handle it.
Q. Okay. And at the top of this it says HPI, which is history of present -- present illness. Do you see that -- where that is?
A. Okay.
Q. It says, After MVA in February of 2016 -- was that -- was there any -- there wasn't an accident -- was there another MVA in February 2016?
A. No, sir.
Q. That should have been September 2016?
A. Yes, sir.
Q. Okay. It talked about pain in your back and your right lateral thigh?
A. Correct.
Q. What -- tell me about the pain in your thigh.
A. It's referred pain from the back injury.
Q. Okay. And had you ever had that in either leg before the accident?
A. I had similar pains in that area that -- from the accident that I had over in Afghanistan.
Q. Okay.

A. It would alternate between the two.
Q. All right. Between the two legs?
A. Correct.
Q. Sometimes being both?
A. Correct.
Q. And that's both before the accident and after the accident?
A. That was after the accident in 2012. I had received treatment for that. The pain that I had in those areas had abated somewhat after the -- the series of treatments.
Q. Okay. And then on surgeries it says, Abdominal and gastrointestinal, and it says, Hernia repair?
A. Yes, sir.
Q. When was that?
A. That was before the accident. It wasn't a full blown hernia; basically, it was just an abdominal defect. The surgeon that I went to just corrected it and put a mesh in.
Q. Okay. Are you still treating with Dr. Hade now?
A. I haven't seen Dr. Hade in a few months. I've really been working with Dr. Wada. But he is from what I understand a go-to primary care -- well,

not primary care, but he is the one who recommended Dr. Wada.

Q. Okay. You said you've seen him as recently as a couple of months ago?

A. A few months ago, I believe. Dr. Wada I've seen a couple of months ago.

Q. What about -- I'm talking about Dr. Hade.

A. I haven't seen Dr. Hade in a few months.

Q. Okay. But this year you've seen him?

A. I don't think so. I thought last time I saw Dr. Hade was last year.

Q. Okay. That's what I thought, too. I just want to make sure I'm not missing anything.

A. I don't think -- I don't think I've seen Dr. Hade this year.

Q. All right. All right. And I think -- I guess when -- this letter that we looked at in Exhibit -- I'm sorry. What number is that?

A. 7 -- no, correction; 9.

Q. That was in January of 2017. When was your last treatments with Dr. Moran, the chiropractor, from this accident?

A. I saw Dr. Moran I think last month.

Q. And we talked about earlier that wasn't related to the accident, though; right?

A. No, sir.
Q. All right. What about as far as this accident goes, when was the last time you treated with Dr. Moran?
A. I don't exactly recall when the treatment specifically related to the accident with her discontinued.
Q. Have you seen -- but it's been sometime before this year?
A. Yes, sir.
(Defendant's Exhibit No. 11 was marked.)
BY MR. O'DANIEL:
Q. All right. I'll hand you what's been marked as Exhibit 11, and this is a record with Dr. Wada looks like March of 2017, March 9th?
A. Yes, sir.
Q. At this point -- if you look at the middle of the indication -- indications paragraph --
A. Okay.
Q. -- she says at this point that your neck has the most debilitating pain.
Was that accurate?
A. I believe it was my back that had the most debilitating pain, not the neck.
Q. Okay. And it looks like you did some

branch blocks on your cervical region?
A. Correct.
Q. All right. And were those helpful?
A. Yes.
Q. And it said even at the bottom that you had about 75 percent pain relief from the medial branch blocks --
A. Where do you see that, sir?
Q. It's at the bottom here.
A. Okay. That appears to be correct.
Q. Okay. And did you do any more branch blocks or any other type of injections or treatment?
A. No, sir; not for the neck.
Q. Okay. Just that one medial branch block?
A. Correct.
Q. Okay. And then it -- I think you said it resolved now; right?
A. That is correct. There was a lot of pain associated with my neck prior to the branch block.
Q. Okay.
A. The -- the procedure was effective.
Q. Okay. Good.
(Defendant's Exhibit No. 12 was marked.)
BY MR. O'DANIEL:
Q. All right. We'll go on to Number 12,

hopefully. All right. And this one we're up to April 20th now, and this is another one with Dr. Wada. Do you see that on the second page?

A. Yes, sir. His signature is not on here. Is that still -- did you get this from his office?

Q. Yes. This is one that your attorneys gave me at the bottom there.

A. Okay.

Q. So let's see. In the middle of that referring physician paragraph on the front page, it says, He did have standing issue of low back pain, but the radiating pain is new after the accident in September of 2016.

A. Yes, sir.

Q. Is that something you told Dr. Wada?

A. Yes, sir.

Q. But you actually did have some radiating pain after the 2012 accident; right?

A. Not -- it's difficult to differentiate at times when there's certain levels of pain. There's always a constant level of pain. What becomes an issue is whenever there's new pain. I have a pretty large tolerance for it, but when there's something new, then it becomes pretty apparent.

There was procedures that I had after the

accident in 2012. There's -- some of the procedures worked; some of them were not as effective.
Q. Okay. But you did have radiating pain to your legs after 2012 accident?
A. Yes.
Q. All right. And he says in this paragraph, It's better with yoga?
A. That helps.
Q. Okay. So do you go to a class for that or --
A. YouTube.
Q. YouTube videos?
A. Yes, sir.
Q. How often do you do that?
A. I -- frequently. Not exactly daily. I should do it daily, but not exactly.
Q. Is this hot yoga or cold yoga?
A. Hot yoga is rough. That's no joke.
It's in my office at the house.
Q. Okay. All right. And then, let's see. Last paragraph on that page it says, Taking over 1,000 milligram of Motrin to deal with his pain.
A. Where do you see that, sir?
Q. Sure (indicating).
A. Yes, that is correct.

Q. Was that over-the-counter Motrin, or is that prescription?
A. Over-the-counter.
Q. And you were taking that every day?
A. Almost, yes, sir.
Q. Are you still taking that on a daily basis?
A. No; not as much.
Q. All right. Next page, Lives with girlfriend, exercised three to four times a week. That's as of April 20th, 2017. Was that accurate?
A. Yes, sir.
Q. Excuse me.
Is that still the rate that you exercise?
A. It's switched up. I no longer go to the gym. My gym membership, I let that lapse. I mainly just do, as we discussed earlier, jiu-jitsu about three times a week.
Q. Okay. A student at PSS. Do you know what that is?
A. I don't know what that is, either. Only thing I can think of is PSSS was Protective Security Specialist, which was my title with Blackwater, and I think maybe they confused something.
Q. Gotcha.

Drinks alcohol on social occasions to help with the stress and pain?
A. Correct.
Q. Is that still true?
A. Correct.
Q. Okay. On the plan at the bottom there, Dr. Wada mentions considering radiofrequency ablation on the cervical -- some cervical areas and a potential fusion.
Do you see that on the second sentence?
A. Yes, sir.
Q. But neither one of those ever occurred; right?
A. I've received radiofrequency ablations.
Q. On the C, which is neck?
A. That is correct. Gotcha.
Q. So that didn't occur; right?
A. Yes.
Q. All right. And you have no plans for any type of cervical surgery; do you?
A. Not at this time, no, sir.
Q. And then it goes on to say, He'll come back for a nerve root block in the right L2 to L3, in the middle of that paragraph.
A. Okay.

Q. Do you remember doing that?

A. There was a -- I'm not sure if the nerve root block is the same as the radiofrequency nerve ablation.

Q. Do you remember doing anything called a nerve root block?

A. I'm not sure. I had with Dr. Wada a few procedures done. Again, I'm not sure if a nerve root block is a radiofrequency nerve ablation. The ablation does, in fact, burn nerves, so I don't know if that's exactly that. It -- if it was done it was from L1 to L5 and S1 was the first one.

Q. Gotcha.

And then a couple of sentences later, We gave him a script for diclofenac, which I think's going to do tremendous for the patient's pain.

A. Yes, sir.

Q. Did you take that medication?

A. I did. It is a kind of like a high -- it's like Motrin on steroids basically, so it's a high antiinflammatory.

Q. All right. How long did you take that for?

A. I took it for the day after the procedure, but that was about it.

Q. Okay. So it's not something you took regularly?

A. No, sir.

Q. Okay.

(Defendant's Exhibit No. 13 was marked.)

BY MR. O'DANIEL:

Q. I'll show you what's been marked Exhibit 13, which is another record from Dr. Wada. This one's dated May 26, 2017; is that correct?

A. Yes, sir. Sorry.

Q. And then under the history of present illness, Returned today because of pain that's been going on in his lower back into his right lower extremity.

Was that accurate?

A. Yes, sir.

Q. And then after you had the transforaminal injection done about the past month ago, do you know what that was talking about?

A. I believe there was a -- like an epidural type of injections. Before we did the radiofrequency ablations, we did kind of a lesser treatment method, which was injecting a liquid steroid or something to that effect into the area and try to help the body heal more.

Q. Gotcha. And in the middle of this it says, Cervical neck pain is much more tolerable and not interested in getting the radiofrequency ablations in your neck?
A. Correct.
Q. So this is about the point where your neck had started to resolve?
A. Yes, sir.
Q. Looks like according to this the pain when you got the first set of injections done had reduced it by 50 percent in your back. It's about two-thirds of the way down.
A. Gotcha. Okay.
Q. Is that accurate?
A. It appears to be.
Q. Okay. And it said you were quite satisfied with where you're at?
A. Is he referring to the RFA, or is this . . .
Q. I think there was some discussion about additional epidurals, but you were saying you were satisfied with where you're at. If you look at the sentence before that.
A. The epidurals weren't that effective. That's why we moved to the radiofrequency ablation.

And so I'm not exactly sure what they're talking about here or if this is a correct notes of listing; because the epidural injections helped a little, but they weren't effective over all.

Q. Gotcha.

A. It would abate for a little bit, but the pain would come back. The -- the RFA was much more of a lasting effective treatment.

Q. Okay. And the next sentence it says -- talking about your back before that -- not necessarily requiring surgery at this time per Dr. Wada.

A. I don't see that, sir. Sorry.

Q. Sure. It's the next -- two sentences after that 50 percent comment.

A. Okay. Yes. That's correct.

Q. And that's still the case now, there's no discussion of getting surgery; is there?

A. Dr. Hade mentioned it. He said that it was a future possibility. But we're going to put that off as long as we can.

Q. There's no recommendation by any doctor that you need surgery right now; correct?

A. Right now? No.

(Defendant's Exhibit No. 14 was marked.)

BY MR. O'DANIEL:
Q. Number 14. This is another one from Dr. Wada. This one's July of 2017, July 6; right?
A. Yes, sir.
Q. And on this point it looks like you had received your L2-L3 injections.
A. Okay.
Q. Okay?
A. I remember him doing more than just those.
Q. Okay.
A. Or he was saying he was going to do more. From what I understand he was going to do L1, 2, 3, 4, and 5.
Q. With epidural injections or with radiofrequency?
A. I thought at this point we were doing the radiofrequency.
Q. All right. And it says, At least from these injections you -- and this is that where I am right here -- getting some sustained relief, and you're about three months from your last injection.
A. Okay.
Q. So looks like two sets of injections, and you've got about three months' relief at this point?

A. That seems to be correct.
Q. Okay.
A. I'm sorry. I'm confusing procedures.
Q. No. That's all right.
A. The epidural injections were at L2-L3; the radiofrequency was at L1-5. Sorry.
Q. That's no problem. That's my understanding, too.
A. Medical terminology is thick.
(Defendant's Exhibit No. 15 was marked.)
BY MR. O'DANIEL:
Q. All right. I'll hand you what's been marked as Exhibit 15. All right. So this is from Dr. Moran; correct?
A. Yes, sir.
Q. October 2017, and again confirms your neck's gotten a lot better after your work with Dr. Wada; first sentence. Right?
A. Yes, sir.
Q. And you've got at this point a 60 -- 70 percent relief from your injections that we talked about earlier?
A. Yes, sir.
Q. And that's all true; right?
A. Yes, sir.

Q. And then at the bottom there's some discussion of getting a new MRI, and then, Mr. Glenn made it very clear he does not want to proceed with surgery unless he has to.
A. Correct.
Q. Okay. Were any of your doctors in your mind kind of pushing you to have surgery at all?
A. Nobody was pushing me to have surgery, no. Surgery was mentioned; but there wasn't a push for it.
Q. Got it.
(Defendant's Exhibit No. 16 was marked.)
BY MR. O'DANIEL:
Q. All right. Now I'm handing you what's been marked as Exhibit 16. We're up now to January of last year, January 18, 2018.
A. Okay.
Q. And it looks like at this point this is when you got the lumbar radiofrequency ablation, the right side L2 through L5.
A. Okay.
Q. And if you look at the indications paragraph, We did the right side today, and we'll have him come back and do the left side.
A. Okay.

Q. Did you ultimately do the left side --
A. Yes, sir.
Q. -- back in 2018?
A. Yes, sir.
Q. Okay.
MR. O'DANIEL: I haven't seen the record for that. I guess we'll try to track it down.
THE WITNESS: I wanted to do both sides; at the time he recommended not.
BY MR. O'DANIEL:
Q. Okay. But you do remember getting -- going back -- how -- how long after it was this -- did you do the left side after the right side?
A. Two to three weeks, roughly.
Q. Okay.
(Defendant's Exhibit No. 17 was marked.)
BY MR. O'DANIEL:
Q. All right. I'm handing you what's been marked as Exhibit 17. All right. So this is a record from Dr. Moran dated March 14, 2018; correct?
A. Yes, sir.
Q. All right. Is this one that was in relation to this accident, or is this one when you started treating for your kind of existent pain stuff?

A. This I believe -- actually, hold on. I'm sorry. I've never seen this before, so let me take a look --

Q. Yeah. Take any -- as much time as you'd like.

A. This appears to be -- this appears to be accident related.

Q. Okay. And this is the last visit that I've got a record of with Dr. Moran. Do you think you treated with her -- at the end it says, Based upon the results so far, the current prognosis is good with mixed results.

Personally don't know what that means.

A. Current prognosis as -- from what it appears to be is that on the day things looked to be good, the possibility of the situation changing was possible.

MR. MOHS: I'm going to object to form.

BY MR. O'DANIEL:

Q. All right. The sentence before that, which is what I meant to ask you about --

A. Okay.

Q. -- the next recommended treatment is basically on an as-needed basis.

Did you know whether you treated with --

did you treat with Dr. Moran after March 14th, 2018, for this accident?

A. Yes, sir.

Q. Okay. Do you remember how much longer after March 14th?

A. It -- I would never go to her around the time that I was getting the radiofrequency ablations. It was I imagine sometime after that; I can't exactly recall. The last time I saw her was a couple of months ago.

Q. Okay. And we said earlier, though, that was not related to this accident?

A. Correct.

Q. Do you remember meeting with a Dr. Rizor before this lawsuit was filed?

A. Yes, sir, I do.

Q. For an IME?

A. Yes, sir.

Q. Okay. Tell me about that procedure.

A. Dr. Rizor basically did a visual assessment of -- from what he -- well, just that. He did a visual assessment of me, asked a few questions, and did some basic flexing movements.

Q. Okay. Any issues dealing with him?

A. No, sir.

(Defendant's Exhibit No. 18 was marked.)
BY MR. O'DANIEL:
Q. I'll hand you what's been marked as 18. So this is -- looks like this occurred on July 26, 2018. Do you see at the top?
A. Yes, sir.
Q. And you actually went and met with him in person?
A. Yes, sir; at his office.
Q. And it looks like he's saying at this point you had not had any medical treatment since March of 2018, which was about six -- four months before that?
MR. MOHS: Object to form.
BY MR. O'DANIEL:
Q. This is right here (indicating).
A. That's not correct.
Q. That's not correct? All right. Who had you seen since March 2018 between then and --
A. Saw Dr. Moran, Dr. Hade, and Dr. Wada.
Q. Okay. Between March of '18 and July of '18?
A. One second. Yes, sir, that's correct. Yes.
Q. Do you know how many visits with each?

A. I would say it was in this stack of exhibits you gave me.
Q. I believe those are all predating -- I could be wrong here.
A. Am I confusing the dates? I'm sorry.
Q. Yeah, I believe you are.
A. All right. Hold on here.
Q. I've not seen any -- I'll just state I've not seen any records from this last one from Dr. Wada, which was March 14, 2018.
A. Apologies. I confused the dates. I was thinking prior to March of 2018. I don't recall having any doctors since March 2018 and July 2018. Sorry. The -- there are a lot of dates.
Q. No problem. So that's a period of time where you didn't treat with any doctors; right?
A. Yes, sir.
Q. All right. And then current complaints at the bottom of the first page, He reports neck is improving significantly with the chiropractic therapy and is not a significant problem at this time.
Correct?
A. Correct.
Q. And his low back pain improved following the radiofrequency ablations; right?

A. Yes, sir.

Q. Okay. All right. Next page, Currently taking no medications. At the top.

A. That is correct.

Q. All right. And the -- the diclofenac we talked about earlier you had two weeks ago before this and Hydrocodone about two months ago at this point?

A. That's correct.

Q. All right. And injuries, sustained a head injury while deployed as a marine in Iraq in 2005. Looks like an IED?

A. That's correct.

Q. Okay. Was there any injuries to your body from that besides a head injury?

A. The overpressure of the explosion.

Q. Just a concussion from the --

A. Yeah. The head injury, I mean, I had my helmet on when this happened. I don't know if that's necessarily correct to say it was a head injury. There wasn't necessarily physical head injury other than the overpressure of the explosion.

The vehicle I was in was an open back, so we pretty much ate a large portion of it.

Q. Gotcha. An open back Humvee?

A. Correct.
Q. Okay. Did you sustain any I guess visible injuries from that, any cuts --
A. No, sir.
Q. Did it throw you from the vehicle at all?
A. I was tossed around inside the vehicle a little bit; but I was in my seat, I was in armor, I was relatively secured.
Q. Okay. How far away was the IED when it went off?
A. Right there, (indicating).
Q. Really? What did it do to the Humvee?
A. My rucksack was on the outside of it; it kind of annihilated that. Due to the placement of the IED, the insurgents at the time thought that the point -- it was 2155 artillery rounds, and they figured that the point of the round was the most deadly portion of the side that only works if it's being fired from a gun or a canon. The round's about this big (indicating), so when it goes in because they put it at point end, it actually saved us; but the explosion went out the back. So most of the explosion was directed away from the vehicle, so we got lucky on that one.
Q. Yes.

Did you have any back pain or neck pain following that incident?
A. Not from that, no.
Q. Okay. And then it goes on to talk about some low back pain, and you treated with Dr. Florence Barnett in 2012 and '13?
A. Yes, sir.
Q. And that's from the fall?
A. In Afghanistan.
Q. In Afghanistan; right? Okay.
Did Dr. Rizor talk to you at all about his findings after meeting with you?
A. No; not that I recall.
Q. Have you ever seen this report before?
A. I don't believe so. He mentions at the top here I'm noticing hypothyroidism. I don't have hypothyroidism.
Q. Okay. What -- what condition are you taking that thyroid medicine for?
A. It's a -- as I said before it's a hormone therapy, and it's basically after you're -- males after 40 years of age, you take a hit when it comes to -- well, you take a hit after 40, then again at 50, and then on down the line just due with aging. It's just basically to beef up testosterone levels.

Q. Gotcha. All right.
(Defendant's Exhibit No. 19 was marked.)
BY MR. O'DANIEL:
Q. Going to 19 now. All right. This one if you look is dated February 4, 2019 --
A. Okay.
Q. -- at the top, and I believe this is another one from Dr. Wada?
A. Yes, sir.
Q. All right. I've not seen any records with Dr. Wada between the last one we talked about, which is Exhibit 16, which is dated January -- January 18, 2018. That's when you got your RFAs done with Dr. Wada. And then this is the next one I see is about a year later, a little after a year later, in '19?
A. Yes, sir. There was a -- I had this procedure in February, and then I believe there was another -- again, he won't let me do both sides at the same time.
Q. I understand.
A. So there's a -- I think there was another one in March, if I -- if I recall.
Q. But no visits with Dr. Wada between -- for that year period, basically?

A. What year again? I'm sorry.
Q. Yeah. It's just from the -- Exhibit 16, which is January -- Exhibit 16 is when you got the RFAs done in January of '18?
A. Yeah. After I received the radiofrequency ablations from then, basically my next time to see him was a year after when the pain had increased.
Q. That's what we're looking at in Exhibit 19; right?
A. Okay. Yes, sir.
Q. Okay. On this one it talks about your pain complaints of neck, shoulder, low back, upper back, buttock, leg, and thigh.
A. Yes, sir.
Q. Tell me about that. At this point I thought the neck had resolved and the lower -- excuse me, the upper back had resolved?
A. Again, it's difficult to discern; because there was always a certain level of pain. Whenever they ask you these questions, they're like, Are you feeling any pain at this time? So they're not specific; only in regards to this.
The neck pain, I don't think it is related to the accident. It's probably something else.
Q. Okay.

A. The lower back pain is related to the accident. Again, when the nurse comes in, Do you have any pain? What is the level of your pain? That's -- that's the extent of the detail.
Q. All right. The shoulder, is it not related to the accident?
A. I don't believe so, no, sir.
Q. What about the buttock?
A. The buttock, yes.
Q. Is that the radiation?
A. Yes.
Q. The buttock, leg, and thigh is all radiating pain from your back?
A. Correct.
Q. Okay. All right. And this point your pain level says it's between worst to 7, mildest to 5?
A. That's correct.
Q. See where it says that?
A. (Witness nods head.)
Q. And you can tolerate to be functional a 2 out of 10?
A. Yes, sir.
Q. So you're at an intolerable -- intolerable amount of pain at this point?

A. Based on this scale that I'm seeing here, yes.
Q. Okay. I mean, on this day in -- February 4, 2019, you're telling Dr. Wada you're not functional?
A. I did not tell Dr. Wada that I was not functional.
Q. Were you functional on this day?
A. Yes, sir.
Q. But your pain was between a 7 and a 5?
A. That is correct.
Q. All right. And the last page of this, the follow-up is to do an additional round of RFAs, which are radiofrequency --
A. Yes, sir.
Q. -- ablations? Okay.
And did you end up doing that?
A. Yes, sir.
Q. You said that was in March?
A. Correct.
Q. And did you do just one side at that point or both sides?
A. No, sir. There was one side that was done in February, and then another -- the other side was done in March.

Q. Okay. Was this visit we're looking at in '19, was that one of the RFAs?
A. Again, when I go in for those, he will do one side --
Q. Yeah. I understand.
A. -- through there, and then I'll wait a couple of weeks and then come back for the next side.
Q. Okay.
(Defendant's Exhibit No. 20 was marked.)
BY MR. O'DANIEL:
Q. I'll hand you what's been marked as Exhibit 20. This is a Dr. Wada dated March 6, 2019?
A. Okay.
Q. I believe this is where, if you look on page 559, you've got the RFA done on is it the left side on this day, I believe?
A. Where are you, sir?
Q. I'm looking at the procedure, which has got a lot of medicalese in it.
A. It's thick.
Q. I apologize. I believe this is where you got the left side done. I just don't see where it says --
A. I think that's correct, yes, sir.
Q. The follow up on page 558 it says in one

month you did the right L1 to 4. I guess let me ask this: In March -- in 2019, this year, have you done both the left and right side RFAs?
A. Yes, sir. That's correct.
Q. You're confident in that?
A. Yes, sir.
Q. And I believe this is the left one in March, and he says, Going to do the right one a month later. So would that have been in April sometime?
A. There's no -- they called me about that. I think there was a mess-up with the billing; because in March I think was the last time I had -- had the RFA. Had one in February, had one in March.
They had called saying this; but I told them I didn't need another one, I had already had it done. So I think that was just a mess-up with their clerical.
Q. The procedure, I finally found it on page 558, which is page 5 of the thing. It says, Procedure left L1 through L4 medial branches for the radiofrequency.
A. Okay. So this would be what was being done --
Q. That was done in March.
A. Done in March? Okay. Then I think

everything would be concluded.

Q. Okay. I've not seen a record for the right side before this, but you believe the right side had already happened as of this date?

A. From what I'm reading here, that appears to be correct.

Q. Okay. And the follow-up saying in one month we're going do the right L1 through L4 is a mistake?

A. I think that's probably a clerical issue.

Q. Okay. All right.

So in regard to your treatment -- let me back up a little bit.

Are you scheduled for any additional RFA treatments?

A. Not at this time, no. It was put to me that when the pain returns to give his office a call. That's kind of how the treatments go. They're like usually last for about a year. When you start to feel worse or if the pain starts to -- to get worse or return in any type capacity to give him a call and then you go in for another procedure.

Q. Gotcha.

And we're now a year and three months roughly since your last ablations?

A. No, sir. I had one in --
Q. I'm sorry. You're right.
A. -- March, February, and then it was roughly a year time frame and then --
Q. We're now about three months since your last one?
A. Yes.
Q. Okay. In March, yeah. Okay.
All right. So we've talked about your treatment with Dr. Moran, Dr. Wada, and Dr. Hade. Any other doctors you've treated with for your injuries in this accident?
A. No, sir.
Q. And your last treatment in this case, have you had any treatment since your RFAs back in March?
A. No, sir.
Q. We talked about the one cervical branch block you've had done; correct?
A. Correct.
Q. And that was the only cervical procedure you had done?
A. Yes, sir.
Q. And for the lumbar I think we talked about two injections you had done prior to the first RFAs?

A. Yes, sir.
Q. And we've done two rounds of RFAs; one in 2018, one in 2019?
A. Yes, sir.
Q. Okay. Any other procedures you've had done on your back since this accident beyond those?
A. No, sir.
Q. And both times -- just so I'm clear, both times you got the RFAs done around the same time you had different -- went in different times to get both the left side and right side done?
A. I'm sorry. Ask that again.
Q. Yeah. I mean, I -- I've seen records of one side in 2018 and one in 2019, but you -- you're confident you got them both sides done in those years on different days around the same time?
A. Whenever I go in for an RFA procedure with Dr. Wada, he will do, yes, the left side or the right -- he will do one side, and then he will do another side a couple of weeks later. And then there is a roughly a year gap until -- for the procedure to last.
Q. And has Dr. Wada discussed with you at all how long you'll need to do those RFA procedures?
A. He has given me a rough estimate on how

the procedure works and what is expected from the procedure. He said typically they last about a year; because when you're going in for these, the nerves are being destroyed, capillary nerve, nerves in places they're not supposed to be, but they will grow back. As they grow back, pain can come back or it can come back in different forms from what is explained to me.

Q. Okay. And do you think you're going to need these the rest of your life?

A. It appears to be so.

Q. When you injured your back in 2012, you treated for some period of time and then your back got better?

MR. MOHS: Object to form.

BY MR. O'DANIEL:

Q. To some degree. You had some improvement in pain after your 2012 fall; correct?

A. I was at a point to where I was functional. The back pain was lessened, but it was -- it was explained to me that there was nothing else that could be done.

Q. Okay. Did you ever discuss getting RFAs before this accident from the 2012 accident?

A. No, sir.

Q. Did -- after this accident occurred back in 2016, have you been to the hospital at all for anything beyond these procedures we're talking about?
A. No, sir.
Q. Have you had any surgeries performed since the DOI, the date of the accident, again excepting the radiofrequency ablations and injections we've already talked about?
A. No, sir.
Q. And I understand you've had -- I guess how many MRIs have you done since the accident?
A. I think three.
Q. And --
A. They're on -- they're on -- I think you guys should have them. They're on file. I'll say two or three. I can't exactly remember.
Q. When's the last one you had done? How long ago?
A. Couple of years ago.
Q. Okay. And were those all focused on your spine?
A. Correct.
Q. And we talked about some of the medications you've been prescribed since the date of accident here. Are there any we haven't talked

about?
A. No, sir.
Q. Are you under any prescription medications now besides your thyroid stuff?
A. No, sir.
Q. When's the last time you've taken any pain medications?
A. A day or two after the last procedure. I took the diclofenac.
Q. That's the last RFA?
A. Yes, sir.
Q. Okay. Have any of your doctors -- besides the RFAs, have any of your doctors told you about any other treatment they think you need?
A. Dr. Hade has mentioned that surgery is foreseeable in the future; but he said, quote, We're going to kick that can down the road as long as we can, meaning we'll just try to avoid that or try to push it as far as we can.
Q. I think you said surgery is foreseeable?
A. Correct.
Q. Meaning that it's going to happen -- is foreseeable what you're saying, or did he say it's possible?
A. He said it was -- I don't exactly know the

difference between the two words, to be honest. He told me that surgery was foreseeable but again, we're going to push it off as long as we can. I'm above 40, I don't tend to respond well to surgery, so he had mentioned that.

Q. And that was Dr. Hade?

A. Correct.

Q. Did he ever -- do you remember him specifically using the word foreseeable?

A. I don't recall.

Q. Whatever he said in the records is what he said; is that fair?

MR. MOHS: Object to form.

THE WITNESS: That -- I don't know, sir.

BY MR. O'DANIEL:

Q. Let's see. And you've indicated you obviously want to avoid doing surgery?

A. Yes, sir.

Q. What pharmacies have you used for medication since the date of the accident?

A. CVS and Publix.

Q. What about going back before the accident? Any other ones you used before then?

A. We were at CVS for a little bit and then switched to Publix just to -- it's easier.

Q. Okay. In the last 10 years used any besides CVS or Publix?

A. No, sir.

Q. All right. Since this accident occurred back on September 6, 2016, have you had any type of fall or -- or incident where you've --

A. No, sir.

Q. Have you ever tweaked your back in the gym or doing any type of exercise?

A. No, sir.

Q. And I think you said you're no longer going to the gym. Was that the --

A. L.A. Fitness.

Q. Okay. Where was -- which one was that one?

A. Same location as the Publix and the Publix pharmacy. It's up in the same building.

Q. That's in -- by your house in Atlanta?

A. Correct.

Q. Okay. When -- how long were you a member of L.A. Fitness?

A. A few years prior to -- several years. It's been the only gym membership that I've had.

Q. Okay. Following the accident how long did you keep that gym membership?

A. I just let the gym membership lapse in April.
Q. Okay. And did you have a routine where you're going a certain amount of time to the gym after the accident?
A. Yes, sir, that's correct.
Q. What was that routine?
A. It was mainly for physical therapy. Again, I have to maintain a physical regimen; otherwise things get worse.
Q. Were you attending classes at L.A. Fitness or doing your own thing?
A. No, sir; I was doing my own thing.
Q. Did you use anything for guidance, or just kind of --
A. I had talked with Dr. Moran as far as physical therapy; also just looked up basic things on medical sites as far as physical therapy and things to do to, you know, maintain shape, form, alleviate pain.
Q. How frequently were you going a week to the L.A. Fitness?
A. Three, four times a week, school depending; but around that.
Q. Typically? Yeah.

And were you doing any weight lifting, or was it all stretching and that kind of stuff?
A. It was stretching and body weight exercises; some weight lifting, but -- go ahead. I'm sorry.
Q. What weight lifting activities were you doing?
A. Bench press, light shoulder raises, curls, seated curls, and then push-ups, sit-ups, pull ups. Sit-ups are done with kind of a large --
Q. Medicine ball?
A. Beach ball, the big bouncy one; not the medicine balls.
Q. What about any lower body stuff like squats or dead lifts?
A. I do air squats without weight.
Q. Okay. But no weighted squats since the accident?
A. No, sir.
Q. What about dead lifts or cleans?
A. Definitely not.
Q. Okay. Are those exercises you would do -- you were doing before the accident?
A. I've done them in my past, yes.
Q. All right. Are we talking with weight,

though?
A. Yes, sir.
Q. All right. Before this accident occurred, what --
A. I'm sorry; years ago, military, with that. Since the military, no.
Dead lifts and weighted squats, a lot of the information about it has kind of come out that it -- that you've got to be very careful how you do these things, and so I'd just rather avoid any issues and just cut them out.
Q. Was it related at all to your 2012 fall?
A. I didn't do -- I wasn't really doing dead lifts or any kind of that kind of weight during that time. Definitely after my fall mainly the exercises that I were doing were to strengthen up my core. I've read that basically by building a stronger core you can support your back better.
Q. So no heavy squats or dead lifts since going back -- since 2012 at least?
A. Correct.
Q. All right. You mentioned doing some jiu-jitsu work.
A. Correct.
Q. I understand that since this accident

occurred you've actually obtained a blue belt; right?
A. Yes.
Q. Tell me about -- and this is -- is it Gracie Jiu-Jitsu?
A. Yes, sir.
Q. All right. Tell me about when you got started there and what kind of stuff you're doing with them.
A. I got started in jiu-jitsu about two years ago, roughly. I try to go to classes about three times -- two to three times a week. It's been very, very beneficial.
Q. Good. What makes it beneficial?
A. The -- to be effective at jiu-jitsu, it's not about strength; it's about leverage and weight distribution and the move you are going -- the move you are displaying is not the move that you're going for, so there's a lot of thinking and strategy that goes into it.
A good example is that there's -- there's a guy who's in his 60s that practices there that's a higher belt. I never win. He tunes me up rather quickly. So it's -- it's all about leverage and being smart. If done properly it will negate strength, and it's just been -- it's been more

effective as far as physical therapy than weight lifting ever was.

Q. Great. And it -- it seems to be focused on self-defense a lot; is that --

A. Yes, sir, that is correct.

Q. And it's technically a form of fighting; right?

A. It is a martial art, yes.

Q. And your goal is to take your opponent to the ground, at least part of it?

A. It -- it depends on the situation.

Q. Okay.

A. If you are talking about a self-defense scenario, it depends on several factors. If there's concrete, you don't necessarily want to fight somebody on the concrete. Again, that's a -- that's a broad --

Q. I'm referring while you're in the gym in typical.

A. When we're in the gym, we start on the ground. There's no -- we don't do throws, we don't do hip tosses, we don't do -- you know, it's just not -- it's not like that. And also at the same time I'm working with other people. There are women in the class, there are younger kids in the class, there are

older gentlemen in the class; so it's just not appropriate.

Q. During the two years you've been doing this, is part of the exercise of performing jiu-jitsu, you have been trying to throw people from a standing position down to the ground. Is that fair to say?

A. No, sir, it's not.

Q. Never did that?

A. No, sir.

Q. And you've never had anybody take you from a standing position down to the ground?

A. No, sir. It's not -- again, it's -- okay. From a business aspect somebody who's running a jiu-jitsu gym, to get somebody new and to toss them down to the mat, you're not going to keep clients. It's just not -- it's not something that's done. It's also something that's, you know, reserved for the black belts. As a lower belt, you're not doing that. You're going to stand on the ground. Safety is a -- is -- is a focus.

Q. So walk me through, then. You both start on the ground?

A. Correct.

Q. And what's the -- what's the goal? How do

you win?

A. It's -- again, it's not -- I don't think of it like an MMA match; it's not like that. And it's not like you're fighting.

Going to class, they'll be some stretching, warm-up exercises, you'll partner up and you'll go through very basic moves. When you're on the ground and you're doing these basic moves, you'll announce, I'm going to do move X, you'll perform X, you're not going to perform that move at a hundred percent; that's how people get hurt.

Also, you want to be a good training program, so you want to be able to do this in a capacity that both sides can learn from the move.

So it's not -- again, don't think of it like it's -- like you're practicing for UFC. It's just -- it's not like that. It doesn't work like that.

Q. Okay. When you're doing a move, though, is the goal submission?

A. The term for what you're trying to go for is submission; but it is not to the point that somebody has to --

Q. -- tap out?

A. You will tap out as a safety precaution,

but it's not at the point that you are forcing somebody to submit. The -- submission is a term that's used with it, but it's not -- it's not -- you're not --

Q. You're not getting your partner in practice to the point where they're about to pass out?

A. Correct. Yeah.

Q. I understand that. But you are getting to a position where if you did it long enough, that would be the goal in a full competition?

A. There isn't -- I'm not competing; there isn't a competition. You get somebody into a bad position, and then once you realize that you're in a bad position, you tap out.

Q. Okay. And this is something you've been able to do for the last two years --

A. Correct.

Q. -- with the condition your back's in; right?

A. Correct.

Q. And how many hours did it take you to get from a white belt to a blue belt, approximately?

A. Oh, geez, I don't know. I honestly don't know. There is -- if you look up the Gracie

Jiu-jitsu, they actually have it online and they have like a set curriculum and there's a set series of hours. I can't -- I can't exactly recall.

Q. But it's -- I guess how -- how long ago did you get your blue belt?

A. Almost a year ago, maybe not quite a year.

Q. And you're still doing it now; right?

A. Yes, sir.

Q. You said it's about two or three times a week?

A. Yes, sir.

Q. Okay. And you said you don't do any competitions?

A. No, sir.

Q. And have you had any type of injury at all during your two years of jiu-jitsu training?

A. No, sir.

Q. How long is a typical class?

A. Hour-and-a-half.

Q. And you've been able to complete all your classes you've been going to over the last two years?

A. Yes, sir. There's a couple of times that you'll get credit if you go to the class if you're unable to work out or unable to -- to perform moves or -- you're always encouraged to show up and go to

the class; so if you show up, go, and learn, then you'll get credit for being there.

Q. Okay. Has your back ever prevented you from participating in any of the classes you went to?

A. No, sir.

Q. What -- what's your next goal? What's after blue? Is it purple?

A. Yes, sir.

Q. What do you have to do to get to that level? Do you know?

A. You have a certain time and grade. You also have to show a certain proficiency with the moves that are associated with being a purple belt.

It's changed recently. The Gracies have done something different. There used to be a test associated with it. I don't think that's being done anymore, so it's a little bit different. But I do know you have to show a certain pro -- a certain proficiency in moves.

Q. And is your goal to get all the way -- I guess black belt is the end; right?

A. I'm not thinking that far ahead. It's one day at a time with --

Q. Goal to get purple belt at least, though; right?

A. My goal is to -- honestly, I don't care about belts at all. I just -- I was in the military, I was in Blackwater and a lot of things; belts, competitions, none of that really concerns me.
It's -- it's a -- it's an excellent form of physical therapy. It's mentally good, and it's very physically beneficial. Belts are okay. If they give me a belt, sure.
Q. All right. Fair enough.
(Defendant's Exhibit No. 21 was marked.)
BY MR. O'DANIEL:
Q. These are I believe what have been marked Exhibit 21, your attendance records from the jiu-jitsu class. Have you ever seen these before?
A. Yes, sir.
Q. Okay. Is that what these appear to be?
A. Yes, sir.
Q. All right. So looks like you started back in February of 2017?
A. Okay.
Q. Is that right?
A. Yes, sir.
Q. And this -- I think the first page is all the classes you went through in 2017, it looks like?
A. Uh-huh.

Q. On some of these it says -- like, for example, on block 1 it says 2/9/17 it says 2/9 under it?

A. Uh-huh.

Q. Do you see that? Let me see if I can find an example.

Number 5, it says 3/4 on the top and 3/13 under it.

A. Okay.

Q. Do you know what that means?

A. No, sir.

Q. Okay.

And then on the next page I think if you'll look -- well, look on the first page of Exhibit 21. It stops on December 14, 2017, as I read it. And the next page is just handwritten dates, which I believe is '18. Is that - anything tell you different on that? There's no number written on there.

A. Okay.

Q. But you did go from 2018 -- from January through May of 2018; right?

A. Yes.

Q. Okay. Has there been any gaps that you've not gone since you started doing this?

A. Sure. Yes, sir.
Q. What -- is that like vacations and stuff or any other specific reasons?
A. Vacations, definitely -- most -- honestly, not even vacations. Mostly school. If I'm in finals, tests, you know, or sometimes just general life. Things happen.
Q. Going back to the first page of Exhibit 21, there's -- blocks 8 through 30 are blocked out. Do you know what that means?
A. No, sir.
Q. Do you know what the blocks mean?
A. Actually, that probably would line up with the -- is it the times when I had the radiofrequency nerve ablation? Because if I do have the RFA, I'm not going to go to -- go to jiu-jitsu.
Q. Well, the dates go -- if you look at block 6 on that page, it's 3/23; and then block 31 it only goes a week later to 3/30, so there's not a big date gap.
A. I'm not sure.
Q. If you don't know, that's fine.
And let's see. On the last page, which I believe is March of '18, is that about when you got your blue belt? This is the first card that says

blue belt on it.

A. Probably.

Q. Okay. But you kept going past this; right?

A. Yes, sir.

Q. Past March of '18? And about the same rate you've been doing it?

A. Yes, sir. Correct.

There is -- within belts there's stripes, too, so it could be that.

Q. Okay. All right. So besides doing your jiu-jitsu, I know you were at the gym for some period of time following the accident that we talked about. Have you had any other forms of exercise since the accident?

A. No, sir.

Q. Nancy mentioned something about doing pull-ups in the park?

A. Oh, yes.

Q. All right. What's that about?

A. There's a -- on Georgia State campus, I think it's Woodruff Park or something like that, there's kind of like an isometric workout station; and whenever I would go by, walk past, I would knock out like 10 pull-ups and then proceed on to class.

Q. Is that something you're still doing?
A. No. I'm not in class right now.
Q. Okay.
A. I've finished this semester.
Q. And how much more do you have class-wise to get?
A. I've got two classes left.
Q. Two classes left, which you should complete -- when does that start?
A. Fall.
Q. In the fall?
A. The classes I need aren't in summer, or I would be in summer right now and knock it out; but they're just -- they're not available, the last class.
Q. And then Nancy mentioned something also about you having a kettle bell in your office?
A. Correct.
Q. What weight is that? Do you know?
A. 40 pounds.
Q. And what do you do with that?
A. Mostly ab-type of workouts. I will do curls with the kettle bell. Yeah, that's really about it.
Q. Okay. Any other exercises since the

accident, forms of exercise?
A. Forearm workouts, wrist-type of workouts.
Q. Is that one of the rope things or --
A. No. With the kettle bell, you can do like a turning, twisting motion.
Q. I gotcha.
A. It's transferred over mostly to body weight type of exercises.
Q. And do you do some of those at home?
A. Correct.
Q. How often are you doing those?
A. About three to four times a week.
Q. Okay. And that includes push-ups?
A. Push-ups.
Q. Air squats?
A. Sit-ups, air squats, and then pull-ups.
Q. Do you have a pull-up bar at home?
A. I do.
Q. All right. In your family do you have anybody with a history of back problems?
A. No, sir.
Q. What about neck problems?
A. No, sir.
Q. All right. Going back before this accident, the -- we talked about your hernia surgery,

which was sometime before the accident; right?
A. Yes, sir.
Q. Have you had any other surgeries --
A. No, sir.
Q. -- besides that?
All right. We've talked about the 2012 fall; right?
A. Yes, sir.
Q. And the IED explosion while you were in the military; right?
A. Correct.
Q. Speaking to your back solely, for 2012 fall you had -- we're going to talk about that, but you had some back issues following that; correct?
A. Correct.
Q. All right. Any other injuries to your back ever in your life besides what you're claiming in this accident?
A. No, sir.
MR. MOHS: Object to form.
BY MR. O'DANIEL:
Q. Have you ever seen a doctor for any back problems prior to your 2012 fall?
A. No, sir.
Q. Were there any incidents with your back

between the 2012 fall and the date of this accident?
A. No, sir.
Q. And have you ever had any neck issues prior to this accident?
A. No, sir.
Q. No treatment with a doctor for your neck before this accident?
A. No, sir.
Q. With your headaches, have you treated with a doctor for any headaches before the accident?
A. No, sir.
Q. Didn't have any following the IED explosion?
A. It's hard to say with that. After the IED explosion, we went on mission the next day.
Q. Okay. Your elbow, if I understand correct, was a contusion we talked about. Any prior elbow problems?
A. No, sir.
Q. Before the accident?
A. No, sir.
Q. Okay. Have you ever had any type of -- I'm sure in the military there's a lot of training where you're getting up and down off the ground. Is that fair to say?

A. Yes, sir.
Q. All right. Setting that aside, have you ever had any what I call a slip-and-fall where you fell hard on your back that you recall?
A. Not that I recall.
Q. And you said there's not -- you've not been involved with any motor vehicle accidents besides the one we're here for today?
A. No, sir.
Q. Any other type of injuries you've had beyond what we've talked about before this accident?
A. No, sir.
Q. Do you have a primary healthcare doctor?
A. I do not.
Q. Have you ever had one before?
A. Not that -- no, sir.
Q. Not in the last 10 years?
A. No.
Q. All right. I know you treated with Dr. Moran some before this accident; right? We talked about that.
A. Yes, sir.
Q. Have you ever treated with any other chiropractors before?
A. No, sir.

Q. Have you ever seen a pain management doctor before?
A. No, sir.
Q. Any problem with addiction to pain medications before?
A. I don't take pain medications.
Q. So no?
A. No, sir.
Q. What was your insurance setup at the time of this accident?
A. I had insurance with the university.
Q. Georgia State?
A. Yes, sir.
Q. And you still have that?
A. Correct.
Q. Never been on Medicaid or Medicare?
A. No, sir.
Q. Have you ever broken any bones before?
A. No, sir.
Q. Your attorneys have forwarded some details regarding the total amount of your medical bills that have incurred since the accident. Is that something you're involved with at all or you --
A. No, sir. I haven't seen anything recently.

MR. MOHS: We'll send you an updated one. I think we've got those recent records. I think we need to update.

MR. O'DANIEL: Okay.

BY MR. O'DANIEL:

Q. All right. So during your military career we talked about the IED explosion. Was there any other type of event like that where you had a significant impact or injury during the military, whether it be training or active duty?

A. Go into a little more detail with your question.

Q. Yeah. My goal is to try to figure out before this accident occurred if you ever had any other prior injuries, and my specific question now is whether -- we talked about one with the IED while you were in the military, and I just wanted to ask if you've had any other what I'm calling an injury or incident similar to or like this IED thing happening. I'm not saying another IED explosion, but some other type of wow moment.

MR. MOHS: Object to form.

MR. O'DANIEL: Wasn't the best question.

THE WITNESS: There was -- there was no injuries that I recall that were directly back

related.

As far as explosions, I mean, I was in marine recon, we used flash bangs; I was in the marines in a combat zone. I was never on the receiving end of grenades, but there was explosions, we used grenades, rocket launchers, lots was going on.

BY MR. O'DANIEL:

Q. Yeah. And I'm not speaking of just back; I'm saying any part of your body.

A. There is, you know, like knee injuries, shoulder injuries; but it's -- it's not -- okay. No broken bones, no lacerations, no bullets, nothing like that.

Q. All right. No ligament injuries specifically or torn ligaments or a doctor telling you you've got a torn ligament?

A. No, sir.

Q. Okay. Nancy said something about sometimes you'd tell her about wearing your belt that was a pain in the rear in the military. Was that like a webbing system or --

A. Every -- every piece of gear you wear is kind of a pain.

Q. Gotcha.

A. It's -- it's just a -- you're in a combat zone. You have to wear armor. You have to carry ammunition, water. When I was contracting it was less so, not nearly as much as I did when I was in the military, but you would wear a kit, basically, so you could do your job and be protected.
Q. And how much does that equipment weigh, roughly?
A. I don't know. 40, 50 pounds.
Q. And that when you were --
A. It would -- it would vary on the mission, depending on the mission.
Q. Gotcha.
That had some wear and tear on your body from that through your military career; is that fair to say?
A. Yes.
Q. All right. Going to the 2012 fall, I understand you were on security detail. Did you have all your gear on when that happened?
A. Yes, I did.
Q. Tell me what happened with that fall.
A. We were tasked with clearing out this building that was under construction. I was across the street from the embassy in Kabul, Afghanistan.

The building had been used prior to September 13th sometime that year for a major attack on the embassy. We were then tasked basically to continue to occasionally clear, do spot clearances of the buildings to make sure that there was no future setup for any type ambushes or attacks done by the insurgents. I think it was like -- I think Haqqani network was involved with that.

Q. Say that again. I'm sorry.

A. The Haqqani network. It's a Pakistani insurgent.

Q. That's different than the Taliban?

A. Yes. There's like -- there are several different ones that are there.

Q. Bad guys, whatever they were?

A. Yeah. Correct.

We would go through the building; but again, the building is being constructed by Afghans, so it's -- it's --

Q. Different building?

A. A different set of building codes. Essentially, as we were going through walking down the stairs, the stairs were on a slope; there was gravel, debris, certain things like that, and I just simply ingloriously slipped and fell.

Q. How many stairs were there there?
A. A few; five.
Q. It wasn't like a 50 stair --
A. No. No, no, no. I fell, like, two steps.
Q. Okay. And tell me: Did you have an immediate pain in your back when you fell?
A. Correct.
Q. All right. Tell me where that was located or focused.
A. It was lower back. I fell basically on my butt and then kind of bounced.
Q. And is it the same spot in your back where you've had pain following this accident?
A. It's one of the areas, yes.
Q. Okay. And after that fall occurred -- I guess how did you fall? Did you spin?
A. I tried to -- I had my rifle in my right hand, it was also kind of secured to me; so I tried to -- I knew better than to try to break my fall with the other one, but I had tried to put my kind of hand out against the wall, because it was in a stairwell, and brace as I fell.
Q. Was that an M4 you were carrying?
A. Correct.
(Defendant's Exhibit No. 22 was marked.)

BY MR. O'DANIEL:
Q. I'll hand you what's been marked as Exhibit 22. This is a note that says Kabul, Afghanistan at the top. Do you see that?
A. Yes, I do.
Q. Was this your treatment following that fall?
A. I don't know. Who is the doctor?
Q. It doesn't say or I can't read. Somebody signs it at the bottom; I can't really make it out. I presume this is somebody who treated you that --
A. This could have been one of the medics.
Q. Says September 27 at 9:45 a.m.
A. Okay. That sounds right. It was probably one of the medics that we had.
Q. Okay. And it talks about several body parts there in the first part, including your elbow, back radiating -- radiating down your right thigh to your knee. Do you see that?
A. Yes, I do.
Q. Okay. So that was a symptom you had back after -- immediately after 2012; right?
A. Yes, sir.
Q. Okay. And then near the bottom right here, it's a little hard to read. It says, Lumbar

spine, and then I'm reading handwriting here something about impinging against the right L5-S1 nerve root?
A. Okay.
Q. Do you remember talking about that with a doctor then?
A. I don't recall, no; but appears to be so.
Q. Okay. The patient this person wrote unfit for duty and return to CONUS, which is Continental United States?
A. Correct.
Q. So you got immediately shipped home after this?
A. Correct.
Q. Okay.
A. It's a general procedure with this if somebody's hurt you send them home; because the facilities we have there aren't up to par to assess things completely.
Q. Gotcha. But you weren't able to continue on your work?
A. Not that day, no.
Q. All right. So at that point what I'm -- what I refer to as a comp case -- I know it's technically not, but whatever your occupational

accident case was started at that point, I guess; right?

A. Correct.

MR. MOHS: I think it's DBA.

MR. O'DANIEL: Defense Based Act.

MR. MOHS: Yeah.

BY MR. O'DANIEL:

Q. So DBA claim. So you come home to where? Athens?

A. Yes, sir.

Q. Okay. And tell me how your treatment unfolded once you got home.

A. Come home to Athens, there was I think a series of doctors that I had seen.

Q. Do you remember who they are?

A. Not off the top of my head. I want to say it was -- it was basically a doctor in Athens, probably like an orthopedic doctor in Athens. That was the first one. And then I later had switched to Dr. Barnett.

Q. Okay. Is there any reason you switched doctors?

A. She was more competent.

Q. All right. What was the problem with the doctor before that?

A. The doctor before that was not competent.
Q. Okay. What led you to believe that?
A. The -- I think it was Dr. Hu or something.
Q. Okay.
A. He had recommended a procedure, and the procedure didn't have an effect. And then he was also simply not caring or concerned about my well-being. And then through a recommendation of a friend I found Dr. Barnett who was far more qualified and again more competent.
Q. What procedure did Dr. Hu do?
A. I want to say he did a lumbar injection.
Q. Okay. And that didn't go right?
A. The procedure was done -- I mean, the procedure didn't go wrong; it just wasn't effective. And then I tried to explain that to Dr. Hu, and then he instructed me to drink water. So that was the end of our time.
Q. Regardless, you got a doctor you were more comfortable with after that?
A. Correct.
Q. Okay. And I apologize if you told me this earlier, but how long did that case or claim I guess stay open with the DBA?
A. Two years, I think.

Q. Okay. And at that point -- I guess did your doctors ever tell you you had any type of permanent injuries from this fall in Afghanistan?
A. No, sir.
Q. They never did?
A. I don't believe so.
Q. Okay. Did they tell you you're now a hundred percent back to normal?
A. No, sir.
Q. All right. What did they tell you?
A. I think they said that basically it's just something that's going to have to be -- that there was some improvement that had been done, but you're not going to be a hundred percent but you are at a functional capacity I think is what they -- how they put it.
Q. You weren't able to -- you weren't at the same physical ability level as you were before this fall, though?
A. I was advised by Dr. Barnett that if I would go back to work for Blackwater in that capacity that I was looking at potential major back problems, and she advised me to essentially find another career. And she mentioned I was, you know, functional for work, functional to do things, but not

functional to be operating in the same capacity that I was with Blackwater.

Q. Being able to carry your people and stuff like that?

A. I was the tactical commander for the escape and rescue vehicle, and it does require a certain amount of physical ability to do your job.

Q. Gotcha.

How did that DBA case end? Was there a settlement?

A. There eventually was a settlement, and then doctors -- or Dr. Barnett had mentioned kind of like a physical therapy regimen and basically just actually kind of advised me to go into the medical type -- type field, to be honest.

Q. What was the settlement amount?

A. 400,000, I believe.

Q. And do you remember what year that was?

A. 2014, I think.

MR. O'DANIEL: We shouldn't have that much longer here, so . . .

THE WITNESS: Could we do one more break before we --

MR. O'DANIEL: Yeah. You want to do that --

THE WITNESS: Please, if that's okay.
THE VIDEOGRAPHER: We're going off the record. The time is 1:23.
(Recess from 1:23 p.m. until 1:36 p.m.)
THE VIDEOGRAPHER: This is the beginning of disc 3. We're back on the record. The time is 1:36.
(Defendant's Exhibit No. 23 was marked.)
BY MR. O'DANIEL:
Q. All right, Mr. Glenn. Getting back on the record here. I put in front of you what's been marked as Exhibit Number 23. Do you see that in front of you there?
A. Yes, sir.
Q. And this is a November 21, 2012, record from Dr. Felicia Horsford?
A. Yes.
Q. Do you remember treating with Dr. Horsford?
A. Yes, I do.
Q. Okay. So this would have been the accident where you fell was September 27th, 2011; right? And I was referring to Exhibit 22 on that.
A. 2012.
Q. What did I say?

A. 2011.
Q. I'm sorry; I meant to say '12. 2012.
So this is about two months after that; right?
A. Yes, sir.
Q. Okay. And under chief complaint at this time your chief complaint was low back pain radiating to the bilateral thighs?
A. Correct.
Q. And bilateral do you -- do you understand that to mean both of them?
A. Yes, sir.
Q. Okay. And that's the same description of a radiating pain you had following this accident as well; right?
A. It's similar.
Q. How is it different?
A. There's a little bit more. The -- the accident basically exacerbated previous issues. It made things worse and kind of created new issues.
Q. Okay. But as far as the pain itself went, it was in the same spot radiating to your -- lower back radiating to your thighs?
A. Yes.
Q. And it says in the next paragraph, He has

tried physical therapy, which has helped improve a little bit, but the pain does persist.

What was your physical therapy regimen you had after the 2012 fall?

A. I saw a physical therapist in Athens.

Q. Do you remember about how long that lasted?

A. Several months.

Q. Okay. And then on the third page of Exhibit 23, Dr. Horsford discusses an MRI you got back then.

A. Yes, sir.

Q. A lumbar MRI on your lower back; right?

A. Uh-huh.

Q. And it reflected disc bulges at multiple levels?

A. There's different levels of disc bulging, intermediate to severe.

Q. Right. But you had some level of disc bulge it looks like at L2-3, L4-5, and L5-S1?

A. Yes, sir.

Q. Okay. And the assessment she gave was chronic low back pain in addition to the radiating pain and spondylosis?

A. Yes, sir.

Q. Do you know what spondylosis is?
A. I did. If you have the definition, I'll -- I'll take it.
Q. That's all right.
All right. Last page under interventional therapy, Scheduled for lumbar medial branch block in two weeks' time.
A. Okay.
Q. Do you remember doing that?
A. Yes, sir.
Q. How many total branch blocks did you have after the 2012 fall?
A. I think three.
(Defendant's Exhibit No. 24 was marked.)
BY MR. O'DANIEL:
Q. I'll hand you what's been marked as Exhibit 24. This record is dated November 28, 2012, at the top.
A. Okay. Yes, sir.
Q. Athens Orthopedic Clinic. Do you remember treating with them?
A. Yes, sir.
Q. But this one at the bottom is signed Dr. Tally. Do you remember him at all?
A. I don't recall.

Q. But he's not the same one you were telling me about before, Dr. Hu? It's somebody different?
A. No, sir.
Q. All right. So at the top of the first paragraph of Exhibit 24, Achy back pain since September with pain radiating down lateral aspects of both legs.
You see that first paragraph?
A. Okay. Gotcha.
Q. Is that correct?
A. Yes, sir.
Q. And now going to both sides?
A. Yes, sir.
Q. What was -- that was going down the actual side of your leg as well at that point?
A. It followed the sciatic nerve.
Q. Okay. So on the front of the leg and on the sides where you were having radiating pain back then?
A. It would start from the side and cross over towards the knee.
Q. Okay. And on the second page under radiographs, you reviewed those, and it showed aged advanced spondylitic changes. Do you know what that means?

MR. MOHS: Object to form.
THE WITNESS: I'd have to look it up. I don't want to speculate.
BY MR. O'DANIEL:
Q. Okay. And the plan, Unfortunately, Mr. Glenn had degenerative process that was aggravated by this injury.
Do you understand what degenerative process is?
A. Yes, I do.
Q. Okay, what's that?
A. It is decreasing.
Q. All right. So it's more of the wear and tear over time?
A. Yes.
Q. So you had some of that going on, according to your doctors, back in 2012; right?
A. Yes, sir.
Q. All right. And then it goes on to say, Unfortunately, this is a degenerative process that will probably progress over time.
Do you have a belief as to whether that happened or not, that it's something that did progress over time?
MR. MOHS: Object to form.

THE WITNESS: I don't know. It appears he's referring to aging. I don't have an answer other than that, because I'd have to speculate on what he was trying to say here.

BY MR. O'DANIEL:

Q. Okay. And he says, He'd probably benefit from some epidural injections. I'll send him to Dr. Hu.

That's the guy we were talking about earlier?

A. Okay. Yes.

Q. So Dr. Hu is the one --

A. That's correct.

Q. -- you didn't like the procedure on? Okay.

(Defendant's Exhibit No. 25 was marked.)

BY MR. O'DANIEL:

Q. All right. I'll hand you Exhibit 25. This is a record from March 13, 2013, in the top right corner?

A. Yes, sir.

Q. Physiotherapy Associates?

A. Yes, sir.

Q. And I presume that's who you're doing the PT --

A. Physical therapy, yes, sir.
Q. Okay. Any other companies you did PT work besides them --
A. No, sir.
Q. -- following the 2012 accident?
A. Huh-uh. No, sir.
Q. All right. Subjective examination, it says, Able to perform some regular workout routine but unable to do dead lift or heavy lift.
So that was the case back then, and you haven't been doing that since anyway; right?
A. No, sir.
Q. What I said is correct? You haven't been doing any heavy dead lifts since --
A. No, sir.
Q. -- after the 2012 accident?
A. No.
Q. When you were doing it, how much weight were you doing?
A. It was several years prior to this and actually like in the military.
Q. Do you remember what your max PR was, stuff like that?
A. Not off the top of my head, no, sir.
Q. Or squats or anything? Do you remember?

A. I didn't go above body weight. It's usually good to stick with that.
Q. So never did any heavy dead lifts above your body weight?
A. Not above my body weight. I don't believe so.
Q. And same thing with squats, never did any --
A. Correct.
(Defendant's Exhibit No. 26 was marked.)
BY MR. O'DANIEL:
Q. This is marked as Exhibit 26. Did I give you two of them? All right. So this is a record at the top March 22nd, 2013. Do you see that?
A. Yes, sir.
Q. Again, Dr. Horsford. If you go to the second page, second in a series of lumbar epidural steroid injections?
A. Okay.
Q. And then it goes on to say, Initially had injections done at clinic where he states he had a wet tap and significant nausea for a couple of weeks.
A. Okay.
Q. Do you remember that?
A. Not immediately. None of them really feel

good.
Q. Sure.
A. So I'm not sure what she's referring to.
Q. And then it goes on to state that, Patient said that he had shooting pains upon the injection that radiates in a cephalus direction even unto -- into his teeth?
A. Okay.
Q. And those symptoms haven't resolved.
Does that refresh your recollection about --
A. It just appears that there was a series of injections that we had had, and some were effective and some were less so.
Q. These you're talking about the ones that Dr. Hu did in the first round; right?
A. Dr. Hu, I think what she's referring to cephalus direction; that's towards the head and to the teeth. Yeah, the injection he gave was --
Q. There were some problems with it?
A. -- was painful.
Q. Sounds like.
A. Yes.
Q. Okay. Did it -- did the injection from Dr. Hu cause any injury to your spine or nerves, to

your knowledge?
A. No, sir. I wouldn't be able to walk out if that was the case, so no.
Q. Okay. There was some trouble with it, but don't know exactly what the issue was?
A. It was -- it was more his demeanor --
Q. Okay.
A. Excuse me. In regards to what you're asking right here, no, I don't believe he did any injury to my spine.
Q. Okay. But it looks like it didn't go as planned a hundred percent?
A. No.
Q. Okay. Did that factor into you changing from Dr. Hu as well?
A. It was mainly his attitude and demeanor towards me.
Q. And I think you ultimately is it right three rounds of injections?
A. Yes, sir.
Q. 2012?
A. I believe so.
Q. And after that you had some improvement through those. Is that fair to say?
A. Yes, sir.

Q. And I guess describe to me how much better it got. What was the -- what was the plateau it got to?

A. It essentially got me to a functional capacity to where I was able to continue on with the career change and do a different direction in my life. I was able to maintain a physical therapy regimen on my own. I was able to travel more. I was able to sit in class, go to school, and I wasn't incapacitated in any kind of form. And I wasn't in the same amount of pain I was after -- immediately after the first accident.

Q. Gotcha.

And at what point in time did you reach that plateau?

A. A few months, I believe. Dr. Horsford and her injections and treatment with Dr. Barnett had yielded results.

Q. The -- but you still had some lingering pain after that in your lower back?

A. Yes.

Q. What about radiation? Did you still have radiation?

A. If I maintained position for any prolonged period of time, hours or something like that, I would

have a little bit of radiating pain, yes.
Q. And that was something that you would have from time to time even going right up to closer to when this accident occurred?
A. Yes, sir. And that's where I was going back to that I have to maintain a certain physical regimen and maintain moving. If I stop moving for any period of time during this time, you know, the pain would increase. And so movement helps.
Q. Gotcha.
Do you remember seeing a Dr. Silcox when you did your -- for an IME?
A. Yes, I do.
Q. Tell me about how'd that go?
A. Dr. Silcox is paid by CNA, and he is a paid physician to basically do an assessment on my ability to go back to work overseas.
Q. Okay. Did -- and what -- what type of meeting did you have with him?
A. He did a very basic set of routine questions. I believe there was an x-ray I think that was taken, but it was pretty -- it was pretty quick, pretty standard.
Q. Did you disagree with anything that he told you about his thoughts on your injury?

MR. MOHS: Object to form.
THE WITNESS: I don't know. What are you referring to?
BY MR. O'DANIEL:
Q. Do you remember disagreeing with him about anything?
A. I didn't -- he, like, you know, was a doctor that was paid for by -- by CNA. My -- I was paying attention to what Dr. Barnett said. She was more credible considering her background and training.
Q. Do you know anything about Dr. Silcox's background and training compared to Dr. Barnett's?
A. Dr. Silcox is a competent and effective doctor. Dr. Barnett has far more experience in surgery and is far more trained.
Q. Gotcha.
(Defendant's Exhibit No. 27 was marked.)
BY MR. O'DANIEL:
Q. This is Exhibit 27. Have you ever seen this report before?
A. Yes, sir.
Q. If we go to page 4 at the top of his, he's kind of walking through your medical history there. It looks like 33 physical therapy visits at least as

of this date at the bottom there?
A. Yes, sir.
Q. Does that sound right?
A. Yes, sir.
Q. And then on the next page, 5, Dr. Glenn -- excuse me, Mr. Glenn reported he had previous work-related injuries involving his knees and his shoulder.
Is that --
A. Yes, sir. That's correct.
Q. Was there any specific injury to your knee or shoulder?
A. No; just the wear and tear from the military.
Q. Right. Okay.
And then present symptoms at the bottom of that page, He's having pain in the right lower back and right leg, and at this point -- at the bottom line of that -- overall he feels he's plateaued in his recovery.
So this is -- at this point in July of '13, you've reached that plateau we talked about?
A. Yes, sir.
Q. All right. And the next page 6 taking voltaren. Is that part of the thyroid stuff?

A. No. Voltaren is actually diclofenac.
Q. Okay.
A. One's a generic name and one is -- actually, not even that; two different names for the same drug.
Q. Okay. All right. On Page 10 talked about work limitations, Capable of medium-duty work lifting up to 50 pounds occasionally, less than 20 pounds frequently, and less than 5 to 10 pounds continuously.
Did you agree with that assessment as of July 12, 2013?
A. Yes.
Q. All right. And on page 11 there's a section called Permanent Impairment.
A. Yes, sir.
Q. Okay. And Dr. Silcox indicated he felt confident saying at -- at least there was some preexisting disease but I think he had a significant event which is now brought to light. He has abnormalities in his back.
A. Okay.
Q. Do you remember discussing that with him?
A. He did not discuss this with me, no.
Q. Did -- he says on here something about an

8 percent whole person impairment rating.
A. Okay.
Q. Do you know what that is?
A. I am assuming he assigned a rating to me gauging on my physical ability.
Q. Okay. Any reason to disagree with that?
MR. MOHS: Object to form.
THE WITNESS: I don't know how the rating system goes.
BY MR. O'DANIEL:
Q. Okay.
A. So no, I don't know.
Q. And you were more I guess in tune with Dr. Barnett and her approach to stuff; right?
A. Correct.
(Defendant's Exhibit No. 28 was marked.)
BY MR. O'DANIEL:
Q. I'll hand you what's been marked as Exhibit 28, and this is a December 11th, 2013. Do you see that?
A. Yes, sir.
Q. Record. And that's Dr. Barnett?
A. Yes, sir.
Q. All right. Looks like on the second page comments at the top, Multiple joint arthritigis [as

pronounced], which I think is the arthritis or joint pain in shoulders and knees?

A. Yes, sir.

Q. And that's the same thing we referred to earlier about the wear and tear from the military?

A. Only see right here is that she said -- the comments of which you just read off --

Q. Yeah.

A. -- if she was referring to the military, I'm not sure.

Q. Okay. Well, I'm just asking you.

A. There was --

MR. MOHS: Object to form.

THE WITNESS: There was wear and tear from the military.

BY MR. O'DANIEL:

Q. All right. And then the clinical assessment, Presents with low back pain and leg pain. Completed the FCE.

Do you know -- do you remember what the FCE was?

A. Yes, sir.

Q. All right. Tell me about that.

A. That's a functional capacity test.

Q. All right. And how did that go?

A. Essentially you are moving, bending, stretching, and lifting small weights. It is a test that was performed by the instruction of I think the insurance company to assess your physical ability.
Q. Okay. And then Dr. Barnett says that you will be permanently limited. Do you remember her telling you that?
A. She told me that with regards to me working overseas with Blackwater.
Q. Okay. And she actually goes up to a 15 percent disability to the whole body, which was I guess higher than Dr. Silcox; right?
A. Okay.
Q. And she also states here that you've reached your MMI or maximum medical improvement from this injury at this time?
A. Yes, sir.
Q. Okay. Did you agree with that at that point?
A. She was more knowledgeable than me, so yes.
Q. And last line in there is, Discharge from active care.
Is that consistent with when you ceased treatment with Dr. Barnett at that point?

A. I'm sorry. One second.
Q. Sure.
A. Yes, sir.
(Defendant's Exhibit No. 29 was marked.)
BY MR. O'DANIEL:
Q. All right. I'll hand you what's been marked as Exhibit 29. This is an order I believe that was at the end of your claim --
A. Correct.
Q. -- from the 2012 fall. And this was issued August 11th, 2015.
A. Okay.
Q. So is that when that -- sounds like that's when that ended. Is that --
A. That seems correct.
Q. So it's about a year before this accident?
A. Yes, sir.
Q. Okay. And it's -- on page 3, it looks like it was a total settlement of $450,000?
A. I don't think it was that much. I think it was 430 seemed more correct.
Q. It breaks it down on the next line there.
A. Oh, it does? Okay. Yes, that seems correct then.
Q. Is part of that 430 for accrued future

disability?
A. I see what you're saying.
Q. Any reason to think 450's wrong?
A. I don't recall getting a check for 450. I think it was somewhere around like 433 or something like this; but I think that other breakdown explains it there.
Q. Gotcha. Okay.
A. I'm not disagreeing with this.
Q. Sure.
All right. So was that when the Mercedes came into play?
A. No. No. I'm smarter with my money than that.
Q. Well, the Mercedes was a 2015; right?
A. The model was a 2015, yes; but I don't think I bought the Mercedes until 2016.
Q. Gotcha.
A. I had a -- I like cars, so I had another car prior to that.
Q. Had you treated -- well, let me ask you this real quick.
(Defendant's Exhibit No. 30 was marked.)
BY MR. O'DANIEL:
Q. I'll hand you what's been marked Exhibit

30, and these are some records I believe that were associated with your hernia surgery.
A. Yes, sir.
Q. And it indicates here had a visit on 4/27/15, and review of symptoms, He did mention back pain at that point in April of 2015.
Right?
A. Uh-huh.
Q. Okay. So you were having back pain as of then?
A. Yes, sir. As I said before, there was no -- there's levels of the pain.
Q. Right.
A. Some things worked; some things did not.
Q. Looks like this actual surgery date on the next page was May of 2015, May 13 of 2015.
A. Okay. Yes, sir.
Q. Was there any complications from that surgery?
A. No, sir.
Q. Okay. And then on -- if you turn two more pages, there's a questionnaire, and under mus -- this is your handwriting; right?
A. It appears to be.
Q. Okay. Under muscle -- musculoskeletal

there's a check there next to back and neck pain or back/neck pain.

A. Okay.

Q. Had you had any neck pain at this time?

A. I don't recall.

Q. On the last page spiritual/cultural needs, there's a box that says Viking with a check on it?

A. That was my spiritual and cultural need at the time.

Q. Okay. Can you -- out of curiosity --

A. It was more of a joke.

Q. Okay.

A. I actually -- I forgot I did that.

Q. All right. Are you a Viking?

A. I'm not a Viking.

Q. All right. So before this accident occurred, there was two MVAs -- or excuse me, two MRIs I saw related to your 2012 fall. One was in November 2012, and there's another one in 2013. Does that sound right?

A. Yes, sir.

Q. All right. Have you ever had any other MRIs before this accident?

A. No, sir.

Q. Okay. Have you treated at all with any

doctors between the time of your last treatment with Dr. Barnett, which we saw was March of '13 -- I'm sorry. That's not right. Bear with me. December of '13. That's when she discharged you?

A. Yes, sir.

Q. Okay. So you saw her about your back then. I know we had the surgery we just talked about. Did you see any other doctors at all for anything between that point in time and when this accident occurred?

A. Well, I saw Dr. Wilkiemeyer for the --

Q. Right. Besides that.

A. Besides that? I don't recall -- no, sir. I don't believe so.

Q. No back treatment, to your knowledge, at that point?

A. No, sir.

Q. Would you have liked to have had -- I know you had some ongoing pain. With the success you've had now with these RFA treatments, would you have liked to have had one of those before this accident occurred?

A. No, sir.

MR. MOHS: Object to the form.

///

BY MR. O'DANIEL:

Q. Why not?

A. I would have gone.

Q. Would have gone where?

A. I would have gone to a doctor if I felt that I needed to go see a doctor with regards to my -- any kind of issues that I had.

Q. Okay. All right.

A. I wasn't unable to go to the doctor.

Q. Is there anything you do on a daily basis now -- I know we talked about your exercise regimen -- anything else you do to relieve any back pain you have?

A. Minor yoga moves, stretching.

Q. Anything else?

A. No, sir.

Q. Is there anything that you're unable to do now that you were able to do the day of this accident, meaning immediately before the accident, physically?

A. There's -- as I said before, prior to the RFAs, the accident exacerbated the issue; new pain popped up, other issues have popped up. Because of this it made it very difficult as far as school, as far as concentration. It was an obstruction to my

daily life, continues to be an obstruction to do simple things. I have to -- you know, I had to adjust.

After seeing Dr. Hade he had mentioned that -- he was, like -- you know, he was prior military as well. He's actually a Delta Force guy from what he told me, so he's used to, you know, dealing with people who are physically active. And he had mentioned that I needed to lose weight, adjust my workout regimens, and adjust how I lived, and prepare for possible foreseeable surgery. But he had also mentioned that the RFAs, he had a good surgeon and that would be effective.

Q. And it has been; right?

A. I've lost weight, I've lost 20 pounds; I've adjusted how I work out; and the RFA has been very effective.

Q. Gotcha.

You said something about new pain. I'm looking at records that say -- and we've gone through them today -- low back pain with pain radiating to your thighs and similar reports after the accident. What is the new pain you're talking about?

MR. MOHS: Object to form.

THE WITNESS: Do I answer?

MR. MOHS: Uh-huh.
THE WITNESS: Okay. New pain is -- there's a certain level of pain that I deal with. There's a certain level of pain that I dealt with prior to the accident. The new pain is an increase in intensity and had more of an interference on my daily life.
BY MR. O'DANIEL:
Q. So when we say new pain, it was in the same area you were having pain back in 2012; it's just now greater after this accident?
MR. MOHS: Object to form.
THE WITNESS: It was in a larger area of my lower back. My lower back was pretty focused. This one after the accident it seemed like the area had grown.
It's a little bit different and more intense than what I had prior to from Afghanistan. I was at a very workable level after Afghanistan as far as pain was concerned, and this accident had -- for a period of time until the RFAs had -- there was an increase in the intensity and pain.
BY MR. O'DANIEL:
Q. Prior to this accident occurring, I

understand you had a certain amount of ongoing back pain with occasional radiation; right?

A. Correct.

Q. And we're now at three months past your last RFA?

A. Yes, sir.

Q. Correct? And you -- at this point are you having a constant back pain, you're saying?

A. There's always a level of pain.

Q. Okay.

A. It's not as -- not nearly as intense after the RFAs.

Q. Right. So are we at a point now where it's similar to where you are as we sit here today pain level wise to where you were before the accident?

A. Because of the RFAs, yes.

Q. Okay. Anything -- and I know the 2012 fall, according to your -- anyway, we've gone through this -- it changed some of the abilities you had for doing more high end, strenuous stuff that prevented you from going back to work for Blackwater?

A. Yes, sir.

Q. Okay. Going back to the threshold before the accident you have and then once this accident

occurred and as we sit here today, we talked about getting your blue belt in jiu-jitsu. Is there anything you're physically not able to do that you could do immediately before this accident?

MR. MOHS: Now?

BY MR. O'DANIEL:

Q. Now, today.

A. Because of the procedures from Dr. Hade and Dr. Wada, my level of activity has -- has been very good.

Q. Okay. And you after treatment for some period of time after the 2012 accident got to the point as you said before you didn't need to go to the doctor anymore for your back; right?

A. No, sir.

Q. Okay. Is there any reason to think that you won't reach that point again now?

A. I don't know.

Q. Okay. So it could happen; you just don't know?

A. Well, the thing is is that the RFAs are very good, but so far it appears to be in line with what Dr. Wada said, which is they'll last about a year until the nerves start to grow back. And so I have my second round of RFA injections, so it is

possible that I'll have to go back and get another round of RFA injections within a year.

Q. And also possible you may never need them again?

MR. MOHS: Object to form.

THE WITNESS: I don't know. I haven't heard that from the doctors. They always say that there is a hope for that. As of right now based on what we're seeing, I don't see that. I would defer to them.

BY MR. O'DANIEL:

Q. All right. I'm asking what you think, do you think it's possible that you may not need them anymore?

A. I don't know.

Q. Have you been on vacation since the accident occurred?

A. I have.

Q. Did that go as planned? Any issues?

A. No, sir; no issues.

Q. And Ms. Zagha told me a little bit about did y'all go to Central America or something, or am I misremembering that?

A. She had to go to Central America for -- yes, we went to an island down off of Honduras.

Q. Roatan?
A. Yes, sir.
Q. What about any type of sports leagues you've been in since this accident?
A. I don't play sports.
Q. Okay. No bowling or anything like that?
A. What is with bowling? I don't bowl. I saw that in the other deposition.
Q. It's on my outline is why --
A. I'm not a bowler. I'm not against bowling, but I don't bowl.
Q. How about this: Any throwing of heavy objects?
A. No, sir.
Q. Okay. Your typical day now, I know you're not in school at the moment, but when you're in school it was going to school?
A. Yes, sir.
Q. And working out like we talked about?
A. Yes, sir.
Q. What are you doing now that you're out of school?
A. Right now I'm preparing to -- I applied to the CDC. I am looking at fellowships within the CDC. There is a PHAP, Public Health Associate Program,

with the CDC that I'm trying to get on.

There is -- essentially, I'm trying to start working in the capacity of epidemiology or with infectious disease, having to do that with public health. And so there's other public health departments within the government and things like that. So I'm researching those, applications, and applying. It's all government-type jobs, so it's mostly very long and in-depth resumes.

Q. And -- okay. But besides doing that and going to the gym, anything else going on right now? Not working any other type of job?

A. No; not at the moment no, sir.

Q. Okay. Have you ever talked with any representatives of the trucking company?

A. No, sir.

Q. What about any representatives of any insurance company from the trucking company?

A. No, sir.

Q. Did you ever take any type of recorded statement in regard to this accident?

A. I don't recall. I don't believe so. If I did, you guys have it.

Q. Did you ever fill out any type of written statement beyond what you gave to the police

officers?
A. Again, I feel like I've filled out several -- several statements with this whole thing. If I did you guys have it.
Q. Okay.
Let's see. Are you on social media at all?
A. No, sir -- correction. I have a Facebook account.
Q. All right. On your Facebook did you post anything in relating to the accident?
A. No, sir.
Q. So didn't delete anything in relation to the accident?
A. No, sir.
Q. Have you seen anybody else post anything about this accident?
A. No, sir.
MR. O'DANIEL: I think that's about it. I'll go through my notes real quick.
MR. MOHS: Why don't we take a quick break?
MR. O'DANIEL: Sure.
THE VIDEOGRAPHER: We're going off the record. The time is 2:11.

(Recess from 2:11 p.m. until 2:17 p.m.)

THE VIDEOGRAPHER: We're back on the record. The time is 2:17.

MR. O'DANIEL: Mr. Glenn, that concludes my questioning today. I appreciate you being here with us.

THE WITNESS: Thank you, sir.

THE VIDEOGRAPHER: This concludes disc 3 and the deposition. We're going off the record at 2:17 p.m.

(Deposition concluded at 2:17 p.m.)

C E R T I F I C A T E

G E O R G I A:
GWINNETT COUNTY:

I hereby certify that the foregoing deposition was taken down, as stated in the caption, and the questions and the answers thereto were reduced to typewriting under my direction; that the foregoing pages 1 through 219 represent a true and correct transcript of the evidence given upon said hearing, and I further certify that I am not of kin or counsel to the parties in the case; am not in the regular employ of counsel for any of said parties; nor am I in any way interested in the result of said case.

This, the 17th day of June 2019.

Janet Wilson

JANET K. WILSON, B-1108
My License Expires: April 1, 2020

E R R A T A   S H E E T

I, the undersigned, ROBERT GLENN, do hereby certify that I have read the foregoing deposition and that, to the best of my knowledge, said deposition is true and accurate (with the exception of the following corrections listed below).

PAGE LINE CORRECTION

______ / ______ / ____________________________________________
______ / ______ / ____________________________________________
______ / ______ / ____________________________________________
______ / ______ / ____________________________________________
______ / ______ / ____________________________________________
______ / ______ / ____________________________________________
______ / ______ / ____________________________________________
______ / ______ / ____________________________________________
______ / ______ / ____________________________________________
______ / ______ / ____________________________________________
______ / ______ / ____________________________________________
______ / ______ / ____________________________________________

_________________________
ROBERT GLENN

Sworn to and subscribed before me,

________________________________________,

Notary Public, this ____ day of

________________________ 2019.

My Commission Expires: __________

Disclosure

State of Georgia Deposition of Robert Glenn

County of Gwinnett: 05/30/2019

Pursuant to Article 8.B. of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia, I make the following disclosure:

I, Janet Wilson, am a Georgia Certified Court Reporter. I am here as an Independent Contractor for U.S. Legal Support, Inc.

U.S. Legal Support, Inc. was contacted by the offices of O'Daniel McDonald to provide court reporting services for this deposition. The firm will not be taking this deposition under any contract that is prohibited by O.C.G.A. 15-14-37 (a) and (b).

U.S. Legal Support, Inc. has an agreement to provide reporting services with O'Daniel McDonald, the terms of which are as follows: Any and all special rates and/or services are available to all parties involved in this litigation.

**Exhibits**

**EX 0001 Robert Glenn DEFT 05 3019** 33:24,25 34:3 36:8 64:16
**EX 0002 Robert Glenn DEFT 05 3019** 68:6
**EX 0003 Robert Glenn DEFT 05 3019** 71:8,11 72:3,10,23 73:3,21
**EX 0004 Robert Glenn DEFT 05 3019** 74:7,10, 11
**EX 0005 Robert Glenn DEFT 05 3019** 74:19,22 77:3
**EX 0006 Robert Glenn DEFT 05 3019** 78:18,21 79:13 80:6 82:24,25
**EX 0007 Robert Glenn DEFT 05 3019** 81:10,13 83:2,14
**EX 0008 Robert Glenn DEFT 05 3019** 90:20, 23,25
**EX 0009 Robert Glenn DEFT 05 3019** 105:16 106:6
**EX 0010 Robert Glenn DEFT 05 3019** 116:16, 19
**EX 0011 Robert Glenn DEFT 05 3019** 120:11, 14
**EX 0012 Robert Glenn DEFT 05 3019** 121:23
**EX 0013 Robert Glenn DEFT 05 3019** 127:5,7, 8
**EX 0014 Robert Glenn DEFT 05 3019** 129:25
**EX 0015 Robert Glenn DEFT 05 3019** 131:10, 13
**EX 0016 Robert Glenn DEFT 05 3019** 132:12, 15 141:12 142:2,3
**EX 0017 Robert Glenn DEFT 05 3019** 133:16, 19
**EX 0018 Robert Glenn DEFT 05 3019** 136:1
**EX 0019 Robert Glenn DEFT 05 3019** 141:2 142:8,9
**EX 0020 Robert Glenn DEFT 05 3019** 145:9,12
**EX 0021 Robert Glenn DEFT 05 3019** 165:10, 13 166:15 167:8,9
**EX 0022 Robert Glenn DEFT 05 3019** 179:25 180:3 186:23
**EX 0023 Robert Glenn DEFT 05 3019** 186:8,12 188:10
**EX 0024 Robert Glenn DEFT 05 3019** 189:14, 17 190:5
**EX 0025 Robert Glenn DEFT 05 3019** 192:16, 18
**EX 0026 Robert Glenn DEFT 05 3019** 194:10, 12
**EX 0027 Robert Glenn DEFT 05 3019** 199:18, 20
**EX 0028 Robert Glenn DEFT 05 3019** 202:16, 19
**EX 0029 Robert Glenn DEFT 05 3019** 205:4,7
**EX 0030 Robert Glenn DEFT 05 3019** 206:23, 25 207:1

**$**

**$450,000** 205:19

**0**

**03** 22:2,24
**07** 22:24

**1**

**1** 33:24,25 34:3 36:8 64:16 69:3,17 70:5 105:23 166:2
**1,000** 123:22
**10** 27:15 29:12 109:12 110:12 116:16,19 143:22 154:1 168:25 173:17 201:6,9
**105** 4:12
**10:00** 10:17, 20
**10:39** 93:3
**10:55** 68:5,7
**11** 120:11,14 201:14
**116** 4:13
**11:00** 93:3,12
**11:07** 68:7,9
**11:49** 105:22, 24
**11:57** 105:24 106:2
**11th** 202:19 205:11
**12** 26:4 121:23,25 187:2 201:12
**120** 4:14
**121** 4:16
**127** 4:17
**129** 4:19
**13** 4:17 26:4 91:10 127:5,8 140:6 192:19 200:22 207:16 209:2,4
**131** 4:20
**132** 4:22
**133** 4:23
**136** 4:24
**13th** 178:1
**14** 129:25 130:2 133:20 137:10 166:15

**141** 4:25
**145** 5:5
**14th** 135:1,5
**15** 4:20 27:5 131:10,13 204:10
**1500** 2:5
**16** 132:12,15 141:12 142:2,3
**165** 5:6
**17** 4:23 133:16,19
**179** 5:8
**18** 4:24 132:16 136:1,3,21,22 141:12 142:4 166:17 167:24 168:6
**18-wheeler** 35:1
**180** 53:7
**180-degree** 51:4
**1800** 34:20
**186** 5:9
**189** 5:10
**19** 4:25 141:2,4,16 142:9 145:2
**192** 5:11
**194** 5:12
**199** 5:13
**1:18-CV-04410-ELR** 6:13
**1:23** 186:3,4
**1:36** 186:4,7

## 2

**2** 13:25 68:6,12,22 69:17,21,22 106:1 130:12 143:21
**2/9** 166:2
**2/9/17** 166:2
**20** 13:22 145:9,12 201:8 211:15
**2003** 11:17 16:17
**2005** 138:11
**2007** 16:17
**2009** 10:9
**2011** 186:22 187:1
**2012** 25:5 27:19 111:22 118:8 122:18 123:1,4 140:6 150:12,18,24 157:12,20 171:6,12,23 172:1 177:18 180:22 186:15,24 187:2 188:4 189:12,17 191:17 193:5,16 196:21 205:10 208:18,19 212:10 213:18 214:12
**2013** 14:7,11 25:5 26:4,17 192:19 194:14 201:12 202:19 208:19
**2014** 27:5 185:19
**2015** 27:6 28:9 205:11 206:15,16 207:6,16
**2016** 8:3 68:19 81:16 117:9,11,13 122:13 151:2 154:5 206:17
**2017** 106:9 116:20 119:20 120:15 124:11 127:9 130:3 131:16 165:19,24 166:15
**2018** 132:16 133:3,20 135:1 136:5,12,19 137:10,12,13 141:13 149:3,14 166:21,22
**2019** 6:2,8 141:5 144:4 145:12 146:2 149:3,14
**202** 5:15
**205** 5:16
**206** 5:17
**20th** 122:2 124:11
**21** 5:6 165:10,13 166:15 167:9 186:15
**210** 2:14
**2155** 139:16
**22** 5:8 179:25 180:3 186:23
**225** 111:8
**226** 114:3
**227** 34:25
**229** 114:23
**22nd** 194:14
**23** 5:9 186:8,12 188:10
**24** 5:10 189:14,17 190:5
**25** 5:11 192:16,18
**25,000** 73:20
**26** 127:9 136:4 194:10,12
**27** 106:9 180:13 199:18,20
**27th** 186:22
**28** 189:17 202:16,19
**29** 5:16 205:4,7
**2:11** 218:25 219:1
**2:17** 219:1,3,10,11

## 3

**3** 71:8,11 72:3,10,23 73:3,21 130:12 186:6 205:18 219:8
**3/13** 166:7
**3/23** 167:18
**3/30** 167:19
**3/4** 166:7
**30** 6:2 167:9 206:23 207:1
**30326-4302** 2:5
**30342** 2:9 9:19
**30350** 2:15
**30th** 6:8
**31** 167:18
**310** 94:13
**33** 4:4 199:25

## 4

**4** 74:7,10,11 130:13 141:5 144:4 146:1 199:23
**4/25/76** 11:2
**4/27/15** 207:5
**40** 113:11 140:22,23 153:4 169:20 177:9
**400,000**

185:17
**404.419.6301** 2:16
**404.591.1819** 2:6
**430** 205:21,25
**433** 206:5
**4335** 9:18
**450** 206:4
**450's** 206:3

## 5

**5** 74:19,22 77:3 101:25 110:12 116:3,4,8,9 130:13 143:17 144:10 146:19 166:7 200:5 201:9
**50** 37:16 41:1,8,17 108:2 128:11 129:15 140:24 177:9 179:3 201:8
**507** 28:9
**5447** 2:9
**55** 37:14 41:1
**558** 145:25 146:19
**559** 145:15
**5888** 93:2
**5:00** 29:21

## 6

**6** 8:3 68:19 78:18,21 79:13 80:6 82:11,25 91:8 92:7 130:3 145:12 154:5 167:18 200:24
**60** 42:18 43:2,21 131:20
**60-plus** 108:6
**60s** 158:21
**61** 89:17 90:17
**64** 90:17
**675** 32:16,18
**678-841-8502** 93:18
**678.310.6127** 2:10
**68** 4:5 89:22,23 90:4,10,14
**68,000** 72:22
**6:00** 29:21 34:20
**6:13** 91:11,18
**6:57** 92:5

## 7

**7** 3:5 81:10,13 82:11 83:2,14 109:12 119:19 143:16 144:10
**70** 131:20
**71** 4:6
**74** 4:7,8
**75** 32:18 79:8 121:6
**78** 4:9
**7:01** 92:19,22
**7:08** 93:3
**7th** 11:14 107:1

## 8

**8** 90:20,23,25 94:1 167:9 202:1
**8.B** 6:4
**800** 91:11
**800-222** 92:22
**81** 4:10
**863** 92:8
**8:03** 93:22,25

## 9

**9** 17:12 105:16 106:6 119:19
**9/11** 22:12
**9/6** 91:4
**90** 4:11
**9040** 2:14
**911** 60:10,13 62:1 64:1 65:13 91:21,23 94:17 95:7,10 96:16,20
**94** 13:25
**985-788-4963** 93:23
**99** 11:16 13:25 21:25
**9:00** 93:12
**9:22** 93:3
**9:45** 180:13
**9:56** 6:9
**9th** 120:15

## A

**a.m.** 6:9 10:17,20 68:7 105:24 180:13
**AAA** 92:20
**ab-type** 169:22
**abate** 129:6
**abated** 118:10
**abdominal** 118:13,19
**abilities** 213:20
**ability** 184:18 185:7 198:17 202:5 204:4
**ablation** 125:7 126:4,9,10 128:25 132:19 167:15
**ablations** 101:15 104:24 125:14 127:22 128:4 135:7 137:25 142:6 144:16 147:25 151:7
**able** 45:9,10,12,18,19 52:8,11 56:19 57:15 58:6 77:14,19 78:10,14 82:5,6 94:25 115:24 116:3,4 161:13 162:17 163:20 181:20 184:17 185:3 193:8 196:2 197:5,7,8,9 210:18 214:3
**abnormalities** 201:21
**about** 8:8 9:20 10:7 11:14,17,25 12:5 13:2,14,22 16:8,10 19:3 20:4,8,11 21:3,18 24:2 26:21 27:11,15 28:7 29:16,19 32:1,4 33:3,10 34:22 35:24 36:1,11,24 37:12,14 38:16,25 40:25 41:7 46:16 50:19 51:19 53:8,20 54:11 57:23 58:19 59:18,

21 61:18,25 63:7,10 64:10,12 65:23 66:10, 20 67:15 70:19 72:9 73:25 75:8, 23,24 77:4,24 78:23 81:18 84:8,13,16 85:14 87:11, 14 89:9,11, 22,23 90:4, 10,13 93:17 94:22 96:17, 19,20 97:6 98:9,15 99:13 100:9 101:10, 13,18,20,24 102:10,20 103:4 104:23 105:11 106:12 108:6,10,13, 24 109:1,4,18 110:3,12,15, 16 111:22,24 112:19 113:1 114:4,5 115:20 117:15,18 119:7,24 120:2 121:6 124:17 126:25 127:18,19 128:6,11,20 129:2,10 130:21,24 131:22 134:21 135:19 136:12 138:6,7 139:19 140:4, 11 141:11,15 142:11,15 143:8 146:10 147:19 148:5, 9,17,24 150:2 151:3,8,23 152:1,13 153:22 156:14,20 157:8 158:3, 6,9,10,15,23 159:13 162:6 163:9 165:2 167:24 168:6, 13,17,20 169:17,24 170:12,22,25 171:6,13 172:17 173:11,21 175:7,16 176:19,20 180:16 181:2, 5 183:7 187:3 188:6 190:2 192:9 195:11, 15 197:22 198:14,25 199:5,12 200:22 201:6, 25 203:5,23 205:16 209:6, 8 210:11 211:19,23 214:1,23 215:21 216:3, 12,19 217:17 218:17,19

**above** 153:3 194:1,3,5

**Absolutely** 67:24

**absorbed** 25:25 113:11

**Academi** 25:19,21,23 34:12,13,15

**Academy** 25:20 34:15

**accident** 4:5 8:2 10:10 11:25 18:6 19:5 20:4,6, 16 21:13 28:3 29:8,17,20 31:15,21,24 32:11,17 33:1 34:7,22 35:20 39:9,20 40:15 42:9 45:14 46:21 47:1,8, 14,24 48:1 49:20,22 50:1,6,10,12, 17,18 51:6 55:13,23 57:3,11 58:2 59:15 60:20 61:19,22,23 63:14 64:4 65:6 66:8,25 67:18 68:14, 19 69:14 71:12 72:2 73:23 74:14 76:1 78:15 81:19,22 83:22 86:12 90:24 91:6 95:8,14 96:3, 7,12 97:11, 15,17,20 98:21,23 99:2,12,18,23 100:1,4,11, 16,23 101:5,7 102:9,21,25 103:7,10,13 104:7,14,18, 22 105:10,14 106:13,21 107:1,5,10,17 108:9 109:2, 5,22 111:20 112:1,10 113:14,19 114:19 115:3, 9,13 116:7,14 117:10,22,24 118:6,7,8,17 119:22,25 120:3,6 122:12,18 123:1,4 133:23 134:7 135:2,12 142:24 143:2, 6 148:12 149:6 150:24 151:1,6,11,25 153:20,22 154:4,24 155:5 156:18, 23 157:3,25 168:13,15 170:1,25 171:1,18 172:1,4,7,10, 20 173:11,20 174:10,22 175:14 179:13 182:1 186:22 187:14,19 193:5,16 197:12 198:4 205:16 208:16,23 209:10,21 210:19,22 211:22 212:5, 11,15,21,25 213:16,25 214:4,12 215:17 216:4 217:21 218:11,14,17

**accidents** 18:7 39:16 173:7

**according** 107:25 128:9 191:17 213:19

**account** 22:6 218:9

**accounts** 22:20

**accrued** 205:25

**accuracy** 40:8

**accurate** 58:5 95:7 110:13 111:17 112:4 115:14 120:22 124:11 127:15 128:14

**aching** 109:6
**Achy** 190:5
**across** 177:24
**act** 44:19 182:5
**action** 16:24
**active** 19:16 57:13 76:25 175:10 204:23 211:8
**actively** 34:18
**activities** 156:6
**activity** 214:9
**actual** 65:6 190:14 207:15
**actually** 10:2 26:23 35:15 44:1 77:1 89:22 92:25 122:17 134:1 136:7 139:21 158:1 163:1 167:13 185:14 193:21 201:1, 4 204:10 208:13 211:6
**addiction** 174:4
**addition** 116:12 188:23
**additional** 128:21 144:13 147:14
**address** 9:17 10:4,8,12
**adjust** 37:9, 10 43:10 45:19 211:3, 9,10
**adjusted** 211:16
**advanced** 14:15 16:23 27:4 190:24
**advised** 184:20,23 185:14
**AEMT** 14:16
**Afghanistan** 19:5,16 24:10 117:24 140:9, 10 177:25 180:4 184:3 212:19,20
**Afghans** 178:18
**African** 65:25 78:24
**after** 14:5 21:23 23:19 26:12 36:15 50:11 51:1,5 52:15 55:6 58:2 59:7 60:19 61:22 64:14 66:25 67:17,22 73:22,23,24 75:5 77:15,17 78:15 79:6 87:8 88:20 89:9 95:13 97:16,17 99:2,6 100:16 101:5 102:25 103:9,11,12 104:14,18 106:12,21 107:1 109:5, 21 110:5 113:11 116:6 117:1,9 118:7,8,10 122:12,18,25 123:4 126:24 127:17 129:15 131:17 133:12,13 135:1,5,8 140:12,21,22, 23 141:15 142:5,7 150:18 151:1 152:8 155:5 157:15 164:7 172:14 179:15 180:22 181:12 183:20 187:3 188:4 189:12 193:16 196:23 197:11,12,20 211:4,22 212:11,15,20 213:11 214:11,12
**afterwards** 89:14 105:15
**again** 8:23 37:23,24 58:14 61:18 74:12 76:23 79:21 84:10 85:16,23 88:24 89:20 105:2 110:8, 18 112:17 126:8 131:16 140:23 141:19 142:1,18 143:2 145:3 149:12 151:6 153:2 155:9 159:16 160:13 161:2,15 178:9,18 183:10 194:16 214:17 215:4 218:2
**against** 179:21 181:2 216:10
**age** 140:22
**aged** 190:23
**aggravated** 191:7
**aging** 140:24 192:2
**ago** 7:23 43:17 89:21 119:4,5,6 127:18 135:10 138:6,7 151:18,19 157:5 158:10 163:4,6
**agree** 39:12, 15 42:4 44:12,18,25 46:25 47:4,6 78:10 81:21 96:5 102:19 201:11 204:18
**agreeable** 7:12,17
**agreement** 7:8
**ahead** 9:1 37:24 68:1,12 156:4 164:22
**air** 156:16 170:15,16
**airbag** 53:14
**Al-anbar** 23:8
**alcohol** 31:21 125:1
**alive** 12:14
**all** 6:20 7:6, 9,12,13,18 8:21 10:25 11:5,20 12:9 13:23 15:9,18 17:19 18:13 20:3 21:3,25 23:10,17 25:3,25 26:2, 4,14 27:10 28:3 29:23 30:8 31:4,18, 23 32:4,10,23 34:2 35:4,12 36:3,19 39:5, 7 42:3,11,22 44:1,5,8 45:13,15,25 46:16 47:6 55:12,15 56:5,19,24 58:1,16,19 59:2,6,7 60:3 61:2 62:16 63:22 65:8,18

66:12,23,24 67:13 68:11 70:18 71:11, 19,25 72:7,20 73:18 76:12 78:23 80:7 83:17 87:7,11 88:19 91:7 92:4,19 93:22 94:25 95:3 96:14 98:2, 13,25 100:25 101:3,6,24 102:10 103:6 106:4 108:24 109:4,7 110:3,15,23 111:3,7,10, 17,19 113:6, 21 114:2,13, 15,22 115:22 116:2,18,19 118:2 119:16 120:2,13 121:3,25 122:1 123:6, 20 124:9 125:19 126:22 129:4 130:18 131:4,12,13, 24 132:7,14 133:18,19,22 134:20 136:18 137:3,7,18 138:2,5,10 139:5 140:11 141:1,4,10 143:5,12,15 144:12 147:11 148:9 149:23 151:2,20 154:4 156:2, 25 157:3,12, 22 158:6,23 163:15,20 165:2,9,18,23 168:11,20 170:19,24 171:6,16 173:2,19 174:23 175:6 176:15 177:18,20 179:8 181:23 182:24 184:10 186:10 189:4, 5,24 190:4 191:13,19 192:18 193:7 194:13 200:24 201:6,14 202:24 203:17,23,25 205:6 206:11 208:14,16,22, 25 209:8 210:8 215:12 217:8 218:7, 10

**alleging** 97:10

**alleviate** 155:19

**allowed** 7:10

**allows** 81:15

**almost** 50:1 124:5 163:6

**already** 80:13 99:13 103:17 146:15 147:4 151:8

**also** 2:19 29:11 70:25 76:19,21 100:6 103:18 108:16 111:15 115:19 155:17 159:23 160:18 161:12 164:12 169:16 179:18 183:7 204:14 211:12 215:3

**alternate** 118:1

**always** 92:1 122:21 142:19 163:25 213:9 215:7

**am** 12:20 51:9 69:21 75:4 105:9 109:24 116:4 130:19 137:5 202:4 215:22 216:24

**Amariyah** 23:8

**ambushes** 178:6

**America** 215:22,24

**American** 16:2 24:9 65:25 78:24

**AMG** 28:9

**AMI** 16:2

**ammunition** 177:3

**amount** 89:25 143:25 155:4 174:21 185:7, 16 197:11 213:1

**Anbar** 23:7

**and** 6:4,24 7:4,8,9,14, 18,20,24,25 8:9,16,19,22 9:1,3,15,17, 20,22,23 10:1,4,7,14, 25 11:3,5,13, 14,16 12:11, 18 13:11,23 14:1,9,15,23 15:6,15,18, 22,25 16:18, 20,22,23,25 17:2,14,15 18:9,12,24 19:7,9,11,16, 17,20,21,23 20:2,20 22:4, 12,18,20,23 23:1,10,17,22 24:2,9,10,11, 16,18,21,24, 25 25:6,19,22 26:20,23 27:1,7,17,20, 24 28:8,10, 16,18 29:2,4, 7,11,13,19,23 30:1,9,11,13 31:4,7,19,23 32:11,14,18, 19,21,23,25 33:6,16 34:3, 6,9,12,25 35:4,10,12, 13,15,16,17, 19 36:3,5,7, 14,18,24 37:8,12,15, 20,24,25 38:2,19 40:2, 9,17,25 41:1, 9,25 42:3,8, 20 43:17 44:5,9 45:3, 8,9 46:11,16, 19,25 47:4,6 48:6,16,24 49:1,16 50:9, 11,13,17,24 51:19 52:2,8, 20 53:2,8,16, 18,24 54:2,9, 17,25 56:12, 14,17,19,22 57:7,8,12,13, 15,17,23 58:1,13,16,25 59:2,6 60:10 61:25 62:4, 13,22 63:16 64:10,24 65:5,8,13,15, 17,18,23 66:1,4,7,15 67:4,7 68:1, 12,18,22,24 69:5,7,9,15, 16 70:3,5,6, 7,14,20,22,25 71:19,22

72:11,14,24 73:9,21 74:22 75:9,16,18, 20,23 76:11 77:10,13 78:7,23 79:12 80:17,20 81:14,15,18, 21,24 82:2,7, 11,16,25 83:11,14 84:7,14,18 85:4,6,7,19, 20,24 86:1, 14,23 87:6,7, 14,25 88:4, 11,16,19,22, 23 89:15,21, 23 90:2,10 91:4,11,21 92:5,7,19 93:1,3,6,7, 12,22 94:4,5, 9,18,21 95:3, 6,10,13 96:2, 5,6,19 97:6, 13,18 98:3, 20,25 99:3,6, 8 100:6,12, 19,25 101:6, 10,13,17,18 102:1,5,13 103:3,14,24 104:3,19,22, 25 105:8 106:9,15,23 107:5,7,25 108:5,6,8,24 109:11,14,16, 18,19,24,25 110:3,4,5,6, 11,15,23,25 112:18 113:1, 4,10,13,23,24 114:4,5,8,9, 11,18 115:1, 19 116:2,8, 15,22 117:1, 3,4,5,16,21 118:6,12,13, 20 119:16,24 120:14,25 121:3,5,11,16 122:1,2 123:6,20 124:4,23 125:2,8,19,22 126:12,14 127:11,17,24 128:1,2,16 129:1,9,17 130:5,13,18, 19,20,24 131:16,20,24 132:1,2,18, 22,23,24 134:8 135:11, 23 136:7,10, 19,20,21 137:13,18,21, 24 138:5,7,10 139:16 140:4, 5,6,8,21,24 141:7,14,18 142:13,16 143:12,15,21 144:10,12,17, 21,24 145:6,7 146:3,7,8 147:7,21,24 148:3,4,10, 14,20,23 149:2,8,11, 14,19,20,23 150:1,9,13 151:7,10,13, 20,23 153:6, 16,21,24 154:11,16 155:3,18 156:1,2,3,9 157:7,10,11 158:3,7,15, 16,18,23,25 159:3,6,9,23 160:11,15,25 161:3,6,8 162:14,16,22 163:1,2,7,12, 15,20,25 164:1,11,20 165:3,6,23 166:7,13,16 167:2,18,23 168:6,24,25 169:5,13,16, 21 170:9,13, 16 171:9 172:1,3,24 173:6 174:14 175:15,17 176:9 177:6, 7,10,14 178:24,25 179:5,11,12, 15,22 180:16, 24 181:1,9 182:11,19 183:5,6,8,10, 13,16,22 184:1,23,24 185:3,6,11, 13,18 186:15, 23 187:6,10, 13,20,25 188:9,15,20, 22,24 190:12, 17,20,22,23 191:5,13,19 192:6,24 193:10,20 194:7,20,22 195:4,9,13, 14,18 196:16, 18,23 197:1, 6,9,10,14,16, 17 198:2,5,7, 9,15,18 199:10,13,14, 16 200:5,7, 13,16,18,24 201:3,9,14,17 202:13,14,19, 22 203:2,4,5, 14,17,18,25 204:2,5,10, 14,22 205:10, 18 207:1,4,5, 21,22 208:1, 8,19 209:9 211:8,10,13, 14,16,20,22 212:6,17,21, 23 213:4,7, 18,25 214:1, 9,11,24 215:1,3,21 216:19 217:5, 6,7,9,10 219:9

**Anesthesia** 4:15,17

**animal** 21:5 25:15

**animal-based** 13:3

**ankle** 110:16, 17,25

**Ankles** 102:17

**annihilated** 139:14

**announce** 161:9

**another** 25:18 35:7 45:20 46:1,7,8,9, 14,21 48:22 104:9 117:11 122:2 127:8 130:2 141:8, 19,22 144:24 146:15 147:22 149:19 175:20 184:23 206:19 208:19 215:1

**answer** 7:15 8:13,14,20,22 9:3 192:2 211:25

**antiinflammatory** 126:21

**anxiety** 115:19

**any** 7:9 8:25 9:4,6,15

11:20 12:2, 11,20,24 14:5,12 16:7 17:8,22 18:6, 21 19:11 20:8,13 21:9 24:5 27:12,14 31:9,20 32:1, 7,25 39:6,9 40:8 46:19 48:11 51:12 54:5,20,23 57:11,21 58:5 59:10,25 61:7,15,16 62:22 63:9, 13,16 64:19 65:11 67:10, 13 71:4 72:1 74:4,13 77:7, 11 79:10 83:21 84:1,8, 12 85:11 87:3,10,22 91:18 94:9 97:22 98:6 99:11,22,25 102:5 103:6 109:1 111:20 112:7 113:13 115:6 117:10 121:11,12 125:19 129:22 132:6 134:4 135:24 136:11 137:8,9,13,16 138:14 139:2, 3 140:1 141:10 142:21 143:3 147:14, 21 148:11,15 149:5 151:5, 25 152:3,6, 12,13 153:23 154:1,5,9 156:1,14 157:10,14 163:12,15 164:4 166:24 167:3 168:14 169:25 171:3, 16,22,25 172:3,10,12, 17,22 173:3, 7,10,23 174:4,18 175:7,14,18 176:10 178:6 182:21 184:2 193:2,14 194:3,8 195:25 196:9 197:10,24 198:8 200:11 202:6 206:3 207:18 208:4, 22,25 209:8 210:7,12 214:16 215:19 216:3,12 217:12,14,17, 20,24

**anybody** 11:22 24:8 45:25 55:17 60:13, 16 63:1,23 65:14 66:12 67:15,17 84:4,11 86:10 92:16 160:11 170:20 218:16

**anymore** 26:12 164:17 214:14 215:14

**anyone** 60:19

**anything** 20:9 21:10 27:22 31:11,14 35:23 36:24 37:17 38:16, 25 44:5 51:8, 13 54:5 55:1, 5,21,25 56:1 57:4,20 59:16,22 61:4,20 64:22 67:15 75:24 77:4 85:13,21 93:14 96:16, 19 97:25 100:22,23 116:3 119:13 126:5 151:3 155:14 166:17 174:24 193:25 198:24 199:6, 12 209:9 210:10,12,15, 17 213:18 214:3 216:6 217:11 218:11,13,16

**anytime** 15:20

**anyway** 193:11 213:19

**apart** 101:19

**apologetic** 59:21

**Apologies** 105:17 137:11

**apologize** 145:21 183:22

**apparent** 122:24

**appear** 165:16

**appearance** 6:21

**APPEARANCES** 2:1

**appeared** 57:18 117:2

**appears** 81:23 108:7 121:10 128:15 134:6, 15 147:5 150:11 181:7 192:1 195:12 207:24 214:22

**applications** 217:7

**applied** 216:23

**applying** 217:8

**appreciate** 219:5

**approach** 202:14

**appropriate** 160:2

**approximately** 34:20 72:21 90:8 104:6 108:2 162:23

**April** 122:2 124:11 146:9 155:2 207:6

**are** 6:9 12:5, 24 13:6 15:19 18:20 19:13 37:20 41:22 64:19 76:2,4, 20 78:1 82:5, 6 83:18,21 90:23 92:12 93:24 97:10, 19 101:21 102:11,13,16, 22 105:9 111:3,7 113:6 115:24 118:21 124:6 137:3, 6,14 140:18 142:20 144:14 145:17 147:14 150:4 151:25 152:3 156:10, 22,25 158:16, 17 159:13,24, 25 162:1,9 164:13 165:7, 12 167:9 170:11 178:13,14 182:15 184:14 199:2 204:1 207:1 208:14 211:8 213:7, 13,14 214:21 216:21 218:6

**area** 12:22 33:16 43:20 56:10 57:13 62:7,8 76:23 81:22 82:16

83:7 86:17 92:7 94:14 99:12 102:14, 18 117:23 127:24 212:10,13,16
**areas** 118:10 125:8 179:14
**aren't** 102:20 169:12 181:18
**armor** 139:7 177:2
**around** 29:22 36:17 38:2 40:23 42:13 45:17,23 51:3 52:21 53:23 54:13 55:8 56:10 57:11 101:25 116:8 135:6 139:6 149:9,16 155:24 206:5
**arove** 65:18
**arrested** 18:1
**arrive** 64:13, 25
**arrived** 64:6, 20
**ARS** 16:25
**art** 159:8
**arthritigis** 202:25
**arthritis** 203:1
**Article** 6:4
**artillery** 139:16
**arts** 114:9
**as** 7:4 8:10, 14 13:6 17:1, 4 18:19,21 19:8,20 27:3 29:9 33:23 34:3,4 43:12 45:4,25 53:18 58:4 59:6 67:7 68:13,22 71:10 73:9 74:9,21 75:23 78:20 80:7,10 81:12 90:22 94:4 96:25 98:17 99:8 101:21 106:6 108:21 109:11 113:14 116:19 119:3,4 120:2,14 123:2 124:8, 11,17 126:3 129:21 131:13 132:15 133:19 134:4,14 136:3 138:11 140:20 145:11 147:4 150:6 152:17,19 153:3 154:16 155:16,18 159:1 160:19 161:25 166:15 176:2 177:4 178:22 179:22 180:2 181:24 184:18 186:12 187:14,21 189:16 190:15 191:22 194:12 196:11,15 199:25 201:11 202:18,25 205:7 207:9, 11 210:21,24, 25 211:6 212:20 213:11,14 214:1,13 215:8,19
**as-needed** 134:24
**aside** 173:2
**ask** 9:1 34:3 74:22 84:10 112:5 134:21 142:20 146:1 149:12 175:17 206:21
**asked** 9:5 58:23 61:3 65:13,15 75:23 112:19 135:22
**asking** 20:7 73:9 85:19 196:9 203:11 215:12
**aspect** 160:14
**aspects** 190:6
**assess** 57:7 181:18 204:4
**assessment** 58:5 135:21, 22 188:22 198:16 201:11 203:18
**assigned** 202:4
**assistant** 14:22 15:2
**Associate** 216:25
**associated** 121:19 164:13,16 207:2
**Associates** 5:11 192:22
**assuming** 20:2 202:4
**at** 6:9 8:25 9:5 10:4,10, 11 11:25 13:16 14:9,21 15:7,13,20 17:5,13 18:15 19:8 21:12 23:7 24:23 25:4 26:5,7, 14 29:3,16 30:2 31:15 32:2,5,17 33:22 34:13, 18,19,20 37:5,18 38:2 39:11 41:7,14 42:8,21,22,25 43:23 44:2 47:7 48:5,11 50:19 52:18 55:15,17,23 56:6,24 61:2, 7,15,25 62:1, 12,16 63:23 66:12,20 67:14 69:13 70:21 75:8 77:13 79:4 80:6,7,17 81:1,16 82:5, 11 84:2,5,8, 12 87:11 91:2,8,16 92:5,22 93:2, 3,12,22,25 95:20 96:6,21 97:12 101:16 102:6 103:6 104:9 106:10 108:2 109:12 110:12,23 111:8,12 114:3,23 115:4 116:2, 6,10,20,22 117:5 119:17 120:17,20 121:5,9 122:7,19 123:19 124:19 125:6,21 128:17,22 129:11 130:16,18,24 131:5,6,20 132:1,7,18,22 133:9 134:10 136:5,9,10 137:18,21 138:3,7 139:5,15,21 140:11,15,23 141:7,19 142:8,15,21

143:24,25 144:21 145:1, 18 147:16 149:23 150:19 151:2 153:24 155:11 157:12,20 158:14 159:10,23 161:10 162:1 163:15 164:23,24 165:2 167:17 168:12 170:9, 17 174:9,23 180:4,10,13 181:23 182:1 184:1,14,17, 22 187:6 188:15,20 189:18,23,24 190:4,15 194:13,21 197:14 199:23,25 200:1,16,18, 21 201:18 202:25 204:16,18,25 205:8 207:6 208:4,8,25 209:8,15 211:20 212:19 213:4,7,13 216:16,24 217:13 218:6 219:10,11

**ate** 138:24

**Athens** 5:10 10:6,7 182:9, 13,17,18 188:5 189:20

**Atlanta** 2:5, 9,15 4:15,17, 20 6:10,17 9:18 10:8 11:16,17 12:22 19:22, 23 22:17 57:9 84:20 88:7 154:18

**attached** 5:21

**attack** 178:2

**attacks** 178:6

**attempt** 35:7 94:21

**attempted** 69:9

**attempting** 47:1

**attend** 32:7

**attendance** 5:6 165:13

**attending** 155:11

**attention** 29:14 199:9

**attitude** 196:16

**attorney** 71:20 106:15

**attorneys** 20:9,12 83:18 106:16 122:6 174:20

**audio** 94:23

**Audra** 97:13 99:6

**August** 81:16 205:11

**auto** 73:17

**automobile** 8:2

**available** 80:2 169:14

**avoid** 46:4 48:11 69:5, 10,18 152:18 153:17 157:10

**avoided** 50:17,18

**aware** 64:19 83:21 88:14 99:24 107:7, 14 112:8,9,16

**away** 13:22 37:3,21 114:8 139:9,23

**awhile** 75:1

**axle** 73:13

B

**B.A.** 15:22

**B.S.** 15:24

**Bachelor's** 14:4

**back** 8:3 10:19 24:21, 25 31:8,19 68:8 81:7,15, 16 88:22,23 89:1,5,9,10 93:7 97:14,21 98:2 101:1, 14,21,22 102:1,6,14,23 106:1,4 109:15,16,19, 20,22,25 110:4,5,7,9 111:20,22,23, 25 112:7 116:5 117:15, 20 120:23 122:11 125:23 127:13 128:11 129:7,10 132:24 133:3, 12 137:24 138:23,25 139:22 140:1, 5 142:12,13, 17 143:1,13 145:7 147:13 148:15 149:6 150:6,7,12, 13,20 151:1 153:22 154:5, 8 157:18,20 164:3 165:18 167:8 170:20, 24 171:12,14, 17,22,25 173:4 175:25 176:9 179:6, 10,12 180:18, 21 184:8,21, 22 186:6,10 187:7,23 188:11,13,23 190:5,18 191:17 193:10 197:20 198:6, 17 200:17 201:21 203:18 207:5,9 208:1 209:6,15 210:12 211:21 212:10,14 213:1,8,22,24 214:14,24 215:1 219:2

**back's** 162:19

**back/neck** 208:2

**backed** 38:20, 22 59:19

**background** 17:25 199:10, 13

**backup** 36:17

**bad** 162:13,15 178:15

**Baghdad** 24:16

**ball** 156:11, 12

**balls** 156:13

**bangs** 176:3

**bankruptcy** 20:25

**bar** 170:17

**Barely** 28:11 90:7

**Barnett** 140:6 182:20 183:9 184:20 185:12 197:17 199:9, 15 202:14,22 204:5,25 209:2

**Barnett's** 199:13
**barrel** 49:1,7 75:20
**barrels** 48:15,24 49:14 75:25
**barrier** 49:13 79:23
**barriers** 82:20,23
**based** 43:22 82:17 134:10 144:1 182:5 215:9
**basic** 135:23 155:17 161:7, 8 198:20
**basically** 16:24 17:11, 19 19:7 23:8 24:18 52:3 87:22 89:13, 18 109:21 114:22 117:2 118:18 126:20 134:24 135:20 140:21,25 141:25 142:6 157:17 177:5 178:3 179:10 182:17 184:11 185:13 187:19 198:16
**basis** 124:7 134:24 210:10
**battalion** 23:14,15
**Beach** 156:12
**Bear** 209:3
**became** 26:16
**because** 19:15 26:9 29:7 31:1 45:1 63:25 78:3 87:2 93:7 127:12 129:3 139:20 142:18 146:11 150:3 167:15 179:21 181:17 192:3 210:23 213:17 214:8
**become** 14:18
**becomes** 122:21,24
**beef** 140:25
**been** 5:21 9:2 11:18 18:1,6, 20 27:11,20, 24,25 28:10 30:15 34:2 50:18 60:14 63:14 71:10 73:22 74:9,21 75:1 76:6 78:20 80:8, 13,20 81:2,5, 12 85:14 90:22 93:5, 11,19,20 94:15 101:6 104:17,25 116:18 117:13 118:24 120:8, 13 127:7,12 131:12 132:15 133:18 136:3 145:11 146:9 151:2,24 154:23 158:11,25 160:3,5 162:16 163:20,21 165:12 166:24 168:7 173:7 174:16 178:1 180:2,12 184:13 186:11,21 189:16 193:11,13 202:18 205:6 206:25 211:14,16 214:9 215:16 216:4
**before** 8:6,7, 20,22 10:4,8 11:18 18:1,25 21:1 31:18 32:5,8 33:1 37:13 40:3,9, 10,15 45:21 46:9 48:8 50:24 51:13, 16 52:12 55:12 63:14 68:11,16 74:22 77:14 78:11,21 79:7 81:18 86:21 90:25 91:18 95:21 97:15, 18 100:1,4 104:7 111:20 112:1,7 114:3 117:22 118:6, 17 120:9 127:21 128:23 129:10 134:2, 20 135:15 136:13 138:6 140:14,20 147:3 150:24 153:22,23 156:23 157:3 165:14 170:24 171:1 172:7, 10,20 173:11, 15,20,24 174:2,5,18 175:14 182:25 183:1 184:18 185:23 190:2 199:21 205:16 207:11 208:16,23 209:21 210:19,21 213:15,24 214:4,13
**begin** 37:9
**beginning** 105:25 186:5
**begun** 36:13
**behalf** 2:2,12 6:22,25
**behind** 33:10, 11 36:14 38:20,23 39:21 48:2 51:20 62:10, 11 66:24 80:21 81:3,6, 7 83:12
**being** 7:4 13:2 34:18 36:14 54:13 79:2,17 84:18 86:11 87:11 99:14 110:12, 25 111:1 118:4 139:19 146:22 150:4 158:24 164:2, 13,16 178:18 185:3 219:5
**belief** 96:2 191:22
**believe** 10:9 15:24 18:24 26:22 27:19 31:6 32:18 33:20 39:21 41:16 43:13, 21 45:1,7,8 48:22 49:18 50:13,16 51:11 54:8,24 56:21 59:4 60:2 62:3 65:7 68:17 72:22 76:3 78:9 81:6,8 86:3 87:18 89:17,21 90:23 91:22 100:10 101:1 103:11 104:21 106:6 119:5 120:23 127:20 134:1 137:3,6 140:15 141:7,

18 143:7 145:14,16,21 146:7 147:3 165:12 166:17 167:24 183:2 184:6 185:17 194:5 196:9, 22 197:16 198:21 205:7 207:1 209:14 217:22
**bell** 94:7 169:17,23 170:4
**belt** 53:16 158:1,22 160:19 162:23 163:5 164:13, 21,24 165:8 167:25 168:1 176:20 214:2
**belts** 160:19 165:2,3,7 168:9
**Bench** 156:8
**bending** 204:1
**beneficial** 158:12,13 165:7
**benefit** 192:6
**benefits** 22:21
**besides** 11:22 12:21 16:8 18:7 27:15 63:2 66:13 84:5 102:5 138:15 152:4, 12 154:2 168:11 171:5, 17 173:8 193:3 209:12, 13 217:10
**best** 8:13,17, 21 175:23
**better** 23:9 98:11,13 104:25 110:9 123:7 131:17 150:14 157:18 179:19 197:1
**between** 22:4 44:9 75:9,15, 18 118:1,2 136:19,21 141:11,24 143:16 144:10 153:1 172:1 209:1,9
**beyond** 57:20 60:1 67:14,20 72:2 73:3 83:17 84:12 149:6 151:3 173:11 217:25
**big** 12:6 30:25 57:6 113:11 139:20 156:12 167:19
**bilateral** 187:8,10
**billing** 146:11
**bills** 174:21
**biology** 15:8, 9,12,23
**birth** 10:25
**bit** 32:15 37:11 61:11 62:11 87:14 89:24 129:6 139:7 147:13 153:24 164:17 187:18 188:2 198:1 212:17 215:21
**black** 76:18 81:25 160:19 164:21
**Blackwater** 23:23,25 24:3,17,21 25:1,4,7,21, 22 26:6,11 124:23 165:3 184:21 185:2 204:9 213:22
**block** 121:14, 19 125:23 126:3,6,9 148:18 166:2 167:17,18 189:6
**blocked** 167:9
**blocks** 121:1, 7,12 167:9,12 189:11
**blown** 118:18
**blue** 158:1 162:23 163:5 164:7 167:25 168:1 214:2
**Bluetooth** 29:5
**Blythewood** 11:13
**Board** 6:5
**body** 54:5 55:2 72:24 97:10,19,22 98:6 103:24 104:1,3 109:21 113:10 127:24 138:14 156:3,14 170:7 176:10 177:14 180:16 194:1,4,5 204:11
**bolts** 76:21
**bones** 174:18 176:13
**born** 11:3
**both** 6:19 29:4 35:15 53:24 56:6 59:13 118:4,6 133:8 141:19 144:22 146:3 149:8,10,15 160:22 161:14 187:11 190:7, 12
**bothering** 101:4
**bottom** 36:4 70:19,22 111:8 114:24 116:22 121:5, 9 122:7 125:6 132:1 137:19 180:10,24 189:23 200:1, 16,18
**bought** 10:9 89:20,21 90:4 206:17
**bounced** 179:11
**bouncy** 156:12
**bowl** 216:7,11
**bowler** 216:10
**bowling** 216:6,7,11
**box** 208:7
**boyfriend** 93:21
**brace** 107:23 179:22
**braced** 107:7
**bracing** 107:24
**Brain** 4:20
**branch** 121:1, 7,11,14,19 148:17 189:6, 11
**branches** 146:20
**break** 8:25 67:23 68:12 105:18 179:19 185:22 218:22
**breakdown** 206:6
**breaks** 205:22
**breakups** 27:22
**Brian** 2:4 6:24

**brian@frg-law.com** 2:7
**bridge** 58:12
**briefly** 66:14
**bring** 43:18
**broad** 159:17
**broke** 85:25
**broken** 174:18 176:13
**brothers** 12:11
**brought** 201:20
**bruise** 100:19
**bruising** 54:23
**building** 58:12 154:17 157:17 177:24 178:1,17,18, 20,21
**buildings** 178:5
**built** 65:25 72:12
**bulge** 188:20
**bulges** 188:15
**bulging** 188:17
**bullets** 176:13
**bumper** 35:13, 16 70:6
**burn** 126:10
**business** 160:14
**but** 8:10 9:6 13:9,14 16:5 19:7,22 20:9 21:22 25:11, 13 26:2 34:13 38:4 40:5,13 41:7,16 43:12 45:15,25 46:6 49:7 52:11,21 53:1,9 57:7 58:4 59:14 61:3 65:4 69:9 70:9 73:7 78:10 79:20 80:12 83:5 85:18,20 88:3 89:7,23 91:5 92:14 98:23 99:15 100:15 101:19 102:8 103:12 105:10 106:21 107:17 110:8, 20 115:3,9 116:5 118:24 119:1,9 120:8 122:12,17,23 123:3,16 125:12 126:25 128:21 129:3, 6,20 132:9 133:11 139:7, 21 141:24 144:10 146:14 147:3 149:14 150:5,20 152:16 153:2 155:24 156:4, 17 161:22 162:1,3,9 163:4 164:17 166:21 168:3 169:13 171:13 175:20 176:5, 12 177:5 178:17 179:20 181:7,20,25 183:23 184:13,14,25 187:21 188:2, 19 189:23 190:1 193:9 196:4,11 197:19 198:22 201:19 206:6, 16 211:11 214:22 216:11,16 217:10
**butt** 179:11
**buttock** 142:13 143:8, 9,12
**by** 3:5 6:12 7:9,10,22 9:15 10:2,21 29:1 34:1,18 35:1 43:5 44:17,19,24 47:12,18 48:1,12 49:6 50:8 57:5,8 58:4 59:13 66:14 68:10 71:9 72:8 74:8,20 75:13 76:15 77:8 78:16,19 80:5,13,24 81:11 84:14, 18 87:4 89:19 90:21 92:3 94:19,24 96:15 97:5,9 106:3 107:22 116:17 120:12 121:24 127:6 128:11 129:22 130:1 131:11 132:13 133:10,17 134:19 136:2, 15 141:3 145:10 150:16 153:15 154:18 157:17 165:11 168:24 171:21 175:5 176:8 178:6,18 180:1 182:7 184:20 186:9 189:15 191:4, 7 192:5,17 194:11 198:15 199:4,8,19 202:10,17 203:16 204:3 205:5 206:24 210:1 212:8, 24 214:6 215:11

C

**C63** 28:9
**call** 23:12 29:4 44:7 60:10 62:1 91:23 92:5 93:22 94:2,18 95:7,13 107:24 147:17,21 173:3
**called** 17:12 19:6,7 59:3,4 60:10,13 64:1 65:13 91:25 92:4 126:5 146:10,14 201:15
**caller** 96:20
**calling** 25:10 60:19 92:16, 24 93:11 175:18
**calls** 91:18
**cam** 35:20,24 36:1,2
**came** 51:13, 16,18,20 58:21 69:14 73:23 75:5 78:12 80:9 84:11 94:4 206:12
**Camping** 30:14
**campus** 168:21
**Camry** 95:24 96:5,25
**can** 7:12 8:11 10:14 37:6 38:16 42:15 67:22 72:23 73:3 75:20 83:14 94:21

97:18 102:19 105:17 116:8, 11 124:22 129:21 143:21 150:6,7 152:17,18,19 153:3 157:18 161:14 166:5 170:4 208:10
**can't** 33:13 40:8 48:10 50:5 60:15,21 75:12 87:3 88:3 98:7 100:22 103:12 106:20 114:16 115:9 135:8 151:16 163:3 180:9,10
**canon** 139:19
**Canopy** 24:16, 17,19,25
**capable** 76:6 201:7
**capacity** 26:7 147:21 161:14 184:15,21 185:1 197:5 203:24 217:3
**capillary** 150:4
**car** 36:18,19, 21 37:2,17,25 38:5,9 39:13, 16 40:24 44:2,3,6,10, 20 45:23 46:17 47:7, 14,21 49:25 50:3,9,11,15 51:13,16,19, 24 52:21 53:14,23 54:3,6,7,13 55:1,5,9,13 56:1 58:7,8 62:2 63:1,9 65:21 69:6 70:14 72:19, 20 73:2,15,22 75:9,10,16,18 76:19 77:3,22 78:3,4,8,11 79:13,20 80:7,20,21 81:25 82:15 85:6,14,24 86:1,5,23 87:4,5,11 88:16,22 89:4,8,20,22, 25 90:1,3 96:6 99:20 108:13,16 206:20
**car's** 89:4
**carbon** 72:15
**card** 167:25
**care** 4:20 17:10,16 118:25 119:1 165:1 204:23
**career** 175:6 177:15 184:24 197:6
**careful** 157:9
**caring** 183:7
**Carolina** 11:4,9,13,14 12:17 13:16, 20
**carry** 116:3, 4,8 177:2 185:3
**carrying** 179:23
**cars** 36:13, 14,15,25 38:20,22 40:22 45:10, 12,13,15,17, 18,23 46:3 47:20,23 59:19 66:23 69:5 75:5 77:6 79:7 87:23 96:10 206:19
**case** 6:12 19:11 97:7 129:17 148:14 181:24 182:1 183:23 185:9 193:10 196:3
**casualty** 17:10
**Caucasian** 61:13
**cause** 85:15 195:25
**CDC** 216:24 217:1
**cease** 105:14
**ceased** 204:24
**cell** 29:4 55:15 71:16 83:19 90:24 91:19,22
**cellphone** 91:2
**center** 4:18, 21 25:23 40:23 52:20 53:2 82:2 102:1
**Central** 215:22,24
**centrifugal** 54:13
**cephalus** 195:6,18
**certain** 74:25 104:4 105:6 113:9 122:20 142:19 155:4 164:11,12,18 178:24 185:7 198:6 212:3,4 213:1
**certificate** 14:12 27:1
**cervical** 121:1 125:8, 20 128:2 148:17,20
**change** 197:6
**changed** 24:18 25:22 164:14 213:20
**changes** 190:24
**changing** 43:11 134:16 196:14
**Charleston** 11:4,6,12
**check** 206:4 208:1,7
**checked** 56:9 58:21
**chief** 187:6,7
**children** 11:20
**chiropractic** 137:20
**chiropractor** 103:17 119:22
**chiropractors** 173:24
**Chris** 2:18 6:19
**chronic** 188:23
**CIA** 24:5
**cigarette** 85:17
**civic** 12:24
**civil** 7:10 18:20,21
**claim** 21:5 25:10 182:8 183:23 205:8
**claiming** 171:17
**claims** 21:10
**clarified** 85:20
**class** 5:6 123:9 159:25 160:1 161:5 163:18,23 164:1 165:14

168:25 169:2, 15 197:9
**class-wise** 169:5
**classes** 14:15 155:11 158:10 163:21 164:4 165:24 169:7, 8,12
**Clay** 2:13 6:22 7:24
**cleans** 156:20
**clear** 8:16 132:3 149:8 178:4
**clearances** 34:17 178:4
**clearing** 17:1 177:23
**clearly** 8:24
**clerical** 146:17 147:10
**clients** 160:16
**clinic** 189:20 194:21
**clinical** 203:17
**close** 51:22 83:8
**closed** 115:16,17
**closer** 198:3
**closes** 115:12
**CNA** 19:7 198:15 199:8
**COBRA** 22:21
**codaniel@ odmclaw.com** 2:16
**code** 92:7 94:14
**codes** 178:21
**cold** 123:17
**college** 11:16 13:15 14:5,7 30:2
**collision** 88:12 107:7
**color** 38:5,8
**Columbia** 11:15 13:21
**combat** 17:10, 15 19:16 176:4 177:1
**combat-type** 23:10
**come** 52:8,11, 16 56:7 62:20 67:10,17 77:14,19 78:10,14 85:24 125:22 129:7 132:24 145:7 150:6,7 157:8 182:8, 13
**comes** 140:22 143:2
**comfortable** 183:20
**coming** 29:24, 25 35:17 39:21 63:8 85:3 107:18
**commander** 185:5
**comment** 129:15
**comments** 84:8,12 202:25 203:7
**commercial** 39:6
**common** 39:15
**communicate** 62:18,24
**comp** 21:5 25:10,13 181:24
**companies** 22:21 25:25 193:2
**company** 19:6, 17 21:7 22:7, 15 23:4 25:18,24 59:4 87:5,19,21 91:15 204:4 217:15,18
**compared** 199:13
**compensation** 5:16 19:14 21:10
**competent** 182:23 183:1, 10 199:14
**competing** 162:12
**competition** 162:11,13
**competitions** 163:13 165:4
**complaint** 187:6,7
**complaints** 108:25 110:24 137:18 142:12
**complete** 163:20 169:9
**Completed** 203:19
**completely** 52:25 181:19
**complications** 207:18
**complies** 69:1
**computer** 114:5
**concentration** 210:25
**concern** 39:9
**concerned** 102:22 183:7 212:20
**concerns** 57:21 165:4
**concluded** 147:1 219:11
**concludes** 105:22 219:4, 8
**conclusion** 57:17
**concrete** 79:23 83:9 159:15,16
**concussion** 99:23 138:17
**condition** 140:18 162:19
**conducting** 17:2
**cones** 48:15
**conference** 29:4 44:7
**confident** 146:5 149:15 201:18
**confirm** 108:8
**confirmed** 7:8
**confirms** 131:16
**confused** 124:24 137:11
**confusing** 131:3 137:5
**congressional** 24:7
**conscious** 108:9
**consciousness** 54:18
**considering** 86:12 125:7 199:10
**consistent** 29:9 69:12 111:1 204:24
**constant** 122:21 213:8
**Constellis** 25:24
**constructed** 178:18
**construction** 32:22 48:15, 16,17 49:9,14

58:11,14 62:7 76:11,18,21, 23,24,25 79:18 82:20, 23 86:17 87:2,19 177:24
**consult** 73:7
**consume** 31:20
**contact** 14:23 48:7 51:10 63:17 74:16
**contacted** 60:24
**contacting** 94:9
**context** 77:23
**Continental** 181:9
**continue** 15:15 24:24 115:3 178:3 181:20 197:5
**continued** 5:1 52:15
**continues** 110:7 211:1
**continuously** 201:10
**contract** 24:15,17,19
**contracted** 87:22
**contracting** 23:4,20 25:25 115:9 177:3
**contractor** 19:4 21:6 34:12
**contractors** 19:18
**contrasting** 82:8
**contusion** 100:11 172:17
**CONUS** 181:9
**conversation** 8:18 60:1 65:23 66:4,5
**conversation-wise** 59:11
**conversations** 59:25 65:11
**Cooper** 2:8 6:24
**cooper@cooperspencelaw.com** 2:10
**copper** 38:8
**copy** 19:24 20:20
**core** 157:16, 17
**corner** 68:19 192:20
**correct** 9:24 10:3 12:20 13:17 14:2,19 15:8,14 16:12 17:21 18:13, 18 19:1 20:18,24 21:13 22:1 23:21 24:22 25:9 26:10, 13,19 27:9,21 28:5,20 32:12,13 34:8,21 35:2, 3,6,9,10 36:4,8,9 38:21 41:18 42:1,7 44:2 45:16 46:12, 18 47:15 48:25 51:9 52:5,10,12,13 53:3,4 54:1, 10,18 56:16 57:24 58:24 60:6,8 62:15 63:20 66:10, 19 67:5,8 68:20 69:7, 20,25 70:3,23 71:1,18,21 72:25 73:1 75:4 77:11, 15,17 78:6,8 79:25 80:2 81:19 82:3 83:15 86:7, 21,22,23,24 89:12 90:5 92:5 95:25 96:3,17,22 98:4,5,19,22, 24 100:13 101:1,2,8,9 103:1,15 104:5 105:12 106:17 108:3, 7 109:24 112:2 113:8, 15 114:7,10 115:15,21,23, 25 117:17 118:3,5 121:2,10,15, 18 123:25 125:3,5,16 127:9 128:5 129:2,16,23 131:1,14 132:5 133:20 135:13 136:17,18,23 137:22,23 138:4,9,13,20 139:1 143:14, 18 144:11,20 145:24 146:4 147:6 148:18, 19 150:18 151:22 152:21 153:7 154:19 155:6 157:21, 24 159:5 160:24 162:8, 18,21 168:8 169:18 170:10 171:11,14,15 172:17 174:15 178:16 179:7, 24 181:11,14 182:3 183:21 187:9 190:10 192:13 193:13 194:9 200:10 202:15 205:9, 15,21,24 213:3,7
**corrected** 118:20
**correction** 119:19 218:8
**correctly** 29:2 32:14 38:19 70:9 105:9
**cost** 73:19
**could** 29:17 30:23 35:22 42:24 48:3 50:13,17,18 84:10 85:8 93:19,20 94:15 97:3 115:3 117:4 137:4 150:22 168:10 177:6 180:12 185:22 214:4,19
**couldn't** 38:13 62:24
**Council** 6:5
**counsel** 2:1 6:20 7:8 69:2
**counter** 51:7
**County** 64:16 65:18 66:13
**couple** 88:23 103:22 106:20 109:9 119:4,6 126:14 135:9 145:7 149:20 151:19 163:22 194:22
**course** 8:18 73:14

**court** 6:5,16, 18 7:1
**courtesy** 8:22
**cover** 19:17
**covered** 19:7
**created** 187:20
**credible** 199:10
**credit** 163:23 164:2
**Creek** 5:14
**Cristian** 7:25
**cross** 190:20
**crossed** 53:1
**crossing** 32:18
**cues** 57:8
**cultural** 208:8
**curiosity** 208:10
**curls** 156:8,9 169:23
**current** 9:17 15:4 101:14 134:11,14 137:18
**currently** 14:9 138:2
**curriculum** 163:2
**curve** 33:17, 18,19 38:3,4 83:15
**cut** 157:11
**cuts** 54:20,22 57:22,23 139:3
**CVS** 153:21,24 154:2
**cycles** 26:1
**Cytomel** 112:21,22 113:23

D

**dad** 12:7,21
**daily** 123:15, 16 124:6 210:10 211:1 212:7
**damage** 71:4, 25 72:1,7,9, 24 73:2,8,13 74:4,13
**damages** 72:18
**dangerous** 39:13
**dark** 61:12
**dash** 35:19,24 36:1,2
**date** 10:25 68:18 71:12 90:24 91:6 95:8 100:15 103:7 106:9 147:4 151:6, 24 153:20 167:19 172:1 200:1 207:15
**dated** 116:19 127:9 133:20 141:5,12 145:12 189:17
**dates** 137:5, 11,14 166:16 167:17
**dating** 27:20
**David** 30:11, 18 31:1
**day** 20:15 29:19,21 30:4 31:13,21,24 32:5 34:6 61:23 88:22 91:19 98:18, 20 99:2 101:5 103:11 107:1 113:14,19 114:5 124:4 126:24 134:15 144:3,8 145:16 152:8 164:23 172:15 181:22 210:18 216:15
**days** 109:9,10 149:16
**DBA** 19:7 182:4,8 183:24 185:9
**dead** 156:15, 20 157:7,13, 19 193:9,14 194:3
**deadly** 139:18
**deal** 123:22 212:3
**dealing** 72:15,16,17 135:24 211:8
**dealt** 212:5
**debilitating** 120:21,24
**debris** 87:23 178:24
**December** 166:15 202:19 209:3
**decent** 37:5
**decrease** 113:12
**decreasing** 191:12
**deemed** 19:8
**defect** 118:19
**defendant** 6:12 18:22
**defendant's** 4:2 5:2 33:25 68:6,12 71:8 74:7,19 78:18 81:10 90:20 105:16 116:16 120:11 121:23 127:5 129:25 131:10 132:12 133:16 136:1 141:2 145:9 165:10 179:25 186:8 189:14 192:16 194:10 199:18 202:16 205:4 206:23
**Defendants** 2:12 6:23
**defense** 23:4 34:3 182:5
**defer** 215:10
**definitely** 95:25 156:21 157:15 167:4
**definition** 189:2
**degenerative** 191:6,8,20
**degree** 14:3, 12 107:18 150:17
**degrees** 53:7
**delegates** 24:7
**delete** 218:13
**Delta** 211:6
**demeanor** 196:6,16
**denied** 111:19
**denies** 111:11,15
**department** 5:16 24:5 64:7,9,15,17 66:15 67:11 86:5
**departments** 217:6
**depending** 102:3 155:24 177:12
**depends** 77:23 159:11,14
**deployed** 138:11
**deposed** 7:4
**deposition** 6:1,11 7:7,16

8:5 18:25 19:20,25 20:3,10,14, 21,23 21:4 216:8 219:9, 11
**deputy** 66:14
**describe** 38:16 43:22 197:1
**described** 46:1
**description** 4:3 5:3 39:3 46:6 187:13
**designated** 42:4
**destroyed** 150:4
**detail** 143:4 175:11 177:19
**details** 37:6 43:18 63:10 174:20
**detergent-type** 17:13
**developing** 50:23 107:15, 21
**diclofenac** 126:15 138:5 152:9 201:1
**did** 11:5 14:11,15 16:11,20,22, 24 17:1,4,8, 10 19:21 20:9,13 21:19,23 23:2 24:3 26:5,23 27:17 29:19 30:16 31:4, 17,20 32:1,7 35:15,21,23 36:1 37:2,10, 15,17 38:10, 12 39:9,19 42:21 43:6 44:5,19 45:20,25 46:8,19 48:7, 9,11 49:4,19 51:3,8,15 52:2,6,15 53:14,18 54:5,17,20 55:1,4,7 56:24 58:1,9, 16,19,25 59:25 60:10, 16 61:1 62:16,18,22 63:6,9,22,23 64:10,12,24 65:6,8,11,24 66:1,23,24 67:10,17 69:16 71:15 72:20 74:2,4 77:10 84:1,4 85:9,10,11, 13,21 86:9, 18,19 88:19, 25 89:10,15 90:13 91:21 96:23 98:25 99:3,17,22 100:14 101:3 102:25 103:3, 16,20 104:15, 19 105:13 106:18,19 107:23 108:19 109:1,8 110:4 112:6 113:18, 24 114:11,15 120:25 121:11 122:5,11,17 123:3 126:18, 19,22 127:21, 22 132:23 133:1,13 134:25 135:1, 20,22,23 139:2,5,12 140:1,11 144:6,17,21 146:1 150:23 151:1 152:23 153:8 154:24 155:3,14 160:9 162:10, 22 163:5 166:21 177:4, 19,21 179:5, 16 183:11,12, 23 184:1,5,7, 10 185:9 186:25 189:2, 11 191:23 193:2 194:3, 7,12 195:16, 24 196:9,14 197:14,22 198:12,18,19, 20,24 201:11, 24,25 203:25 204:18 207:5, 14 208:13 209:8 215:19, 22 217:20,23, 24 218:4,10
**didn't** 26:11 29:8 43:23 45:15 47:14 49:10,21 57:9,10 61:22 62:17 85:6, 12,16,18 96:16,18,19 103:6 125:17 137:16 146:15 157:13 172:12 183:6,13,15 192:14 194:1 196:11 199:7 214:13 218:13
**difference** 153:1
**different** 26:1 64:24 66:9 109:14 149:10,16 150:7 164:15, 17 166:18 178:12,14,20, 21 187:17 188:17 190:2 197:6 201:4 212:17
**differential** 73:13
**differentials** 72:16
**differentiate** 122:19
**difficult** 24:23 116:7 122:19 142:18 210:24
**digital** 71:23
**diplomatic** 24:4
**diplomats** 24:7
**direct** 16:23 62:22
**directed** 79:17 139:23
**direction** 195:6,18 197:6
**directly** 175:25
**dirt** 48:17
**disability** 21:16 204:11 206:1
**disagree** 198:24 202:6
**disagreeing** 199:5 206:9
**disc** 105:22 106:1 186:6 188:15,17,19 219:8
**discern** 142:18
**discharge** 18:9,10,15 204:22
**discharged** 209:4

**disclosure** 6:3
**discontinued** 120:7
**discuss** 20:11 150:23 201:24
**discussed** 7:19 20:3 104:16 124:17 149:23
**discusses** 188:10
**discussing** 59:12 201:23
**discussion** 10:18 59:7,8 60:7 61:15,16 64:2 87:10 114:24 128:20 129:18 132:2
**discussions** 20:8
**disease** 15:5 201:19 217:4
**dispatcher** 95:11
**displaying** 158:17
**distance** 33:9,14 37:5 75:14,15,18
**distribution** 158:16
**District** 6:15,16
**division** 6:17
**do** 8:13,20 9:1,7 11:20 12:2,11 15:25 16:1,4 17:22 19:24 20:9 23:2 24:3 30:6 31:12,17 36:24 37:10 38:5,14,22,25 39:24 41:13 42:15,20 43:12,19 44:13,23,25 45:3,10,12 50:20 51:24 52:14 53:5 55:5,10 57:15 58:20 59:16 60:13,16,19 61:9 63:4,6, 13 64:19 65:8 68:1,13 71:11,14,22 73:18 74:4,10 77:3 78:21 79:2,12,15 84:22 86:9,14 87:25 89:19 90:15 91:11, 22 92:8,24 93:4,18 94:2, 9,14,17 95:17 99:8,10 104:6,21 105:17 106:7, 8,10 107:8,23 108:21 110:16 111:12 113:21 114:12,20 115:6 116:20 117:6 121:8, 11 122:3 123:9,14,16, 23 124:17,19 125:10,20 126:1,5,16 127:18 130:11,12 132:24 133:1, 8,11,13 134:9 135:4,14,16 136:5,25 139:12 141:19 143:2 144:13, 21 145:3 146:8 147:8 149:18,19,24 150:9 153:8 155:19 156:16,22 157:9,13 159:21,22 160:25 161:9, 13 162:17 163:12 164:9, 10,17 166:5, 10 167:10,12, 15 169:5,19, 21,22 170:4, 9,17,18,19 173:13,14 177:6 178:4 180:4,5,19,20 181:5 182:15 183:11 184:25 185:7,18,22, 24 186:12,18, 20 187:10 188:6 189:1, 9,20,24 190:24 191:8, 10,22 193:9, 22,25 194:14, 24 197:6 198:11,13,16 199:5,12 201:23 202:3, 19 203:20 204:6 210:10, 12,17,18 211:1,25 214:3,4 215:12 217:4
**doctor** 100:3 112:23 129:22 171:22 172:6, 10 173:13 174:2 176:16 180:8 181:6 182:17,18,25 183:1,19 199:8,15 210:5,6,9 214:14
**doctors** 19:8 101:7 116:13 132:6 137:13, 16 148:11 152:12,13 182:14,22 184:2 185:12 191:17 209:1, 8 215:7
**doctors'** 20:5
**documents** 20:13
**dodge** 35:7 47:1
**Dodged** 46:14
**does** 11:22 12:16 25:3 30:18,19 32:16 71:25 72:6 74:13 80:6 89:6 94:7,20 107:3 114:5,9 126:10 132:3 169:9 177:7 185:6 188:2 195:10 200:3 205:23 208:19
**doesn't** 63:19 91:4 161:17 180:9
**dogs** 13:12,13
**DOI** 151:6
**doing** 14:14 17:14 22:18 23:3 41:22,23 55:13,25 58:22 69:13 81:15 83:3 97:3 114:13 126:1,5 130:9,16 144:17 153:17 154:9 155:12, 13 156:1,7,23 157:13,16,22 158:7 160:3, 19 161:8,19 163:7 166:25 168:7,11,17 169:1 170:11 189:9 192:24 193:11,14,18, 19 213:21

216:21 217:10
**don't** 9:3 12:20 33:8 36:22 41:15, 24 43:3,15,25 44:16 45:6 47:10,17,22 50:3,4,5,25 52:1,7,17 54:24 58:3 60:2,18,21 61:4,19,20 63:16 65:7,10 66:3 69:13 73:4 76:14,22 77:9 79:3,19, 20,21 80:4,23 83:3 84:3,6 85:17 86:11, 15 87:18 91:20,21 92:1,10,16 94:11 100:15 103:22 106:21 107:24 108:23 109:6 112:13 115:9 119:10, 14 120:5 124:21 126:10 129:13 134:13 137:12 138:19 140:15,16 142:23 143:7 145:22 152:25 153:4,10,14 159:15,21,22 161:2,15 162:24 163:12 164:16 165:1 167:22 174:6 177:9 180:8 181:7 184:6 189:25 191:3 192:1,2 194:5 196:5,9 199:2 202:8,12 205:20 206:4, 16 208:5 209:13,14 214:18,19 215:6,9,15 216:5,7,11 217:22 218:21
**donation** 13:8
**done** 8:20 14:18 34:13 72:7 73:16 126:8,11 127:18 128:10 141:13 142:4 144:23,25 145:15,22 146:2,16,23, 24,25 148:18, 21,24 149:2, 6,9,11,15 150:22 151:11,17 156:10,24 158:24 160:17 164:15,16 178:6 183:14 184:13 194:21
**door** 56:17,20 70:7
**down** 8:11,16, 24 36:13 37:11,13,15 40:11 41:1 42:21 45:6,9 46:11,13 50:16,21 69:4,9 85:25 110:24 128:12 133:7 140:24 152:17 160:6, 12,16 172:24 178:22 180:18 190:6,14 205:22 215:25
**Dr** 5:17 97:13 101:16 103:14,16,21, 25 104:7,15 105:9,13 106:7,24 110:1,6,7 112:6 114:19 116:12,15,22, 25 117:1 118:22,23,24 119:2,5,7,8, 11,15,21,23 120:4,15 122:3,15 125:7 126:7 127:8 129:12, 19 130:3 131:14,18 133:20 134:9 135:1,14,20 136:20 137:10 140:5,11 141:8,11,14, 24 144:4,6 145:12 148:10 149:18,23 152:15 153:6 155:16 173:20 182:20 183:3, 9,11,16 184:20 185:12 186:16,19 188:10 189:24 190:2 192:8, 12 194:16 195:16,17,25 196:15 197:16,17 198:11,15 199:9,12,13, 14,15 200:5 201:17 202:14,22 204:5,12,25 209:2,11 211:4 214:8, 9,23
**drank** 105:20
**drink** 183:17
**drinking** 32:5
**Drinks** 125:1
**drive** 72:15 88:19 89:8,10 115:24
**driver** 7:25 35:23 38:9,17 44:13,19 46:25 47:7 50:13,16,20 58:17 59:8, 11,23 60:1,8 61:2,6,10,17 62:14 66:2,16 68:22 69:3,4, 13,17,21,22 70:20 85:7 86:19 87:8,11 93:5,8,12 96:2,21
**driver's** 70:6
**driving** 28:5, 10 55:14 70:14 76:19 84:14,18,24 107:15 115:20
**drove** 66:14 85:6 88:21,22 90:6
**drug** 201:5
**drugs** 31:23
**due** 139:14 140:24
**dull** 109:6
**duly** 7:4
**during** 19:5 22:8 157:14 160:3 163:16 175:6,9 198:8
**duty** 175:10 181:9

**E**

**E-4** 18:16
**e-mailed** 68:17
**each** 28:23 136:25
**earlier** 18:24 33:21 40:17 75:24 78:7,24 107:16 108:10 109:18 119:24 124:17 131:22

135:11 138:6 183:23 192:10 203:5
**early** 87:9
**Earth** 81:14
**easier** 153:25
**easily** 113:11
**easy** 8:18
**EBS** 22:17
**edition** 28:9 72:11
**education** 16:7
**effect** 36:23 58:13 127:24 183:6
**effective** 104:25 121:21 123:2 128:24 129:4,8 158:14 159:1 183:15 195:13 199:14 211:13,17
**either** 31:24 61:6 63:20 91:25 117:21 124:21
**elbow** 98:1,3 100:7,20,22 110:12,25 172:16,18 180:17
**electrical** 89:4
**else** 11:22 38:16 56:1 57:4 59:22 60:13,16 63:1,23 66:12 67:17 84:4,11 85:13,22 97:25 102:7 110:20 142:24 150:21 210:12,15 217:11 218:16
**eluding** 112:14
**embassy** 177:25 178:2
**emergency** 14:15 64:7 65:16
**Emory** 5:12
**employees** 24:6
**employer** 34:12
**employment** 26:5 27:10
**EMS** 67:10 103:3
**EMT** 14:18 27:4
**en** 65:14
**encouraged** 163:25
**end** 24:19 25:4 26:4,6 52:2 93:2 134:10 139:21 144:17 164:21 176:5 183:17 185:9 205:8 213:21
**ended** 55:10 86:14,16 205:14
**ends** 93:17
**engine** 72:17
**English** 62:17 85:16,18
**enlisted** 18:17,18
**enough** 37:8, 23,24 53:7 92:15 162:10 165:9
**entire** 18:12 35:20 108:9 109:21
**entry** 91:8
**envision** 48:5
**envisioned** 85:20
**Epidemiologist** 15:5
**epidemiology** 15:10,16 16:1 217:3
**epidural** 127:20 129:3 130:14 131:5 192:7 194:17
**epidurals** 128:21,24
**equipment** 177:7
**ER** 103:1
**Eric** 9:14
**escape** 185:6
**ESQ** 2:4,8,13
**essentially** 19:10,18 49:11 112:24 178:22 184:23 197:4 204:1 217:2
**estimate** 42:15,18,24 149:25
**estimating** 82:16 83:10 86:16
**et al** 6:14
**evac** 17:16
**Evaluation** 4:25
**even** 121:5 167:5 195:6 198:3 201:4
**event** 32:7 57:6 59:13 175:8 201:20
**eventually** 185:11
**ever** 8:5 9:15 11:18 18:1,20 20:25 21:15 27:11,20 61:16 68:16 95:21 99:25 100:3 117:21 125:12 140:14 150:23 153:8 154:8 159:2 164:3 165:14 171:17,22 172:3,22 173:3,15,23 174:1,18 175:14 184:2 199:20 208:22 217:14,20,24
**every** 98:18, 20 115:12,16, 17 124:4 176:23
**everybody** 65:15 94:20
**everyday** 109:7
**everyone** 84:7,8
**everything** 8:11,24 51:20 73:5 147:1
**evident** 72:10 79:13
**exacerbated** 187:19 210:22
**exact** 33:9,13 50:5 100:15 106:21
**exactly** 37:23 38:13 40:5,20 44:11 48:10 50:5 52:1 53:11 60:15 66:3 70:10 73:4 75:12 79:21 83:3 86:15 88:3 90:17 103:12, 22 106:20 112:13,14 114:16 120:5

123:15,16 126:11 129:1 135:8 151:16 152:25 163:3 196:5
**examination** 3:1,4,5 7:21 114:4 193:7
**examined** 7:4
**example** 158:20 166:2, 6
**excellent** 165:5
**except** 7:13 19:15
**excepting** 151:6
**excessively** 43:24
**excuse** 7:13 124:13 142:16 196:8 200:6 208:17
**exercise** 124:14 154:9 160:4 168:14 170:1 210:11
**exercised** 124:10
**exercises** 156:4,22 157:15 161:6 169:25 170:8
**Exhibit** 4:3 5:3 33:24,25 34:3 36:8 64:16 68:6 71:8,11 72:3, 10,23 73:3,21 74:7,10,11, 19,22 77:3 78:18,21 79:13 80:6 81:10,13 82:8,24 83:2, 14 90:20,23, 25 105:16 106:6 116:16, 19 119:18 120:11,14 121:23 127:5, 7 129:25 131:10,13 132:12,15 133:16,19 136:1 141:2, 12 142:2,3,8 145:9,12 165:10,13 166:15 167:8 179:25 180:3 186:8,12,23 188:10 189:14,17 190:5 192:16, 18 194:10,12 199:18,20 202:16,19 205:4,7 206:23,25
**exhibits** 4:1 5:1,21 137:2
**existent** 133:24
**exit** 34:25 88:10,11
**exited** 56:11
**expect** 80:14
**expected** 150:1
**expenses** 19:12
**experience** 17:22 199:15
**explain** 29:17 64:5 93:7 97:4 183:16
**explained** 21:21 28:18 29:3 66:6 87:21 150:8, 21
**explains** 206:6
**explosion** 138:16,22 139:22,23 171:9 172:13, 15 175:7,20
**explosions** 176:2,6
**extend** 8:22
**extent** 143:4
**extremity** 127:14
**eyes** 56:3 115:13,16,17

**F**

**Facebook** 218:8,10
**facilities** 181:18
**facing** 51:5, 7,17,23
**fact** 126:10
**factor** 196:14
**factors** 159:14
**facts** 108:1
**fair** 43:22 47:13 77:13, 20 92:15 95:6 153:12 160:6 165:9 172:25 177:15 196:24
**fall** 21:6 111:22,24 112:8 140:8 150:18 154:6 157:12,15 169:10,11 171:7,13,23 172:1 177:18, 22 179:15,16, 19 180:7 184:3,19 188:4 189:12 205:10 208:18 213:19
**Fallujah** 23:8
**familiar** 19:13
**family** 85:8 170:19
**fan** 30:24
**far** 17:1,4 19:20 33:7 35:5,8 36:12 37:3 46:15 49:4 51:15,17 53:5,9 58:4 59:6 62:7 69:6 75:23 120:2 134:11 139:9 152:19 155:16,18 159:1 164:22 176:2 183:9 187:21 199:15,16 210:24,25 212:20 214:22
**fast** 37:12 41:4,13 42:16,20,24 43:7,13
**faster** 41:10, 17,19,20,21 42:4,19 78:4, 8
**fault** 96:21
**Fax** 2:6,16
**FCE** 203:19,21
**fearfulness** 115:20
**February** 116:20 117:9, 11 141:5,18 144:3,24 146:13 148:3 165:19
**Federal** 7:10
**feel** 43:6 58:1 147:20 194:25 218:2
**feeling** 142:21

**feels** 200:19
**feet** 108:16
**Felicia** 186:16
**fell** 173:4 178:25 179:4, 6,10,22 186:22
**fellowships** 216:24
**felt** 201:17 210:5
**female** 79:2
**few** 8:10,12 11:12 21:20 64:11 105:15 109:9 110:5 111:3 118:23 119:5,8 126:7 135:22 154:22 179:2 197:16
**fiber** 72:15
**field** 17:23 185:15
**fight** 159:15
**fighting** 159:6 161:4
**figure** 175:13
**figured** 139:17
**file** 151:15
**filed** 6:15 20:25 21:15 135:15
**fill** 217:24
**filled** 218:2
**final** 5:12 75:6 110:23 114:24
**finally** 146:18
**finals** 167:6
**financed** 89:22,24
**find** 103:16 166:5 184:23
**findings** 140:12
**fine** 9:4 105:19 167:22
**finish** 8:21 9:2 15:12 26:23 28:22
**finished** 21:22,25 27:1 169:4
**finishing** 22:4
**fire** 64:7,9, 14 66:15 67:11 86:4
**fired** 27:11 139:19
**fireman** 63:25 64:3 74:1
**firm** 43:15
**first** 7:4 27:18 36:19 37:2,18,21 39:19 40:2,9, 13 42:16 49:19 53:10 64:6 66:1 88:21,25 91:8 98:25 101:3 103:9,20 106:18,19,25 107:10 108:25 126:12 128:10 131:18 137:19 148:24 165:23 166:14 167:8, 25 180:17 182:19 190:4, 8 195:16 197:12
**fish** 94:11
**fishing** 94:5, 9
**Fitness** 154:13,21 155:11,22
**five** 9:21 24:1,11 28:1 36:15 38:24 40:7 179:2
**fixed** 72:18 73:14
**flash** 176:3
**fled** 96:6,25
**Fletcher** 2:19
**flexible** 22:20
**flexing** 135:23
**Florence** 140:5
**Florida** 29:25 31:5,18 92:7, 17
**flow** 51:7
**flowing** 79:8
**focus** 160:21
**focused** 28:4 43:8 96:24 151:20 159:3 179:9 212:15
**folks** 66:15
**follow** 7:5 145:25
**follow-up** 4:17,25 144:13 147:7
**followed** 190:16
**following** 115:2 137:24 140:2 154:24 168:13 171:14 172:12 179:13 180:6 187:14 193:5
**football** 30:2,25
**for** 6:11,16, 21 7:9 8:23 9:12 10:7,15 11:12 15:15, 19 16:14,15, 25 18:4,19 19:9,11,18 20:10,14 21:6,15,19 22:6,8,16,19, 21,23 23:3 24:5,20 25:6 26:11,21 29:12 30:16 37:8,23,24 39:13 42:4 47:8 56:14 60:10,22 68:14 69:16 71:3 72:11,20 79:10 81:13 85:5,9,11 88:19,21,22 89:16,22,23 90:4,6,10,13, 14,16 92:25 94:20 96:7, 11,21 97:13 99:4 100:3 101:7,16 102:4 103:25 104:2,15 105:1 109:8,9 112:21 113:6 114:20 116:13,25 118:9 121:13 122:23 123:9 125:19,23 126:15,16,23, 24 129:6 132:9 133:7, 24 135:2,17 140:19 141:24 145:3,7 146:20 147:2, 14,19,22 148:11,23 149:17,21 150:3,13 151:2 153:19, 24 155:8,14 158:18 160:18 161:16,21 162:17 164:2 166:1 168:12

171:12,22 172:6,10 173:8 178:2,6 181:9 184:21, 25 185:5 189:6 194:22 197:24 198:7, 12 199:8 201:4 205:25 206:4 209:8, 11 211:11 212:21 213:20,22 214:11,14 215:8,24
**force** 23:12 53:8 54:12,13 211:6
**forced** 44:13
**forcing** 162:1
**Forearm** 170:2
**foreground** 83:2
**foreign** 24:9
**foreseeable** 152:16,20,23 153:2,9 211:11
**forgot** 208:13
**form** 5:8 7:14 43:4 44:15,22 47:9,16 49:3 50:2 72:5 75:11 76:13 78:13 80:3,22 96:9 97:2 107:19 134:18 136:14 150:15 153:13 155:19 159:6 165:5 171:20 175:22 191:1,25 197:10 199:1 202:7 203:13 209:24 211:24 212:12 215:5
**forms** 150:7 168:14 170:1
**forth** 93:7
**forward** 52:15 56:3
**forwarded** 20:20 174:20
**foster** 13:12
**found** 146:18 183:9
**four** 22:23 36:15 38:24 69:5 93:2 106:12 124:10 136:12 155:23 170:12
**four-month** 106:25
**frame** 50:6 54:7 73:14,15 81:5 108:13, 17 148:4
**free** 87:22
**frequent** 75:25
**frequently** 104:10,18 123:15 155:21 201:9
**Fried** 2:3 6:10
**friend** 94:16 183:9
**friends** 30:9 32:9
**from** 5:6 8:2 11:15 14:1 18:5 21:4 22:24 25:22 27:11 29:24, 25 30:10 35:8 37:4 40:22 45:20 46:3, 15,23 48:17 49:2,8,17,24 53:9 59:10 62:9 66:15 68:7 72:2 73:11,17 75:24 76:18 87:15,21 88:5,11 90:23 91:6 92:16,17 97:11,20 98:13,14 99:12,14,23 100:11,23 101:15,17 102:11 105:10,24 106:7 109:2 110:6 114:8, 18,19 116:14 117:20,24 118:25 119:22 121:6 122:5 126:12 127:8 130:2,12,18, 21 131:13,21 133:20 134:14 135:21 137:9 138:15,17 139:3,5,19,23 140:3,8 141:8 142:2,6 143:13 147:5 150:1,7,24 160:5,11,14 161:14 162:23 164:4 165:13 166:21 177:15,25 184:3 186:4, 16 190:20 192:7,19 195:24 196:15 198:3 200:13 203:5,14 204:15,22 205:10 207:18 211:7 212:18 213:22 214:8 215:7 217:18 219:1
**front** 32:25 33:7,8 35:12 36:10,25 40:18 44:2,9, 10,20,21 45:5,16,21 46:1,7,9,10, 17,20 47:7, 15,25 49:25 50:4,15 68:13 69:4,5,11,19 70:6 75:9,10, 16 80:21 106:5 122:10 186:11,13 190:17
**full** 9:12 24:11 26:7 27:7 70:15 73:17 99:8 104:3 118:18 162:11
**full-time** 26:16
**fully** 89:3
**functional** 143:21 144:5, 7,8 150:20 184:15,25 185:1 197:4 203:24
**funding** 19:11
**Furkids** 13:4
**fusion** 125:9
**future** 19:11 129:20 152:16 178:5 205:25

G

**Gainesville** 12:8
**game** 30:2,6, 14 32:5
**gap** 149:21 167:20
**gaps** 166:24
**gas** 84:25 85:7
**gastrointestinal** 118:13
**gauge** 45:9

**gauging** 202:5
**gave** 20:17 34:4 57:20 73:6,7 122:6 126:15 137:2 188:22 195:19 217:25
**gear** 176:23 177:20
**gears** 97:6
**geez** 162:24
**general** 17:25 78:1 99:3 167:6 181:16
**generally** 11:11 39:12 42:4 111:4 114:18
**generic** 201:3
**gentlemen** 160:1
**Georgia** 2:5, 9,15 6:6,10, 16 9:19 10:6 12:3,25 14:9 15:20 168:21 174:12
**Germany** 72:12
**get** 8:23 14:22,24 16:3 19:11 35:21 56:12,19,22 57:12 58:7,8, 17 60:3 62:1 74:16 87:5 88:4 89:7,9 90:3 93:10 97:18 99:6 105:7 122:5 147:20 149:10 155:10 160:15 161:11 162:13,22 163:5,23 164:2,9,24 169:6 215:1 217:1
**get all** 164:20
**getting** 8:15 128:3 129:18 130:20 132:2 133:11 135:7 150:23 162:5, 9 172:24 186:10 206:4 214:2
**girlfriend** 9:23 124:10
**Gisca** 7:25 70:20
**give** 37:6 71:10 85:11 147:17,21 165:8 194:12
**given** 34:6 71:19 83:18 149:25
**giving** 110:17
**Glenn** 3:2 6:1,12,14 7:3,7,23 9:14 12:10,19 68:11 70:21 106:4 115:2, 12 132:2 186:10 191:6 200:5,6 219:4
**go** 8:10 9:1 10:14 21:23 24:25 36:17 40:23 48:17 49:4 53:14 68:1 76:10 80:2 81:15 82:12 93:7 102:25 103:18 104:2,10 105:1 121:25 123:9 124:15 135:6 145:3 147:18,22 149:17 156:4 158:10 161:7, 21 163:23,25 164:1 166:21 167:16,17 168:24 175:11 178:17 183:13,15 184:21 185:14 194:1,16 196:11 197:9 198:14,17 199:23 203:25 210:6,9 214:13 215:1, 19,22,24 218:20
**go-to** 118:25
**goal** 159:9 160:25 161:20 162:11 164:6, 20,24 165:1 175:13
**goes** 17:5 115:11 120:3 125:22 139:20 140:4 158:19 167:19 191:19 194:20 195:4 202:9 204:10
**going** 7:6 8:10,19 15:25 23:17 29:14 33:23 37:8,12 38:1,2 40:25 41:5,6,10,14, 19,21 42:6, 13,16,25 43:8,13,23 44:1 45:10 48:12 49:2,8, 13,17,20,22 56:11 68:4 70:15 75:25 76:6 78:8 79:6 82:12 89:7 94:18, 19,21 96:11 101:16 104:17 105:21 106:4 112:11 114:2 126:16 127:13 129:20 130:11,12 133:12 134:18 141:4 146:8 147:8 150:3,9 152:17,22 153:3,22 154:12 155:4, 21 157:20 158:16,17 160:16,20 161:5,9,10 163:21 167:8, 16 168:3 170:24 171:13 176:7 177:18 178:22 184:12,14 186:2 190:12, 14 191:16 198:3,5 213:22,24 216:17 217:11 218:24 219:9
**gold** 77:3
**Goldberg** 2:3 6:10
**gone** 9:15 26:1 47:19 97:12 166:25 210:3,4,5 211:20 213:19
**good** 6:7 14:23 18:3 71:6 121:22 134:12,16 158:13,20 161:12 165:6 194:2 195:1 211:12 214:10,22
**Google** 81:14
**Googled** 92:19 94:4
**got** 8:11 20:20 27:1 28:12 56:17 57:3,5 68:18 84:25 88:7, 12,21 89:1,10

90:4 91:4,9 94:17 107:16 109:14,15 128:10 130:24 131:20 132:11,19 134:9 139:24 141:13 142:3 145:15,19,22 149:9,15 150:14 157:9 158:6,9 167:24 169:7 175:2 176:17 181:12 182:12 183:19 188:10 197:2,4 214:12

**gotcha** 14:25 15:6 17:18 19:19 24:21 25:2,17 31:3 32:19 36:6 57:14 60:25 70:17 80:19 81:17 93:16 94:1 110:10 124:25 125:16 126:13 128:1, 13 129:5 138:25 141:1 147:23 170:6 176:25 177:13 181:20 185:8 190:9 197:13 198:10 199:17 206:8,18 211:18

**gotten** 98:11 110:9 131:17

**government** 24:6,9 217:6

**government-type** 217:8

**governmental** 24:6

**governments** 24:9

**Gracie** 158:4 162:25

**Gracies** 164:14

**grade** 11:14 164:11

**graduate** 15:20

**graduated** 14:1

**gravel** 48:22 178:24

**great** 22:14 89:7 159:3

**greater** 212:11

**grenades** 176:5,6

**grew** 11:6,8

**grill** 51:23

**ground** 8:12 159:10,21 160:6,12,20, 23 161:8 172:24

**group** 69:18

**grow** 150:5,6 214:24

**grown** 212:16

**GSU** 15:7,13 27:6,7 34:13

**guess** 11:10 18:4 20:2 28:18 30:13 41:24 49:12 51:9 62:22 64:6 66:20 79:7 80:12 87:15,16 97:9 103:20 107:16 109:18 112:5, 18 119:17 133:7 139:2 146:1 151:10 163:4 164:21 179:16 182:1 183:23 184:1 197:1 202:13 204:12

**guessing** 26:18 83:19

**guidance** 155:14

**guide** 94:5

**guides** 94:10

**gun** 139:19

**guy** 30:25 63:2,16 65:12 84:23 158:21 192:9 211:6

**guys** 151:15 178:15 217:23 218:4

**Gwinnett** 14:6,11 17:6 26:18,20

**gym** 124:16 154:8,12,23, 25 155:1,4 159:18,20 160:15 168:12 217:11

H

**had** 8:5 9:22 16:8,22 17:5 18:25 19:5,8, 10 20:8 21:4, 5,9 24:17 25:7 26:9 27:14 28:8,10 31:9,13,14,19 33:21 36:2,13 40:10 45:3 47:19 51:13 53:16 55:7 56:9 57:1,23 58:4 59:5,11, 12,14,18,19, 21 61:3,18, 19,20 62:2, 20,21 63:12, 14,25 64:5 65:5,13 66:6 67:19 69:10 72:18 73:5, 14,15,22 76:7 77:6,7 79:19 85:14,24 86:13,20 87:5,10,16,25 88:22,23 89:5,17,21, 23,24 90:2 91:18,25 93:6,8,9 97:12,13 98:20 99:19, 25 104:7,16, 17 109:5,11, 23 111:25 112:6,9,10 115:19 117:2, 21,23,24 118:9,10 120:23 121:6 122:25 126:7 127:17 128:7, 10 130:5 136:11,18 138:6,18 141:17 142:7, 16,17 146:12, 13,14,15 147:4 148:1, 15,18,21,24 149:5,10 150:17 151:5, 10,17 153:5 154:5,23 155:16 160:11 163:15 167:14 168:14 171:3, 13,14 172:3, 22 173:3,10, 15 174:11 175:8,14,18 177:14 178:1 179:13,17,20 180:15,21 182:14,19 183:5 184:2, 13 185:12 187:14 188:4,

19 191:6,16 194:20,21 195:5,13 196:23 197:17,19 200:6 201:19 206:19,21 207:4 208:4, 22 209:7,18, 19,20,21 210:7 211:2, 4,9,11,12 212:6,16,18, 21,22 213:1, 20 215:24
**Hade** 116:15, 22,25 117:1 118:22,23 119:7,8,11,15 129:19 136:20 148:10 152:15 153:6 211:4 214:8
**hadn't** 109:1
**hair** 61:12
**half** 53:11,13 114:5
**Halfway** 53:12
**hand** 72:12 74:9,21 90:22 120:13 131:12 136:3 145:11 179:18,20 180:2 189:16 192:18 202:18 205:6 206:25
**handed** 34:2 60:22
**handing** 78:20 81:12 116:18 132:14 133:18
**handle** 19:10 117:4
**hands** 53:24
**handwriting** 34:10 181:1 207:23
**handwritten** 166:16
**hang** 31:2
**happen** 39:10 49:20,22 108:19 152:22 167:7 214:19
**happened** 23:1 32:15,17 33:16 43:17 44:6,13 47:14 49:23 50:7,12 51:1 53:21 54:2 56:7 57:1 58:4 59:2,5,7,12, 14,21 61:19 63:9 64:5 65:5 66:6 84:23 85:15 86:13 87:7,17 99:16 138:19 147:4 177:20, 22 191:23
**happening** 46:21 108:21 175:19
**happy** 9:1,7
**Haqqani** 178:7,10
**hard** 43:18 54:14,16,17 82:17 172:14 173:4 180:25
**hardest** 8:16
**has** 35:19 98:11,23 101:10 104:24,25 105:2 110:9 120:21 132:4 145:18 149:23,25 152:15 157:8 161:23 164:3 166:24 187:25 188:1 199:15 201:20
211:14,16 214:9
**hasn't** 16:5
**hats** 24:18
**have** 5:21 7:18 8:5 9:15,20 11:18,20 12:2,11,20 15:10,18 16:20 17:9, 12,15,22,25 18:6,20,25 19:12,24 20:22,25 21:9,15 23:18 26:14 27:11, 24 30:15 31:12,20 33:8 39:9 43:15 44:13,20 45:1,3,4,5,6, 7,15 46:11, 13,14 47:3, 14,20 49:21 50:14,17,18, 20 56:7 59:25 60:7,14,21 62:22 63:13, 16 65:11 67:11 68:16 70:15 71:22 73:5,7 74:12 76:6,10 80:8, 13,20 81:2,5 82:18 84:7 85:20 86:16 87:20 88:25 90:24 91:5 92:14 93:5, 11,19,20 94:15 95:21 98:12,18 99:8,17,25 100:3,15 103:6 104:20 105:5,6 106:21 109:1, 25 113:11
115:6 116:13 117:13 120:8 122:11,17,22 123:3 125:19 132:7,8,24 140:1,14,16 143:3 146:2,9 148:14 151:2, 5,11,15 152:12,13 153:19 154:5, 8 155:3,9 160:5 163:1, 15 164:9,11, 12,14,18 165:12,14 167:15 168:14 169:5 170:17, 19 171:3,22 172:3,9,12,22 173:2,13,15, 23 174:1,14, 18,20,22 177:2,19 179:5 180:12 181:18 183:6 184:12 185:20 186:21 189:2, 11 191:2,22 192:2,3 197:22 198:1, 2,6,19 199:20 208:22,25 209:18,20,21 210:3,4,5,13, 23 211:2 213:25 214:25 215:1,16,18 217:14,23 218:4,8,16
**haven't** 99:13 118:23 119:8 133:6 151:25 174:24 193:11,13 195:9 215:6
**having** 111:12,16,20 113:9 137:13

169:17 190:18 200:17 207:9 212:10 213:8 217:4
**he** 36:1,2 39:21,23 41:19,21,23 44:20 45:1,3, 4,6,7 47:20 50:17,22 51:3 52:3,8,11,21, 24 53:1,13 58:20,21 59:17,18,20 61:3,9,11 62:17,18,20 63:8,9,11 65:4,6,13,15, 17 66:1 69:9, 14 77:14,19 78:10,14 84:25 85:3,4, 7,11,12,13, 16,18,22,24 86:19,20,21 115:3,12,13 118:24 119:1 122:11 123:6 128:18 129:19 130:11,12 132:3,4 133:9 135:21 137:19 140:15 141:19 145:3 146:8 149:18,19,25 150:2 152:16, 23,25 153:1, 4,8,11 158:22 183:5,6,12,17 187:25 192:4, 6 194:21 195:5,19 196:9 198:15, 20,24 199:7 200:6,19 201:17,19,20, 24,25 202:4 207:5 211:4, 5,7,9,11,12
**He'd** 192:6
**He'll** 125:22
**he's** 136:10 190:1 192:2 199:23 200:17,19 211:6,7
**head** 8:14 9:9 30:7 38:7 54:7,21,23 88:2 99:11, 12,19,20,22 108:13 138:10,15,18, 20,21 143:20 182:16 193:24 195:18
**headaches** 108:25 109:1, 5,6 110:24 111:16 172:9, 10
**headed** 31:18, 19
**heading** 31:7 32:12 40:11 62:9
**heal** 127:25
**health** 16:4 216:25 217:5
**healthcare** 5:12 173:13
**hear** 94:25 96:18,23
**heard** 67:14 84:9 95:21 215:7
**heavy** 33:5 109:23 157:19 193:9,14 194:3 216:12
**held** 34:17
**helmet** 138:19
**help** 13:9 58:7 74:2 105:5 112:24 125:1 127:24
**helped** 56:22 58:8 129:3 188:1
**helpful** 8:15 121:3
**helps** 123:8 198:9
**Henry** 64:16 65:18 66:13
**her** 10:1 12:18 13:7,9 27:20 29:4 30:9 38:10, 12,14 55:7 56:12,20,22 57:7,12 58:7, 8,9,10,13 59:5 60:22 62:1 79:2 85:22 93:9,20 99:7 103:19 104:18,20,21 105:1 106:25 112:6,11,17 114:12 120:6 134:10 135:6, 9 176:20 197:17 199:10 202:14 204:6 209:6
**here** 6:9 8:1 12:25 18:4,19 19:22 43:12 46:11 73:10 76:2 88:3 91:22,24 99:8 106:5 107:25 108:22 110:11 111:8 115:10 121:9 122:4 129:2 130:20 136:16 137:4, 7 140:16 144:1 147:5 151:25 173:8 180:25 181:1 185:21 186:11 192:4 196:9 201:25 203:6
204:14 207:4 213:14 214:1 219:6
**hernia** 118:13,18 170:25 207:2
**hers** 10:2
**high** 13:18,20 21:22 24:4 30:10 76:20 126:19,21 213:21
**higher** 158:22 204:12
**highway** 79:5 83:15
**him** 28:22 38:10,12,14 44:10,20,21 45:5 47:25 50:15 58:25 59:1 61:22 62:19,21,23, 24 63:5 65:16 66:6 69:5,11, 19 85:7,20 106:19 119:3, 9 126:15 130:9 132:24 135:24 136:7 142:7 147:21 153:8 189:24 192:7 198:19 199:5 201:23
**hip** 159:22
**his** 12:9 35:8 45:2,3 50:14, 17 51:23 52:24 58:17 63:9 69:18 70:7 85:5,14, 24 86:1 108:16 115:12 122:4,5 123:22 127:13 136:9 137:24 140:11 147:17 158:21 195:7 196:6,16

198:25 199:23 200:7,20 201:21
**history** 4:16 5:4,9,17 14:4 107:9 111:11 117:6 127:11 170:20 199:24
**hit** 35:13,16 44:20 45:5,7 47:20 51:3 52:21 54:5,7 57:5 70:11 99:19 108:12, 16 140:22,23
**hitting** 50:14 52:12 99:14
**HMD** 6:14 7:24 46:17
**hold** 134:1 137:7
**home** 31:8,10, 12 170:9,17 181:12,17 182:8,12,13
**Honda** 36:23
**Honduras** 215:25
**honest** 153:1 185:15
**honestly** 162:24 165:1 167:4
**honorable** 18:10
**hope** 215:8
**hopefully** 122:1
**Hoping** 16:3
**hormone** 112:22 140:20
**hormones** 113:9
**Horsford** 186:16,19 188:10 194:16 197:16
**hospital** 151:2
**hospitals** 22:21
**hot** 29:18 123:17,18
**hour** 41:2,17 108:2,6 114:17
**Hour-and-a-half** 163:19
**hours** 14:23 93:12 162:22 163:3 197:25
**house** 10:9 27:25 123:19 154:18
**houses** 17:2
**how** 8:9 9:20 10:7 11:5 12:5 20:5 23:24 26:5, 20,21 28:8,10 32:20 33:7 37:3,12,25 38:22 40:3,18 41:4,13 42:15,16,20, 24 43:10 44:8 50:6,24 51:15,19,24 52:6 53:5,9 58:21 63:4,13 64:6,10,12,24 73:25 84:24 85:14 89:10 92:12 102:3 103:16,20 104:6,9,14 109:8 112:14 114:15 123:14 126:22 133:12 135:4 136:25 139:9 147:18 149:24,25 151:10,17 154:20,24 155:21 157:9 160:25 161:11 162:22 163:4, 18 169:5 170:11 177:7 179:1,16 182:11 183:23 184:15 185:9 187:17 188:6 189:11 193:18 197:1 202:8 203:25 211:10,16 216:12
**how'd** 198:14
**however** 73:15
**HPI** 117:5
**Hu** 183:3,11, 16 190:2 192:8,12 195:16,17,25 196:15
**huh-uh** 8:15 85:12 92:9 193:6
**humorous** 84:19
**Humvee** 138:25 139:12
**hundred** 37:21 41:23 70:10, 12 161:10 184:8,14 196:12
**hung** 32:9
**hunt** 94:11
**hunting** 94:5, 10
**hurry** 31:15
**hurt** 99:14 109:21 161:11 181:17
**Hydrocodone** 138:7
**hypothyroidism** 140:16,17
**Hyundai** 95:24

I

**I'D** 73:7 94:17 157:10 191:2 192:3
**I'LL** 8:22,25 9:6 13:8 16:2,4 40:24 71:10 74:9,21 81:13 90:22 120:13 127:7 131:12 136:3 137:8 145:6, 11 151:15 180:2 189:2, 3,16 192:7,18 202:18 205:6 206:25 215:1 218:20
**I'M** 8:10 13:9 14:9 15:8 20:2,7 21:21 23:18 25:10 26:18 30:21, 23 34:16 40:5,12,20 44:11 48:5,19 66:20 69:21 70:15 73:9 76:19 78:6,20 80:25 81:12 82:12,16,22 83:3,10,19 84:10 86:16 88:14 90:17 93:24,25 94:20 105:20 111:12 112:23 115:8,10 116:18 119:7, 13,18 126:2, 7,8 129:1 131:3 132:14 133:18 134:1, 18 137:5 140:16 142:1 144:1 145:18 147:5 148:2

149:8,12 153:3 156:4 157:5 159:18, 23 161:9 162:12 164:22 167:5,15,21 169:2 172:23 175:18,20 176:9,10 178:9 181:1, 23 187:2 195:3 203:10, 11 205:1 206:9,13 208:15 209:2 211:19 215:12 216:10,23 217:1,2,7

**I'VE** 9:22 25:18 34:2 74:24 75:1 91:9 94:17 106:5 118:24 119:6,14 125:14 134:2, 9 137:8 141:10 147:2 149:13 154:23 156:24 157:17 169:4,7 211:15,16 218:2

**I-75** 32:12 39:13,16

**idea** 63:13,16 115:6

**IDS** 25:23

**IED** 138:12 139:9,15 171:9 172:12, 14 175:7,16, 19,20

**if** 7:12 8:13, 17,20,25 9:3, 6 10:14 17:8 29:2,11 31:11 32:14,21 34:3 38:19 42:6 44:18 45:3,6 47:14,19 50:16,17 58:23 60:13, 16,22 61:3 65:13,14,15 68:2,25 70:9 74:22 76:6 81:16 89:7 91:24 93:5,6, 14 110:23 115:8 120:17 126:2,8,11 128:22 129:2 132:22 138:19 139:18 141:4, 23 145:14 147:20 158:24 159:13,14 162:10,25 163:23 164:1 165:7 166:5, 13 167:5,15, 17,22 172:16 175:14,17 181:16 183:22 184:20 186:1 189:2 194:16 196:3 197:24 198:7 199:23 203:9 207:21 210:5 217:22 218:3

**illegal** 31:23

**illness** 117:6 127:12

**image** 81:14

**imagine** 86:12 135:8

**IME** 4:24 5:13 135:17 198:12

**immediate** 48:19 52:16 179:6

**immediately** 23:19 44:14 55:12 95:13 115:2 180:22 181:12 194:25 197:11 210:19 214:4

**impact** 35:18 40:4 41:5,9, 14 42:21,25 48:1,2,6,9 50:24 51:2,8, 15 52:15,18 53:6,20,22 54:11,14,16, 17 55:1,6 77:11,17 82:7,15 109:23 110:19 175:9

**impacting** 77:15

**impacts** 51:12

**impairment** 201:15 202:1

**impatient** 36:14

**impediment** 87:3

**impending** 107:7

**impinging** 181:2

**impression** 107:17

**improve** 188:1

**improved** 98:23 137:24

**improvement** 19:9 150:17 184:13 196:23 204:15

**improving** 111:5 137:20

**in** 6:12,13,15 7:2,25 8:1, 15,17 10:7,8, 9 11:5,8,14, 15,16,17 12:2,7,21,25 14:4,7,11 15:5,22 16:3, 11,16,20,24 17:9,22 18:9 19:4,16,22 20:3,7 21:25 22:2,11 23:5, 6,7 24:10,16 27:14,25 28:19 29:21 31:14 32:23, 24,25 33:7,8 35:5,7 36:7, 10,12,18,20, 25 37:3,17 39:8,20,23 40:18 41:25 42:1,11 43:8, 20 44:2,5,10, 19,20,21 45:2,3,5,14, 16,18,21,23 46:1,4,5,7,9, 10,17,20 47:7,15,20, 23,24,25 48:5,8 49:16, 25 50:4,14, 15,17 52:3,4, 9,18,24,25 53:14 55:9,13 56:1,10 57:1, 11 62:1,3,4,6 63:1,5,8 64:16 66:8 68:13,24 69:4,5,6,10, 18,19 71:6 72:10,12,23 73:3 74:11 75:20 76:23 77:3,7,13,15 78:1 79:5,13 80:6,10,11, 14,15,21 81:1,15,24,25 82:2,5,6,16 83:6,14 84:9 85:3,19,21,24 86:1,15,16,18 87:9 88:9,15 90:2 93:6,9, 17 95:16

96:21 97:1,7, 13 99:1,3,9 101:20,22 102:13 103:4 104:2,10,22 105:13 106:5 107:5,6,25 110:3 111:7, 11,15,22 113:12,25 115:8 116:5, 12 117:9,11, 15,18,21,23, 24 118:8,10, 20,23 119:8, 17,20 122:9, 12 123:1,6,19 125:23 126:10 127:13 128:1, 3,4,11 132:6 133:3,22 136:7 137:1 138:11,23 139:7,20 140:6,9,10 141:15,18,23 142:4,8,22 143:2 144:3, 19,24,25 145:1,3,19,25 146:2,5,7,9, 12,13,24,25 147:7,12,21, 22 148:1,8, 12,14,15 149:2,3,10, 14,15,17 150:3,4,7,12, 18 151:2 152:16 153:11 154:1,8,17,18 155:1 156:24 158:9,21 159:18,20,24, 25 160:1 161:13 162:5, 11,14,19 164:4,19 165:2,3,19,24 167:5 168:18 169:2,11,12, 13,17 170:19 171:9,17,18 172:23 173:17 175:17 176:2, 3,4,21 177:1, 4,25 179:6, 12,17,21 180:17 182:17,18 184:3,21 185:1 186:11, 12 187:22,25 188:5,23 189:6 191:17 192:19 193:21 194:17 195:6, 16 196:8 197:6,9,10, 14,20 199:15 200:17,19,21 201:21 202:13 203:2 204:22 207:6 208:18, 19 209:9 212:6,9,10, 13,22 214:2, 22 216:4,8,16 217:3,21 218:11,13

**in-depth** 217:9

**incapacitated** 197:10

**incident** 45:22 140:2 154:6 175:19

**incidents** 171:25

**includes** 170:13

**including** 180:17

**Incorporated** 6:14

**increase** 198:9 212:6, 22

**increased** 115:19 142:7

**incurred** 174:22

**INDEX** 3:1 4:1 5:1

**indicated** 153:16 201:17

**indicates** 107:18 207:4

**indicating** 82:17 123:24 136:16 139:11,20

**indication** 120:18

**indications** 120:18 132:22

**individual** 62:16

**industry** 17:23

**inertia** 99:18 100:11

**infantry** 16:22

**infectious** 15:5 217:4

**information** 35:21 63:17 74:17 157:8

**Infrequently** 104:11

**ingloriously** 178:25

**initial** 59:7, 8 60:1 77:17 82:7 114:3

**Initially** 194:20

**injecting** 127:23

**injection** 127:18 130:21 183:12 195:5, 19,24

**injections** 121:12 127:21 128:10 129:3 130:6,14,19, 23 131:5,21 148:24 151:7 192:7 194:18, 21 195:13 196:19 197:17 214:25 215:2

**injured** 67:5 70:22 71:1 97:11,20 111:23 150:12

**injuries** 54:20 97:7,24 98:6,17 102:11 112:9, 16 114:19 116:13 138:10,14 139:3 148:12 171:16 173:10 175:15,25 176:11,12,15 184:3 200:7

**injury** 25:7 26:9,12 98:10 99:4,17,23,25 117:20 138:11,15,18, 20,21 163:15 175:9,18 191:7 195:25 196:10 198:25 200:11 204:16

**inside** 38:12 53:21,23 54:2,6 55:1,5 139:6

**instantaneous** 50:1

**Instead** 96:24

**Institute** 16:3

**instructed** 183:17

**instruction**

204:3
**insurance** 19:17,18 22:6,15 59:3 66:17 91:14, 15 174:9,11 204:4 217:18
**insurgent** 178:11
**insurgents** 139:15 178:7
**integrity** 73:12
**intense** 212:18 213:11
**intensity** 212:6,23
**interaction** 62:23
**interested** 128:3
**interference** 212:7
**intermediate** 188:18
**internal** 72:14,18
**internet** 55:20
**interstate** 57:13 93:8,9
**interventional** 189:5
**into** 35:4,8 36:16 40:23 46:4,15,24 49:4 53:13 57:3 62:6 69:14,17 76:11 86:6 127:13,24 158:19 162:13 175:11 185:14 195:7 196:14 206:12
**intolerable** 143:24
**invasion** 22:12
**invited** 31:1
**involved** 13:3,6,9 18:6,20 24:8 39:20 45:13 70:19 77:7 83:24 95:25 173:7 174:23 178:8
**involving** 200:7
**Iraq** 22:13 23:7 24:10 138:11
**is** 6:7,9,15, 18,19 7:6,17 9:10 10:17, 20,23 11:6 12:14 13:6, 16,21 14:12, 17 15:1,6,12 18:13,25 19:6,9,15 22:24 23:9,12 25:24 26:9 29:5,8 31:14 33:23 34:9 35:2 39:14,16 41:4 42:4 43:22 46:19 49:1 53:1 62:2 63:17,20 64:17 67:2 68:5,9 69:3, 12,17,22,23 70:22 72:9, 11,12 73:4,22 74:10,23 75:5,15,18 76:8,12 77:20 78:12 79:23 81:13,21,22, 25 82:10 83:14 84:11 87:16 91:5,8, 12,14,17 93:4,18,23 94:5,13,14 95:6 96:6 97:15,17 98:10,12,13, 14,18 101:11, 12 102:5,6 104:3,9,19 105:22,25 106:1,6,16 107:1,9,13 108:3,25 110:13 111:1, 17 112:14,22, 24 114:6 115:14,22 116:5,19,23 117:1,6,7 118:24 119:1, 18 120:14 121:18 122:2, 4,5,6,12,15, 22 123:17,18, 25 124:1,14, 20,21,22 125:4,15,16 126:3,9,19 127:8,9 128:2,6,14,18 129:2,18 130:2,19 131:9,13 132:18 133:19,22,23 134:8,11,15, 21,23 136:4, 16 137:19,21 138:4 141:5, 7,12,14 142:3,23 143:1,3,5,10, 12 144:11,13 145:12,14,15, 21 146:7,19 147:8 149:20 150:1,7 152:15,20,22 153:11,12 158:3,17,20 159:4,5,8,9 160:4,6,21 161:20,22 162:2,16,25 163:18 164:7, 20,21 165:1, 16,21,23 166:16,17 167:2,14,24, 25 168:9 169:1,19 170:3 172:24 174:22 175:13,15 176:11,23 177:15 178:18 179:12 180:3, 8,11 181:9 182:21 184:15 186:3,5,7,15 187:3,17 189:1,17,23 190:10 191:9, 12,20 192:12, 19 193:13 194:12,13 196:18,24 198:15 199:14,16,20 200:9,21,25 201:1,3,20 202:3,19 203:1,6 204:2,22,24 205:7,13,14, 25 207:23 210:10,17 211:23 212:2, 6 214:2,16, 21,23,25 215:8 216:7, 9,25 217:2 218:25 219:3
**island** 215:25
**isn't** 76:17 162:12,13
**isometric** 105:3 168:23
**issue** 98:3 101:10 110:8

122:11,22
147:10 196:5
210:22
**issued** 205:11
**issues** 73:11
88:22,25 89:8
99:11 109:25
135:24 157:10
171:14 172:3
187:19,20
210:7,23
215:19,20
**it** 9:4 13:14
16:4 18:10,21
19:15,16,21,
22,23 20:11
21:23 23:12,
13 24:22,24
25:6,11,12,19
26:7 28:8,9,
12,13 29:17
30:6,13,15,23
33:17 34:9
35:5,19,22
36:14 37:22,
23 38:14,15,
23 39:14
40:5,10,14,21
41:16 42:17,
20,21,24
43:17,22
44:13 45:10
46:11 47:20,
25 48:8,16,
19,21,22
49:1,9,25
50:6,7 51:3,
13,16,17
52:2,6,15,18
53:6,9,22
54:14,16 55:7
57:5,6,7,17
58:3,5 60:14
62:3,4,9,11,
13,23 63:10,
11,12 64:7,12
68:1,22 69:3,
16 70:19,20,
22 71:4,6
72:25 73:5,8,
23,24,25
74:1,23 75:15
76:1,5,8,10,
17,25 77:6,
20,23 78:11
79:1,9,22
80:10,13,14,
15,20 81:1,2,
3,4,5,6,15,23
82:8 83:5,6,
11 84:19
85:12,15
86:4,6,11,12,
14,16 87:2,
15,16,18,22,
24,25 88:4,7,
11,13,19,20,
21,22,24
89:1,5,6,9,
10,13,15,18,
20,21,23
90:2,4,6,10,
13,14,15
91:4,5,17
93:5,19,20
94:4,19,21,22
95:6 96:2,18,
24 98:11,12,
13,23 100:10,
20 101:11,12
102:3,6
103:12 104:9
105:1 106:23
107:6,17,18,
24,25 108:16,
24 109:7,9,22
110:7,15,18,
24 112:1,5,
15,24 113:9
114:4,22
115:11 116:2,
7,22 117:4,5,
9,15 118:1,
12,13,17,18,
20 120:23,25
121:5,16
122:10,23,24
123:16,21
125:22
126:11,19,24,
25 128:1,11,
15,16 129:6,
9,19 130:5,18
132:3,10,11,
18 133:7,12
134:10,14
135:6,8
136:10 137:1
138:20,24
139:5,9,12,
13,16,20,21
140:4,22
142:11,23
143:5,19
145:15,19,22,
25 146:15,18,
19 147:16
148:3 150:6,
11,20,21
152:19,25
153:3 155:8
156:2,3
157:8,12
158:3,13,19,
24 159:3,8,
10,11,14
161:3,15,17,
22 162:3,10,
22 163:1,7
164:7,16
165:24 166:1,
2,3,7,8,15,16
167:14,18
168:1,7,10
169:13,24
175:10 177:3,
11 178:7
179:3,10,12,
18,21 180:9,
10,14,16,25
182:17 183:3,
15 184:16
185:6 187:17,
19,22,25
188:15,20
189:3 190:16,
20,23 191:2,
12,19 192:1
193:7,18,20
194:20 195:4,
12,20,24
196:4,6,11,
16,18 197:2,4
198:22 199:25
204:2 205:18,
19,20,21,22,
23 206:5,7
207:4,24
208:7,11
210:24,25
211:14 212:9,
13,15 213:20
214:19,22,25
216:17 217:23
218:4,19
**it's** 7:9,12
8:18 10:1
17:11,12
19:7,17 24:23
25:21 26:1
39:12,15,18
43:14,17,18
47:10,13,22
57:9 60:4
63:4 68:18
75:1 76:23
77:13 78:22
79:8 82:17
89:6 91:4,14,
24 93:6,19
98:16,17
101:16,19,25
102:1,3 105:1
106:15
109:14,15
110:18 111:14
113:11 117:20
120:8 121:9
122:19 123:7,
19 124:15
126:20 127:1
128:11 129:14
139:18
140:20,21,25
142:2,18,24
143:16 145:20

152:22,23 153:25 154:17,23 158:11,14,15, 23,25 159:6, 22,23 160:1, 8,13,17,18 161:2,3,4,15, 16,17 162:1,3 163:4,9 164:14,17,22 165:5,6 167:18 168:22 170:7 172:14 176:12 177:1 178:10,19 179:14 180:25 181:16,24 182:4 184:11 187:16 190:2 191:13,23 194:1 205:16, 18 212:10,17 213:11,14 215:13 216:9 217:8
**items** 55:9
**itself** 187:21

J

**Janet** 6:18
**January** 106:9 116:5 119:20 132:15,16 141:12 142:3, 4 166:21
**jarring** 110:19
**Jason** 2:19
**Jeff** 12:10
**Jersey** 79:23
**jiu-jitsu** 5:6 124:17 157:23 158:4,9,14 160:5,15 163:1,16 165:14 167:16 168:12 214:2
**job** 26:8 27:12 73:8 177:6 185:7 217:12
**jobs** 27:14 217:8
**Johns** 5:14
**joint** 102:20 202:25 203:1
**joints** 102:17
**joke** 123:18 208:11
**Judicial** 6:5
**July** 130:3 136:4,21 137:13 200:21 201:12
**jurisdictions** 64:20
**just** 7:23 8:12 9:1 10:22 11:6 12:7 14:23 15:22 20:4 23:8,18 24:16,18,22, 24 28:23 31:1,19 32:9 39:2 40:14,21 41:20 43:10, 18 46:23 49:22 50:6 51:9,10 53:9 54:12,13 55:8 56:14 57:1,6, 8,12 59:14 61:20 62:23 63:8 64:4,25 65:4,13,21 66:6,18 67:11 73:9 77:7 84:18 85:4,23 86:13 94:19 97:18,19 99:14,18,20 100:10,19 102:5,6,11,18 104:1,3 105:7 111:4 118:18, 19 119:12 121:14 124:17 130:9 135:21 137:8 138:17 140:24,25 142:2 144:21 145:22 146:16 149:8 152:18 153:25 155:1, 14,17 157:10, 11 158:25 159:22 160:1, 17 161:17 165:2 166:16 167:6 169:14 175:17 176:9 177:1 178:24 183:15 184:11 185:13 195:12 200:13 203:7, 11 209:7 212:11 214:19

K

**Kabul** 177:25 180:3
**Karma** 23:8
**keep** 87:22 154:25 160:16
**kept** 168:3
**kettle** 169:17,23 170:4
**kick** 152:17
**kids** 159:25
**kind** 8:9 11:10 14:14 21:4,21 25:13,24 28:7 37:9,24 38:8 40:8 55:8 57:11 79:20 87:3 93:9 97:23 98:16 105:3 106:23 107:17 110:8 126:19 127:22 132:7 133:24 139:14 147:18 155:15 156:2, 10 157:8,14 158:7 168:23 176:24 179:11,18,20 185:12,14 187:20 197:10 199:24 210:7
**kit** 177:5
**kittens** 13:12
**knee** 176:11 180:19 190:21 200:11
**knees** 102:17 200:7 203:2
**knew** 30:10 43:9 179:19
**knock** 53:7 55:7 168:24 169:13
**knocked** 53:22,23 55:8
**knocking** 89:2
**know** 8:9 9:3 13:13 15:25 17:5 25:10 29:12 36:16 38:14,15 41:15 42:15 43:3,19,25 44:16 47:10, 17,22 49:7 50:25 51:24 52:7,14,17 53:5 55:10 58:3,5 59:20 60:13,16,18, 23 63:4,6,19 64:21 65:8,16 69:13 71:14 73:18 74:10 76:14,22 77:4 79:19 85:4 86:4 89:7

91:12 92:8,12 93:4,6,18 94:2,14 95:17 97:19 102:18 104:6 112:13 124:19,21 126:10 127:18 134:13,25 136:25 138:19 152:25 153:14 155:19 159:22 160:18 162:24,25 164:10,18 166:10 167:6, 10,12,22 168:12 169:19 173:19 176:11 177:9 180:8 181:24 184:24 189:1 190:24 192:1 196:5 198:8 199:2, 7,12 202:3,8, 12 203:20 209:7,18 210:11 211:2, 5,7 213:18 214:18,20 215:6,15 216:15
**knowledge** 55:4 63:19 196:1 209:15
**knowledgeable** 204:20

**L**

**L.A.** 94:14 154:13,21 155:11,22
**L1** 101:17,18 126:12 130:12 146:1,20 147:8
**L1-5** 131:6
**L2** 125:23 132:20
**L2-3** 188:20
**L2-13** 130:6 131:5
**L3** 125:23
**L4** 146:20 147:8
**L4-5** 188:20
**L5** 101:17,18 126:12 132:20
**L5-s1** 181:2 188:20
**Labor** 5:16 30:4
**lacerations** 57:22,24 176:13
**lane** 32:22, 23,24 35:5,8 36:13,16,20 37:3 39:22,23 40:23 41:25 42:1,3,11 43:9 45:2,3, 18,21,24 46:3,4,5,15, 24 47:21 50:14,18 52:3,4,9,20, 22,24,25 53:3,13 58:14 59:20 62:3,6 69:6,15,18 77:15 80:11 81:24 82:3 86:6 94:5,6 96:13 97:1
**lanes** 32:20, 21 79:5
**lapse** 124:16 155:1
**laptop** 29:4 55:7,8,10
**large** 53:22 122:23 138:24 156:10
**larger** 212:13
**last** 27:15,25 94:13 104:21 109:8,9 112:19 119:10,11,21, 23 120:3 123:21 130:21 132:16 134:8 135:9 137:9 141:11 144:12 146:12 147:19,25 148:6,14 149:22 150:2 151:17 152:6, 8,10 154:1 162:17 163:21 167:23 169:14 173:17 189:5 204:22 208:6 209:1 213:5 214:23
**lasted** 188:7
**lasting** 129:8
**Late** 29:21 31:6
**later** 87:4 88:24 93:12 115:12 126:14 141:15 146:9 149:20 167:19 182:19
**lateral** 117:16 190:6
**laughing** 84:14,17
**launchers** 176:6
**LAW** 2:8
**lawsuit** 8:1 18:5,20 135:15
**lawsuit's** 28:4
**lawsuits** 18:21
**lawyer** 19:10
**leading** 29:13
**leagues** 216:3
**learn** 161:14 164:1
**least** 9:5 43:24 44:3 47:8 75:8 96:7 130:18 157:20 159:10 164:24 199:25 201:18
**leave** 24:23 31:5 66:25 86:18,19
**leaving** 26:15 103:4
**led** 22:11 25:7 45:8 183:2
**left** 21:19 23:2 32:24 33:20 35:5,12 41:25 42:3,11 48:12,16,20, 24 49:2,5,8, 13,15,17 52:4,9,19,22, 25 53:2 54:9 58:15 62:7 68:19 70:6 75:25 76:6 77:15 81:4,24 86:1,5,6,18, 20,21 87:8 100:21 101:17 110:12,16,17, 25 132:24 133:1,13 145:15,22 146:3,7,20 149:11,18 169:7,8
**leg** 117:22 142:13 143:12 190:15,17 200:18 203:18
**Legal** 6:20

**legs** 118:2 123:4 190:7
**length** 102:4
**lengths** 51:19,24 75:9 78:11
**Lenox** 2:4
**less** 24:20 43:2 57:13 89:24 90:1,14 177:4 195:14 201:8,9
**lessened** 150:20
**lesser** 127:22
**let** 8:21 21:21 28:22 33:22 82:12 112:5 124:16 134:2 141:19 146:1 147:12 155:1 166:5 206:21
**let's** 97:6,9, 18 122:9 123:20 153:16 167:23 218:6
**letter** 4:12, 20 106:7 119:17
**level** 101:20 122:21 142:19 143:3,16 164:10 184:18 188:19 212:3, 4,19 213:9,15 214:9
**levels** 122:20 140:25 188:16,17 207:12
**leverage** 158:15,23
**Lexington** 11:8,13,15 13:20
**life** 150:10 167:7 171:17 197:7 211:1 212:7
**lift** 193:9
**lifting** 114:8 156:1,4,6 159:2 201:7 204:2
**lifts** 156:15, 20 157:7,14, 19 193:14 194:3
**ligament** 176:15,17
**ligaments** 176:16
**light** 54:14 156:8 201:20
**like** 8:6 13:4,13 14:14 15:22 17:12, 17 20:6 22:22 27:22 29:17 32:20 33:4 36:15,22 37:20 38:7 39:25 40:7 41:22,23 55:21 58:1,12 61:9 64:22 65:15,24 72:24,25 73:16 75:8 76:1,3,5 78:11 79:1, 12,22 82:12 86:6 89:5 92:7,20 94:17 96:25 99:15 106:25 108:9 109:7 112:25 114:11 116:22 120:15,25 126:19,20 127:20 128:9 130:5,23 132:18 134:5 136:4,10 138:12 142:20 147:18 156:14 159:23 161:3, 4,16,17 163:2 165:18,24 166:1 167:2 168:22,23,25 170:4 175:8, 19 176:11,14, 22 178:7,13, 24 179:3,4 182:18 185:4, 13 188:20 192:14 193:21,23 195:22 196:11 197:25 199:7, 25 202:24 205:13,19 206:5,6,19 207:15 211:5 212:16 216:6, 19 217:6 218:2
**liked** 209:18, 21
**limit** 43:19, 24
**limitations** 201:7
**limited** 204:6
**line** 52:19 53:2,6,9 82:17 140:24 167:13 200:19 204:22 205:22 214:22
**lingering** 197:19
**liquid** 127:23
**list** 73:5
**listed** 109:11
**listing** 97:10 129:2
**lists** 68:22 70:20
**little** 32:15 37:11 41:20 61:11 62:11 87:14 89:24 95:16 129:3,6 139:7 141:15 147:13 153:24 164:17 175:11 180:25 187:18 188:2 198:1 212:17 215:21
**live** 10:5 11:5,22 12:2, 16,21
**lived** 9:20 10:4,11 11:6, 11 211:10
**lives** 9:24 12:7 124:9
**living** 27:24
**LLC** 2:3 6:10
**local** 87:4
**located** 179:8
**location** 87:6 154:16
**long** 9:20 10:7 11:5 26:21 28:8,10 52:6 63:13 64:6,10,11,12 85:14 89:10, 13 104:15 109:8 114:15 126:22 129:21 133:12 149:24 151:18 152:17 153:3 154:20, 24 162:10 163:4,18 183:23 188:6 217:9
**longer** 64:14 77:21 124:15 135:4 154:11 185:21
**look** 65:24 110:23 120:17 128:22 132:22 134:3 141:5 145:14 162:25 166:14 167:17 191:2

**looked** 56:10 61:9 86:6 119:17 134:15 155:17
**looking** 33:21 34:19 51:23 77:13 80:6, 17,25 81:1 82:5,11 93:25 95:20 104:9 142:8 145:1, 18 184:22 211:20 216:24
**looks** 39:25 69:25 72:24, 25 75:8 76:5 78:11 79:1, 12,22 92:7,20 106:25 114:11 116:22 120:15,25 128:9 130:5, 23 132:18 136:4,10 138:12 165:18,24 188:20 196:11 199:25 202:24 205:18 207:15
**loose** 55:8
**lose** 54:17 211:9
**lost** 24:17 48:3 211:15
**lot** 8:17 72:14,17 73:8 87:5,16 88:1, 5 114:6,11 121:18 131:17 137:14 145:19 157:7 158:18 159:4 165:3 172:23
**lots** 176:7
**Louisiana** 94:5
**low** 28:14 102:1,6 111:20 122:11 137:24 140:5 142:12 187:7 188:23 203:18 211:21
**lower** 97:14, 21 98:2 101:1 109:16,19 110:7,9 127:13 142:16 143:1 156:14 160:19 179:10 187:22 188:13 197:20 200:17 212:14
**lucky** 139:24
**lumbar** 132:19 148:23 180:25 183:12 188:13 189:6 194:17
**lunch** 31:19

**M**

**M4** 179:23
**made** 6:3 36:7 48:7 67:14 84:8,12 91:18 95:7,13 132:3 187:20 210:24
**Magnum** 73:17 88:12,13 89:6
**mainly** 57:6 104:1 124:16 155:8 157:15 196:16
**maintain** 105:5,6 155:9,19 197:7 198:6,7
**maintained** 52:22 197:24
**major** 178:2 184:22
**make** 57:8 77:11 91:16 113:8 119:13 178:5 180:10
**makes** 158:13
**making** 48:22
**male** 38:15,18 62:14 63:2
**males** 140:21
**malfunctioning** 89:4
**man** 65:25
**managed** 22:20
**management** 174:1
**manager** 22:6
**manner** 57:11
**many** 12:5 23:24 32:20 38:22 40:3,18 51:19,24 64:24 103:20 104:6,8 136:25 151:11 162:22 179:1 189:11
**Maps** 81:14
**March** 120:15 133:20 135:1, 5 136:12,19, 21 137:10,12, 13 141:23 144:19,25 145:12 146:2, 8,12,13,24,25 148:3,8,15 167:24 168:6 192:19 194:14 209:2
**Marietta** 88:15
**marine** 16:24, 25 138:11 176:3
**marines** 16:18 18:13 176:4
**marked** 33:23, 25 34:3 68:6 71:8,10 74:7, 9,19,21 78:18,20 81:10,12 90:20,22 91:9 105:16 106:6 116:16,19 120:11,14 121:23 127:5, 7 129:25 131:10,13 132:12,15 133:16,19 136:1,3 141:2 145:9,11 165:10,12 179:25 180:2 186:8,12 189:14,16 192:16 194:10,12 199:18 202:16,18 205:4,7 206:23,25
**marker** 34:25
**marks** 54:23
**married** 11:18
**martial** 114:9 159:8
**massage** 103:18 104:2, 3 105:2
**master's** 15:11 16:3
**mat** 160:16
**match** 161:3
**matter** 6:13 7:25 40:14
**max** 193:22
**maximum** 19:8 204:15
**may** 6:2,8 8:8 23:18 25:19 39:9 127:9 166:22 207:16 215:3,13
**maybe** 31:12 37:16 124:24 163:6
**MCDONALD** 2:13

**me** 7:13 8:21 9:4,6 11:10 12:5 16:10 19:3,8 21:21 24:2 28:7 29:3,12 32:10,19 33:3,8,22 36:11 37:6,8, 24 41:21 48:4 50:19 53:20 54:11 56:7 57:7 58:19 60:14 63:11 65:23 66:4 68:17 72:9 73:25 76:10 78:11 82:12 84:16 85:3,17 87:14,21 98:9,15 99:3 100:9 101:3, 13,24 102:10 109:4 112:5 117:18 122:7 124:13 132:8 134:2 135:19, 22 137:2 141:19 142:15,17 146:1,10 147:12,16 149:25 150:8, 21 153:2 158:3,6,22 160:22 165:4, 8 166:5 177:22 179:5, 8,18 182:11 183:17,22 184:23 185:14 190:2 196:8, 17 197:1,4 198:14 200:6 201:24 202:4 203:23 204:8, 20 206:21 208:17 209:3 211:7 215:21

**mean** 37:20 41:22 57:5 59:16 82:21 89:19 94:11 98:12 138:18 144:3 149:13 167:12 176:2 183:14 187:11

**meaning** 152:18,22 210:19

**means** 134:13 166:10 167:10 190:25

**meant** 134:21 187:2

**mechanical** 89:2

**mechanisms** 72:14

**media** 218:6

**medial** 121:6, 14 146:20 189:6

**Medicaid** 174:16

**medical** 4:13 5:8,10 14:15 17:4,5,8 19:8,11 58:5 67:12 98:7 111:11 131:9 136:11 155:18 174:21 185:14 199:24 204:15

**medicalese** 145:19

**Medicare** 174:16

**medication** 32:1,2 113:13,19 126:18 153:20

**medications** 112:19 113:1, 14 138:3 151:24 152:3, 7 174:5,6

**medicine** 140:19 156:11,13

**medics** 180:12,15

**medium-duty** 201:7

**meet** 27:18 85:8

**meeting** 9:22 135:14 140:12 198:19

**meets** 83:8

**member** 12:24 85:8 154:20

**membership** 124:16 154:23,25 155:1

**memory** 29:12

**mentally** 115:13 165:6

**mention** 207:5

**mentioned** 13:2,11,15 18:24 30:1 33:21 95:23 100:6 101:1 129:19 132:9 152:15 153:5 157:22 168:17 169:16 184:24 185:12 211:4, 9,12

**mentions** 125:7 140:15

**Mercedes** 28:5,7 48:6 51:1 71:3,12 77:22 88:7 206:11,15,17

**mesh** 118:20

**mess-up** 146:11,16

**met** 7:23 112:6 136:7

**method** 127:22

**microphone** 94:19

**mid** 109:15, 20,25 110:4,5

**middle** 35:8 36:16 39:23 42:1 46:4,15, 24 120:17 122:9 125:24 128:1

**might** 30:15 60:14,21 74:12 93:5

**Mike** 94:4,6

**mildest** 143:16

**mile** 34:25 37:20

**mileage** 28:14

**miles** 41:1,17 42:18 108:2,6

**military** 16:2,9,10,11, 16,21 17:9 18:9,12 21:19 22:2,5,11,23 23:2,5,17,19 102:12 105:11 157:5,6 165:2 171:10 172:23 175:6,9,17 176:21 177:5, 15 193:21 200:14 203:5, 9,15 211:6

**milligram** 123:22

**millimeter** 17:13

**Mimi** 12:19

**mimicking** 17:15

**mind** 48:5 80:7 132:7

**mine** 36:5 91:9

**minor** 97:23 98:3,9 210:14

**minutes** 13:22 29:12 64:11
**misremembering** 215:23
**Miss/florida** 30:19,22
**missing** 119:13
**mission** 172:15 177:11,12
**mistake** 147:9
**mixed** 134:12
**MMA** 161:3
**MMI** 204:15
**model** 206:16
**Mohs** 2:4 6:24 7:17,20 28:22 33:23 43:4 44:15,22 47:9,16 49:3 50:2 72:5 75:11 76:13 78:13 80:3,22 92:1 96:9 97:2 107:19 134:18 136:14 150:15 153:13 171:20 175:1, 22 182:4,6 191:1,25 199:1 202:7 203:13 209:24 211:24 212:1, 12 214:5 215:5 218:21
**moment** 7:23 175:21 216:16 217:13
**money** 85:11 89:18,23 90:3 206:13
**monitor** 6:9
**month** 81:18 100:17 104:12,21 119:23 127:18 146:1,8 147:8
**months** 21:20 105:15 106:12,21 118:23 119:4, 5,6,8 130:21 135:10 136:12 138:7 147:24 148:5 187:3 188:8 197:16 213:4
**months'** 130:24
**Moran** 97:13 99:6 103:14, 16,21,25 104:7,15 105:9,13 106:7 110:7 112:6 114:19 116:12 119:21,23 120:4 131:14 133:20 134:9 135:1 136:20 148:10 155:16 173:20
**Moran's** 106:24
**more** 9:7 13:7 31:12 37:6 40:21,24 43:8 50:19 51:12 52:24 64:24 66:20 74:16 75:25 96:24 105:8,18 113:9,10 114:6,16 116:9 117:3,4 121:11 127:25 128:2 129:7 130:9,11 158:25 169:5 175:11 182:23 183:9,10,19 185:22 187:18 191:13 196:6 197:8 199:10, 15,16 202:13 204:20 205:21 207:21 208:11 212:6,17 213:21
**morning** 6:7 31:5,6,17 87:9 113:25
**most** 72:12 120:21,23 139:17,22 167:4
**mostly** 57:7 104:1 114:21 167:5 169:22 170:7 217:9
**mother** 12:14
**motion** 99:9 114:22 170:5
**motor** 18:4,5, 7 173:7
**Motrin** 99:5 123:22 124:1 126:20
**mounts** 72:17
**move** 36:16 46:22,23 52:15 57:11 60:4 86:10 116:8 158:16, 17 161:9,10, 14,19
**moved** 10:8 11:16 65:17 73:22,24,25 79:7 80:13 86:5,11,12 128:25
**movement** 105:6 198:9
**movements** 135:23
**moves** 161:7,8 163:24 164:13,19 210:14
**moving** 42:21 44:19 45:17, 23 46:3 55:6 108:1,5 198:7 204:1
**Mr** 2:19 3:5 6:22,24 7:6, 17,18,20,22, 23 10:14,21 28:22 29:1 33:23 34:1 43:4,5 44:15, 17,22,24 47:9,12,16,18 49:3,6 50:2,8 68:10,11 70:20 71:9 72:5,8 74:8, 20 75:11,13 76:13,15 78:13,16,19 80:3,5,22,24 81:11 90:21 92:1,3 94:24 96:9,15 97:2, 5 105:19 106:3,4,19 107:19,22 115:2,12 116:17 120:12 121:24 127:6 130:1 131:11 132:2,13 133:6,10,17 134:18,19 136:2,14,15 141:3 145:10 150:15,16 153:13,15 165:11 171:20,21 175:1,4,5,22, 23 176:8 180:1 182:4, 5,6,7 185:20, 24 186:9,10 189:15 191:1, 4,6,25 192:5, 17 194:11 199:1,4,19 200:6 202:7, 10,17 203:13,

16 205:5 206:24 209:24 210:1 211:24 212:1,8,12,24 214:5,6 215:5,11 218:19,21,23 219:4
**MRI** 117:2 132:2 188:10, 13
**MRIS** 151:11 208:18,23
**Ms** 2:18 9:23 11:22 13:2 27:17 28:18 29:24 32:11 53:18 54:2 61:1 67:7 215:21
**much** 44:8 64:14 105:20 124:8 128:2 129:7 134:4 135:4 138:24 169:5 177:4,7 185:20 193:18 197:1 205:20
**multiple** 188:15 202:25
**municipalities** 22:22
**mus** 207:22
**muscle** 207:25
**musculoskeletal** 207:25
**MVA** 117:9,11
**MVAS** 208:17
**my** 7:23 8:21 12:7 20:11 26:8 29:11 30:7,9 34:17 37:11 38:7 46:19 48:5,16 49:12,14 54:7 56:10 59:3 66:17 75:18 78:3 80:10 82:15 87:3 88:2 94:19 97:13,21,24 98:1 99:14, 19,20 103:17 109:21 115:17 120:23 121:19 123:19 124:16,23 131:7 138:18 139:7,13 142:6 155:13 156:24 157:15,16 165:1 175:13, 15 179:10,17, 19,20 182:16 183:7 193:24 194:5 196:10 197:6,8 198:16 199:8 202:5 206:13 208:8 210:6, 25 211:10 212:7,14 214:9,25 216:9 218:20 219:5
**myself** 34:16 107:24

**N**

**nails** 76:21
**name** 9:12 12:9,18 22:15 25:18 201:3
**name's** 7:24
**names** 9:15 92:14 201:4
**Nancy** 35:1 44:6 56:10, 12,19 60:4, 15,19 62:1 63:5,6,19 70:25 85:3,20 91:25 168:17 169:16 176:19 190:16
**Nancy's** 20:20 36:5 59:4
**narrative** 34:19 68:24 112:3
**nature** 87:23
**nausea** 194:22
**NE** 2:4 9:18
**near** 13:21 62:7 180:24
**nearly** 177:4 213:11
**necessarily** 129:11 138:20,21 159:15
**neck** 97:13,24 98:3,10 99:1, 9,12 100:1,4 109:11 120:20,24 121:13,19 125:15 128:2, 4,6 137:19 140:1 142:12, 16,23 170:22 172:3,6 208:1,4
**neck's** 131:17
**need** 8:25 9:6 129:23 146:15 149:24 150:10 152:14 169:12 175:3 208:8 214:13 215:3, 13
**needed** 117:3 210:6 211:9
**needs** 208:6
**negate** 158:24
**negative** 90:13
**neither** 125:12
**nerve** 104:24 125:23 126:2, 3,6,8,9 150:4 167:15 181:3
**nerves** 126:10 150:3,4 195:25 214:24
**network** 178:8,10
**neurosurgeon** 117:1
**Neurosurgery** 5:14
**never** 111:19 112:6 134:2 135:6 158:22 160:9,11 174:16 176:4 184:5 194:3,7 215:3
**new** 28:12 122:12,22,24 132:2 160:15 187:20 210:22 211:19,23 212:2,5,9
**next** 23:2 31:13 56:8 59:2 67:22 92:5 93:17 103:11 108:12 111:3 112:18 114:2 124:9 129:9,14 134:23 138:2 141:14 142:6 145:7 164:6 166:13,16 172:15 187:25 200:5,24 205:22 207:16 208:1
**night** 32:7 87:4 93:15
**no** 4:3 5:3 9:16 11:8,19, 21,24 12:1,7, 13,21,23 13:1 15:3 16:6,9 17:24 18:2,8, 23 19:17

20:1,12 21:2, 11,14,17 26:16 27:13, 16,22,23 28:13 30:7 31:16,22,23, 25 32:3,6,9 33:25 37:1,19 38:7,11 39:4, 11 41:24 42:10 43:1 44:7 46:22 48:13 51:14 53:15 54:19, 22,24 55:3, 11,16,19,22, 24 56:2 57:22,23,25 58:5 59:24 60:2,18 61:8, 24 62:25 63:3,15,18,21 64:22,23 65:7 66:22 67:16, 21 68:6 71:5, 8 72:4,6 73:24 74:3,7, 15,19 75:1 77:2,5,12 78:18 79:3,4, 11 80:1 81:5, 10 83:23,25 84:15 85:23 89:22 90:13, 20 91:1,13 92:9,14,18 93:14,19 94:3,8,12 95:22 96:18 100:2,5,22,24 102:15 103:2, 8 104:13,21 105:16 111:13 115:5,18 116:7,16 117:12 119:19 120:1,11 121:13,23 123:18 124:8, 15 125:19,21 127:3,5 129:17,22,24, 25 131:4,7,10 132:8,12 133:16 135:25 136:1 137:15 138:3 139:4 140:3,13 141:2,24 143:7 144:23 145:9 146:10 147:16 148:1, 13,16 149:7 150:25 151:4, 9 152:2,5 154:3,7,10,11 155:13 156:17,19 157:6,19 159:21 160:8, 10,13 163:14, 17 164:5 165:10 166:11,18 167:11 168:16 169:2 170:4, 21,23 171:4, 19,24 172:2, 5,6,8,11,19, 21 173:9,12, 16,18,25 174:3,7,8,17, 19,24 175:24 176:12,13,15, 18 178:5 179:4,25 181:7,22 184:4,9 186:8 189:14 190:3 192:16 193:4, 6,12,15,17,24 194:10 196:2, 3,9,13 199:18 200:13 201:1, 24 202:12,16 205:4 206:13, 23 207:11,20 208:24 209:13,15,17, 23 210:16 214:15 215:20 216:6,14 217:13,16,19 218:8,12,15, 18

**Nobody** 132:8

**nod** 8:14

**nods** 9:9 143:20

**none** 165:4 194:25

**normal** 8:18 184:8

**normally** 14:18

**north** 62:9 73:20

**northbound** 32:12 39:13, 17

**Northern** 6:16

**Northridge** 88:11

**not** 13:9 15:1 20:7 26:7 28:23 30:7, 23,25 34:16 37:23 38:7 39:11 40:5, 12,20 44:11, 19,23,25 45:4 48:14 49:4 51:17 53:8,11 54:17 59:24 60:23 64:11, 14,21 67:5 70:9,12,15,22 71:1 72:6,9 74:6,25 77:10 80:15 82:12 87:13 88:2 89:7,13 90:13,17 91:24 96:23 98:17 99:24 102:8,22,25 103:3 104:8, 13 105:10 112:4 113:16 115:3,17 116:3 119:1, 13 120:24 121:13 122:4, 19 123:2,15, 16 124:8 125:21 126:2, 7,8 127:1 128:3 129:1, 10 132:3 133:9 135:12 136:11,17,18 137:8,9,21 140:3,13 141:10 142:21 143:5 144:4,6 147:2,16 150:5 156:12, 21 158:15,17 159:22,23 160:1,8,13, 16,17,19 161:2,3,4,10, 15,17,22 162:1,3,4,5, 12 163:6 164:22 166:25 167:5,16,19, 21 169:2,14 173:5,6,14, 16,17 175:20 176:9,12 177:4 181:22, 25 182:16 183:1,7 184:14,25 190:1 191:23 193:24 194:5, 25 195:3 201:4,24 203:10 206:9 207:14 208:15 209:3 210:2 213:11 214:3 215:13 216:10,16

217:12,13
**note** 4:17 5:5 37:25 110:12 180:3
**notes** 4:23 5:15 129:2 218:20
**nothing** 66:9 99:15 111:21 150:21 176:13
**notice** 7:9
**noticing** 140:16
**November** 186:15 189:17 208:19
**now** 11:23 15:1 25:23 27:7 28:1 43:12 56:6 68:1 94:17 99:8 100:23 101:11,21,22 109:24 118:22 121:17 122:2 129:17,23,24 132:14,15 141:4 147:24 148:5 152:4 163:7 169:2, 13 175:15 184:7 190:12 201:20 209:20 210:11,18 212:11 213:4, 13 214:5,7,17 215:8 216:15, 21,23 217:11
**number** 6:13 10:22,23 12:6 68:22 82:10 91:2,11,12,21 92:10,11,22 93:4,17,18 94:13,14 111:8 114:2 119:18 121:25 130:2 166:7, 18 186:12
**numbers** 92:14 93:1
**nurse** 143:2

O

**O'DANIEL** 2:13 3:5 6:22 7:6, 18,22,24 10:14,21 29:1 34:1 43:5 44:17,24 47:12,18 49:6 50:8 68:10 71:9 72:8 74:8,20 75:13 76:15 78:16, 19 80:5,24 81:11 90:21 92:3 94:24 96:15 97:5 105:19 106:3 107:22 116:17 120:12 121:24 127:6 130:1 131:11 132:13 133:6,10,17 134:19 136:2, 15 141:3 145:10 150:16 153:15 165:11 171:21 175:4, 5,23 176:8 180:1 182:5,7 185:20,24 186:9 189:15 191:4 192:5, 17 194:11 199:4,19 202:10,17 203:16 205:5 206:24 210:1 212:8,24 214:6 215:11 218:19,23 219:4
**object** 43:4 44:15,22 47:9,16 49:3 50:2 72:5 75:11 76:13 78:13 80:3,22 96:9 97:2 107:19 134:18 136:14 150:15 153:13 171:20 175:22 191:1, 25 199:1 202:7 203:13 209:24 211:24 212:12 215:5
**objections** 7:13
**objects** 216:13
**observations** 69:12
**observe** 43:23 45:20 74:4 84:1 86:9
**observed** 66:7
**obstruction** 210:25 211:1
**obtained** 14:13 158:1
**obvious** 62:23
**obviously** 17:6 153:17
**occasional** 213:2
**occasionally** 13:8,12 94:12 178:4 201:8
**occasions** 125:1
**occupational** 181:25
**occur** 29:8,20 48:7,9 65:6 125:17
**occurred** 8:2 33:1 34:23 40:4,15 41:5, 9 42:9 44:8 45:22 47:2,24 48:1 50:1 51:2,15 53:6 55:6,13 61:21 63:14 66:25 67:18 70:3 76:1 81:22 82:7 104:14 125:12 136:4 151:1 154:4 157:3 158:1 175:14 179:15 198:4 208:17 209:10,22 214:1 215:17
**occurring** 212:25
**occurs** 32:16
**October** 131:16
**of** 2:1,2,12 3:1 5:16 6:1, 4,5,6,8,11, 12,13,16,22, 25 7:7,8,10, 14,15 8:9,14, 17,18 9:22 10:2,10,25 11:10,25 12:24 13:4 14:12,14,17 17:3,8,11 19:6,13,24 20:15,20 21:4,9,12,21 22:12,15,18 24:5,19 25:4, 13,24 26:2,4, 9 27:17,24 28:7,16 29:7, 16,19 30:7,9, 13,16 31:15, 18,21,24 32:7,15,25 33:7,8 34:6 36:10,16,19, 21,25 37:9, 24,25 38:1,7, 8,9 40:8,14, 15,16,18 41:14 42:21, 25 44:2,9,10,

20,21 45:5, 16,21 46:1,7, 9,10,17,20 47:7,15,25 48:1,2,6,20, 21 49:25 50:4,6,15 52:18 53:8, 23,24 54:7,12 55:8,23 56:12,17,20, 24 57:10,11, 12 58:7,8,10, 17 60:3 61:7, 20,23 64:19, 21 68:13,18, 24 69:1,4,5, 11,14,18,19 70:10,15,19, 20 71:12 72:14,17 73:5,8,12,13, 15,20 74:1,23 75:9,10,16 76:6,22 77:6 79:5,10,20 80:21 81:5,6, 14,16 82:24 83:2,15,21,24 86:5 87:3,5, 20,22,23 88:2,7,10,14, 20,23 90:1,3, 24 91:6 93:9 95:7,8,23 96:3,14,17 97:23 98:7,16 99:9,17,18, 19,22,24 100:11 102:1, 4 103:7,22 104:9 105:3, 25 106:5,9, 16,20,23 107:5,7,9,10, 14,17 108:1,2 109:9,12 110:8,12 111:10 112:3, 8,9,10,16,22 113:10,13,14, 19 114:3,12, 20,22 115:1, 10 116:5 117:5,6,9 118:11 119:4, 6,20 120:15, 18 121:12,18 122:9,11,13, 20,21 123:1, 2,22 124:11, 22 125:12,20, 24 126:14,19 127:11,12,21, 22 128:1,10, 12 129:2,8,18 130:3,23 132:2,6,7,16 133:24 134:9, 16 135:9,21, 22 136:12,21 137:1,12,14, 15,19 138:16, 22,24 139:13, 14,17,18,22 140:22 142:4, 12,19 143:3, 4,22,25 144:12,13 145:2,7,19 146:19 147:4, 18 149:2,13, 20 150:10,13 151:6,19,23, 24 152:12,13 153:20 154:5, 9,21 155:4,15 156:2,10 157:7,8,14 158:7,18 159:6,10 160:4 161:3, 15 163:2,15, 16,22 164:4 165:3,4,6,19 166:1,14,22 167:8,24 168:6,13,14, 23 169:22 170:1,2,3,8, 9,20 172:1, 22,23 173:10 174:10,21 175:8,21 176:5,9,10, 23,24 178:4, 21 179:11,14, 18,20 180:12, 15 182:14,16 183:8,18 184:2 185:7, 12,14 186:6, 11,13 187:11, 13,20 188:9, 17,19 190:4, 5,6,15,17 191:13,16 193:24 194:13,17,22, 25 195:12 196:19 197:10,11,25 198:1,8,18,20 199:23,24 200:1,16,19, 21,25 201:7, 11 203:7 204:3 205:8, 19,25 207:5, 6,9,12,16 208:10,11 209:1,2,3,21 210:7,18,23 212:3,4,6,13, 21 213:1,9, 17,20 214:8, 9,12,25 215:2,8,25 216:3,12,21 217:3,12,15, 17,20,24

**off** 10:14,16 17:16 30:7 38:7 53:14 56:12 57:12 58:12 68:4 76:10 81:14 88:2,10 97:9 105:21 116:23 129:21 139:10 153:3 172:24 182:16 186:2 193:24 203:7 215:25 218:24 219:9

**off-the-record** 10:18

**offering** 85:17

**office** 4:23 5:15 65:9 122:5 123:19 136:9 147:17 169:17

**officer** 64:25 65:24 66:5,13 69:23 70:1 78:24 79:2 84:1

**officers** 67:4 218:1

**official** 24:6

**officially** 13:9

**often** 104:13 123:14 170:11

**oh** 61:24 97:12 116:11 162:24 168:19 205:23

**okay** 7:18 8:5,8 9:8 10:1,10 11:18 12:11,24 14:1,5,8,11, 20 15:12,22, 25 16:7,10,20 17:4,22 18:9 19:24 20:2, 19,22,25 22:23 23:1,5, 24 24:2,11 25:6 26:11, 17,20 27:1, 14,22 28:14,

16,25 29:11, 19 30:1,6,19, 25 31:7,14 32:4 33:6,10, 13,21 34:6,25 35:15,19,23 36:7,18 37:6, 17 38:9 39:12 40:13,21,25 41:13,19,22, 25 42:15,20, 24 43:12,15, 19 44:12,18 45:8,15 47:13,23 49:19,24 50:13 51:1,5, 8,12,24 52:11,23 53:1,5,8 54:25 55:15 56:5,14 57:8, 18,20 58:2,23 59:6 60:16 61:3,6,15,25 62:13,22 63:1,6 64:2, 10 65:3,15, 16,23 66:1,9, 18 67:4,13,25 68:2,18,24 69:9,16 70:2, 5,13,25 71:14,16 72:13,23 73:18,25 74:2,13 75:8, 14 76:5,9 77:6,10,20,25 78:17 79:4,9, 22 80:12 81:9,21,24 82:5,19 83:11,21 84:7,16 85:2, 11 87:10 88:16 89:15 90:12,15,19 91:6 92:4,21, 23 93:1 94:1, 13,22 95:1,19 97:6,7,22 98:9,12 99:3, 11,16,22 100:6,19 101:13,20 102:1,13,16, 24 104:6,14 105:8 106:14, 15,23 107:2, 5,12,23,25 108:8,12,18 109:11,14 110:20 111:16,22 112:3,12,18 113:18,24 114:8,11,23, 25 115:19,24 116:12 117:5, 8,15,21,25 118:12,21 119:3,9,12 120:19,25 121:10,11,14, 16,20,22 122:8 123:3, 9,20 124:19 125:6,25 127:1,4 128:13,16 129:9,16 130:7,8,10,22 131:2 132:6, 17,21,25 133:5,11,15 134:8,22 135:4,11,19, 24 136:21 138:2,14 139:2,9 140:4,10,18 141:6 142:10, 11,25 143:15 144:3,16 145:1,8,13 146:22,25 147:2,7,11 148:8 149:5 150:9,23 151:20 152:12 154:1,14,20, 24 155:3 156:17,22 159:12 160:13 161:19 162:16 163:12 164:3 165:7,16,20 166:9,12,20, 24 168:3,11 169:3,25 170:13 172:16,22 175:4 176:12, 19 179:5,15 180:14,16,21, 24 181:4,8,15 182:11,21 183:2,4,13,22 184:1,7 186:1,21 187:6,13,21 188:9,22 189:8,19 190:9,17,22 191:5,11 192:6,11,15 193:2 194:19, 23 195:8,24 196:4,7,11,14 198:18 200:15 201:2,6,17,22 202:2,6,11 203:11 204:5, 10,13,18 205:12,18,23 206:8 207:9, 17,21,25 208:3,10,12, 25 209:6 210:8 212:2 213:10,18,24 214:11,16,19 216:6,15 217:10,14 218:5

**old** 30:22 36:22 102:11

**older** 36:22 160:1

**Ole** 30:19

**on** 2:2,12 6:8,22,24 8:3,24 10:19 15:15 20:15 28:4 29:3,4, 14 31:21,23 32:12 34:6,9, 15,16 35:1 36:3 37:6,8 39:13,16 43:8,15,22 44:7 45:10 48:16 49:10 50:23 53:16, 24 54:23 55:15,21 56:11 59:5, 19,20 62:7 65:17 66:18 68:8,19,25 69:23 70:14, 18,22 71:12 72:2 76:20 77:23 79:6,22 80:12 81:4 82:17,24,25 86:6 87:20 88:7 89:23 90:1,24 91:4, 5,8,18,24 92:2 93:8,9, 15 94:13 95:3,8 96:11, 13,25 98:9 100:22 102:3 103:6 104:17 106:1,4,25 108:13 110:11 111:7,10 112:18 113:8, 13,19 114:12, 21,23 115:11 116:23 118:12 121:1,25

122:3,4,10 123:21 124:6 125:1,6,8,10, 15,22 126:20 127:13 130:5 134:1,15,24 136:4 137:7 138:19 139:13,24 140:4,24 142:11 144:1, 3,8 145:14, 15,16,25 146:18 149:6, 16,25 151:14, 15,20 154:5 155:17 159:4, 11,14,16,20 160:20,23 161:7 166:1, 2,7,13,14,15, 18 167:18,23 168:1,21,25 172:15 173:4 174:16 176:4, 7 177:11,12, 14,19,20 178:2,23 179:10 181:21 186:6,10,23 188:9,13 190:17,22 191:16,19 192:4,14 194:20 195:4 197:5,8 198:16,25 200:5 201:6, 14,25 202:5, 24 205:18,22 207:4,15,21 208:6,7 210:10 212:7 215:9,16 216:9 217:1, 11 218:6,10 219:2

**once** 8:7 21:19 51:15, 19 89:10 101:16 104:12 162:14 182:12 213:25

**one** 12:7 13:4 18:7 20:17 24:15,23 30:13,16 40:21,24 44:3 46:10 49:16 51:10 54:14 64:25 65:21 74:23 75:20 77:6 82:10 87:16 88:11, 14,15 95:23 102:2 105:17 106:16 108:25 111:8,13 112:10 113:8 116:19,23 119:1 121:14 122:1,2,6 125:12 126:12 130:2 133:22, 23 136:23 137:9 139:24 141:4,8,11, 14,23 142:11 144:21,23 145:2,4,25 146:7,8,13,15 147:7 148:1, 6,17 149:2,3, 14,19 151:17 154:14,15 156:12 164:22 170:3 173:8, 15 175:1,16 179:14,20 180:12,15 182:19 185:22 189:23 190:1 192:12 201:3 205:1 208:18, 19 209:21 212:15

**one's** 93:2,3 127:9 130:3 201:3

**ones** 87:24 102:22 113:22 153:23 178:14 195:15

**ongoing** 101:11,12 209:19 213:1

**online** 16:4 163:1

**only** 24:20,22 88:14 124:21 139:18 142:22 148:20 154:23 167:18 203:6

**open** 138:23, 25 183:24

**operating** 185:1

**operations** 17:3 23:10

**Operative** 4:14,19,22

**opinion** 45:4

**opinions** 96:20

**opponent** 159:9

**opposed** 8:14

**or** 8:14,15 11:6 12:6 13:4,6,8,12, 16 14:12 17:23 18:4,22 19:6 20:8 21:10 23:13 25:19 26:4,24 27:5,11,22 30:16 33:17 35:16 36:13, 15,23 37:21 38:10,12,14, 24 39:5 40:10,21 41:10,20 42:18 45:4,5 47:21,25 48:1,15 52:15 54:14,15,20, 23 55:4,20,25 58:9,12 59:19 60:22,23 61:16 62:10, 23 64:7,22,25 66:1 67:14 71:4 73:22 76:1,24 77:7 79:20,23 80:13,21 81:3,14 83:24 84:9,12 85:14 86:19 89:22 91:25 95:23, 24 96:5,20 97:10,16 98:13 99:12, 23,25 100:20, 23 101:11 102:1,2,6 103:11 104:3, 9,12,23 106:6 112:3,14 113:16 121:12 123:10,17 124:1 127:23 128:18 129:2 130:11,14 133:23 139:19 140:1 144:22 147:20,21 149:18 150:6 151:16 152:8, 18,23 154:2, 6,9 155:12,14 156:1,15,20 157:14,19 163:9,24,25 167:3,6 168:22 169:12 170:3 174:16, 23 175:9,10, 18,19 176:16, 22 178:6 179:9 180:9 183:3,7,23 185:12 191:23 193:9,25

195:25 197:25 200:12 203:1 204:15 206:5 208:1,17 215:22 216:6 217:3
**orange** 75:20 82:19,22
**order** 5:16 90:2 205:7
**organizations** 12:25 13:3
**original** 5:21,22
**orthopedic** 5:10 182:18 189:20
**other** 9:15 12:11,21 13:8 14:5 16:7,9 18:6,21 20:11 21:9 25:25 27:14 28:24 40:24 45:10, 12,13,15,17, 18 46:19,22, 23 59:10 61:4,15,16 63:22 64:20 66:23 67:13 69:14 72:1,9 73:2 79:4 83:21 84:14 85:17,18 97:1,22 98:6, 17 99:11 100:25 102:2, 5,8,11,13,16 104:23 105:10 108:5 113:1 116:13 121:12 138:21 144:24 148:11 149:5 152:14 153:23 159:24 167:3 168:14 169:25 171:3,16 173:10,23 175:8,15,18, 20 179:20 192:3 193:2 206:6 208:22 209:8 210:23 216:8 217:5, 12
**others** 73:16
**otherwise** 105:7 155:10
**our** 35:4 52:3,21,24 53:13 62:20 69:15 183:18
**out** 13:9 31:2,18 32:9 36:16 40:22 44:2,10 56:12,17,19, 22 58:7,8,17 60:3 62:1 73:7 74:1 75:3 76:1,3 77:1 81:5 86:5 87:5 88:3,15 96:6 105:5 109:12 110:12 112:24 114:9 139:22 143:22 157:8, 11 161:24,25 162:7,15 163:24 167:9 168:25 169:13 175:13 177:23 179:21 180:10 196:2 208:10 211:16 216:19,21 217:24 218:2
**outline** 216:9
**outside** 38:10 61:20 98:7 115:10 139:13
**over** 8:10 19:4,16,23 24:18 28:23 43:24 53:2,5 59:19,20 60:4,22 62:20 106:24 111:5 114:12 116:3, 4 117:24 123:21 129:4 163:21 170:7 190:21 191:14,21,24
**over-the-counter** 124:1,3
**overall** 200:19
**overpressure** 138:16,22
**overseas** 198:17 204:9
**owed** 90:1
**own** 67:12 155:12,13 197:8
**owned** 10:2
**owner** 28:16

**P**

**p.m.** 34:20 91:18 93:3, 12,25 186:4 219:1,10,11
**page** 3:4 4:3 5:3 68:25 70:18 110:11 111:7 114:2, 3,23 122:3,10 123:21 124:9 137:19 138:2 144:12 145:15,25 146:18,19 165:23 166:13,14,16 167:8,18,23 188:9 189:5 190:22 194:17 199:23 200:5, 17,24 201:6, 14 202:24 205:18 207:16 208:6
**pages** 111:3 207:22
**paid** 34:18 85:9 198:15, 16 199:8
**pain** 97:13 98:13,14,17, 25 99:25 101:20,22 102:5 104:17 108:24 109:12 111:4,20,25 112:7 117:15, 18,20 118:9 120:21,24 121:6,18 122:11,12,18, 20,21,22 123:3,22 125:2 126:16 127:12 128:2, 9 129:7 133:24 137:24 140:1,5 142:7,12,19, 21,23 143:1, 3,13,16,25 144:10 147:17,20 150:6,18,20 152:6 155:20 174:1,4,6 176:21,24 179:6,13 187:7,14,21 188:2,23,24 190:5,6,18 197:11,20 198:1,9 200:17 203:2, 18 207:6,9,12 208:1,2,4 209:19 210:12,22 211:19,21,23 212:2,3,4,5, 9,10,20,23 213:2,8,9,15

**painful** 195:21
**pains** 102:8, 11,13,16,19, 20 104:23 105:10 117:23 195:5
**Pakistani** 178:10
**par** 181:18
**paragraph** 69:24 107:6, 10 108:12 111:10,14 112:19 114:23 120:18 122:10 123:6,21 125:24 132:23 187:25 190:5, 8
**park** 168:18, 22
**Parkman** 2:18 6:19
**part** 70:10 72:12 83:15 96:3 100:25 112:3,22 159:10 160:4 176:10 180:17 200:25 205:25
**partially** 47:8 96:7
**participated** 84:9
**participating** 164:4
**particular** 31:9
**particulars** 20:4
**parties** 70:19
**partner** 161:6 162:5
**parts** 72:14 89:3 97:10, 19,22 98:6 103:24 180:17
**pass** 162:6
**passed** 65:12
**passenger** 28:19 35:2,13 39:5,7 70:7, 15
**passing** 42:6, 8 65:1,4 77:8
**past** 34:25 48:7 111:11, 15 127:18 156:24 168:3, 6,24 213:4
**patient** 5:8 14:22 110:24 111:11,15 181:8 195:4
**patient's** 126:16
**Patients** 108:12
**pattern** 38:1 43:10
**pause** 95:16, 17
**paved** 48:21 76:12
**pavement** 48:17,18
**pay** 72:20 87:5 89:17 90:3
**paying** 29:14 199:9
**Peachtree-dunwoody** 9:18 10:11
**people** 66:20 77:1 84:14, 17,18 96:17 159:24 160:5 161:11 185:3 211:8
**per** 41:1,17 108:2,6 129:11
**percent** 70:10,12 121:6 128:11 129:15 131:21 161:11 184:8, 14 196:12 202:1 204:11
**perfectly** 9:4
**perform** 26:8 161:9,10 163:24 193:8
**performance** 76:20
**performed** 151:5 204:3
**performing** 160:4
**Perimeter** 4:18,21
**period** 22:9 40:15,16 79:10 88:20 106:25 137:15 141:25 150:13 168:12 197:25 198:8 212:21 214:12
**permanent** 184:3 201:15
**permanently** 204:6
**persist** 188:2
**person** 70:21 136:8 181:8 202:1
**Personally** 134:13
**personnel** 64:7 67:10
**pertaining** 83:22
**PHAP** 216:25
**pharmacies** 153:19
**pharmacy** 154:17
**phone** 4:11 19:23 29:4 55:15,21 60:22 66:18 71:17 83:19 90:24 91:19, 22
**phones** 92:12
**phonetically** 113:2
**Photograph** 4:6,7,8,9,10
**photographs** 83:17,22 84:2
**photos** 71:16, 22,23
**physical** 4:16 5:4,9,17 49:13 105:6 114:22 138:21 155:8,9,17,18 159:1 165:6 184:18 185:7, 13 188:1,3,5 193:1 197:7 198:6 199:25 202:5 204:4
**physically** 75:24 76:6 165:7 210:20 211:8 214:3
**physician** 122:10 198:16
**physician's** 14:22 15:2
**Physiotherapy** 5:11 192:22
**pick** 67:19 93:8
**picture** 71:14 73:21 74:10, 11,22 75:4,21 76:16 77:14 78:21,22 80:12,14,15, 18 81:2,25 82:6
**pictures** 74:23 75:3 84:4

**piece** 176:23
**pile** 36:14
**piled** 59:19
**pileup** 45:11
**pillar** 54:8,9 99:15,17,19
**place** 19:21 62:1
**placement** 139:14
**places** 150:5
**plaintiff** 2:2 6:25 18:22
**plan** 15:1,4, 12 104:16 125:6 191:5
**planned** 196:12 215:19
**plans** 125:19
**plateau** 197:2,15 200:22
**plateaued** 200:19
**play** 94:18,21 206:12 216:5
**played** 94:23
**please** 6:21 7:2 9:12 186:1
**pleasure** 9:22
**point** 34:14 38:2 48:2,6, 11 50:20 52:18 56:6,25 61:7,16,25 62:2,12 79:4 80:13 82:6 101:16 109:12 110:3,13 116:2 120:17, 20 128:6 130:5,16,25 131:20 132:18 136:11 138:8 139:16,17,21 142:15 143:15,25 144:21 150:19 161:22 162:1, 6 181:23 182:1 184:1 190:15 197:14 200:18,21 204:19,25 207:6 209:9, 16 213:7,13 214:13,17
**police** 20:17 34:4 36:8 46:8 59:3 60:11 62:20 63:23 64:8, 12,17,20,25 66:5 68:13 70:23 71:1 87:16,18 217:25
**popped** 210:23
**portion** 68:24 138:24 139:18
**position** 43:15 160:6, 12 162:10,14, 15 197:24
**positioned** 99:20
**possibility** 129:20 134:16
**possible** 39:18 43:14 47:11,22 74:23 76:8 78:22 93:19 108:20 110:18 134:17 152:24 211:11 215:1, 3,13
**possibly** 58:12
**post** 218:10, 16
**potential** 125:9 184:22
**pounds** 116:3, 4,8,9 169:20 177:9 201:8,9 211:15
**PR** 193:22
**practice** 162:6
**practices** 158:21
**practicing** 161:16
**pre-medical** 14:14
**precaution** 161:25
**predating** 137:3
**predicated** 96:13
**preexisting** 71:4 201:19
**preowned** 28:13
**prepare** 20:10,13 211:11
**preparing** 216:23
**prescribed** 151:24
**prescription** 32:2 113:19 124:2 152:3
**present** 2:19 6:20 117:6 127:11 200:16
**presented** 9:2
**Presents** 203:18
**president** 24:7,8
**press** 156:8
**presume** 180:11 192:24
**pretty** 51:22 57:6 104:18 109:22 122:22,24 138:24 198:22,23 212:14
**prevented** 49:2,16 164:3 213:21
**preventing** 49:7 75:24
**previous** 112:16 187:19 200:6
**primary** 118:25 119:1 173:13
**prior** 21:3 46:21 80:16, 18 83:6 103:23 112:10 121:19 137:12 148:24 154:22 171:23 172:4, 17 175:15 178:1 193:20 206:20 210:21 211:5 212:5, 18,25
**pro** 164:18
**probably** 16:2 23:9 31:12,19 42:13,18 71:15 74:18 80:16 82:16 83:6 86:15,17 93:14 94:16 95:18 142:24 147:10 167:13 168:2 180:14 182:18 191:21 192:6
**problem** 98:3 109:19 131:7 137:15,21 174:4 182:24
**problems** 110:17 117:3 170:20,22 171:23 172:18

184:22 195:20
**procedure** 5:5 7:11 121:21 126:24 135:19 141:18 145:18 146:18,20 147:22 148:20 149:17,21 150:1,2 152:8 181:16 183:5, 6,11,14,15 192:14
**procedures** 122:25 123:1 126:8 131:3 149:5,24 151:3 214:8
**proceed** 132:3 168:25
**process** 19:5 191:6,9,20
**produces** 113:10
**proficiency** 164:12,19
**prognosis** 134:11,14
**program** 26:23 161:13 216:25
**progress** 191:21,24
**prolonged** 197:24
**pronounced** 203:1
**pronouncing** 25:19
**properly** 158:24
**protected** 177:6
**Protective** 124:22
**providing** 24:4
**province** 23:7,9
**PSS** 124:19
**PSSS** 124:22
**PT** 192:25 193:2
**public** 16:3 216:25 217:4, 5
**Publix** 153:21,25 154:2,16
**pull** 44:2 45:21 46:1 47:15 156:9
**pull-up** 170:17
**pull-ups** 168:18,25 170:16
**pulled** 44:10, 20 46:17 47:7 73:15 96:6
**pulling** 40:22
**purple** 164:7, 13,24
**purpose** 6:11
**purposes** 7:10 56:15
**pursuant** 6:3 7:8
**push** 132:9 152:19 153:3
**push-ups** 156:9 170:13, 14
**pushed** 74:1 86:5
**pushing** 132:7,8
**put** 68:12 89:23 94:19 106:5 112:15 115:6 118:20 129:20 139:21 147:16 179:20 184:16 186:11

Q

**qualified** 27:3 183:9
**question** 7:14 8:19,21 9:2,5 20:7 28:23 46:19 48:3 49:12 67:22 75:23 85:19 175:12,15,23
**questioning** 219:5
**questionnaire** 207:22
**questions** 7:13 9:4,6 17:25 20:8 135:22 142:20 198:21
**quick** 8:10 10:15 14:23 94:18 198:22 206:22 218:20,21
**quickly** 40:6 50:6 158:23
**quite** 128:16 163:6
**quote** 152:16

R

**radiates** 195:6
**radiating** 122:12,17 123:3 143:13 180:18 187:7, 14,22,23 188:23 190:6, 18 198:1 211:21
**radiation** 143:10 197:22,23 213:2
**radio** 55:25
**radiofrequency** 101:15 104:24 125:7,14 126:3,9 127:21 128:3, 25 130:15,17 131:6 132:19 135:7 137:25 142:5 144:14 146:21 151:7 167:14
**radiographs** 190:23
**raises** 156:8
**ramp** 58:12
**range** 99:9 114:21
**rank** 18:15
**rate** 124:14 168:7
**rather** 53:22 84:19 98:6 100:20 157:10 158:22
**rating** 202:1, 4,8
**rattled** 54:4
**reach** 197:14 214:17
**reached** 200:22 204:15
**read** 7:20 10:22 157:17 166:15 180:9, 25 203:7
**reading** 115:10 147:5 181:1
**reads** 114:5
**real** 8:10 10:15 94:18 206:22 218:20
**realization** 49:21
**realize** 49:19 162:14

**realized** 50:22
**really** 29:13 34:13 80:1 85:16 118:24 139:12 157:13 165:4 169:23 180:10 194:25
**rear** 70:7 72:16 73:13 176:21
**reason** 8:23 85:5 182:21 202:6 206:3 214:16
**reasons** 112:11 167:3
**recall** 32:21 36:22 40:13 50:3 52:1 59:22,24 60:21,22 61:4,20 64:17 65:10 66:3 73:4,11 74:6 78:21 79:3, 12,21 80:4 84:3,6 86:9, 11,15 87:13 91:20 92:16, 24 98:7 103:22 108:21,23 120:5 135:9 137:12 140:13 141:23 153:10 163:3 173:4,5 175:25 181:7 189:25 206:4 208:5 209:13 217:22
**receive** 101:15
**received** 88:24 109:23 117:2 118:9 125:14 130:6 142:5
**receiving** 176:5
**recent** 105:8 175:2
**recently** 119:4 164:14 174:25
**recess** 68:7 105:24 186:4 219:1
**recitation** 108:1
**recognize** 34:3 68:13 92:10,11
**recollection** 55:4 61:1 195:10
**recommendation** 129:22 183:8
**recommended** 119:1 133:9 134:23 183:5
**recon** 16:24, 25 23:12 176:3
**reconnaissance** 16:23
**record** 4:11, 13 6:21 9:13 10:15,16,20 68:5,9 81:13 92:2 106:1,5 120:14 127:8 133:6,20 134:9 147:2 186:3,6,11,15 189:17 192:19 194:13 202:22 218:25 219:3, 9
**recorded** 35:20 217:20
**recording** 94:23 95:4,7, 21
**records** 5:6 34:16 90:23 137:9 141:10 149:13 153:11 165:13 175:2 207:1 211:20
**recovery** 200:20
**rectify** 104:17
**red** 79:13
**reduced** 128:10
**Reevaluation** 5:11
**refer** 181:24
**referred** 18:19 117:20 203:4
**referring** 122:10 128:18 159:18 186:23 192:2 195:3, 17 199:3 203:9
**reflected** 72:2 188:15
**reflecting** 69:23
**refresh** 80:6 195:10
**regard** 8:1 32:10 105:14 147:12 217:21
**regarding** 174:21
**Regardless** 183:19
**regards** 57:1 142:22 196:8 204:8 210:6
**regimen** 105:7 155:9 185:13 188:3 197:8 198:7 210:11
**regimens** 211:10
**region** 121:1
**regular** 193:8
**regularly** 127:2
**Regulations** 6:4
**related** 20:5 74:13 102:8, 21 105:10 119:25 120:6 134:7 135:12 142:23 143:1, 6 157:12 176:1 208:18
**relating** 218:11
**relation** 47:24 48:8 52:19 62:4 66:8 104:22 133:23 218:13
**relations** 115:8
**relative** 10:2
**relatively** 33:5 40:6 139:8
**relatives** 12:2,21
**relief** 121:6 130:20,24 131:21
**relieve** 210:12
**remained** 108:8
**remember** 8:17 29:2 30:6 31:17 36:24 38:5,22,25 39:24 48:10 50:5 51:23 55:5 59:10, 16,18 60:15, 19 61:9 73:9 77:9 79:2 83:5 84:22 86:14 88:1,3 89:18 90:15

94:9 103:12 106:20 110:16 113:21 114:13,16 126:1,5 130:9 133:11 135:4, 14 151:16 153:8 181:5 182:15 185:18 186:18 188:6 189:9,20,24 193:22,25 194:24 198:11 199:5 201:23 203:20 204:6
**render** 17:16
**repair** 73:7, 17 87:6 118:14
**repaired** 73:5,6 88:17, 20 89:3,6
**repairs** 73:18
**repeat** 48:3
**rephrase** 9:6
**replacement** 112:22
**replay** 115:13
**report** 4:5, 14,19,22,24 5:8,10,12 20:15 68:14 73:17 80:10 106:6 140:14 199:21
**report's** 112:4
**reported** 200:6
**reporter** 6:3, 18 7:1
**Reporting** 6:5
**reports** 98:8 137:19 211:22
**represent** 7:24
**representatives** 217:15,17
**representing** 6:19
**request** 69:1
**requested** 91:5
**require** 185:6
**required** 76:10
**requiring** 129:11
**rescue** 13:13 185:6
**researching** 217:7
**reserve** 7:12
**reserved** 160:18
**resolve** 100:14 110:4 128:7
**resolved** 98:1,10 100:12 101:11 109:25 110:7, 21 111:1 121:17 142:16,17 195:9
**respond** 153:4
**responsible** 47:8 96:7,11
**responsiveness** 7:14
**rest** 38:1 56:7 57:10 73:23 75:6 150:10
**results** 134:11,12 197:18
**resumes** 217:9
**return** 147:21 181:9
**Returned** 127:12
**returns** 147:17
**review** 20:13 107:5,9 207:5
**reviewed** 20:22 190:23
**RFA** 128:18 129:7 145:15 146:13 147:14 149:17,24 152:10 167:15 209:20 211:16 213:5 214:25 215:2
**RFAS** 110:8 141:13 142:4 144:13 145:2 146:3 148:15, 25 149:2,9 150:23 152:13 210:22 211:12 212:22 213:12,17 214:21
**rid** 90:3
**rifle** 179:17
**right** 7:6 10:25 11:5,20 12:9 13:16,23 15:9,18 21:3, 25 22:24 23:17 25:3,15 26:4,14 28:3, 21 29:23 30:8,20 31:4, 23 32:10,16, 17,23 34:2,14 35:4,8,12 36:3,13,19 37:3 40:22 42:3,11 43:9 44:1,5,8 45:18,21,24, 25 46:3,5,15, 16,17,23 47:6,19,21, 23,25 50:9,23 51:21 55:12 56:5,19,24 58:1,16,19 59:2,6,20 60:3,5 62:3,6 63:22 65:8,18 66:12,23 67:13 68:11 69:6 70:18,22 71:11,12 72:20 75:15, 17,21 76:12 77:18 78:5,23 79:22 80:1,11 81:25 82:23, 24 83:17,19 87:8 88:6,19 91:7,24 92:4, 19 93:13,22 94:25 95:3,4, 14 96:16 97:1 98:2,25 99:21 100:12,25 101:3,6,18, 21,22,24 102:10 103:4 105:4 106:4, 16 107:3 108:10,14,24 109:4,7 110:3,15,23 111:3,7,10, 19,25 113:21 114:2 115:4, 10,22 116:2, 5,10,18,19 117:16 118:2 119:16,25 120:2,13 121:3,17,25 122:1,18 123:6,20 124:9 125:13, 17,19,23 126:22 127:13 129:23,24 130:3,18,20 131:4,12,13, 18,24 132:14, 20,23 133:13, 18,19,22

134:20 136:16,18 137:7,16,18, 25 138:2,5,10 139:11 140:10 141:1,4,10 142:9 143:5, 15 144:12 146:1,3,8 147:3,8,11 148:2,9 149:11,18 154:4 156:25 157:3,22 158:1,6 159:7 162:20 163:7 164:21,25 165:9,18,21 166:22 168:4, 11,20 169:2, 13 170:19,24 171:1,6,7,10, 16 173:2,19, 20 175:6 176:15 177:18 179:8,17 180:14,18,22, 24 181:2,23 182:2,24 183:13 184:10 186:10,23 187:4,15 188:13,19 189:4,5 190:4 191:13,17,19 192:18,20 193:7,11 194:13 195:16 196:9,18 198:3 200:3, 15,17,18,24 201:6,14 202:14,24 203:6,17,23, 25 204:12 205:6 206:11, 15 207:7,13, 23 208:14,16, 20,22 209:3, 12 210:8 211:14 213:2, 13 214:14 215:8,12 216:23 217:11 218:10

**right-hand** 36:20 96:13

**rim** 72:25

**rims** 73:13

**ring** 94:7

**Rizor** 135:14, 20 140:11

**RN** 117:2

**road** 2:4,9,14 9:18 10:11 32:19 33:17, 18 39:9 40:11 48:23 49:10 56:13 58:10 62:9 76:11,22 82:7 87:20 88:8 152:17

**Roatan** 216:1

**Rob** 28:22

**Robert** 3:2 6:1,12,13 7:3,7 9:14 70:21

**rocket** 176:6

**rocks** 76:21

**rode** 84:25 85:6

**Rogers** 2:3 6:10

**room** 44:9

**root** 125:23 126:3,6,8 181:3

**rope** 170:3

**Roswell** 2:9, 14 88:8

**rough** 42:18 123:18 149:25

**roughly** 9:21 13:22 37:14 41:3,8 81:18 100:18 101:25 133:14 147:25 148:4 149:21 158:10 177:8

**round** 17:13 139:17 144:13 195:16 214:25 215:2

**round's** 139:19

**rounds** 17:12 139:16 149:2 196:19

**route** 65:14

**routine** 155:3,7 193:8 198:20

**rucksack** 139:13

**rude** 61:6

**rules** 6:4 7:10 8:9,12

**running** 160:14

S

**S1** 126:12

**safe** 57:11 62:1,8

**safer** 60:5

**safety** 56:14 160:20 161:25

**said** 10:1 19:9 23:18 26:20 33:6 34:12,19 40:25 57:2 59:17 62:13 63:11 69:23 73:16 77:10 82:2 85:4,23 86:4 87:15 100:12 119:3 121:5,16 128:16 129:19 135:11 140:20 144:19 150:2 152:16,20,25 153:11,12 154:11 163:9, 12 173:6 176:19 184:11 193:13 195:5 199:9 203:6 207:11 210:21 211:19 214:13,23

**same** 8:22,23 26:2,3 33:13 41:7 45:10,12 64:4 86:17 93:6 100:10 113:3,7 126:3 141:20 149:9, 16 154:16,17 159:23 168:6 179:12 184:18 185:1 187:13, 22 190:1 194:7 197:11 201:5 203:4 212:10

**Sandy** 88:9

**satisfied** 128:17,22

**saved** 139:21

**saw** 20:15 35:17 37:18, 21 39:8 40:2, 10 42:17 44:1 46:22,23 49:24 50:9,11 56:10 104:21 106:25 107:18 119:11,23 135:9 136:20 188:5 208:18 209:2,6,11 216:8

**say** 33:13 35:23 36:1 37:17 40:8,24 41:12 43:23 44:5 46:20 47:13 53:11 62:11 63:9

77:13,20
79:19 85:13
88:2 89:17
90:17 95:6
96:16,19
105:15 115:9
125:22 137:1
138:20 151:15
152:23 160:7
172:14,25
177:16 178:9
180:9 182:16
183:12 186:25
187:2 191:19
192:4 194:20
196:24 211:20
212:9 215:7
**saying** 8:12
27:2,3 59:23
67:15 97:9,
15,20 128:21
130:11 136:10
146:14 147:7
152:23 175:20
176:10 201:18
206:2 213:8
**says** 34:9
35:5,19 69:3,
16 70:22
106:23 107:6,
25 108:6,16
110:15 114:24
116:2 117:5,9
118:12,13
120:20 122:11
123:6,21
128:2 129:9
130:18 134:10
143:16,19
145:23,25
146:8,19
166:1,2,7
167:25 180:3,
13,25 187:25
192:6 193:8
201:25 204:5
208:7
**scale** 111:4
144:1
**scar** 100:23
**scenario**
159:14
**scene** 61:16
63:24 66:13,
21 67:14,17
84:2,5,9,12
92:17 96:12,
25
**schedule**
15:19
**scheduled**
15:19 147:14
189:6
**school** 13:18,
20 16:25
21:22 30:10
31:13 114:6
155:23 167:5
197:9 210:24
216:16,17,22
**schooling**
14:17 16:7
**sciatic**
190:16
**screws** 76:21
**script** 126:15
**searching**
55:20
**seat** 28:19
53:16 99:20
139:7
**seated** 156:9
**second** 68:25
69:23 70:21
77:11 89:11
107:6,10
110:11
111:10,13,14
115:1 122:3
125:10 136:23
190:22 194:17
202:24 205:1
214:25
**seconds** 40:3,
7,14
**section** 87:20
201:15
**sections**
109:15
**secured** 139:8
179:18
**security**
10:22,23
21:15 24:5
124:22 177:19
**see** 8:11 29:8
35:15,22
37:2,8,25
38:10,12
39:16,19
45:25 46:8,19
56:9 58:16,21
65:5,6 72:23
73:3 75:20
76:18 79:15
81:16 82:19
83:14 84:4
91:21 93:2
97:12 100:22
103:24 104:18
105:1 106:7,
10 107:8
110:11 111:12
112:11 116:20
117:3,7 121:8
122:3,9
123:20,23
125:10 129:13
136:5 141:14
142:6 143:19
145:22 153:16
166:5 167:23
180:4,19
186:12 190:8
194:14 202:20
203:6 206:2
209:8 210:6
215:9 218:6
**seeing** 40:14
78:21 103:21
104:20 112:17
116:25 144:1
198:11 211:4
215:9
**seemed** 205:21
212:15
**seems** 131:1
159:3 205:15,
23
**seen** 25:18
40:10 68:16
74:22 90:25
118:23 119:3,
6,8,9,14
120:8 133:6
134:2 136:19
137:8,9
140:14 141:10
147:2 149:13
165:14 171:22
174:1,24
182:14 199:20
218:16
**self-defense**
159:4,13
**sell** 89:15,18
90:2,13
**semester**
169:4
**send** 175:1
181:17 192:7
**sense** 91:16
**sent** 75:3
**sentence**
107:11 115:1
125:10 128:23
129:9 131:18
134:20
**sentences**
115:11 126:14
129:14
**separates**
52:19
**separating**
53:2
**September** 8:3
68:19 107:1
117:13 122:13
154:5 178:1
180:13 186:22
190:6
**series** 118:11
163:2 182:14
194:17 195:12

**serve** 16:11
**serves** 29:12
**service** 4:13 16:14 22:11 93:15
**services** 65:17
**set** 82:18 128:10 163:2 178:21 198:20
**sets** 130:23
**Setting** 173:2
**settlement** 185:10,11,16 205:19
**setup** 174:9 178:5
**several** 17:1 96:10 154:22 159:14 178:13 180:16 188:8 193:20 218:2, 3
**severe** 188:18
**shafts** 72:15
**shape** 71:6 155:19
**she** 9:24 10:1 12:16 28:19 29:2,3,7,11, 13 30:1 31:11 44:7 54:4 55:7 57:8,17 60:21,23 61:3 63:11 71:1 85:21,23 103:17 105:2 112:8,9,14, 16,19 114:11, 20 115:6 120:20 182:23 184:23,24 188:22 199:9 203:6,9 204:8,10,14, 20 209:4 215:24
**she's** 112:15 195:3,17
**sheriff** 66:14
**sheriff's** 65:1,9 66:14
**shipped** 181:12
**shooken** 58:4 59:13
**shoot** 17:13
**shooting** 98:16 195:5
**shorter** 61:11
**shortly** 89:13 99:5 100:15 103:12 116:6
**should** 45:1 50:20 85:20 117:13 123:16 151:15 169:8
**shoulder** 60:4 79:22 80:1 86:6 100:20 142:12 143:5 156:8 176:12 200:8,12
**shoulders** 102:17 104:1 203:2
**shouldn't** 185:20
**show** 33:22 71:25 72:6 74:13 92:1 127:7 163:25 164:1,12,18
**showed** 190:23
**showing** 64:17 91:24 111:4
**shown** 63:25 77:3 81:25
**shows** 76:16 110:24
**sic** 58:4 65:19
**side** 35:2,13 54:7 58:10,14 62:20 70:7,16 81:4 82:24 99:19 100:21 101:17,18 102:2 132:20, 23,24 133:1, 13 139:18 144:21,23,24 145:4,7,16,22 146:3 147:3,4 149:11,14,18, 19,20 190:15, 20
**sides** 133:8 141:19 144:22 149:15 161:14 190:12,18
**sign** 7:20
**signature** 7:19 36:3 122:4
**signed** 116:23 189:23
**significant** 98:17 137:21 175:9 194:22 201:19
**significantly** 41:19 137:20
**signs** 180:10
**Silcox** 198:11,15 199:14 201:17 204:12
**Silcox's** 199:12
**Sim** 17:12
**similar** 19:15 21:5,10 25:15 117:23 175:19 187:16 211:22 213:14
**simple** 211:2
**simply** 49:23 178:25 183:7
**since** 26:14, 15 27:20,25 75:1 98:20,23 101:7 136:11, 19 137:13 147:25 148:5, 15 149:6 151:5,11,24 153:20 154:4 156:17 157:6, 19,20,25 166:25 168:14 169:25 174:22 190:5 193:11, 14 215:16 216:4
**single** 115:16,17
**sir** 8:4 9:11, 16,25 10:13, 24 11:8,19, 21,24 12:1,4, 13,15,23 13:1 14:6 15:3,17 16:6,13,19 17:24 18:2,8, 11,14,23 19:2 20:1 21:2,11, 14,17,24 22:3,10,25 23:11 24:13 26:25 27:13, 16,23 28:2,6, 13,15,17 29:6,10,15 30:5,12 31:16,22,25 32:3,6,9,17 33:2,12,15 34:5,11,24 35:11,14,25 37:1,19 38:11 39:4 40:16 41:3,6,24 42:2,10 43:1 44:4 46:12 48:13 49:15 51:14 53:15, 17,19 54:16, 19,24 55:3, 11,16,19,22, 24 56:2,4,18,

21,23 57:16, 25 58:18 59:9 60:2,12 61:14 63:3,15,18,21 64:9,18,23 65:7,22 66:11,22 67:3,6,9,16, 21 68:15,21, 23 69:8,25 70:4,8,24 71:2,5,7,13, 18,24 72:6 73:1,24 74:3, 15,18 75:1,7, 22 77:2,5,12 78:25 79:11, 16 81:20 82:1,4 83:16, 20,23,25 88:10,18 90:9,11 91:1, 3,13 92:6,9, 18 93:19 94:3 95:2,5,9,12, 15,22 96:1,4 100:2,5,8,24 101:9,23 102:15 103:2, 5,8 106:8,11 107:4,8 108:4,11,15 109:3,13,17 110:2,14,22 111:2,6,9,18, 21 114:1,14 115:5 116:1, 11,21,24 117:12,14 118:15 120:1, 10,16 121:8, 13 122:4,14, 16 123:13,23 124:5,12 125:11,21 126:17 127:3, 10,16 128:8 129:13 130:4 131:15,19,23, 25 133:2,4,21 135:3,16,18, 25 136:6,9,23 137:17 138:1 139:4 140:7 141:9,17 142:10,14 143:7,23 144:9,15,18, 23 145:17,24 146:4,6 148:1,13,16, 22 149:1,4,7 150:25 151:4, 9 152:2,5,11 153:14,18 154:3,7,10 155:6,13 156:19 157:2 158:5 159:5 160:8,10,13 163:8,11,14, 17,22 164:5,8 165:15,17,22 166:11 167:1, 11 168:5,8,16 170:21,23 171:2,4,8,19, 24 172:2,5,8, 11,19,21 173:1,9,12, 16,22,25 174:3,8,13, 17,19,24 176:18 180:23 182:10 184:4, 9 186:14 187:5,12 188:12,21,25 189:10,19,22 190:3,11,13 191:18 192:21,23 193:1,4,6,12, 15,24 194:15 196:2,20,25 198:5 199:22 200:2,4,10,23 201:16 202:21,23 203:3,22 204:17 205:3, 17 207:3,11, 17,20 208:21, 24 209:5,13, 17,23 210:16 213:6,23 214:15 215:20 216:2,14,18, 20 217:13,16, 19 218:8,12, 15,18 219:7

**sister** 59:4 60:22 93:20

**sister's** 93:20

**sisters** 12:12

**sit** 43:12 73:10 99:8 101:21 102:3, 4 108:21 197:9 213:14 214:1

**sit-ups** 156:9,10 170:16

**site** 17:16 48:16 49:9 62:7 87:2

**sites** 155:18

**situation** 17:15 50:23 97:4 101:14 107:15,20 134:16 159:11

**six** 40:7 136:12

**skilled** 103:19

**slight** 33:18 38:4

**slip-and-fall** 173:3

**slipped** 178:25

**slope** 178:23

**slow** 37:15 42:21 45:9 69:9

**slowed** 37:11, 13 45:6 50:16,20 69:4

**slower** 37:16 41:6 42:13

**slowing** 41:1

**small** 40:15, 16 204:2

**smart** 158:24

**smarter** 206:13

**smoke** 85:17

**so** 8:8,12 9:7 11:10 12:20 14:22 15:12 16:4,25 18:17 19:17 20:22 22:8 23:17 24:24 25:25 26:4,11,17 27:1,5 28:23 30:25 34:22 40:24 41:7 42:23 44:1 46:11 48:16 49:18,24 50:9 51:5,11 54:24 55:7,17 56:6, 17,21 57:12 58:13,15 60:2,3 61:25 65:7 70:15 72:23 73:10 75:8 76:5 78:9 79:9 80:1 81:8,15 82:10,12,15 83:6,13 85:6, 7 86:3,21 87:3,15,23 89:5,9 90:2 92:4 93:9 94:20 98:2 102:25 103:6 104:17 105:1, 8 106:12

109:22 111:19 112:3 113:18 115:6 119:10 122:9 123:9 125:17 126:10,20 127:1 128:6 129:1 130:23 131:13 133:19 134:2,11 136:4 137:15 138:23 139:20,22,23 140:15 141:22 142:21 143:7, 24 146:9,16, 22 147:12 148:9 149:8 150:11 153:4 157:10,19 158:18,23 160:1,22 161:13,15 164:1,17 165:18 167:19 168:10,11 174:7 175:6 177:4,5 178:19 179:18 180:21 181:7, 12,23 182:8 183:17 184:6 185:21 186:21 187:3 190:4, 17 191:13,16 192:12 193:10 194:3,6,13 195:3,14 196:3,22 198:9 200:21 202:12 204:20 205:13,16 206:11,19 207:9 208:16 209:6,14 211:7 212:9 213:13 214:19,22,24, 25 217:5,7,8, 22 218:13

**social** 10:22, 23 21:15 125:1 218:6

**sold** 89:13, 23,25 90:2, 10,14,15

**solely** 171:12

**some** 13:3 17:5,12,25 31:12 33:6 38:20 40:14 41:16 44:19 48:21,24 71:16 72:24 75:15 79:19 88:19 89:23 90:23 96:21 97:23 98:1,14 99:6 105:2 107:18 111:25 112:9 113:18 120:25 122:17 123:1,2 125:8 128:20 130:20 132:1 135:23 140:5 150:13, 17 151:23 156:4 157:22 161:5 166:1 168:12 170:9 171:14 173:20 174:20 175:20 177:14 184:13 188:19 191:16 192:7 193:8 195:13,14,20 196:4,23 197:19 201:18 207:1,14 209:19 213:20 214:11

**somebody** 8:11 45:21 77:8 117:3 159:16 160:14,15 161:23 162:2, 13 180:9,11 190:2

**somebody's** 8:19 181:17

**something** 13:2,4 30:17 36:23 40:7 41:16,23 43:2 44:14 58:13 79:20 98:10, 18 110:16,20 122:15,23 124:24 127:1, 23 142:24 160:17,18 162:16 164:15 168:17,22 169:1,16 174:22 176:19 181:2 183:3 184:12 191:23 197:25 198:2 201:25 206:5 211:19 215:22

**sometime** 87:8 120:8 135:8 146:9 171:1 178:2

**sometimes** 13:13 118:4 167:6 176:20

**somewhat** 39:15 118:10

**somewhere** 15:15 29:21 58:9 60:4 81:3,4,7 82:16 83:6,12 88:3 102:7 206:5

**soon** 26:17 50:24

**sorry** 9:11 23:18 28:25 30:21,23 48:19 67:3 78:6 82:22 84:10 88:14 93:24 105:20 113:6 119:18 127:10 129:13 131:3,6 134:2 137:5,14 142:1 148:2 149:12 156:5 157:5 178:9 187:2 205:1 209:3

**sort** 87:23

**sound** 30:20 32:16 107:3 200:3 208:20

**sounded** 96:24

**sounds** 89:2 180:14 195:22 205:13

**south** 11:4,8, 13 12:17 13:16,20 19:22 32:15

**space** 58:15

**speak** 61:2 62:17 63:22, 23 66:1 85:16,18

**speaking** 85:21 111:4 114:6 171:12 176:9

**special** 17:2 72:11,16

**Specialist** 124:23

**specialized** 117:4

**specific** 20:8 59:17 142:22 167:3 175:15 200:11

**specifically** 59:22 120:6 153:9 176:16

**speculate** 191:3 192:3

**speed** 37:11 41:7 43:19,24 96:17 108:2,6

**Spence** 2:8 6:24 106:16,

19
**spending** 22:20
**spin** 51:4 179:16
**spine** 4:15, 17,20 151:21 181:1 195:25 196:10
**spinning** 77:16
**spiritual** 208:8
**spiritual/ cultural** 208:6
**split** 32:16
**spoke** 63:5 107:16
**spondylitic** 190:24
**spondylosis** 188:24 189:1
**sport** 77:21
**sports** 30:23 216:3,5
**spot** 49:16 178:4 179:12 187:22
**spread** 76:1,3
**Springs** 88:9
**spun** 51:3 52:21 54:13
**squats** 156:15,16,17 157:7,19 170:15,16 193:25 194:7
**stabbing** 98:16
**stack** 137:1
**stair** 179:3
**stairs** 178:23 179:1
**stairwell** 179:21
**stall** 85:15
**stalled** 36:13,18,20 37:3,18,25 38:5,9,20 39:8,13,16 45:23 47:21 48:7,9 62:2 63:13 66:24 80:7,20 81:1 83:11 84:23, 24 86:10
**stand** 114:4 160:20
**standard** 198:23
**standing** 62:5 122:11 160:6, 12
**start** 23:3 27:3 97:9 99:1 101:4 103:21 106:18 147:19 159:20 160:22 169:9 190:20 214:24 217:3
**started** 16:5 23:19 27:6 36:15 41:1 77:16 128:7 133:24 158:7, 9 165:18 166:25 182:1
**starts** 147:20
**state** 6:21 9:12 14:9 15:20 24:5 30:19,22 64:22 81:13 137:8 168:21 174:12 195:4
**stated** 69:4 70:5 80:10
**statement** 4:4 33:22 34:4 46:1,8 64:16 217:21,25
**statements** 36:7 67:13 218:3
**states** 6:15 115:2,12 181:10 194:21 204:14
**station** 85:1, 7 168:23
**status** 56:9
**stay** 49:10 183:24
**stayed** 45:2,3 50:14,17
**staying** 46:4, 5
**steady** 108:2, 5
**steering** 53:25
**stemming** 8:2 18:5 21:4
**steps** 179:4
**steroid** 127:23 194:18
**steroids** 126:20
**Steve** 30:11
**stick** 194:2
**still** 12:14 25:21 27:7 34:15,16,17 47:25 51:20 62:3 71:22 79:8 86:2,19, 23 91:17 98:12 101:11 115:22 118:21 122:5 124:6, 14 125:4 129:17 163:7 169:1 174:14 197:19,22
**stint** 18:12
**stop** 51:13, 16,18 52:6,8, 11,16 77:14, 19,21 78:4, 11,12,15 80:9 198:7
**stopped** 51:20 63:12 79:9,10 81:2,3 104:20
**stops** 166:15
**straight** 21:23 33:17
**stranded** 69:6
**strategy** 158:18
**street** 177:25
**strength** 158:15,25
**strengthen** 157:16
**strenuous** 213:21
**stress** 125:2
**stretch** 99:5
**stretching** 105:3 114:21 156:2,3 161:6 204:2 210:14
**stripes** 168:9
**stronger** 157:17
**struck** 35:1 69:15 70:6
**structural** 73:12
**structure** 76:22
**student** 26:16 34:13 124:19
**studying** 15:6,8
**stuff** 13:13 26:2 84:20 104:23 105:3, 11 114:6 133:25 152:4 156:2,14 158:7 167:2 185:3 193:23 200:25 202:14 213:21

**Subjective** 193:7
**submission** 161:20,22 162:2
**submit** 162:2
**substantial** 61:5 72:19
**success** 209:19
**sudden** 50:7, 10 107:17
**suggest** 94:19
**Suite** 2:5,14
**summer** 169:12,13
**Sunny** 29:18
**support** 6:20 16:15 157:18
**supposed** 150:5
**suppress** 17:16
**sure** 21:21 34:16 37:23 40:5,12,20 44:11 53:11 57:8 68:3 70:10 75:2 82:14 85:13 90:18 92:13 102:19 115:11 119:13 123:24 126:2,7,8 129:1,14 165:8 167:1, 21 172:23 178:5 195:2,3 203:10 205:2 206:10 218:23
**surface** 48:20
**surgeon** 118:19 211:12
**surgeries** 118:12 151:5 171:3
**surgery** 4:18, 21 125:20 129:11,18,23 132:4,7,8,9 152:15,20 153:2,4,17 170:25 199:16 207:2,15,19 209:7 211:11
**surveillance** 16:23 17:2
**susceptible** 113:9
**sustain** 54:20 99:22 139:2
**sustained** 97:23 130:20 138:10
**swear** 7:2
**swerve** 45:16 46:9 49:25 50:9,11 69:10
**swerved** 35:4, 8 36:10,25 40:18 46:7, 10,14,20 50:3 69:5,10,17,18 77:7
**switch** 97:6
**switched** 124:15 153:25 182:19,21
**sworn** 7:4
**symptom** 180:21
**symptoms** 195:9 200:16 207:5
**system** 89:4 176:22 202:9

**T**

**T2** 112:24
**T3** 112:24 113:10
**tactical** 17:10 185:5
**take** 8:25 19:21 25:3 32:1 37:25 52:6 58:9 64:10,13 67:22 85:12 89:5 113:18, 24 114:15 126:18,22 134:2,4 140:22,23 159:9 160:11 162:22 174:6 189:3 217:20 218:21
**taken** 6:12 7:7 8:6 18:25 73:21 74:16, 24 75:4 80:18 88:23 152:6 198:22
**takes** 27:5 77:20
**taking** 6:11 84:1,4 123:21 124:4,6 138:3 140:19 200:24
**Taliban** 178:12
**talk** 8:8 56:24 58:6 61:22 62:16, 21 94:21 97:6 101:10 106:19 140:4,11 171:13
**talked** 16:8 21:3 27:10,15 59:8 61:18 63:7 66:10,12 67:15 78:23 84:7,8,13 99:13 103:3 104:23 105:11 108:10,13 109:1,18 117:15 119:24 131:21 138:6 141:11 148:9, 17,23 151:8, 23,25 155:16 168:13 170:25 171:6 172:17 173:11,21 175:7,16 200:22 201:6 209:7 210:11 214:1 216:19 217:14
**talking** 12:5 28:23 37:20 41:22 46:16 53:8 59:18 66:20 77:23 78:1 89:11 102:20 119:7 127:19 129:1, 10 151:3 156:25 159:13 181:5 192:9 195:15 211:23
**talks** 70:19 108:24 114:4 142:11 180:16
**Tall** 65:25
**Tally** 189:24
**tan** 38:8 95:23,24
**tap** 161:24,25 162:15 194:22
**tarmac** 76:18
**tasked** 177:23 178:3
**Teague** 30:11, 18
**teams** 67:12
**tear** 177:14 191:14 200:13 203:5,14
**tech** 14:16 17:6
**Technical** 14:6,11 26:18,21
**technicality** 25:13

**technically** 159:6 181:25
**teeth** 195:7, 19
**tell** 8:18 12:5 16:10 19:3 24:2 28:7 32:19 33:3 36:11 38:13 50:19 53:20 54:11 56:7 58:19,25 63:6 65:23 66:4 72:9 73:25 75:12 82:18 84:16 85:21 98:9,15 99:3 100:9 101:3,13,24 102:10 109:4 112:6 117:18 135:19 142:15 144:6 158:3,6 166:17 176:20 177:22 179:5, 8 182:11 184:2,7,10 198:14 203:23
**telling** 144:4 176:16 190:1 204:7
**tells** 9:4
**tempting** 8:20
**tend** 153:4
**term** 161:21 162:2
**terminated** 27:11
**terminology** 131:9
**test** 164:15 203:24 204:2
**testified** 29:7,11 40:17 78:7
**testimony** 49:1 53:1
**testosterone** 140:25
**tests** 114:12 167:6
**texting** 55:17
**than** 9:7 13:8 16:9 20:11 24:20 40:21, 24 41:17,20, 21 43:2 61:4, 11 63:23 64:24 66:9 69:14 77:21 78:4,8 84:14 85:17,18 89:24 90:1,14 114:17 116:9 130:9 138:22 159:1 178:12 179:19 192:3 201:8,9 204:12,20 206:13 212:18
**thank** 16:14, 15 219:7
**that** 7:17 8:2,8,15,22, 23 9:1,10 10:4,8 11:1,6 12:2,21 13:4, 7,13,16,19,21 14:17,23,24 15:1,6 16:5, 14,18,25 17:13,14,17 18:13,24,25 19:3,6,12,20, 24 20:2,3,6, 15,22 21:5, 10,23 22:8, 22,24 23:12, 18,22 24:2, 11,16,19,23 25:3,7 26:5, 12,23 27:3,5, 14,22 28:3,8, 10,16 29:3,5, 7,8,12 30:1, 16,19 31:5, 11,14,17 32:15,16 33:3,19 34:4, 14,18 35:2, 10,16,20,21 36:2,10,11, 12,13,16,18, 19,21,23,25 37:2,7,18 38:15,20 39:8,9,20 40:3,7,9,17 41:4,7,9,23 42:5 43:6,16, 23 44:6,8,10, 18,20,25 45:1,8,13 46:10,17,20, 23,25 47:1,4, 6,7,14,21 48:3,7,9 49:1,16,21,25 50:1,11,19, 22,24 51:12, 25 52:19 53:2,9 54:9, 11 55:9,21 56:6,14,25 57:7,8,15,17, 20 58:13,19 59:7,14,19,24 60:1,7 61:4 62:2,7,8,12, 16 63:1,8,11, 12,13,16,20 64:10,17,20, 21,22 65:8,9, 11,12,14,16, 24 66:7,8,14, 18,24 67:2,4, 7,14,20 68:13,16,25 69:4,10,12, 18,23,25 70:5,19,25 71:11,14,25 72:7,18 73:6, 7,22,24 74:2, 6,24 75:4,5, 14 76:19,20, 23 77:4,6,7, 14,15 78:7,12 79:15,17,24 81:13 82:10 83:5,6,8,14 84:9,10,11,16 85:4,5,11,18, 19,23 86:12, 16,17 87:4,5, 7,13,16,19, 20,23 88:1,5, 11 89:3,5,18, 19,24,25 91:2,12,15, 16,19 92:8, 10,11,19 93:1,4,14,15, 18 94:2,4,7, 15,18,19,20, 25 95:3,7,10, 17,21,23 96:2,5,6,10, 12,21,23,25 97:13,19 98:1,10,13, 14,15,18,20, 25 99:4,12, 15,24 100:9, 12,14,19 101:3,7,10, 13,24 102:4, 10,18,19,22 103:14,17 104:3,13,17, 19,22,25 106:7 107:3, 6,8,10,13,14, 18,20 108:1, 3,7,8,13,16, 19,21 109:4, 8,23,24 110:7,13 111:11,17,21, 25 112:9,10, 21,23,25 113:10 114:6, 15,24 115:1, 2,4,6,12,14,

22 116:20,23 117:7,10,13, 21,23,24 118:8,9,16, 17,19 119:17, 18,20,24 120:20,22,23 121:5,8,10, 14,18 122:3, 5,6,9,15,25 123:8,9,14, 21,23,25 124:1,2,4,6, 11,14,16,20, 21 125:4,10, 16,17,24 126:1,11,18, 22,25 127:9, 15,19,24 128:14,23,24 129:10,13,15, 19,21,23 130:19 131:1, 21 133:7,22 134:8,13,15, 20 135:7,8, 11,19,21 136:13 138:4, 15 139:3,14, 15,17,18,24 140:2,3,13,19 141:25 142:15 143:10,19 144:1,6,11, 17,19,21,23 145:2 146:5, 9,10,16,24 147:5,17 148:20 149:12 150:21,22 152:15,17,18, 22 153:2,5,6, 12,14 154:12, 14,23,25 155:7,24 156:2 157:5, 8,9,14,16,17, 25 158:17,18, 20,21 159:4, 5,23 160:6,9, 20 161:3,10, 14,17,18,22 162:1,9,10,14 163:22 164:9, 13,22 165:4, 16,21 166:5, 10,17,18,24 167:2,10,13, 18,24,25 168:10,13,20, 22 169:1,9, 19,21 170:3, 13 171:5,13, 14 172:14,25 173:2,4,5,16, 21 174:14,21, 22 175:8,25 176:14,20,21 177:7,10,14, 15,20,22,24 178:2,5,8,9, 14,24 179:8, 15,23 180:3, 4,6,11,14,15, 19,21 181:5, 22,23 182:1, 14,18,25 183:1,2,13, 16,17,20,23 184:1,11,12, 13,20,21,22 185:1,4,9,18, 20,25 186:12, 23 187:3,11 188:6 189:9 190:8,10,14, 15,24 191:6, 11,16,20,22, 23 192:3 193:10,11,23 194:2,14,24 195:4,5,6,10, 12,13,15 196:3,14,23, 24 197:15,20, 25 198:2,6, 14,21,24 199:8 200:3, 9,17,19,22,25 201:4,11,23 202:3,6,20 203:6,23,25 204:3,5,7,8, 14,18,24,25 205:8,13,14, 15,20,23,25 206:6,11,14, 20 207:1,6,18 208:7,8,13,20 209:9,12,13, 16 210:6,7, 17,18 211:5, 9,12,13,20 212:3,4 213:21 214:3, 16,17,21 215:1,7,8,9, 13,19,23 216:6,8,21 217:1,4,7,10 219:4

**that's** 9:2,4 10:3 13:14 14:17 15:22 18:5 22:14 25:13 26:17 30:11 32:13 34:22 36:3 46:12,16 47:3 68:2 69:7 70:1,3 73:15 76:16,22 81:18 82:24 88:15 91:11 95:6 98:10 101:9 103:19 105:19 106:9, 12 110:20 111:8 112:17 115:8,15,21, 23 118:6 119:12 123:18 124:11 126:11 127:12 128:25 129:16,17 131:4,7,24 136:17,18,23 137:15 138:9, 13,19 140:8 141:13 142:8 143:4,18 145:24 146:4 147:10,18 152:10 154:18 155:6 158:21 159:16 160:17,18 161:11 162:3 164:16 167:22 169:23 178:12 184:12 186:1 187:13 189:4 192:9,13,24 195:18 198:5 200:10 202:22 203:4,24 205:13 209:3, 4 218:19

**theater** 24:23

**theaters** 23:6

**their** 7:25 34:16 67:11 108:13 146:16

**them** 13:4,10 22:19 24:12 30:13,16 31:2 34:17,18 45:16 64:5,13 65:14 67:7 83:3 92:24 93:2 111:1 113:25 123:2 146:15 149:15 151:15 156:24 157:11 158:8 160:15 181:17 187:11 189:21 193:3 194:13, 25 211:21 215:3,10,13

**themselves** 71:23

**then** 8:9 9:3 11:12,13,15, 16 13:23 14:9,15 15:15

16:22 17:14, 15 18:17 19:9 20:20 21:22 22:2,12,23 23:1 24:21,25 26:15 30:9 32:18,21 35:18 36:14 41:1 42:12 50:10,11 57:2,9 60:10 65:15,17,18 66:7 69:16 70:5,25 82:17 83:12 87:6,25 88:11,23 90:10 91:25 92:5,19 93:1, 3,22 94:21 100:25 101:17 108:24 109:14 112:4,18 113:10,11 115:1,11 118:12 121:16 122:24 123:20 125:22 126:14 127:11,17 132:1,2 136:19 137:18 140:4,23,24 141:14,18 142:6 144:24 145:6,7 146:25 147:22 148:3,4 149:19,20 150:13 153:23,24 156:9 160:22 162:14 164:1 166:13 167:18 168:25 169:16 170:16 178:3 179:11 180:24 181:1,6 182:19 183:6, 8,16 185:12 188:9,11 190:19 191:19 193:10 194:20 195:4 200:5, 16 203:17 204:5 205:24 207:10,21 209:7 213:25

**therapist** 103:18 104:2 105:2 188:5

**therapy** 112:23 114:22 137:20 140:21 155:8,17,18 159:1 165:6 185:13 188:1, 3 189:6 193:1 197:7 199:25

**there** 9:20,24 11:7 14:1,12, 13 19:6 24:15,23 27:7 29:22 30:8 31:2,9,14 32:20,25 33:11,18 34:9,19 35:18 36:12,15 37:4 38:19 39:6 40:22 43:10 44:9 45:17 48:15,24 49:7,9,13,14, 16 50:22 51:9,12 58:10,14,15 63:1,14 65:1 68:12 70:21, 22 71:3 72:1, 3,23 73:2,4, 11,12,13,16 75:18 76:4,20 77:1 79:1,2, 23 80:1 82:23 83:14 84:11, 16 85:14 86:2,19,23 87:3,10 88:11 89:2,3 91:4, 8,9 93:6 94:13 95:16 96:10 98:14 99:21 102:5, 20 103:18,19 104:2 107:6, 14,20 108:25 109:15 115:7 117:2,10,11 121:18 122:7, 25 125:6 126:2 127:20 128:20 129:18 132:9 137:14 138:14,21 139:11 141:17,18,22 142:19 144:23 145:6 146:11 149:20 150:21 151:25 158:7, 21 159:24,25 162:12,25 164:2,15 166:19,24 168:9 171:25 175:7,24 176:5,11 178:5,13,14, 23 179:1 180:17 181:18 182:13,21 184:12 185:9, 11 186:13 195:12,20 196:4 198:21 199:24 200:1, 11 201:18 203:12,14 204:22 205:22 206:7 207:11, 18 208:1,17 210:10,17 212:22 214:2, 16 215:8 216:25 217:2

**there's** 25:18 33:6 72:17 73:16,17 75:15 76:19 79:4,13 82:15 87:19 93:1 102:8 114:23 122:20,22,23 123:1 129:17, 22 132:1 141:22 146:10 158:18,20 159:14,21 163:2,22 166:18 167:9, 19 168:9,21, 23 172:23 173:6 178:13 187:18 188:17 201:14 207:12,22 208:1,7,19 210:21 212:3, 4 213:9 217:5

**thereafter** 26:18

**these** 66:23 75:3 82:19 89:8 102:13 113:12 114:13 130:19 142:20 150:3,10 151:3 157:10 161:8 165:12, 14,16 166:1 195:15 207:1 209:20

**they** 17:11 19:9 24:10,22 25:25 33:7,8 39:5,7 47:25 48:22 58:11 63:7 65:14 66:24 67:11 73:5 75:5 76:2,3 79:9, 17,19 85:6 87:20 89:6 113:22 124:24 129:4 139:16, 21 142:20 146:10,14

150:2,5,6 152:14 163:1 165:7 178:15 182:15 184:5, 7,10,11,15 215:7
**they'll** 161:5 214:23
**they're** 8:20 87:22,24 101:18 129:1 142:20,21 147:18 150:5 151:14,15 162:6 169:14
**thick** 131:9 145:20
**thigh** 117:16, 19 142:13 143:12 180:18
**thighs** 187:8, 23 211:22
**thing** 8:9,17 13:7 25:14 26:3 33:13 59:10 64:4 100:10 109:7 113:3,7 124:22 146:19 155:12,13 175:19 194:7 203:4 214:21 218:3
**things** 17:17 20:5 22:18,22 53:23 66:8 82:18 87:23 89:5 105:7 111:4 112:25 114:13 116:4, 7 134:15 155:10,17,18 157:10 165:3 167:7 170:3 178:24 181:19 184:25 187:20 207:14 211:2 217:6
**think** 8:16 10:1 13:4,11, 15 28:18 30:1,13 31:11 41:13 42:20, 23 50:20 58:11 61:3,18 68:11 74:12 83:13 91:14 92:1 100:6 111:3,14 114:17 119:10,14,16, 23 121:16 124:22,24 128:20 134:9 141:22 142:23 145:24 146:11,12,16, 25 147:10 148:23 150:9 151:12,14 152:14,20 154:11 161:2, 15 164:16 165:23 166:13 168:22 175:2 178:7 182:4, 13 183:3,25 184:11,15 185:19 189:13 195:17 196:18 198:21 201:19 203:1 204:3 205:20 206:3, 5,6,17 214:16 215:12,13 218:19
**think's** 126:15
**thinking** 137:12 158:18 164:22
**third** 70:18 188:9
**this** 7:6,25 8:6,9,24 10:10,15 15:21 18:7 20:7,10 21:12,22 23:10 26:9 28:4 29:8,13, 16 32:11,14 33:1,16,23 34:6,9 38:2,3 39:20 40:10, 23 42:8 43:20 45:21 46:10, 21 47:1,6,8, 13 55:12 61:25 62:2 67:22 68:14, 17,25 69:22 72:2,6 73:21 74:10,11,13, 16,22,23 75:4,20 76:16 77:13 78:21, 22,23 79:1,4 80:6,12,13, 14,15 81:2, 13,19,21,22, 25 82:6,12, 16,17 83:6,15 87:14,21 90:25 91:5,24 95:13 96:7, 14,22 97:7, 11,15,17,20 99:12,23 100:1,4 101:16 102:21 104:7,14,22 105:14,22,25 106:24 107:9, 17 108:1 109:2,12 110:13 111:20 112:3,5,14 114:19 116:2, 5,10,11,14, 19,23 117:5 119:9,15,17, 22 120:2,9, 14,17,20 122:1,2,5,6 123:6,17 125:21 127:8 128:1,6,9,19 129:2,11 130:2,3,5,16, 19,24 131:13, 20 132:18 133:12,19,22, 23 134:1,2,6, 8 135:2,12,15 136:4,10,16 137:1,9,21 138:7,19 139:20 140:14 141:4,7,14,17 142:11,15,21, 22 143:15,25 144:1,3,8,12 145:1,12,14, 16,21 146:2, 7,14,22 147:3,4,16 148:12,14 149:6 150:24 151:1 154:4 157:3,25 158:3 160:4 161:13 162:16 165:23 166:25 167:25 168:3 169:4 170:24 171:18 172:1, 4,7 173:11,20 174:10 175:14,19 177:23 179:13 180:3,6,11,12 181:8,13,16 183:22 184:3, 18 186:5,15, 21 187:3,6,14 189:17,23 191:7,20 192:19 193:20 194:12,13 198:4,8 199:20,21 200:1,18,21 201:24 202:19 204:16 205:7,

10,16 206:6, 9,22 207:15, 22 208:4,16, 23 209:9,21 210:18,24 212:11,15,21, 25 213:7,20, 25 214:4 216:4,12 217:21 218:3, 17 219:8
**those** 13:6 38:25 47:23 48:2 71:19 73:18 83:19 92:1 102:19 105:9 113:6, 13,14,24 118:10 121:3 125:12 130:9 137:3 145:3 149:6,15,24 151:20 156:22 170:9,11 175:2 190:23 195:9 196:24 209:21 217:7
**though** 10:11 43:2 44:12 54:18 60:17 74:25 87:8 92:17 109:24 115:24 119:25 135:11 157:1 161:19 164:24 184:19
**thought** 73:6 78:7 84:19 119:10,12 130:16 139:15 142:16
**thoughts** 96:20 198:25
**threat** 17:16 24:4
**three** 22:8 32:21 43:17 93:1 109:14 124:10,18 130:21,24 133:14 147:24 148:5 151:12, 16 155:23 158:10,11 163:9 170:12 189:13 196:19 213:4
**threshold** 213:24
**through** 11:10 18:13 21:5 23:17 25:4 26:1 27:10 32:10 54:12 65:5,12 79:17 93:2 99:18 106:24 110:1 132:20 145:6 146:20 147:8 160:22 161:7 165:24 166:22 167:9 177:15 178:17,22 183:8 196:24 199:24 211:20 213:19 218:20
**throughout** 93:15 108:9
**throw** 139:5 160:5
**throwing** 216:12
**throws** 159:21
**Thursday** 6:8
**thyroid** 112:24 113:8 140:19 152:4 200:25
**time** 6:8 7:15 8:17,25 10:10,17,19 11:14,25 14:21 21:12 24:16,24 27:8 29:3,16,19 31:4,9,15 32:2 34:18,22 39:11 40:9, 13,15,16 41:14 42:8, 21,25 48:1 49:24 50:5 55:18,23 68:5,9 69:14 77:21 79:10 81:15 88:20 89:11 91:8,16 97:12 102:4 105:22 106:1, 22 110:3 111:5 114:8 115:4,12,16, 17 116:6,10, 11 119:10 120:3 125:21 129:11 133:9 134:4 135:7,9 137:15,21 139:15 141:20 142:6,21 146:12 147:16 148:4 149:9, 16 150:13 152:6 155:4 157:15 159:23 164:11,23 168:13 174:9 183:18 186:3, 6 187:7 189:7 191:14,21,24 197:14,25 198:3,8 204:16 208:4, 9 209:1,9 212:21 214:12 218:25 219:3
**timeframe** 112:14
**timeline** 21:22
**times** 93:2 122:20 124:10,18 149:8,9,10 155:23 158:11 163:9,22 167:14 170:12
**tire** 35:13,16 70:6
**tires** 73:14 76:20
**Tirosint** 113:4,5,6,23
**title** 124:23
**to** 4:1 5:1,21 6:3 7:7,8,9, 14 8:1,10,13, 14,17,18,20, 21,23,25 9:1, 3,6,7 10:8,22 11:15,16 13:15,23,25 14:6,18,21, 22,24 15:1, 10,12,19 16:1,3,17,25 17:15 18:19 19:10,11 20:5,9,13,17 21:4,5,10,23 22:2,11,24 23:3 24:21, 23,25 25:8, 22,23 26:7,18 27:3,5 28:3 29:3,13,14 31:2,7,9,12 32:10 33:18, 23 34:4 35:7 36:8,14,15, 17,23 37:8,9, 10,15,24,25 39:13,15 40:23 41:1, 12,16,24 42:6 43:4,10,18,22 44:6,13,15,22 45:4,8,9,10, 12,18,19 46:4,8,21 47:1,9,13,16, 19,24 48:5,8, 11,12,17,19, 24 49:2,3,8, 10,13,14,20,

22 50:2,7 51:1,7,13,16, 18,22 52:6,8, 11,15,16,19 53:7 54:2,9, 20 55:4 56:7, 9,11,19 57:1, 7,9,10,12,13, 15,18 58:5,6, 10,13,14,21 59:4 60:4 61:1,2,6,22 62:4,11,16, 18,20,21 63:5,8,19 64:5,13 65:5 66:6,8,12 67:17 68:1, 17,25 69:5,9, 10,18 70:15 71:1,4,19,25 72:1,5,7,18, 25 73:2,7,11, 14,15,23 74:4,14,16 75:6,11,25 76:6,7,10,13 77:13,14,19, 20,21 78:10, 11,12,13,14 79:1,19 80:2, 3,7,9,14,18, 22 81:15,16, 23 82:5,6,13, 17 83:6,8,15, 18,22 84:11, 25 85:3,7,15, 24 87:3,5,6, 16,21,22 88:2,4,7,12, 23 89:3,5,6, 7,17,18 90:2, 3,17 91:21,22 93:7,8,9,10, 12,22 94:17, 18,19,21,25 95:6,7 96:9, 16,19 97:2,3, 12,18,19,24 98:1 99:5,6, 25 100:19 101:17,18 102:8,21,25 103:18,23 104:16,17,22 105:3,5,6,10, 14,15 106:15 107:18,19,23, 24,25 108:7 110:8,24 112:10,11,14, 15,24 113:8,9 114:2,6,21 115:8,24 116:3,4,7,8 117:2,3 118:19 119:13,25 120:6 121:10, 19,25 122:1, 19 123:3,9,22 124:10,15 125:1,22,23 126:12,16 127:23,24 128:7,9,15, 18,25 129:20 130:11,12 131:1 132:3, 4,7,8,15 133:7,8,14,23 134:6,15,18, 21 135:6,12 136:14 137:12 138:14,20 139:12,14 140:4,11,23, 25 141:4 142:6,18,22, 24 143:1,6, 16,21 144:13 146:1,8 147:6,12,16, 17,19,20,21 148:24 149:10,21,24 150:5,8,9,11, 15,17,19,21 151:2 152:17, 18,22 153:1, 3,4,13,17,25 154:12,22 155:4,9,19,21 157:9,12,16 158:10,11,14 159:3,9,15 160:5,6,7,12, 15,16,20 161:5,9,10, 12,13,21,22, 23 162:2,6,9, 17,22,23 163:20,21,23, 24,25 164:4, 9,12,15,18, 20,24 165:1, 16 167:8,16, 19 168:25 169:6 170:7, 12 171:12,13, 16,20,23 172:4,14,25 174:4 175:3, 13,17,19,22 177:2,16,18 178:1,3,5 179:17,18,19, 20 180:18,25 181:7,9,18, 20,24 182:8, 13,16,19 183:2,12,16, 17 184:8,12, 14,17,21,23, 25 185:1,3,7, 14,15,24 186:23 187:2, 8,11,22,23 188:18,23 190:12 191:1, 2,3,17,19,22, 25 192:2,3,4, 7 193:8,9,20 194:2,16,20 195:3,4,17, 18,25 196:2, 8,10,24 197:1,3,4,5, 7,8,9 198:3, 6,16,17 199:1,3,9,13, 23 200:11 201:8,9,20 202:4,6,7,14 203:4,9,13 204:4,8,10,11 206:3,20 207:24 208:1, 18 209:15,18, 21,24 210:5, 6,9,12,17,18, 21,25 211:1, 2,7,9,21,24 212:5,12,18, 25 213:14,15, 19,22,24 214:3,12,13, 16,22,24 215:1,5,10, 22,24,25 216:17,23 217:1,2,4,11, 21,25 218:11, 13

**today** 6:7 8:1 66:10 73:10 92:12 108:22 115:22 127:12 132:23 173:8 211:21 213:14 214:1,7 219:5

**together** 27:25

**told** 59:1 63:11 65:14, 16 67:4,7 70:1,23,25 85:3,22 87:14 95:10 122:15 146:14 152:13 153:2 183:22 198:25 204:8 211:7 215:21

**tolerable** 128:2

**tolerance** 122:23
**tolerate** 143:21
**Tom** 23:23
**too** 43:7,13 64:11,14 102:7 105:20 119:12 131:8 168:10
**took** 24:17 58:10,13 68:12 71:14, 16 74:10 78:22 81:14 83:18 85:7 126:24 127:1 152:9
**top** 30:7 38:7 68:19 81:16 88:2 91:2 106:10 114:3 116:20 117:5 136:5 138:3 140:16 141:7 166:7 180:4 182:16 189:18 190:4 192:19 193:24 194:14 199:23 202:25
**topic** 107:9
**torn** 176:16, 17
**toss** 160:15
**tossed** 139:6
**tosses** 159:22
**total** 174:21 189:11 205:19
**touching** 53:10
**towards** 35:17 190:21 195:18 196:17
**towed** 87:1,4, 6,12,16,24,25 88:4,7,12
**towing** 87:4, 7,21 92:25 93:15
**town** 63:8 85:3,24
**Toyota** 36:23
**track** 133:7
**tractor** 39:19,24 40:1,2,10,18 41:11,12,13 42:1,16,25 43:6,9,13,23 44:2,9,19 46:7,10,17 47:15,19 48:6,12 49:25 50:4 51:10, 20,22 52:2,6, 14 58:16 70:11,20 74:5 75:9,16,19 77:10,21 78:4,8 80:21 81:3,6,7 96:17
**traffic** 33:3, 5 38:1 42:4, 6,14 43:11 51:7 56:11 57:10 69:4 79:5,6,8,10 84:20 95:18, 20
**trailer** 39:19,24 40:1,3,19 41:12,14 42:16 43:9 50:4 51:23 52:14 58:17 74:5 75:19 77:21 81:6,7
**trained** 199:16
**training** 16:20,22 17:1,3,4,5,8, 11,20 23:3 25:23 161:12 163:16 172:23 175:10 199:11,13
**transcript** 5:22 8:16 19:25
**transferred** 170:7
**transforaminal** 127:17
**trauma** 17:19
**Trauma-based** 17:20
**travel** 51:16 103:3 197:8
**Traveler's** 91:14
**Travelers** 92:4
**traveling** 43:7 66:7
**treat** 104:15 135:1 137:16
**treated** 100:3 116:13 120:3 134:10,25 140:5 148:11 150:13 172:9 173:19,23 180:11 206:21 208:25
**treating** 101:7 114:18 118:21 133:24 186:18 189:21
**treatment** 99:4,7 103:6, 9 104:16 105:1,13 106:24 114:12,20 118:9 120:5 121:12 127:22 129:8 134:23 136:11 147:12 148:10,14,15 152:14 172:6 180:6 182:11 197:17 204:25 209:1,15 214:11
**treatments** 110:1,6 118:11 119:21 147:15,18 209:20
**tremendous** 126:16
**Trested** 113:2
**tried** 56:11 62:21 85:12 99:5,6 179:17,18,20 183:16 188:1
**Triple** 24:16, 17,19,25
**trooper** 64:22
**trouble** 79:20 196:4
**truck** 35:4, 17,19,23 36:11,25 44:18 45:5 46:25 47:7 51:17 52:24 57:5 59:8,11, 23 60:1,7 61:2,6,10,17 66:2,16 69:3 70:6 82:2 86:19 87:11 96:21
**truck's** 35:12
**trucking** 6:14 7:24 17:23 217:15,18
**true** 35:10 36:8 42:5 69:7 78:12 79:24 95:6,11 107:13 115:22 125:4 131:24
**trust** 57:9,10
**try** 19:11 37:25 48:11 57:9 62:18 104:16 127:24

133:7 152:18 158:10 175:13 179:19
**trying** 8:23 14:22 43:10 48:5 57:7,12 64:5 80:25 112:15 114:21 160:5 161:21 192:4 217:1,2
**tune** 202:13
**tunes** 158:22
**turn** 68:25 207:21
**turning** 28:3 170:5
**tweaked** 154:8
**twisting** 170:5
**two** 27:17,24 30:9 32:23 56:24 75:8,9 78:11 80:8 89:9 93:12 101:18 104:10 113:1 115:11 118:1,2 129:14 130:23 133:14 138:6, 7 148:24 149:2 151:16 152:8 153:1 158:9,11 160:3 162:17 163:9,16,21 169:7,8 179:4 183:25 187:3 189:7 194:13 201:4 207:21 208:17
**two-thirds** 128:11
**type** 14:12,17 17:3,8,11 19:13 21:9 26:2 32:7 36:21 48:20 99:17,22 105:3 114:20 121:12 125:20 127:21 147:21 154:5,9 163:15 170:8 172:22 173:10 175:8,21 178:6 184:2 185:15 198:18 216:3 217:12, 20,24
**types** 22:18
**typical** 84:20 159:19 163:18 216:15
**typically** 150:2 155:25
**typing** 8:11

**U**

**U.S.** 6:20 25:23
**Uber** 67:19 84:25 85:7,9 86:1,18 93:5, 7,11 103:4
**UFC** 161:16
**uh-huh** 8:15 17:7 21:8 60:9 65:20 67:1 79:14 86:8 97:8 112:20 165:25 166:4 188:14 207:8 212:1
**ultimately** 57:15 86:25 88:16 89:15 133:1 196:18
**umbrella** 25:24
**unable** 163:24 193:9 210:9, 17
**under** 19:7 107:9 127:11 152:3 166:2,8 177:24 187:6 189:5 190:22 207:22,25
**undergoing** 112:23
**understand** 8:1 9:23,24 16:11,18 28:4 32:11,14 46:6 47:20 49:12 70:9 80:23 83:4 101:6 118:25 130:12 141:21 145:5 151:10 157:25 162:9 172:16 177:19 187:10 191:8 213:1
**understanding** 29:5,9 105:9 131:8
**understood** 9:5 38:19
**unemployment** 21:18
**unfit** 181:8
**unfolded** 182:12
**unfortunate** 85:5
**Unfortunately** 191:5,20
**United** 6:15 181:10
**university** 14:10 174:11
**unless** 132:4
**until** 7:15 11:17 24:19 68:7 89:8 105:24 149:21 186:4 206:17 212:22 214:24 219:1
**unto** 195:6
**up** 11:6,8 15:12 25:3 29:13 36:14 38:20 39:21 43:18 52:2 55:10 58:4,21 59:13,19 62:9 63:25 64:17 67:19 82:18 85:8 86:14,16 91:24 92:2 93:8 94:4 122:1 124:15 132:15 140:25 144:17 145:25 147:13 154:17 155:17 157:16 158:22 161:6 162:25 163:25 164:1 167:13 172:24 181:18 191:2 198:3 201:8 204:10 210:23
**upcoming** 22:12
**update** 59:4 175:3
**updated** 175:1
**upon** 134:11 195:5
**upper** 104:1 109:15,19,22, 24 110:4,5 142:12,17
**ups** 156:9
**us** 5:16 19:17 25:3 27:5 35:17 39:21 50:7 51:3 52:21 53:7,23 62:12 67:19 69:15 84:25 93:8,10 139:21 219:6
**USC** 13:16,23 14:5 21:23,25 22:4
**use** 7:15 16:2 19:10 103:19 155:14

**used** 7:9 91:22 153:19, 23 154:1 162:3 164:15 176:3,6 178:1 211:7
**using** 153:9
**usually** 101:18 147:19 194:2

V

**vacation** 215:16
**vacations** 167:2,4,5
**value** 90:1
**varies** 102:3
**various** 17:2 22:21
**vary** 177:11
**vector** 93:9
**vehicle** 18:4, 5,7 35:7 36:10,12 37:18 38:10, 12,20 39:8 41:10 45:5,7, 16,20 46:2,7, 9,14,21 47:1 48:8,9 51:8 52:12 53:21 56:11,12 58:17 60:3 63:14 65:2 66:24 69:17 70:5 72:1,2, 7,11 77:4,11 80:9 81:1 83:11 84:24 86:10,25 108:5 138:23 139:5,6,23 173:7 185:6
**vehicles** 32:25 33:6,11 39:1,5,6,7 40:17,18 46:20,22,23 48:2 56:7 69:10,18 80:8 83:24 95:24 97:1
**verbal** 8:14
**Verizon** 4:11
**versa** 60:23
**versus** 6:14
**very** 38:4 76:20 103:19 132:3 157:9 158:11,12 161:7 165:7 198:20 210:24 211:17 212:19 214:10,22 217:9
**via** 29:5 103:3
**vice** 24:8 60:23
**video** 6:9,11 94:20 105:22
**videographer** 2:18 6:7,19 7:1 10:16,19 68:4,8 105:21,25 186:2,5 218:24 219:2, 8
**videos** 123:12
**VIDEOTAPED** 6:1
**Vietnamese** 38:18 62:13 63:2,4,5 84:23 85:21
**view** 70:15
**Viking** 208:7, 14,15
**visible** 79:5 139:2
**visit** 4:23 5:15 134:8 145:1 207:4
**visits** 20:5 104:7 105:8 136:25 141:24 199:25
**visual** 57:8 135:20,22
**visually** 57:19,20
**voice** 95:3
**voltaren** 200:25 201:1

W

**Wada** 101:16 110:1,6 116:15 118:24 119:2,5 120:15 122:3, 15 125:7 126:7 127:8 129:12 130:3 131:18 136:20 137:10 141:8, 11,14,24 144:4,6 145:12 148:10 149:18,23 214:9,23
**wait** 145:6
**walk** 11:10 32:10 58:6 160:22 168:24 196:2
**walking** 178:22 199:24
**wall** 30:11 79:23 179:21
**want** 41:12,24 49:10 62:11 68:1 79:19 88:2 89:17 90:17 97:19 105:15 107:24 119:13 132:3 153:17 159:15 161:12,13 182:16 183:12 185:24 191:3
**wanted** 49:10 76:7 133:8 175:17
**wanting** 14:21
**warm-up** 161:6
**was** 7:4 11:14,15,17 13:4,18 14:14,21,22, 23 16:18,24 18:10,13,15, 18 19:4,8,16, 22,23 20:3 21:23 22:4,6, 15 23:3,7,10, 12,14,18,22 24:11,15,16, 20,22,24 25:6 26:5,7 27:3 28:7,9,13,19 29:3,13,14,17 30:6,9,13 31:2,9 32:4, 18,19 33:3,5, 16,17,18,19, 25 34:6,15,16 35:10,16,18 36:12,13,18, 19,21 37:2,5, 8,24 38:1,3, 4,6,9,14,15, 20 39:20,21, 23 40:3,5,9, 14,21 41:6, 10,14,19,21 42:1,13,16, 20,24 43:6,8, 9,10,11,13,20 44:7,9 45:9, 19 46:6,25 47:7,25 48:16,19,20, 21,22 49:7,9, 12,16,20,22, 25 50:7,10, 22,24 51:7,9, 25 52:3,8,11, 18,24 53:6,9,

13,22 54:4, 14,16 56:9, 10,14,19 57:2,5,6,7,8, 12,17 58:3,6, 11,14,15 59:18,20 60:23 61:3,6, 11 62:3,4,6, 9,11,13,23 63:1,8 64:2, 4,7 65:1,4,9, 14,15,16 66:18 68:6,17 69:13 70:14 71:1,3,4,6,8, 11 72:3,7,23 73:2,6,8,11, 12,13,21,22, 24,25 74:7, 16,19 75:4 76:1,24,25 77:6,7,14,19 78:8,10,14,18 79:6,8,9,23 80:1,10,15,18 81:1,3,4,10 82:2,15 83:5, 6,11 84:16,19 85:3,4,19 86:1,4,12,17, 19,23,25 87:2,4,10,18, 19 88:1,13, 14,16,20 89:4,20,25 90:1,20 91:2 92:5,8 93:14 94:2,18 95:3, 10,11,13,16, 17,24 96:2,3, 11,12,13,21 97:3 99:16, 20,24 100:10, 19,20 101:1 103:9,12,14, 17,18 104:22 105:16 107:14,15,17, 20,21 108:5 109:7,19,22 110:18 111:25 112:8,9,10, 11,16,17,21 116:7,16 117:3,10,11 118:8,16,17, 18 119:11,20 120:3,11,22, 23 121:18,21, 23 122:25 124:1,11,22, 23 126:2,11, 12,25 127:5, 15,19,20,23 128:20 129:7, 20,25 130:11, 12 131:6,10 132:8,9,12 133:12,16,22 134:16 135:7, 8,9,12,15 136:1,12 137:1,10,11 138:14,20,23 139:6,7,8,9, 13,16,17,23 141:2,17,18, 22 142:7,19 144:6,10,19, 23,24 145:1, 2,9 146:11, 12,16,22,24 147:16 148:3, 20 150:19,20, 21 152:25 153:2,6 154:12,14 155:7,8,13 156:2,3 157:12 159:2 165:2,3,10 171:1 172:17 174:9 175:7, 24 176:2,3,4, 5,7,21 177:3, 4,24 178:5,7, 8,23 179:8, 10,18,21,23, 25 180:6,14, 21 182:1,13, 17,19,23,24 183:1,3,6,9, 14,17 184:13, 20,22,24 185:2,5,9,11, 16,18 186:8, 22,23 187:7, 22 188:3,22 189:14 190:14 191:6 192:4, 16 193:10,20, 22 194:10 195:12,19,21 196:3,4,5,6, 16 197:2,5,7, 8,11 198:2,5, 21,22 199:7, 8,9,18 200:11 201:18 202:16 203:9,12,14, 21 204:3,11, 20 205:4,8, 10,19,20,21 206:5,11,15, 16,23 207:11, 16,18 208:8, 11,17,18 209:2 210:25 211:5 212:9, 13,14,19,20, 22 216:17

**wasn't** 25:11, 12 29:13 34:17,18 41:23 45:11 52:25 72:1 112:1 117:10 118:17 119:24 132:9 138:21 157:13 175:23 179:3 183:15 197:9,10 210:9

**water** 99:5 177:3 183:17

**way** 8:21 14:24 33:19 44:19 51:5 65:17 74:1 77:7 82:18 96:21 98:13 99:19 104:9 112:5 128:12 164:20

**we** 6:9 7:12, 23 8:25 10:14 12:5 13:12 16:8,24 17:1, 10 19:15 21:3 24:4,18 27:15 29:25 32:24 37:20 41:22 43:12 51:3, 17,22 52:22 57:3,5 58:21 59:12 61:18 63:25 65:13, 14 66:7 67:19,22 68:11 73:10 75:20 78:23 82:2 83:14 84:7,13,25 85:6 93:6,8,9 94:21 97:18 99:8,12 101:21 102:19 103:3 104:16, 23 105:11 107:16 108:9, 13,21 109:1, 18,23 111:7 119:17,24 124:17 126:14 127:21,22 128:25 129:21 130:16 131:21 132:23 135:11 138:5,24 139:23 141:11 148:17,23 151:23,25 152:17,19 153:3,24

156:25
159:20,21,22
168:13 170:25
172:15,17
173:20 175:3,
7,16 176:3,6
177:23 178:3,
17,22 180:15
181:18
185:20,22,23
192:9 195:13
199:23 200:22
203:4 209:2,7
210:11 212:9
213:13,14
214:1 215:25
216:19 218:21
**we'd** 78:10
**we'll** 7:20
8:8 101:10
121:25 132:23
133:7 152:18
175:1
**we're** 8:1,12
10:16 18:4,19
56:6 68:4,8
105:21 106:1
122:1 129:20
132:15 142:8
145:1 147:8,
24 148:5
151:3 152:16
153:2 159:20
171:13 173:8
186:2,6 213:4
215:9 218:24
219:2,9
**we've** 8:11
27:10 66:9
67:14 148:9
149:2 151:7
171:6 173:11
175:2 211:20
213:19
**wear** 176:23
177:2,5,14
191:13 200:13
203:5,14

**wearing**
176:20
**weather** 29:16
**webbing**
176:22
**week** 124:10,
18 155:21,23
158:11 163:10
167:19 170:12
**weekend** 30:4
**weeks** 88:23
89:9 101:19
133:14 138:6
145:7 149:20
194:22
**weeks'** 189:7
**weigh** 177:7
**weight** 156:1,
3,4,6,16,25
157:14 158:15
159:1 169:19
170:8 193:18
194:1,4,5
211:9,15
**weighted**
156:17 157:7
**weights** 114:9
204:2
**well** 13:6
15:8 16:14
29:9 36:19
53:18 67:7
76:16 83:18
96:25 102:16
118:25 135:21
140:23 153:4
166:14 167:17
187:15 190:15
196:15 203:11
206:15,21
209:11 211:6
214:21
**well-being**
183:8
**went** 13:15,23
14:6 16:25
20:5 21:22
22:2 24:21

25:22 26:17
31:1 68:12
81:16 87:15
93:15 99:6
106:23 118:19
136:7 139:10,
22 149:10
164:4 165:24
172:15 187:21
215:25
**were** 10:7
11:3 16:16
18:17 21:6
22:18 23:5,6,
24 24:4,10,22
25:6,7 28:4,
16 29:23,25
30:2,8 31:7
32:4,11,20,
23,24,25
33:7,8,11
34:13,17
35:1,5 36:8,
15 37:3,12
38:2,22 39:5,
7 40:22,25
41:4,25 42:8,
11 45:10,12,
17,18,23 46:3
47:23,24
48:1,15,22,24
49:14 51:5,
12,17,22 52:9
53:24 55:9,
13,15,25
57:15 58:1,
11,21,23
59:12,13 62:5
65:15,17
66:7,8,24
67:5 72:19
73:16 75:5,25
76:3,5 77:1
79:7,9,17
81:24 89:2,3
93:8 94:25
96:10,11,24
97:10,20
107:6 108:1

113:13,16,22
114:18 116:7,
25 121:3
123:2 124:4
128:16,21
130:16 131:5
132:6 144:8
151:20 153:24
154:20
155:11,21
156:1,6,23
157:16 168:12
171:9,25
175:17,25
177:10,19,23
178:3,15,22,
23 179:1,23
183:19 184:18
190:1,18
192:9 193:18,
19 195:13,14,
20 202:13
207:1,9
210:18 212:10
213:15
**weren't** 21:12
45:13 55:17,
20 89:3 115:4
128:24 129:4
181:20 184:17
**wet** 194:22
**what** 11:25
14:3 15:6,18
16:8,10,16,20
17:8 18:15
19:9,20 20:3
21:18 22:4,
11,15,18
23:1,2,6,12,
18 24:2,14
25:3,10 27:2,
15 28:7
29:14,16,17,
19 30:6 31:4,
17 32:1,4,19,
23 33:3,10,16
34:22 36:1,20
37:8,10,15
38:5 39:22,24

43:8,19,22
45:8,9,12
46:13 47:3
48:20 50:19
51:1 53:20
54:2 55:13
56:7,9,10
57:1,2,23
58:4,19,25
59:2,5,10,12,
14,21 61:9,
19,20,25
63:6,9 64:2,
5,12 65:5,9,
24 66:4,6,7,9
67:14 69:13
70:1,3,10,23
72:9,20 73:2,
3,9,11,18
76:9,16 79:5,
6 82:10
84:13,22
85:14 87:16
88:25 89:15,
19 90:15
91:5,12 93:4,
17 94:2,17
95:10,17
96:11,13
97:3,10 99:3,
16,17 101:20,
21 103:24
106:5 107:23
109:19 110:3,
15 111:7,22,
24 112:13,21
113:1 114:19
115:10
116:12,25
117:18 118:25
119:7,12,18
120:2 122:21
124:19,21
127:19 129:1
130:12
134:13,14,21
135:21 139:12
140:18 142:1,
8 143:3,8
146:22 147:5
150:1,7
152:23
153:11,19,22
155:7 156:6,
14,20 157:4
158:7,13
161:21 164:6,
9 165:12,16
166:10 167:2,
10,12 169:19,
21 170:22
171:17 173:3,
11 174:9
175:18 177:22
181:23,24
182:24 183:2,
11 184:10,15
185:16,18
186:25 188:3
189:1 190:14,
24 191:8
192:4 193:13,
22 195:3,17
196:5,8
197:2,14,22
198:18 199:2,
9 202:3
203:20 206:2
211:7,23
212:18 214:23
215:9,12
216:3,7,21
217:17,25

**what's** 9:17
10:25 12:9,18
15:4,18 18:19
34:2 71:10
72:2 74:9,21
78:20 81:12
90:22 101:14,
21 116:18
120:13 127:7
131:12 132:14
133:18 136:3
145:11 160:25
164:6 168:20
180:2 186:11
189:16 191:11
202:18 205:6
206:25

**whatever** 38:3
44:13 75:14
85:5 87:19
96:6 153:11
178:15 181:25

**wheel** 53:25
70:7

**when** 11:10,15
15:19 19:4,21
21:6,19 23:1
25:7 26:17
27:17 37:2,
18,21 39:8,
16,19 40:2,3
41:4,5,9
42:16 44:6,8
47:1 48:6
49:19,24
50:1,22 51:3,
17 52:21 53:6
58:8 69:14
73:4,21 75:5
76:1 80:8
81:2 84:22,25
86:1,18
88:21,25
89:25 90:2
98:25 100:14
101:3 103:9,
20 104:19
105:1,13
106:18,19
107:16 112:5
114:18 118:16
119:17,20
120:3,5
122:20,23
128:9 132:19
133:23 138:19
139:9,20
140:22 141:13
142:3,7 143:2
145:3 147:17,
19 150:3,12
154:20 158:6
159:20 161:7,
19 167:14,24
169:9 177:3,
4,10,20 179:6
193:18 198:4,
11 204:24
205:13,14
206:11 209:4,
9 212:9
216:16

**When's** 151:17
152:6

**whenever** 26:5
122:22 142:19
149:17 168:24

**where** 8:19
11:3,6,11
12:16 13:18
15:25 17:11
19:21 29:23
31:7 32:15
35:21 44:10
47:23,24,25
48:8 52:2,18
55:10 56:6
58:9 60:4
62:2,4 69:22
73:23 75:5
80:7,18 81:1,
22,24 82:6
83:8 86:14
88:1 93:24
102:16 105:2
107:8 111:12,
23 117:7
121:8 123:23
128:6,17,22
130:19 137:16
143:19
145:14,17,21,
22 150:19
154:6,14
155:3 162:6,
10 172:24
173:3 175:8
179:8,12
182:8 186:22
190:18 194:21
197:5 198:5
210:4 213:13,
14,15

**where'd** 10:5
88:4
**whether** 18:21
38:14 45:4
52:14 61:15
79:12 86:9
134:25
175:10,16
191:22
**which** 6:15
13:23 25:24
33:19 34:20
41:9 51:5
69:17 76:12
77:23 88:13
90:23 93:23
94:14 100:20
106:6 107:1
108:25 111:1
113:21 117:6
124:23 125:15
126:15 127:8,
23 134:21
136:12 137:10
141:11,12
142:3 144:13
145:18 146:19
154:14 166:17
167:23 169:8
171:1 181:9
188:1 201:20
203:1,7
204:11 209:2
214:23
**while** 17:14
23:5 24:9
89:20 107:15
114:16 138:11
159:18 171:9
175:16
**whiplash**
97:23 98:3
**white** 40:1
52:19 53:2,5,
9 79:1 95:24
162:23
**who** 23:22
30:8 35:7
46:14 63:16,
19 64:6,17
69:3 71:14
74:10 84:8
85:9 87:24
92:8 94:5,14
106:16 117:3
119:1 136:18
180:8,11
182:15 183:9
192:24 211:8
**who's** 24:8
158:21 160:14
**whole** 59:13
109:22 114:11
202:1 204:11
218:3
**whose** 93:18
**why** 42:11
44:25 48:14
112:11,17
115:6 128:25
210:2 216:9
218:21
**Wilkiemeyer**
5:17 209:11
**will** 7:1
17:11,13 78:4
145:3 149:18,
19 150:5
158:24 161:25
169:22 191:21
204:6
**Wilson** 6:18
**win** 158:22
161:1
**windscreen**
73:12
**wise** 39:3
64:7,20
213:15
**with** 8:13,19
9:24 11:23
13:3,6,9,10
15:10 18:6,
12,21 19:13
20:9,11
23:22,24
24:3,8,12,15,
18,24,25
27:17 29:9
30:8,9 31:2
32:9,10
34:13,17 40:8
43:11 44:25
47:4 50:14
51:10,13
53:20 55:25
56:10,11
58:11 59:8,
11,14,25 60:7
61:17,19
62:18,23,24
63:9,22,23
64:2 65:11,24
66:1,5 69:1,
12 71:16
72:15,16,17
74:2 76:19
77:11 79:6
82:8 83:19
84:7,23,25
85:6,8 87:11
96:11 98:3
99:7,11,16,20
100:3 101:7,
14 102:22
104:7,15
105:8,13
106:18,19,24
109:19 110:1,
6,8 111:1
112:6,14,23,
24 114:12,19
116:12,13
118:21,24
119:21 120:4,
6,14 121:19
122:2 123:7,
22 124:9,23
125:2 126:7
128:17,22
130:14 131:17
132:3 134:9,
10,12,25
135:1,14,24
136:7,25
137:16,20
140:5,12,24
141:10,13,24
146:11,16
148:10,11
149:17,23
155:16
156:10,25
157:5 158:8
159:24 162:3,
19 164:12,13,
16,23 167:13
169:21,23
170:4,20
171:25 172:6,
9,14 173:7,
19,23 174:4,
11,23 175:11,
16 177:22,23
178:8 179:19
181:5,16
182:24
183:20,24
185:2 186:18
189:21 190:6
194:2,7
195:20 196:4
197:5,17
198:19,24
199:5 201:11,
23,24 202:6,
13 203:18
204:8,9,18,
24,25 206:9,
13 207:2
208:7,25
209:1,3,19,20
210:6 211:8,
21 212:4,5
213:2 214:22
216:7 217:1,
3,4,14 218:3
219:6
**within** 100:17
168:9 215:2
216:24 217:6
**without** 50:14
156:16
**witness** 3:2
7:2 9:9 18:22

28:25 44:16, 23 47:10,17 49:4 50:3 69:1 72:6 75:12 76:14 78:14 80:4,23 96:10 97:3 105:17,20 107:20 133:8 143:20 153:14 175:24 185:22 186:1 191:2 192:1 199:2 202:8 203:14 211:25 212:2, 13 215:6 219:7
**women** 159:24
**won't** 141:19 214:17
**wondering** 115:8
**Woodruff** 168:22
**word** 153:9
**words** 153:1
**work** 24:2,25 26:11 30:16 31:12 63:8 85:4,6,24 87:3 89:7 94:20 114:4, 5,8,21 131:17 157:23 161:17 163:24 181:21 184:21,25 193:2 198:17 201:7 211:16 213:22
**work-related** 200:7
**workable** 212:19
**worked** 19:15 22:8,16 24:12,18 26:14 123:2 207:14
**workers'** 19:13 21:9 25:13
**working** 21:6, 12 23:3 24:24 25:6 29:3,13 77:1 87:20 106:18 115:3, 4 118:24 159:24 204:9 216:19 217:3, 12
**workout** 168:23 193:8 211:10
**workouts** 169:22 170:2
**works** 8:10 113:8 114:9 139:18 150:1
**World** 30:14
**worse** 105:7 147:20 155:10 187:20
**worst** 143:16
**worth** 23:22
**would** 6:20 8:13,15 9:12 15:10 19:12, 17 31:11 34:20 39:12, 15 42:3,23 44:12,18,20 45:4,6,7 46:20 47:4,6, 13,20 48:17 53:11 54:9 76:5,10 80:7, 12,13,15,20 81:2,5,21 83:5 86:11,16 91:16 96:5 103:18,24 104:2,10,18 109:9 114:20 115:13 118:1 129:6,7 135:6 137:1 146:9, 22 147:1 156:22 162:11 167:13 168:24 169:13 177:5, 11 178:17 184:21 186:21 190:20 197:25 198:2,9 209:18,20 210:3,4,5 211:13 215:10
**wouldn't** 47:14 93:11 96:8 196:2
**wow** 175:21
**wrist-type** 170:2
**written** 46:11,13 47:3 106:15 166:18 217:24
**wrong** 25:19 137:4 183:15 206:3
**wrote** 20:15 181:8

X

**x-ray** 198:21
**XE** 25:22

Y

**y'all** 30:2 79:6 215:22
**yards** 37:21
**yeah** 23:16 25:12,16 36:19 67:24 80:25 82:24 84:11,21 87:2,9 91:17 93:25 105:19 134:4 137:6 138:18 142:2, 5 145:5 148:8 149:13 155:25 162:8 169:23 175:13 176:9 178:16 182:6 185:24 195:19 203:8
**year** 15:21 24:20 25:3 28:11 90:6 91:5 101:16 119:9,11,15 120:9 132:16 141:15,25 142:1,7 146:2 147:19,24 148:4 149:21 150:2 163:6 178:2 185:18 205:16 214:24 215:2
**year-and-a-half** 26:22
**yearly** 101:19
**years** 9:21 11:12 13:24 16:16 22:8,23 23:24 24:1,11 27:15 28:1 43:17 103:22 104:10 140:22 149:15 151:19 154:1,22 157:5 158:9 160:3 162:17 163:16,21 173:17 183:25 193:20
**yellow** 82:21, 22 83:8,12
**yes** 8:4 9:10, 11,25 10:13, 24 12:4,15 13:5 14:6 15:17 16:13, 19 18:11,14 19:2 21:24 22:3,10,25 23:11 24:13 26:25 28:2,6, 13,15,17

29:6,10,15 30:3,5,12 32:17 33:2, 12,15 34:5, 11,24 35:11, 14,25 38:4 40:16 41:3,6 42:2 44:4 46:11 47:5 49:15 50:18 51:11 53:17, 19 54:16 56:4,18,21,23 57:16,19 58:18 59:1,9 60:12 61:14 64:9,18 65:22 66:11 67:2,3, 6,9 68:15,21, 23 69:8,22,25 70:4,8,24 71:2,7,13,18, 24 73:1 74:18 75:7,22 77:19 78:2,6,15,22, 25 79:16 81:8,20 82:1, 4,9,22 83:1, 10,16,20 88:10,18 90:9,11 91:3, 16,17 92:6,25 95:2,5,9,12, 15 96:1,4 98:11,14 100:8 101:9, 23 102:23,24 103:5 106:8, 11 107:4 108:4,11,15 109:3,13,17 110:1,14,22 111:2,6,9,18, 21 112:2 113:17,20 114:1,14 116:1,11,21, 24 117:14 118:15 120:10,16 121:4 122:4, 6,14,16 123:5,13,25 124:5,12 125:11,18 126:17 127:10,16 128:8 129:16 130:4 131:15, 19,23,25 133:2,4,21 135:3,16,18 136:6,9,23,24 137:17 138:1 139:25 140:7 141:9,17 142:10,14 143:9,11,23 144:2,9,15,18 145:24 146:4, 6 148:7,22 149:1,4,18 152:11 153:18 155:6 156:24 157:2 158:2,5 159:5,8 163:8,11,22 164:8 165:15, 17,22 166:23 167:1 168:5, 8,19 171:2,8 173:1,22 174:13 177:17,21 178:13 179:14 180:5,20,23 182:10 186:14,17,20 187:5,12,24 188:12,21,25 189:10,19,22 190:11,13 191:10,15,18 192:11,21,23 193:1 194:15 195:23 196:20,25 197:21 198:1, 5,13 199:22 200:2,4,10,23 201:13,16 202:21,23 203:3,22 204:17,21 205:3,17,23 206:16 207:3, 11,17 208:21 209:5 213:6, 17,23 215:25 216:2,18,20

**yet** 16:5

**yielded** 197:18

**yoga** 123:7, 17,18 210:14

**you** 7:18,25 8:5,8,11,13, 22,23 9:1,3, 5,6,12,15,20, 24 10:4,5,7, 8,11,23 11:3, 5,6,11,18,20, 23 12:2,11, 20,24 13:6, 11,13,15,23 14:11,12 15:18,19,25 16:11,14,15, 16,20 17:5,9, 14,15,22 18:1,6,17,20, 24,25 19:10, 12,13,24 20:8,9,13,17, 22,25 21:4,5, 6,9,12,15,21, 22,23 22:11, 16,18 23:2,5, 6,12,18,19,24 24:3,11 25:6, 7 26:9,11,14, 17,20,23 27:11,18,24 28:4,8,10,16 29:12,17,23 30:6,8 31:1, 4,7,9,14,17, 18,20 32:1,4, 7,11,23 33:1, 6,7,10,11,21, 22 34:2,3,4, 9,13,25 35:5, 15,21 36:7, 16,24 37:2,3, 6,10,12,13, 15,17,18,21 38:2,5,10,12, 14,16,19,22, 25 39:8,9,12, 15,19,24 40:2,9,10,13, 17,25 41:4, 13,16,20,25 42:3,8,11,15, 16,20,24 43:6,12,15, 19,22,23 44:1,5,18,25 45:4,8,20,25 46:8,19,20,25 47:4,6,13 48:3,11 49:2, 8,13,17,19,24 50:9,13,20 51:5,21,24 52:8,14 53:5, 16 54:17,20 55:5,10,13, 15,17,20,25 56:17,22,24 57:15,21,23 58:1,5,8,9, 16,23,25 59:7,10,16, 20,22,25 60:10,13,16, 19 61:7,9,22 62:4,9,10,13, 16,18,22,23 63:4,6,13,16, 22,23 64:17, 19 65:8,11,16 66:1,12,23 67:4,14 68:1, 13,16,22 69:17,23

70:1,5,11,23 71:10,11,14, 16,22 72:20 73:9,18 74:2, 4,9,10,21 75:24 76:5,7 77:3,10,15 78:1,7,11,20, 21 79:2,12,15 80:14 81:12, 15,21,24 82:5,6,18,21 83:18,21 84:1,4,9,10, 22 85:4,11,21 86:1,4,9,14, 18,21 87:10, 14,15,25 88:19,25 89:7,8,9,10, 15,19 90:4, 15,22,24 91:11,18,22 92:8,10,12, 16,24 93:2,4, 11,18,24 94:2,9,14,25 95:7,10,17, 21,23 96:5,8, 16,19,24 97:10,19 98:12,18 99:3,8,17,22, 25 100:3,6, 12,22 101:1, 4,22 102:17 103:16,20,24 104:6,7,10, 15,19,20 105:9 106:5, 7,10,18,19, 24,25 107:6, 8,18,23 108:1,8,21 109:1,11 110:16,17,23 111:12,19,23, 25 112:5,6 113:9,11,13, 16,18,21,24 114:4,12,18, 20 115:3,6, 16,19,24 116:13,18,20, 25 117:7,21 118:21 119:3 120:3,8,13, 17,25 121:5, 8,11,16 122:3,5,15,17 123:3,9,14,23 124:4,6,14,19 125:10,19,20 126:1,5,18,22 127:1,7,17,18 128:10,16,21, 22 129:23 130:5,19 131:12 132:7, 14,19,22 133:1,11,13, 18,23 134:9, 10,21,25 135:1,4,14 136:3,5,7,11, 19,25 137:2, 6,16 138:6 139:2,5 140:1,5,11, 12,14,18,22, 23 141:5,13 142:3,20 143:2,21 144:8,17,19, 21 145:11,14, 17,21 146:1,2 147:3,14,19, 22 148:15,21, 24 149:9,14, 15,23 150:9, 12,17,23 151:2,5,11, 14,17 152:3, 13,14,20 153:8,16,19, 23 154:5,8, 11,20,25 155:3,11,14, 19,21 156:1, 6,22,23 157:9,18,22 158:6,16,17 159:13,15,22 160:5,11,18, 22 161:1,12, 13,25 162:1, 9,10,13,14, 15,22,25 163:5,9,12, 15,23 164:1, 3,4,9,10,11, 18 165:14,18, 24 166:5,10, 17,21,25 167:6,10,12, 17,22,24 168:3,12,14 169:5,8,17, 19,21 170:4, 9,11,17,19 171:3,9,13, 14,22 172:3, 9,22 173:2,3, 4,6,13,15,19, 23 174:1,14, 18,23 175:1, 8,14,16 176:11,17,23 177:2,5,6,10, 19 179:5,6, 16,23 180:2, 4,11,19,21 181:5,12,17, 20 182:8,12, 15,21 183:2, 19,22 184:2, 7,10,14,17, 18,24 185:18, 24 186:11,12, 13,18,22 187:10,14 188:3,6,10,19 189:1,2,9,11, 16,20,24 190:1,8,18, 23,24 191:8, 16,22 192:14, 18 193:2,10, 13,18,19,22, 25 194:13,14, 16,24 196:14, 18,23 197:14, 19,22 198:2, 8,11,12,19, 24,25 199:2, 5,7,12,20 201:11,23 202:3,13,18, 20 203:7,11, 20 204:1,5,6, 7,18,24 205:6 206:21,25 207:9,21 208:4,10,14, 22,25 209:4, 6,8,18,19,20 210:10,12,18 211:2,5,7,19 212:10 213:1, 7,14,15,20, 22,25 214:3, 11,13,17,19 215:3,12,13, 16 216:21 217:14,20,23, 24,25 218:4, 6,10,16 219:5,7

**you'd** 8:17,20 44:12 68:25 134:4 176:20

**you'll** 81:16 149:24 161:6, 7,8,9 163:23 164:2 166:14

**you're** 15:6, 25 17:14 27:7 28:23 30:25 42:6 69:22 70:9,21 72:15,16 77:23 82:7,10 89:7 97:15 102:20 116:3 128:17,22 130:21 140:21

143:24 144:4 146:5 148:2 149:14 150:3, 9 152:23 154:11 155:4 158:7,17 159:18 160:16,19,20 161:4,7,8,10, 16,19,21 162:4,5,14 163:7,23,25 169:1 171:17 172:24 174:23 177:1 184:7, 13 192:24 195:15 196:8 206:2 210:17 211:23 213:8 214:3 216:15, 16,21

**you've** 16:8 27:14,25 71:19 74:22 83:17 98:20 101:6 111:19 119:3,9 130:24 131:20 145:15 148:11,18 149:5 151:10, 24 152:6 153:16 154:6 157:9 158:1 160:3,11 162:16 163:20,21 166:24 168:7 173:6,10 175:18 176:17 179:13 200:22 204:14 209:19 216:4

**younger** 159:25

**your** 6:21 8:5,13,17,21 9:12,17,23 10:23,25 12:14,21 16:14,15 18:9,12,15,25 20:9 26:5 29:5,9 34:10, 12 35:13 36:3 41:10 46:1,6, 8 48:12,19,24 49:1 51:8,13, 15 52:12 53:1,14,16,24 54:5,9,21,23 55:1,4,15,21 56:17 57:17 59:6 61:1 63:19 65:23 66:4 69:12 71:3,12,16, 19,25 72:1 75:10,16 77:11 78:4,8 80:7,8,21 83:18,19 86:5,23,25 87:11 90:23 91:2,15,19,22 94:17 95:3 96:2,20 97:7 99:1,9,11,12 100:1,4,6,22 101:1,14,20, 21 102:1,6,13 103:9 105:13 106:16 110:12,16 111:23 112:19 113:10 114:4, 6,12 115:16 116:13 117:15,16,18 119:21 120:20 121:1 122:6 123:4 128:4, 6,11 129:10 130:6,21 131:16,17,21 132:6 133:24 138:14 141:13 142:11 143:3, 13,15 144:10 147:12,25 148:5,9,11, 14,15 149:6 150:10,12,13, 18 151:20 152:4,12,13 154:8,18 155:12 157:12,18 159:9 162:5, 19 163:5,16, 20 164:3,6,20 165:13 167:25 168:11 169:17 170:19,25 171:12,16,17, 23,25 172:6, 9,16 173:4 174:9,20,21 175:6,11 176:10,20 177:6,14,15, 20 179:6,12 180:6,17,18, 19 181:21,25 182:11 184:2 185:3,7 187:7,22,23 188:3,13 190:15 191:17 193:22 194:4 195:10,25 196:1 197:20 198:12,25 199:24 200:11 204:4,15 205:8 207:2, 23 208:18 209:1,6,15 210:11 211:22 213:4,19 214:2,14 216:15 218:10

**yourself** 84:5 107:7,23

**Youtube** 123:11,12

Z

**Zagha** 9:23 11:22 13:2 27:17 28:18 29:24 32:11 35:1 53:18 54:2 61:1 67:7 70:25 215:21

**zero** 110:25

**zeros** 110:25

**zone** 19:16 76:11,19,21, 24 77:1 79:18 176:4 177:2

Geays

# HENRY COUNTY POLICE DEPARTMENT

## STATEMENT FORM

CASE NUMBER: 16-017585

PERSON INTERVIEWED: Robert Glenn

ADDRESS: [redacted]

CITY: Atlanta STATE: GA ZIP: [redacted]

DATE OF BIRTH: [redacted] SOCIAL SECURITY (optional):

SEX: M RACE: W HEIGHT: 6ft. WEIGHT: 225 AGE: 40

EMPLOYER: Academic Contractor / GSU - student

ADDRESS:

PHONE (HOME): 803-240-6582 (WORK): (CELL):

EMAIL ADDRESS:

DETAILS (WHO, WHAT, WHEN, WHERE, WHY, HOW) (SIGN & DATE UPON COMPLETION)

While traveling on I 75 N at approx 1800 past ~~exit~~ 227 mile Marker myself and Nancy Zagha were struck by an 18 wheeler on the rear passenger side. The truck swerved into our lane (we were in the far left lane) in an attempt to dodge another vehicle who swerved from the far right lane into his middle lane. The trucks left front tire and bumper struck my passenger side door and rear wheel and fender. The trucker has a dash cam that recorded the entire accident.

Robert Glenn / Nancy Zagha [redacted]

SIGNATURE: [signatures]

DEFENDANT'S EXHIBIT 1 SW 5-30-19

FOR DEPARTMENTAL USE ONLY

VICTIM: ☐ WITNESS: ☐ SUSPECT: ☐ OTHER: 2

DATE/TIME STATEMENT TAKEN/INTERVIEW BEGAN: 9-06-16 1827

COMPLETED: 1915

STATEMENT TAKEN/INTERVIEWED BY: D. Johnson ID #: 5063