EXHIBIT C

# MOTOR VEHICLE DRIVER'S
## Certification of Violations/Annual Review of Driving Record

**MOTOR CARRIER INSTRUCTIONS**: Each motor carrier shall at least once every 12 months, require each driver it employs to prepare and furnish it with a list of all violations of motor vehicle traffic laws and ordinances (other than violations involving only parking) of which the driver has been convicted, or an account of which he/she has forfeited bond or collateral during the preceding 12 months (Section 391.27). Drivers who have provided information by Section 383.31 need not repeat that information on this form.

**DRIVER REQUIREMENTS**: Each driver shall furnish the list as required by the motor carrier above. If the driver has not been convicted of, or forfeited bond or collateral on account of any violation which must be listed, he/she shall so certify (Section 391.27).

## COMPLETED BY DRIVER – CERTIFICATION OF VIOLATIONS

| Name of Driver (printed) | Social Security Number | | Date of Hire |
|---|---|---|---|
| GISCA CRISTIAN | [redacted] | | 8/10/16 |
| Home Terminal (City & State) LYNNWOOD, WA | Driver's License Number | State | Expiration Date |
| 14014 ADMIRALTY WAY APT 8E | GISCAC*069MH | WA | 07/08/2020 |

I certify that the following is a true and complete list of traffic violations required to be listed (other than those I have provided under Part 383) for which I have been convicted or forfeited bond or collateral during the past 12 months.

**(If you have had no violations, check the following box - ☐ None)**

6/25/16 393.100(a), 392.2 PA CMV

| Date | Offense | Location | Type of Vehicle Operated |
|---|---|---|---|
| 12/11/15 | 392.16 | AZ | CMV |
| 1/20/16 | 393.78, 393.9(a), 392.2FC | OR | CMV |
| 2/5/16 | 393.47(e), 392.9(a)(2), 393.53b | TX | CMV |
| 4/13/16 | 396.5(b), 392.2RG, 393.47(e) | CA | CMV |
| 4/18/16 | 393.75(a), 393.47(a), 393.7(a) | US | CMV |

If no violations are listed above, I certify that I have not been convicted or forfeited bond or collateral on account of any violation (other than those listed under Part 383) required to be listed during the past 12 months.

Date of Certification 8/8/16 Driver's Signature Gisca

## COMPLETED BY MOTOR CARRIER – ANNUAL REVIEW OF DRIVING RECORD

MOTOR CARRIER INSTRUCTIONS: Review the Certification of Violations listed above and other information described in Section 391.25 of the Federal Motor Carrier Safety Regulations. Complete the information requested below.

I hereby reviewed the driving record of the above named driver in accordance with Section 391.25 and find that he/she (check one)

☑ Meets minimum requirements for safe driving ☐ Is disqualified to drive a motor vehicle pursuant to Section 391.15

☐ Does not adequately meet satisfactory safe driving performance

**Action taken with driver**: ______

Reviewed by: [signature] Signature 8/10/16 Date

FAUSTA M Printed Name Safety Title

Plaintiff's
Exh. No. 5
2/25/19 JS