EXHIBIT D

# PSP Detailed Report

Federal Motor Carrier Safety Administration

## Driver Information

| Last Name | First Name | License # | State |
|---|---|---|---|
| GISCA | CHRISTIAN | GISCAC069MH | WA |

## Crash Activity

Crash Summary (Crashes listed represent a driver's involvement in FMCSA-reportable crashes, without any determination as to responsibility.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| # of Crashes: | 0 | # of Crashes with Fatalities: | 0 | # of Crashes with Injuries: | 0 | # of Towaways: | 0 |
| | | # of Fatalities: | 0 | # of Injuries: | 0 | # of Hazmat Releases: | 0 |

Crash Details (Crashes listed represent a driver's involvement in FMCSA-reportable crashes, without any determination as to responsibility.)

| | Date | DOT # | Carrier Name | Driver Name | Driver Lic | State | Driver DOB | Rpt St | Report Number | Location | # Fatalities | # Injuries |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

## Inspection Activity

Inspection Summary

| Driver Summary | | Vehicle Summary | | Hazmat Summary | |
|---|---|---|---|---|---|
| Driver Inspections: | 8 | Vehicle Inspections: | 5 | Hazmat Inspections | 0 |
| Driver Out-of-service Inspections: | 0 | Vehicle Out-of-service Inspections: | 4 | Hazmat Out-of-service Inspections: | 0 |
| Driver Out-of-service Rate: | 0% | Vehicle Out-of-service Rate: | 80% | Hazmat Out-of-service Rate: | 0% |

Inspection Details

| Carrier Info | | | | Driver Info | | | | Inspection Info | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | DOT # | Carrier Name | Driver Name | Driver Lic | State | Driver DOB | Rpt St | Report Number | Hazmat Insp | Insp Level | # of Viol |
| 1 | 12/01/2015 | 2819417 | INFINITY INC | GISCA, CRISTIAN | GISCAC069MH | WA | 07/08/1994 | AZ | 0000809308 | N | 3 | 1 |
| | Driver Violation: | 392.16 | Failing to use seat belt while operating CMV | | | NON-OOS | | | | | | |
| 2 | 12/13/2015 | 2819417 | INFINITY INC | GISCA, CRISTIAN | GISCAC069MH | WA | 07/08/1994 | SD | 041A004935 | N | 3 | 0 |
| | | | | | | | | | | | | |
| 3 | 01/20/2016 | 2819417 | INFINITY INC | GISCA, CRISTIAN | GISCAC069MH | WA | 07/08/1994 | OR | 000S723642 | N | 2 | 3 |

Report executed at: 8/8/2016 2:37:08 PM

MCMIS snapshot date: 07/22/2016

Plaintiff's
Exh No. 6
2/25/19 JS

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Vehicle Violation: | 393.78 | Windshield wipers inoperative/defective | | NON-OOS | | | | | | | |
| | Vehicle Violation: | 393.9(a) | Inoperative turn signal | | NON-OOS | | | | | | | |
| | Driver Violation: | 392.2FC | Following too close | | NON-OOS | | | | | | | |
| 4 | 02/05/2016 | 2819417 | INFINITY INC | GISCA, CRISTIAN | GISCAC069MH | WA | 07/08/1994 | TX | 4JB90WAFZZ | N | 1 | 3 |
| | Vehicle Violation: | 393.47(e) | Clamp or Roto type brake out-of-adjustment | | NON-OOS | | | | | | | |
| | Vehicle Violation: | 392.9(a)(2) | Failing to secure vehicle equipment | | OOS | | | | | | | |
| | Vehicle Violation: | 393.53(b) | CMV manufactured after 10/19/94 has an automatic airbrake adjustment system that fails to compensate for wear | | NON-OOS | | | | | | | |
| 5 | 03/25/2016 | 2819417 | INFINITY INC | GISCA, CHRISTIAN | GISCAC069MH | WA | 07/08/1994 | WV | 3861001171 | N | 3 | 0 |
| 6 | 04/13/2016 | 2819417 | INFINITY INC | GISCA, CRISTIAN | GISCAC069MH | WA | 07/08/1994 | CA | A155711100 | N | 1 | 3 |
| | Vehicle Violation: | 396.5(b) | Hubs - Wheel seal leaking - outer wheel | | OOS | | | | | | | |
| | Vehicle Violation: | 392.2RG | State vehicle registration or License Plate violation | | NON-OOS | | | | | | | |
| | Vehicle Violation: | 393.47(e) | Clamp or Roto type brake out-of-adjustment | | NON-OOS | | | | | | | |
| 7 | 04/18/2016 | 2819417 | INFINITY INC | GISCA, CRISTIAN | GISCAC069MH | WA | 07/18/1994 | US | 1429000211 | N | 1 | 5 |
| | Vehicle Violation: | 393.75(a) | Flat tire or fabric exposed | | OOS | | | | | | | |
| | Vehicle Violation: | 393.47(a) | Inadequate brakes for safe stopping | | OOS | | | | | | | |
| | Vehicle Violation: | 393.47(a) | Inadequate brakes for safe stopping | | OOS | | | | | | | |
| | Vehicle Violation: | 393.47(a) | Inadequate brakes for safe stopping | | OOS | | | | | | | |
| | Vehicle Violation: | 387.7(a) | Motor carrier permit/require a driver to operate a CMV without minimum levels of financial responsibility as required in 49 CFR §387.9 | | NON-OOS | | | | | | | |
| 8 | 06/25/2016 | 2872278 | UNITED TRANS LOGIC INC | GISCA, CRISTIAN | GISCAC069MH | WA | 07/08/1994 | PA | 2450617775 | N | 2 | 3 |
| | Vehicle Violation: | 393.100(a) | No or improper load securement | | OOS | | | | | | | |
| | Vehicle Violation: | 392.2 | Violation of Local Laws - Explain | | NON-OOS | | | | | | | |
| | Vehicle Violation: | 392.2 | Violation of Local Laws - Explain | | NON-OOS | | | | | | | |

**Violation Summary**

| Violation # | Description | # of Violations | # of Out-of-service Violations |
|---|---|---|---|
| 392.16 | Failing to use seat belt while operating CMV | 1 | 0 |
| 393.78 | Windshield wipers inoperative/defective | 1 | 0 |
| 393.9(a) | Inoperative turn signal | 1 | 0 |
| 392.2FC | Following too close | 1 | 0 |
| 393.47(e) | Clamp or Roto type brake out-of-adjustment | 2 | 0 |
| 392.9(a)(2) | Failing to secure vehicle equipment | 1 | 1 |
| 393.53(b) | CMV manufactured after 10/19/94 has an automatic airbrake adjustment system that fails to compensate for wear | 1 | 0 |

Report executed at: 8/8/2016 2:37:08 PM

MCMIS snapshot date: 07/22/2016

| | | | |
|---|---|---|---|
| 396.5(b) | Hubs - Wheel seal leaking - outer wheel | 1 | 1 |
| 392.2RG | State vehicle registration or License Plate violation | 1 | 0 |
| 393.75(a) | Flat tire or fabric exposed | 1 | 1 |
| 393.47(a) | Inadequate brakes for safe stopping | 3 | 3 |
| 387.7(a) | Motor carrier permit/require a driver to operate a CMV without minimum levels of financial responsibility as required in 49 CFR §387.9. | 1 | 0 |
| 393.100(a) | No or improper load securement | 1 | 1 |
| 392.2 | Violation of Local Laws - Explain | 2 | 0 |

The summary counts and rates only include violations that were attributable to GISCA, CHRISTIAN.

Report executed at: 8/8/2016 2:37:08 PM

MCMIS snapshot date: 07/22/2016

For an explanation of FMCSA-reportable crashes see: https://www.psp.fmcsa.dot.gov/psp/FAQ.aspx.