EXHIBIT F

HMD TRUCKING INC.

# COMPANY POLICY

# AND

# OPERATING PROCEDURES

**UPON READING PLEASE SIGN LAST PAGE**



Plaintiff's
Exh. No. 26
2/25/19 JS

## ALL ACCIDENTS

Every Driver of a motor vehicle involved in an accident which results in an injury or death of any persons, or property damage of any kind, regardless of the amount shall:

a. Stop immediately;

b. Take all necessary precautions to prevent further accidents at the scene;

c. Render all reasonable assistance to injured persons (movement of injured persons by a driver should not be undertaken if likely to cause further injury);

d. Give to any person demanding the same; their name and address, the name and address of the motor carrier for whom he is then driving, the state tag registration number of the vehicle involved, and if requested , exhibit his CDL;

e. REPORT ALL DETAILS OF THE ACCIDENT AS SOON AS PRACTICAL AFTER ITS OCCURANCE TO THE MOTOR CARRIER THEN USING THEIR SERVICES.

## SEAT BELTS

If it's there, USE it!

A motor vehicle which has a seat belt assembly installed on the driver's side shall not be driven unless the driver has properly restrained himself with the seat belt.

After June 30th 1972, every bus, truck and tractor manufactured on or after January 1st 1965 must be equipped with a seat belt assembly installed at the contractor's seat and at the right front outboard seat if the vehicle has one.

## INTOXICATING BEVERAGE

A. <u>NO PERSON SHALL</u>

1. Consume an intoxicating beverage, regardless of its alcoholic content, or be under influence of an intoxicating beverage, while on duty, or operating, or in physical control of a motor vehicle; or

2. Be on duty or operate a motor vehicle while possesses an intoxicating beverage, regardless of its alcoholic content. However, this subparagraph does not apply to possession of an intoxicating beverage which is manifested and transported as a part of a shipment.

B. <u>NO MOTOR CARRIER SHALL REQUIRE OR PERMIT A DRIVER TO</u>

1. Violate any provision of paragraph (a) of this section; or

2. Be on duty or operate a motor vehicle if, by their general appearance or by his intoxicating beverage within the preceding 4 hours

## COMPLETION OF LOGS

The following section prescribes the requirements for completion of the Contractor Records on Duty status as mandated by the FMCSR, and the company policies and procedures. The FMCSR was revised effective January 1st, 1983 to allow each carrier to elect its own format, with the exception of the graph and remarks, for the contractor to record their "record of duty status". However, the company in continuing to use the previously required log format (MCS-59), which provides the area for all the required entries.

A. The following is a listing of the information that must be included on the form in addition to the grid as required in the FMCSR Section 395.8(d), and this policy

1. Date

2. Total miles driving today

3. Tractor and trailer and/or chassis number

4. Name of the carrier as HMD Trucking, Inc

5. Driver's signature/certification. A driver must sign each log using his/her legal signature, as the signature is a certification and the log is acceptable as evidence in court. This signature is the same as it appears on the driver's CDL, or Operators license,

6. 24-hour period starting time (i.e. midnight)

7. Main office address as 10031 Virginia Ave, Chicago Ridge , IL 60415

8. Remark; in the remarks section, show the full city name with the state abbreviation for the location of each of duty status.

9. Name of co-driver or a slash mark if none

10. Total hours (far right edge of grid)

11. Shipping documents, number(s), or the name of the shipper and the commodity.

B. Only logs provided by the company will be used to record the driver's record of duty status; these logs will be provided for the driver's use.

C. Duty status records must be completed every day as a driver is on-duty as prescribed in the FMCSR, Section 395.8. Records of duty status will be completed for each off-duty day; multiple off-duty days may be combined on one log sheet. If multiple off-duty days span two different months, a separate log will be completed for those days of the months.

D. All drivers are required to have in their possession the previous seven days of Duty Status Records.

E. The log will be open to the current day and current to the last change of duty status.

F. All entries on the log will be true and correct hand writing

G. All entries to the driver's duty status must be legible and in that contractor's own hand writing. The log will be completed in ink, and graph completed with the use of straight edge.

## FEDERAL MOTOR CARRIER SAFETY REGULATIONS,

## SECTION 395.1

## EXEMPTIONS-100 AIR MILE RADIUS DRIVER

A driver is exempt from the requirements of section 395.8 if:

1. The driver operates within a 100 air mile of the normal work reporting location;2. The driver, except a driver salesperson, return to the work reporting location and is released from work within 14 consecutive hours;

3. At least 10 consecutive hours off duty separate each 14 hours on duty;

4.The driver does not exceed 11 hours maximum driving time following 10 consecutive hour off duty;

5. The motor carrier maintains and retains for a period of 6 months accurate and true time records showing:

A. The time the driver reports for duty each day;

B. The total number of hours the driver is on duty each day;

C. The time the driver is released from duty each day;

D. The total time for preceding 7 days in accordance with 395.8 (J) (2) for drivers used for the first time or intermittently

## MEAL REST & ROUTINE STOPS

A recent interpretation by the Department of Transportation outlines the circumstances under which **Meal, Coffee**, and other **Routine Stops** by a driver while he/she is en route to a

destination **May be Logged as Off-Duty**. Accordingly, a driver may log the duration of a routine en route stop as Off-Duty Time under the following conditions:

1. **During the Routine Stop** you are relieved of all duty and all responsibilities for the care and custody of the vehicle, its accessories and cargo. You **are not**, however, relived of the responsibility of utilizing safe and proper parking procedures before leaving your unit to avoid any possible theft or unintentional rolling away of your unit.

2. **The duration of your routine en route stops is limited to One Hour AT LEAST** for each tour of duty (rest period of less than 10 minutes duration are considered insufficient to achieve a substantial reduction in your fatigue, therefore must be logged on-duty)

3. **During the Stop**, and for the duration of the stop, you are at liberty to pursue activities of your own choosing.

The interpretation deals solely with the characterization of meal stops or other routine stops while en route. It does not deal with the characterization of stops at a carrier's terminal or a shipper's premises en route. It does not deal with the characterization of sops at a carrier's terminal or a shipper's premises en route.

In connection with the latter, time spent at any of your terminals, or at shipper's premises waiting to be dispatched may also be logged Off-duty provided:

A. You have been relieved of duty by your dispatcher

B. You enter on your log above the Off-duty line the initials of the dispatcher authorizing the Off-duty period.

Every driver is reminded that the relief from duty outlined above is intended solely to provide an opportunity to rest and relax from the rigors connected with the operation of a commercial motor vehicle. If your experience indicates that intend purpose is not being served, it may be withdrawn.

## HOURS OF SERVICE

The Department of Transportation has established stringent hours of service requirements for all CMV drivers. The Reliable Transportation Specialists, Inc has established and will enforce strict policies regarding these requirements to prevent a fatigued driver from driving a commercial motor vehicle.

A. The DOT has mandated, and Reliable Transportation Specialists, Inc will follow the four basic rules designed to control contractor fatigue:

1. 11-hour driving rule- after having at least 10 consecutive hours off-duty, a driver cannot drive more than 11 hours.

2. 14-hour-on-duty rule - a driver cannot continue to drive after being on duty (combining of driving time and on-duty, no driving time ) for 14 hours following 10 consecutive hour off-duty. The contractor may continue to work after 14 hours on-duty, provided that the contractor does not drive again until taking 10 consecutive hours off-duty.

3. 70-hour Maximum on-duty rule - a driver cannot continue to drive after being on-duty, (combination of driving and on-duty, not driving time) in any eight consecutive day period. The driver may continue to work, but cannot drive again until having hours available within the 70-hour rule.

4. Rest Break: may drive if 8 hours or less have passed since end of drivers last off duty or sleeper-berth period of at least 30 minutes (49 CFR 397.5 mandatory "in attendance" time may be included in break if no other duties performed).

B. A day consists of the 24 hour from midnight to midnight (home terminal time), one calendar day. Within those 24 hours, the time is categorized into four duty classifications.

**PAPER WORK MUST BE TURNED IN WEEKLY**

IN THE OFFICE BY NOON MONDAY

ALL BILLING:

POD'S, BILS OF LADING,

ANY PIECE OF PAPER THAT COMES WITH A LOAD!!!!

RECEIPTS FOR ALL:

LUMPER, REPAIRS, FUEL, SCALE TICKETS

LOGS:

ALL TIMED STAMPS MUST MATCH FOR THAT DAY'S LOADS.

**CONSEQUENCES OF NON-COMPLIENCE**

Violations resulting in company safety record increase will result in $250 - $1000 fine. Drivers who do not comply with federal and state regulations, as well as the company policies, will be subject to the following corrective action:

TYPE OF VIOLATIONS

a. **Hours of Service Violations**

__1st offense - required to attend a log class; log test; fine $250-$1000

__2nd offense - one week suspension; log class; log test; fine $250-$1000

__3rd offense - Contractor Disqualification

b. **Unsafe Driving / Moving Violations**

__1st offense - required to attend a safety training; fine $250-$1000

__2nd offense - one week suspension; fine $250-$1000

__3rd offense - Contractor Disqualification

c. **Late Log Submittal** - Daily logs must be received by the company's Driver Services Department by noon Monday with all the paperwork. Those who fail to submit logs at this time will not be paid on loads for the day(s) of missing logs/paperwork.

Daily log book picture must be send to the Logbook Department. There is a $100 penalty for not sending a picture of the logbook for more than 2 days.

d. **Log Falsification** - Drivers who have intentionally falsified information on their daily log will be subject to the following actions:

1st offense - written warning

2nd offense - required to attend a log class: log test

3rd offense - Contractor Disqualification

c. **Other Violations -** All other Violations that resulting in company safety record increase will result in $250-$1000

Inspection with no violations will result in $100 bonus.

Cisca

Signature

08/08/2016

Date

HMD TRUCKING, INC

All drivers are responsible for compliance with the hours of service requirements. Management shall ensure that assignments are made only to those individuals that have the time available to complete such assignments. Managers will record and track all hours, and maintain the documents in the prescribed manner. Every driver must comply fully with all federally mandated regulations and company policies. (Only company prescribed records will be utilized to document compliance with this policy). The hours of service rules are used to prevent serious accidents caused by driver's fatigue. A fatigued drivers threatens the driver's own life and livelihood, the safety of the motoring public, and the safe arrival of the cargo being transported. Under no circumstances shall an ill or fatigued driver be utilized.

I, the undersigned, have read and understand pages 1 thru 9.

Gixca 08/08/2016

Driver's signature Date