EXHIBIT B

| | Date | State | Violation |
|---|---|---|---|
| 1 | Dec. 1, 2015 | AZ | Failing to use seatbelt while operating CMV (392.16) |
| 2 | June 19, 2015 | WA | U-Turns Restricted |
| 3 | Jan. 20, 2016 | OR | Windshield wipers inoperative/defective (393.78) |
| 4 | Jan. 20, 2016 | OR | Inoperative turn signal (393.9(a)) |
| 5 | Jan. 20, 2016 | OR | Following too close (392.2) |
| 6 | Feb. 5, 2016 | TX | Clamp or roto type brake out of adjustment (393.47(e)) |
| 7 | Feb. 5, 2016 | TX | Failing to secure vehicle equipment (392.9(a)(2)) - **OOS** |
| 8 | Feb. 5, 2016 | TX | Airbrake system violation (393.53(b)) |
| 9 | April 13, 2016 | CA | Hubs – Wheel seal leaking – Outer Wheel (396.5(b)) – **OOS** |
| 10 | April 13, 2016 | CA | Registration/License Plate Violation (392.2) |
| 11 | April 13, 2016 | CA | Clamp or Roto type brake out of adjustment (393.47(e)) |
| 12 | April 15, 2016 | OH | Fuel use permit violation (Section 5728.02 of OH code) |
| 13 | April 18, 2016 | US | Flat tire or fabric exposed (393.75(a)) - **OOS** |
| 14 | April 18, 2016 | US | Inadequate brakes for safe stopping (393.47(a)) - **OOS** |
| 15 | April 18, 2016 | US | Inadequate brakes for safe stopping (393.47(a)) – **OOS** |
| 16 | April 18, 2016 | US | Inadequate brakes for safe stopping (393.47(a)) – **OOS** |
| 17 | April 18, 2016 | US | Insurance violation (387.7(a)) |
| 18 | June 25, 2016 | PA | No or improper load securement (393.100(a)) - **OOS** |
| 19 | June 25, 2016 | PA | Violation of local laws (392.2) |
| 20 | June 25, 2016 | PA | Violation of local laws (392.2) |

Plaintiff's
Exh. No. 7
2/25/19 JS